UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |
| | *versus* | | |
| | | | |

This lawyer, who is admitted to the State Bar of _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Amanda M. Aycock<br>Gibson Dunn & Crutcher<br>200 Park Avenue<br>New York, NY 10166<br>212-351-4000<br>NYSBN 4891636<br>aaycock@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

| |
|---|
| Dated: January 24, 2023   Signed: */s/ Amanda M. Aycock* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:       Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                                     United States Bankruptcy Judge