UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |
| *versus* ||||
| | | | |

This lawyer, who is admitted to the State Bar of _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jennifer L. Conn<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-351-4000<br>NYSBN 2718963<br>jconn@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc. and Credit Suisse Asset Management, LLC ||
|---|---|
| Dated: January 24, 2023 | Signed: */s/ Jennifer L. Conn* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                  United States Bankruptcy Judge