United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In Re:   **Debtor**

Case No.:
Chapter

Serta Simmons Bedding LLC et al.

**Plaintiff(s)**

vs

AG Centre Street Partnership et al.

**Defendant(s)**

Adversary No.: 23−09001

## ORDER REGARDING THE EXCHANGE OF EXHIBITS AND WITNESS LISTS IN ALL CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

1.   Counsel representing parties in all contested matters and adversary proceedings shall review and comply with BLR 9013−2 – Exchange of Exhibits, Exhibit Lists and Witness Lists in All Contested Matters and Adversary Proceedings.

2.   *ALL PARTIES ARE ADVISED THAT THE FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL BE GROUNDS FOR THE DENIAL OF THE ADMISSION OF ANY OR ALL EXHIBITS AND THE EXCLUSION OF WITNESS TESTIMONY.*

3.   All hearings are evidentiary unless specifically ordered otherwise.

It is so ORDERED.

Signed and Entered on Docket: 1/25/23.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE