## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SERTA SIMMONS BEDDING, LLC, *et al.*,[1] | ) | Case No. 23-90020 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC AND BARINGS LLC, | ) ) ) ) | Adversary Case No. 23-09001 (DRJ) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | ) | Adversary Case No. 23-03007 (DRJ) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

**AMENDED NOTICE OF APPEARANCE UNDER
FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(A)**

The ad hoc group of first lien lenders (the "Ad Hoc Group of First Lien Lenders") formed by certain unaffiliated holders (each, a "Member") of the Debtors' term loans ("First Lien Term Loans") under that certain First Lien Term Loan Agreement, dated as of November 8, 2016 (as may be amended or otherwise modified from time to time), by and among, among others, Dawn Intermediate, Inc., Serta Simmons Bedding, LLC as the Top Borrower, the other Borrowers party thereto, the other financial institutions party thereto as Lenders, and UBS AG, Stamford Branch, as Administrative Agent, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

> John F. Higgins
> M. Shane Johnson
> Megan N. Young-John
> **PORTER HEDGES LLP**
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> Telephone: (713) 226-6000
> Facsimile: (713) 228-1331
> Email: jhiggins@porterhedges.com
>       sjohnson@porterhedges.com
>       myoung-john@porterhedges.com
>
> and
>
> Kenneth S. Ziman
> Brian S. Hermann
> Lewis R. Clayton
> Andrew J. Ehrlich
> Michael J. Colarossi
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> 1285 Avenue of the Americas
> New York, NY 10019
> Telephone: (212) 373-3000
> Facsimile: (212) 757-3990

2

13783027

Email: kziman@paulweiss.com
　　　bhermann@paulweiss.com
　　　lclayton@paulweiss.com
　　　aehrlich@paulweiss.com
　　　mcolarossi@paulweiss.com

and

Eric J. Seiler
Lawrence S. Robbins
Anne E. Beaumont
Jamuna D. Kelley
Blair R. Albom
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Email: eseiler@fklaw.com
　　　lrobbins@fklaw.com
　　　abeaumont@fklaw.com
　　　jkelley@fklaw.com
　　　balbom@fklaw.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of the Ad Hoc Group of First Lien Lenders' substantive or procedural rights, including without limitation, the Ad Hoc Group of First Lien Lenders' rights: (i) to have final orders in noncore matters entered only after *de novo* review by a United States

district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Group of First Lien Lenders is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Signatures on Next Page*]

4

Respectfully submitted this 26th day of January 2023.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*

John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Phone: (713) 226-6000
Fax: (713) 228-1331
Email: jhiggins@porterhedges.com
          sjohnson@porterhedges.com
          myoung-john@porterhedges.com

- and –

Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: kziman@paulweiss.com
          bhermann@paulweiss.com
          lclayton@paulweiss.com
          aehrlich@paulweiss.com
          mcolarossi@paulweiss.com

*Admitted Pro Hac Vice*

- and –

5

Eric J. Seiler*
Lawrence S. Robbins*
Anne E. Beaumont*
Jamuna D. Kelley*
Blair R. Albom*
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Email: eseiler@fklaw.com
　　　　lrobbins@fklaw.com
　　　　abeaumont@fklaw.com
　　　　jkelley@fklaw.com
　　　　balbom@fklaw.com

*Pro Hac Vice Admission Pending*

**Counsel to Ad Hoc Group of First Lien Lenders**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 26, 2023, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

<u>/s/ John F. Higgins</u>
John F. Higgins

13783027