IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § | Case No. 23-90020 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| ------------------------------------------------- | § | |
| SERTA SIMMONS BEDDING, LLC, SERTA SIMMONS BEDDING MANUFACTURING COMPANY, AND NATIONAL BEDDING COMPANY, LLC | § | Adversary Proc. No. 23-03007 (DRJ) |
| Plaintiffs, | § | |
| v. | § | |
| THOSE PARTIES LISTED IN APPENDIX A TO COMPLAINT, | § | |
| Defendants. | § | |
| ------------------------------------------------- | § | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); Serta Simmons Bedding Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); Serta Simmons Bedding Hospitality, LLC (2016); Serta Simmons Bedding Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); Serta Simmons Bedding Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

| | | |
|---|---|---|
| **SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, AND BARINGS LLC,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | Adversary Proc. No. 23-09001 (DRJ) |
| v. | | |
| **AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SERTA SIMMONS BEDDING, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013-III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT** | | |

**PARTNERS CLO 2018-1 LTD., AND   §
Z CAPITAL CREDIT PARTNERS
CLO 2019-1 LTD.**

   **Defendants.**

### NOTICE OF CONTINUED SCHEDULING CONFERENCE
### ON FEBRUARY 1, 2023 AT 12:00 P.M. (CENTRAL TIME)

**PLEASE TAKE NOTICE** that on January 23, 2023, Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion for Entry of Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection With Such Hearings, and (III) Granting Related Relief* (Docket No. 24) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT,** on January 24, 2023, Serta Simmons Bedding, LLC and certain of its lenders filed two adversary proceedings, captioned as *Serta Simmons Bedding, LLC v. AG Centre Street Partnership L.P.*, Adv. Proc. No. 23-03007, and *Serta Simmons Bedding, LLC v. AG Centre Street Partnership L.P.*, Adv. Proc. No. 23-09001, respectively (collectively, the "**Adversary Proceedings**"), in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on January 27, 2023, a scheduling conference was held before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") to consider the relief requested in the Motion, including as it relates to the Adversary Proceedings, and was continued to **February 1, 2023 at 12:00 p.m. (Prevailing Central Time)** (the "**Continued Scheduling Conference**"). The Continued Scheduling Conference will be conducted in Courtroom 400, 4th Floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Continued Scheduling Conference either in person or by an audio and video connection. Audio communication will be by use of the

Bankruptcy Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: January 28, 2023
       Houston, Texas

Respectfully submitted,

 /s/ Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Gabriel.Morgan@weil.com
       Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
       Alexander.Welch@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

.

4

## Certificate of Service

I hereby certify that on January 28, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                   */s/ Gabriel A. Morgan*
                                                   Gabriel A. Morgan