| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding LLC et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Henry V. Hutten<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, New York, 10022<br>212-277-4036; henry.hutten@freshfields.com<br>New York - 5024351 |
|---|---|

Seeks to appear as the attorney for this party:

| Barings LLC |
|---|
| Dated: January 31, 2023    Signed: /s/ Henry V. Hutten |

COURT USE ONLY: The applicant's state bar reports their status as: __New York    active and in good standing__

Dated: January 31, 2023    Signed: s/ Joan Davenport
                                   Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                                        United States Bankruptcy Judge