UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership et al. | | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Madlyn Gleich Primoff<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>212-277-4000; madlyn.primoff@freshfields.com<br>New York - 2173870 |

Seeks to appear as the attorney for this party:

| Barings LLC | |
|---|---|
| Dated: January 31, 2023 | Signed: /s/ Madlyn Gleich Primoff |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____    Signed: _____
                        Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                 United States Bankruptcy Judge