# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, *et al.*,[1] | Case No. 23-90020 (DRJ) |
| Debtors. | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, *et al.*, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, and BARINGS LLC | Adversary Case No. 23-09001 (DRJ) |
| Plaintiffs, |  |
| v. |  |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*, |  |
| Defendants. |  |

**AMENDED NOTICE OF APPEARANCE UNDER
FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(A)**

The Defendants identified in Appendix A to this Amended Notice, (collectively referred to as the "Defendants"), request that all notices given or required to be given, and all papers served

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

13791199

or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

>John F. Higgins
>M. Shane Johnson
>Megan N. Young-John
>**PORTER HEDGES LLP**
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>Telephone: (713) 226-6000
>Email: jhiggins@porterhedges.com
>         sjohnson@porterhedges.com
>         myoung-john@porterhedges.com
>
>and
>
>Kenneth S. Ziman
>Brian S. Hermann
>Lewis R. Clayton
>Andrew J. Ehrlich
>Michael J. Colarossi
>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
>1285 Avenue of the Americas
>New York, NY 10019
>Telephone: (212) 373-3000
>Email: kziman@paulweiss.com
>         bhermann@paulweiss.com
>         lclayton@paulweiss.com
>         aehrlich@paulweiss.com
>         mcolarossi@paulweiss.com
>
>and
>
>Eric J. Seiler
>Lawrence S. Robbins
>Anne E. Beaumont
>Jamuna D. Kelley
>Blair R. Albom
>**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
>7 Times Square
>New York, NY 10036
>Telephone: (212) 833-1100

13791199

Email: eseiler@fklaw.com
lrobbins@fklaw.com
abeaumont@fklaw.com
jkelley@fklaw.com
balbom@fklaw.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of the Defendants' substantive or procedural rights, including without limitation, the Defendants' rights: (i) to have final orders in noncore matters entered only after *de novo* review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which the Defendants are or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 31st day of January 2023.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Phone: (713) 226-6000
Fax: (713) 228-1331
Email: jhiggins@porterhedges.com
           sjohnson@porterhedges.com
           myoung-john@porterhedges.com

- and –

Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: kziman@paulweiss.com
           bhermann@paulweiss.com
           lclayton@paulweiss.com
           aehrlich@paulweiss.com
           mcolarossi@paulweiss.com

*Admitted Pro Hac Vice*

- and –

4

13791199

Eric J. Seiler\*
Lawrence S. Robbins\*
Anne E. Beaumont\*
Jamuna D. Kelley\*
Blair R. Albom\*
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Email: eseiler@fklaw.com
   lrobbins@fklaw.com
   abeaumont@fklaw.com
   jkelley@fklaw.com
   balbom@fklaw.com

*\*\*Admitted Pro Hac Vice*

*Counsel to Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 31, 2023, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*/s/ John F. Higgins*
John F. Higgins

5

13791199

# APPENDIX A

AG Centre Street Partnership, L.P.
AG Credit Solutions Non-ECI Master Fund, L.P.
AG SF Master (L), L.P.
AG Super Fund Master, L.P.
Ascribe III Investments, LLC
Columbia Cent CLO 21 Limited
Columbia Cent CLO 27 Limited
Columbia Floating Rate Income Fund, a series of Columbia Funds Series Trust II
Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I
Contrarian Capital Fund I, L.P.
Contrarian Distressed Debt Fund, L.P.
Contrarian Centre Street Partnership, L.P.
Gamut Capital SSB, LLC
North Star Debt Holdings, L.P.
Silver Oak Capital, L.L.C.
Shackleton 2013-III CLO, Ltd.
Shackleton 2013-IV-R CLO, Ltd.
Shackleton 2014-V-R CLO, Ltd.
Shackleton 2015-VII-R CLO, Ltd.
Shackleton 2017-XI CLO, Ltd.
Z Capital Credit Partners CLO 2018-1 Ltd.
Z Capital Credit Partners CO 2019-1 Ltd.

13791199