# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, et al., | Case No. 23-90020 (DRJ) |
| Debtors, | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, AND BARINGS LLC, | |
| Plaintiffs, | Adversary Proc. No. 23-09001 (DRJ) |
| - against - | |
| AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD., | |
| Defendants. | |

1

3708256.1

**FED. R. BANKR. P. 7007.1 CORPORATE DISCLOSURE STATEMENT OF THE FIRST LIEN LENDER DEFENDANTS**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG Super Fund Master, L.P., AG SF Master (L), L.P., and Silver Oak Capital, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Distressed Debt Fund, L.P., and Contrarian Centre Street Partnership, L.P., Gamut Capital SSB, LLC, , Z Capital Credit Partners CLO 2018-1 Ltd. and Z Capital Credit Partners CLO 2019-1 Ltd., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., and Shackleton 2017-XI CLO, Ltd., North Star Debt Holdings, L.P., Ascribe III Investments, LLC, and Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, a series of Columbia Funds Series Trust II, and Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I (collectively, the "First Lien Lender Defendants") state as follows:

1. Defendant AG Centre Street Partnership L.P. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

2. Defendant AG Credit Solutions Non-ECI Master Fund, L.P. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

3. Defendant AG Super Fund Master, L.P. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

4. Defendant AG SF Master (L), L.P. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

3708256.1

5. Defendant Contrarian Capital Fund I, L.P. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

6. Defendant Contrarian Distressed Debt Fund, L.P. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

7. Defendant Contrarian Centre Street Partnership, L.P. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

8. Defendant Gamut Capital SSB, LLC states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

9. Defendant North Star Debt Holdings, L.P. states that it has no parent corporation. Defendant North Star Debt Holdings, L.P. is an affiliate of Apollo Global Management, Inc. ("AGM") and is indirectly controlled by AGM. AGM's Class A common stock is publicly traded on the New York Stock Exchange (NYSE: APO). No publicly held corporation owns 10% or more of AGM's common shares.

10. Defendant Silver Oak Capital, L.L.C. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

11. Defendant Shackleton 2013-III CLO, Ltd. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

12. Defendant Shackleton 2013-IV-R CLO, Ltd. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

13. Defendant Shackleton 2014-V-R CLO, Ltd. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

14. Defendant Shackleton 2015-VII-R CLO, Ltd. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

3708256.1

15. Defendant Shackleton 2017-XI CLO, Ltd. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

16. Defendant Z Capital Credit Partners CLO 2018-1 Ltd. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

17. Defendant Z Capital Credit Partners CLO 2019-1 Ltd. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

18. Defendant Ascribe III Investments, LLC states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

19. Defendant Cent CLO 21 Limited states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

20. Defendant Columbia Cent CLO 27 Limited states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

21. Defendant Columbia Floating Rate Income Fund, a series of Columbia Funds Series Trust II, states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

22. Defendant Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

3708256.1

Respectfully submitted this 1st day of February 2023.

**PORTER HEDGES LLP**

*s/ John F. Higgins*

John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Phone: (713) 226-6000
Fax: (713) 228-1331
Email: jhiggins@porterhedges.com
         sjohnson@porterhedges.com
         myoung-john@porterhedges.com

- and –

Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: kziman@paulweiss.com
         bhermann@paulweiss.com
         lclayton@paulweiss.com
         aehrlich@paulweiss.com
         mcolarossi@paulweiss.com

- and –

5

Eric J. Seiler*
Lawrence S. Robbins*
Anne E. Beaumont*
Jamuna D. Kelley*
Blair R. Albom*
**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Email: eseiler@fklaw.com
  lrobbins@fklaw.com
  abeaumont@fklaw.com
  jkelley@fklaw.com
  balbom@fklaw.com

**Admitted Pro Hac Vice*

*Counsel to First Lien Lender Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2023, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*s/ John F. Higgins*
John F. Higgins

6

3708256.1