IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SERTA SIMMONS BEDDING LLC, *et al.*, | § § § | Case No. 23-90020 (DRJ) |
| Debtors.[1] | § § | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SERTA SIMMONS BEDDING Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SERTA SIMMONS BEDDING Hospitality, LLC (2016); SERTA SIMMONS BEDDING Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SERTA SIMMONS BEDDING Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address is 2451 Industry Avenue, Doraville, Georgia 30360.

| | | |
|---|---|---|
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, AND BARINGS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SERTA SIMMONS BEDDING, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013-III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD.<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Adversary No.: 23-09001 (DRJ) |

2

**FED. R. BANKR. P. 7007.1 CORPORATE DISCLOSURE
STATEMENT OF BARINGS LLC**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Plaintiff Barings LLC ("Barings"), discloses the following information identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Barings's parent companies include MM Asset Management Holding LLC, MassMutual Holding LLC, and Massachusetts Mutual Life Insurance Company.

2. No publicly held corporation has a direct ownership interest in 10% or more of Barings's stock.

Dated: February 8, 2023
Houston, Texas

GIBSON, DUNN & CRUTCHER LLP

*/s/ Gregg Costa*
Gregg Costa (24028160)
811 Main Street, Suite 3000
Houston, TX 77002
Tel.: (346) 718-6600
Fax: (346) 718-6620
gcosta@gibsondunn.com

Orin Snyder (admitted *pro hac vice*)
Jennifer Conn (admitted *pro hac vice*)
Scott Greenberg (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
osnyder@gibsondunn.com
jconn@gibsondunn.com
sgreenberg@gibsondunn.com

*Counsel for Plaintiff Credit Suisse Asset Management, LLC*

**Certificate of Service**

      I certify that on February 8, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Bruce J. Ruzinsky*
Bruce J. Ruzinsky

4