**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>SERTA SIMMONS BEDDING, LLC, *et al.* [1]<br><br>Debtors. | : | Chapter 11<br><br>Case No. 23-90020 (DRJ)<br><br>(Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, and BARINGS LLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., | : | Adversary Case No. 23-09001 (DRJ) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., and Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD.,

*Defendants.*

**FED R. BANKR. P. 7001 CORPORATE DISCLOSURE STATEMENT OF THE LCM LENDER DEFENDANTS**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendants LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD. and LCM 28 LTD. (together, the "LCM Lender Defendants"), state as follows:

1. Defendant LCM XXII LTD. states that it is wholly owned by MaplesFS Limited, and that no publicly held corporation holds more than 10% of its stock.

2. Defendant LCM XXIII LTD. states that it is wholly owned by MaplesFS Limited, and that no publicly held corporation holds more than 10% of its stock.

3. Defendant LCM XXIV LTD. states that it is wholly owned by MaplesFS Limited, and that no publicly held corporation holds more than 10% of its stock.

4. Defendant LCM XXV LTD. states that it is wholly owned by MaplesFS Limited, and that no publicly held corporation holds more than 10% of its stock.

5. Defendant LCM 26 LTD. states that it is wholly owned by MaplesFS Limited, and that no publicly held corporation holds more than 10% of its stock.

6. Defendant LCM 27 LTD. states that it is wholly owned by MaplesFS Limited, and that no publicly held corporation holds more than 10% of its stock.

7. Defendant LCM 28 LTD. states that it is wholly owned by Walkers Fiduciary Limited, and that no publicly held corporation holds more than 10% of its stock.

Dated: February 13, 2023

Respectfully submitted,

**MCKOOL SMITH, PC**

*/s/ John J. Sparacino*
John J. Sparacino (SBN 18873700)
S. Margie Venus (SBN 20545900)
Regan S. Jones (SBN 24110060)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com
mvenus@mckoolsmith.com
rjones@mckoolsmith.com

-and-

Michael Shuster (admitted *pro hac vice* in main cases)
Vincent Levy (admitted *pro hac vice* in main cases)
Neil R. Lieberman (admitted *pro hac vice* in main cases)
Alison B. Miller (admitted *pro hac vice* in main cases)
Brian T. Goldman (admitted *pro hac vice* in main cases)
Patrick J. Woods (admitted *pro hac vice* in main cases)
**Holwell Shuster & Goldberg LLP**
425 Lexington Avenue
New York, New York 10017
mshuster@hsgllp.com
vlevy@hsgllp.com
nlieberman@hsgllp.com
amiller@hsgllp.com
bgoldman@hsgllp.com
pwoods@hsgllp.com

***Counsel for the LCM Lender-Defendants***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Corporate Disclosure Statement was served by electronic delivery on all persons and entities receiving ECF notice in this case on February 13, 2023.

*/s/ John J. Sparacino*
John J. Sparacino