| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding LLC et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership et al. | | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Akiva Shapiro<br>Gibson Dunn & Crutcher<br>200 Park Avenue<br>New York, NY 10166<br>212-351-3830<br>NYSBN 4753000; ashapiro@gibsondunn.com |

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC and Barings LLC |
|---|
| Dated: February 14, 2023    Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:     Signed: _____<br>                              Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                              _____
                                       United States Bankruptcy Judge