# UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-09001 (DRJ) |
|---|---|---|---|
| | Serta Simmons Bedding, LLC, et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership L.P., et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael S. Shuster<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Ave., 14th Floor<br>New York, NY 10017<br>646-837-5151<br>New York State - Bar No. 2122190 |

Seeks to appear as the attorney for this party:

| LCM Lenders |
|---|
| Dated: February 14, 2023 · Signed: /s/ Michael S. Shuster |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                                Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                     _____
                                              United States Bankruptcy Judge