UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-09001 (DRJ) |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. | | | |
| *versus* | | | |
| AG Centre Street Partnership L.P., et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alison B. Miller<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Ave., 14th Floor<br>New York, NY 10017<br>646-837-5151<br>New York State - Bar No. 5360557 |
|---|---|

Seeks to appear as the attorney for this party:

| LCM Lenders | |
|---|---|
| Dated: **February 14, 2023** | Signed: /s/ Alison B. Miller |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____

                                                United States Bankruptcy Judge