United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|

| Serta Simmons Bedding LLC et al. |
|---|
| *versus* |
| AG Centre Street Partnership et al. |

This lawyer, who is admitted to the State Bar of __New York__ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David J. Lender<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8153<br>New York/2583722 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors |
|---|
| Dated: 01/24/2023     Signed: /s/ David J. Lender |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:     Signed: _____<br>Deputy Clerk |

Order   (Docket No. 2)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  February 20, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**