United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding LLC et al. | | | |
| *versus* | | | |
| AG Centre Street Partnership et al. | | | |

This lawyer, who is admitted to the State Bar of  New York :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Luna Ngan Barrington<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8421<br>New York/4882304 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors |
|---|
| Dated: 01/24/2023     Signed: /s/ Luna Ngan Barrington |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order     (Docket No. 4)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed:  February 20, 2023

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**