United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|

| Serta Simmons Bedding LLC, et al. |
|---|
| *versus* |
| AG Centre Street Partnership, et al. |

This lawyer, who is admitted to the State Bar of   New York   :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael P. Goodyear<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8213<br>New York/5838099, Illinois/6335948 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors |
|---|
| Dated: 01/24/2023     Signed: /s/ Michael P. Goodyear |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order   (Docket No. 5)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: February 20, 2023

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**