United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding LLC, et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---:|---|
| Name | Nicholas J. Reade |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8594 |
| Licensed: State & Number | New York/5934252 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors |
|---|
| Dated: 01/24/2023    Signed: /s/ Nicholas J. Reade |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                          Deputy Clerk

Order   (Docket No. 6)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: February 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**