United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding LLC, et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Richard Gage |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8306 |
| Licensed: State & Number | New York/5374962 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors |
|---|
| Dated: 01/24/2023     Signed: /s/ Richard Gage |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                       Deputy Clerk

Order    (Docket No. 7)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: February 20, 2023**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**