United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|

| Serta Simmons Bedding, LLC, et al. |
|---|
| *versus* |
| Those Parties Listed on Exhibit A to Complaint |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Orin Snyder<br>Gibson Dunn & Crutcher<br>200 Park Avenue<br>New York, NY 10166<br>212-351-4000<br>NYSBN 2116424<br>osnyder@gibsondunn.com |

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc. and Credit Suisse Asset Management, LLC |
|---|
| Dated: January 27, 2023     Signed: */s/ Orin Snyder* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
Deputy Clerk

Order   (Docket No. 9)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: February 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**