United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. | | | |
| *versus* | | | |
| Those Parties Listed on Exhibit A to Complaint | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Amanda M. Aycock<br>Gibson Dunn & Crutcher<br>200 Park Avenue<br>New York, NY 10166<br>212-351-4000<br>NYSBN 4891636<br>aaycock@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc. and Credit Suisse Asset Management, LLC | |
|---|---|
| Dated:  January 27, 2023 | Signed:  */s/ Amanda M. Aycock* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 10)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  February 20, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**