> United States Bankruptcy Court
> Southern District of Texas
> **ENTERED**
> February 20, 2023
> Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. ||||
| *versus* ||||
| Those Parties Listed on Appendix A to Complaint ||||

This lawyer, who is admitted to the State Bar of __New York__ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jennifer L. Conn<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-351-4000<br>NYSBN 2718963<br>jconn@gibsondunn.com |

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc. and Credit Suisse Asset Management, LLC ||
|---|---|
| Dated: January 27, 2023 | Signed: */s/ Jennifer L. Conn* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 11)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: February 20, 2023

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**