United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 20, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding LLC, et al. | | | |
| *versus* | | | |
| AG Centre Street Partnership et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8210<br>New York/4860631 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors | |
|---|---|
| Dated: 01/24/2023 | Signed: /s/ Ray C. Schrock |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 13)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  February 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**