United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 20, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding LLC et al. | | | |
| *versus* | | | |
| AG Centre Street Partnership et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alexander W. Welch<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8127<br>New York/5624861 |
|---|---|

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors | |
|---|---|
| Dated: 01/24/2023 | Signed: /s/ Alexander W. Welch |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order   (Docket No. 14) |
|---|

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  February 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**