United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

23-9001

| Division | Houston | Adversary Case Number | 23-03007 (DRJ) |
|---|---|---|---|

| Serta Simmons Bedding, LLC, et al. |
|---|
| *versus* |
| AG Centre Street Partnership L.P., et al. |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Michael S. Shuster |
| Firm | Holwell Shuster & Goldberg LLP |
| Street | 425 Lexington Ave., 14th Floor |
| City & Zip Code | New York, NY 10017 |
| Telephone | 646-837-5151 |
| Licensed: State & Number | New York State - Bar No. 2122190 |

Seeks to appear as the attorney for this party:

| LCM Lenders |
|---|

| Dated: February 14, 2023 | Signed: /s/ Michael S. Shuster |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order   (Docket No. 42)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: February 20, 2023

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**