United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

23-9001

| Division | Houston | Adversary Case Number | X23X03XXX (DRJ) |
|---|---|---|---|

| Serta Simmons Bedding, LLC, et al. |
|---|
| *versus* |
| AG Centre Street Partnership L.P., et al. |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Neil R. Lieberman<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Ave., 14th Floor<br>New York, NY 10017<br>646-837-5151<br>New York State - Bar No. 4758421 |
|---|---|

Seeks to appear as the attorney for this party:

| LCM Lenders |
|---|

| Dated: February 14, 2023 | Signed: /s/ Neil R. Lieberman |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order   (Docket No. 43)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: February 20, 2023

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE