United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

23-9001

| Division | Houston | Adversary Case Number | X23-03XXX (DRJ) |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. ||||
| *versus* ||||
| AG Centre Street Partnership L.P., et al. ||||

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Vincent Levy |
| Firm | Holwell Shuster & Goldberg LLP |
| Street | 425 Lexington Ave., 14th Floor |
| City & Zip Code | New York, NY 10017 |
| Telephone | 646-837-5151 |
| Licensed: State & Number | New York State - Bar No. 4712667 |

Seeks to appear as the attorney for this party:

**LCM Lenders**

Dated: February 14, 2023   Signed: /s/ Vincent Levy

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
Deputy Clerk

Order  (Docket No. 44)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: February 20, 2023

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE