United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 20, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 (DRJ) |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. | | | |
| *versus* | | | |
| AG Centre Street Partnership L.P., et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Brian T. Goldman<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Ave., 14th Floor<br>New York, NY 10017<br>646-837-5151<br>New York State - Bar No. 5616891 |
|---|---|

Seeks to appear as the attorney for this party:

| LCM Lenders | |
|---|---|
| Dated: February 14, 2023 | Signed: /s/ Brian T. Goldman |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 45)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed:  February 20, 2023

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**