United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

23-9001

| Division | Houston | Adversary Case Number | 23-03007 (DRJ) |
|---|---|---|---|
| | Serta Simmons Bedding, LLC, et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership L.P., et al. | | |

This lawyer, who is admitted to the State Bar of _____ New York _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Patrick J. Woods<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Ave., 14th Floor<br>New York, NY 10017<br>646-837-5151<br>New York State - Bar No. 5839311 |
|---|---|

Seeks to appear as the attorney for this party:

**LCM Lenders**

| Dated: February 14, 2023 | Signed: /s/ Patrick J. Woods |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: | Signed: _____ Deputy Clerk |

Order  (Docket No. 47)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: February 20, 2023

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE