# Exhibit 17

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

| | |
|---|---|
| North Star Debt Holdings, L.P., Silver Oak Capital L.L.C., AG Credit Solutions Non-ECI Master Fund, AG Centre Street Partnership L.P., AG Super Fund Master, L.P., and Grant Capital SSB, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>Serta Simmons Bedding, LLC, Advent International Corporation, Eaton Vance Management, Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Boston Management and Research, Barings LLC, and Does 1-50,<br><br>　　　　　　　　　　Defendants.<br><br>LCM Asset Management LLC,<br><br>　　　　　　　　　　Proposed-Intervenor. | Index No. 652243/2020<br><br>IAS Part 48<br><br>Hon. Andrea Masley<br><br>Motion Sequence No. 3 |

**NOTICE OF WITHDRAWAL OF MOTION**

PLEASE TAKE NOTICE that Proposed-Intervenor LCM Asset Management LLC, by its counsel, Holwell Shuster & Goldberg LLP, hereby withdraws its motion, made by Order to Show Cause dated June 18, 2020 (Dkt. 57) and signed by the Court that same day (Dkt. 86), for intervention. The motion was designated Motion Sequence No. 003 and was scheduled to be heard on July 6, 2020.

DATED:     July 2, 2020
                 New York, New York

HOLWELL SHUSTER & GOLDBERG LLP

By: /s/ Michael S. Shuster
      Michael S. Shuster

425 Lexington Ave., 14th Floor
New York, New York 10017
Tel: 646.837.5151
mshuster@hsgllp.com

*Counsel for LCM Asset Management*