# APPENDIX A

**Curriculum Vitae**
Vincent S.J. Buccola

Citizenship: United States

Huntsman Hall 649
3730 Walnut Street
Philadelphia, PA 19104
buccola@wharton.upenn.edu

---

### ACADEMIC APPOINTMENTS

**The Wharton School | University of Pennsylvania**
Associate Professor of Legal Studies & Business Ethics (2021–)
Assistant Professor of Legal Studies & Business Ethics (2014–2021)

Roles:     Co-Director, Wharton Debt and Restructuring Project (2022–)

Awards:   Wharton Teaching Excellence Award (2019, 2020, 2021, 2022)
Winkelman Distinguished Scholar (2018–2019)
Rapaport Family Undergraduate Core Teaching Award (2017)

**University of Chicago Law School**
Visiting Professor of Law (Autumn 2023) [planned]
Bigelow Teaching Fellow and Lecturer in Law (2012–2014)

**University of Pennsylvania Carey School of Law**
Lecturer in Law (Spring 2022)

### NON-ACADEMIC EXPERIENCE

**Bartlit Beck Herman Palenchar & Scott LLP**
Special Counsel (2012–2014)
Associate (2009–2012)

**Hon. Frank H. Easterbrook**
Law Clerk (2008–2009)

**Wachtell, Lipton, Rosen & Katz**
    Summer Associate (2007)


EDUCATION


**University of Chicago Law School**
    JD, with High Honors (2005–2008)

        Awards:    Order of the Coif
                    MVP² Fellow in Law & Economics
                    Ann Watson Barber Outstanding Service Award


**Wesleyan University**
    BA, with High Honors in History (1999–2003)

        Awards:    White Fellowship
                    Robins Prize

        Thesis:    *Religious Solitude in Medieval England*


SCHOLARLY WRITING


The Loan Market Response to Dropdown and Uptier Transactions
Working Paper (with G. Nini)


Efficacious Answers to the Non-Pro Rata Workout
UNIVERSITY OF PENNSYLVANIA LAW REVIEW, 171: ___ (forthcoming 2023)


Sponsor Control: A New Paradigm for Corporate Reorganization
UNIVERSITY OF CHICAGO LAW REVIEW, 90: 1–47 (2023)


Unwritten Law and the Odd Ones Out
YALE LAW JOURNAL, 131: 1559–1583 (2022)

Claim Durability and Bankruptcy's Tort Problem
YALE JOURNAL ON REGULATION, 38: 766–817 (2021) (with J. Macey)

The Municipal Bond Cases Revisited
AMERICAN BANKRUPTCY LAW JOURNAL, 94: 591–627 (2020) (with A. Buccola)

The Myth of Creditor Sabotage
UNIVERSITY OF CHICAGO LAW REVIEW, 87: 2029–2087 (2020) (with J. Mah & T. Zhang)

Bankruptcy's Cathedral: Property Rules, Liability Rules, and Distress
NORTHWESTERN UNIVERSITY LAW REVIEW, 114: 705–750 (2019)

The Logic and Limits of Municipal Bankruptcy Law
UNIVERSITY OF CHICAGO LAW REVIEW, 86: 817–870 (2019)

The Bankruptcy Firm
UNIVERSITY OF PENNSYLVANIA LAW REVIEW ONLINE, 167: 1–8 (2019)

Opportunism and Internal Affairs
TULANE LAW REVIEW, 93: 339–386 (2018)

The Janus Faces of Reorganization Law
JOURNAL OF CORPORATION LAW, 44: 1–28 (2018)

Untimely Bidding in Bankruptcy Auctions
NORTON JOURNAL OF BANKRUPTCY LAW AND PRACTICE, 26: 281–291 (2017) (with J. Dutson & A. Jowers)

Law and Legislation in Municipal Bankruptcy
CARDOZO LAW REVIEW, 38: 1301–1342 (2017)

States' Rights against Corporate Rights
COLUMBIA BUSINESS LAW REVIEW, 2016: 595–650 (2017)


Corporate Rights and Organizational Neutrality
IOWA LAW REVIEW, 101: 499–541 (2016)


An Ex Ante Approach to Excessive State Debt
DUKE LAW JOURNAL, 64: 235–285 (2014)


Who Does Bankruptcy? Mapping Pension Impairment in Chapter 9
REVIEW OF BANKING & FINANCIAL LAW, 33: 585–608 (2014)


Beyond Insolvency
KANSAS LAW REVIEW, 62: 1–51 (2013)


Credit Bidding and the Design of Bankruptcy Auctions
GEORGE MASON LAW REVIEW, 18: 99–124 (2010) (with A. Keller)


Corporate Expression
ELGAR ENCYCLOPEDIA OF LAW & ECONOMICS (A. Badawi ed.) (forthcoming)


## COURSES TAUGHT

Bankruptcy (JD)

Corporate Distress and Reorganization Law (MBA; undergraduate)

Business Organizations (JD) [planned]

Economic Analysis of Law (undergraduate)

Fundamentals of Business Law (PhD)

Law and Social Values (undergraduate)

Law of Corporate Management and Finance (MBA; undergraduate)

15 March 2023

Legal Writing and Research (JD)

Public Entity Bankruptcy (JD)

Responsibility in Business (MBA) [planned]

Securities Regulation (MBA; undergraduate)

## TALKS | COMMENTARY | MEDIA

*Recent Lectures and Commentary*

The Wharton School (Feb. 28, 2023)

University of Chicago Law School (Feb. 21, 2023)

USC Gould School of Law (Feb. 7, 2023)

Northwestern Pritzker School of Law (Nov. 14, 2022)

Dechert Distressed Investing Forum (Oct. 27, 2022)

University of Pennsylvania Carey Law School (Oct. 6, 2022)

Corporate Restructuring & Insolvency Seminar, online (Sept. 28, 2022)

LSTA Annual Conference (Sept. 22, 2022)

NYU School of Law (Sept. 21, 2022)

American Law & Economics Association Annual Meeting (Aug. 5, 2022)

Creditor Rights Coalition / LSTA Symposium (June 21, 2022)

Corporate Law Scholars Colloquium, online (Apr. 15, 2022)

BYU Winter Deals Conference (Mar. 11, 2022)

University of Alabama Law School (Mar. 4, 2022)

USC Gould School of Law (Feb. 4, 2022)

*Recent Media*

"Lessons from the Municipal Bond Cases?," CLAUSES & CONTROVERSIES (Jan. 9, 2023) [guest]

Samantha Melamed, "Boom to Blight," PHILADELPHIA INQUIRER (Dec. 15, 2022) [quoted]

Alex Wolf, "Jilted Investors Find Hope Challenging Lien-Altering Debt Deals," BLOOMBERG LAW (Oct. 25, 2022) [quoted]

"Distressed-Debt Investors Are Preparing to Pounce," THE ECONOMIST (Sept. 1, 2022) [research discussed]

Sujeet Indap, "Strategic Value Partners Sued in Case Revealing Distressed Debt Tensions," FINANCIAL TIMES (Aug. 21, 2022) [quoted]

## ACADEMIC SERVICE

Wharton Academic Freedom and Responsibility Committee (member, 2022–2023)

Wharton Teaching Excellence Committee (member, 2020–2022)

Wharton Curriculum Innovation and Review Committee (member, 2018–2019)

Faculty Search Committee (member, 2022)

External Speaker Series (convenor, 2015–2017)

Junior Faculty Workshop Series (convenor, 2019–2021)

MBA Student Advisor (2019–)

Referee: *American Business Law Journal*, *American Law & Economics Review*, *Business Ethics Quarterly*, *Stanford Law Review*, *University of Chicago Law Review*, *University of Pennsylvania Law Review*, *Yale Law Journal*

Wharton-Harvard Insolvency & Restructuring Conference (co-convenor, 2023–)

Corporate Restructuring & Insolvency Seminar (co-convenor, 2021–)

Covid-19 and Bankruptcy Law Project: Municipal Bankruptcy (co-chair, 2020)

15 March 2023