# EXHIBITS TO THE EXCLUDED LENDERS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' <u>MOTIONS FOR PARTIAL SUMMARY JUDGMENT</u>

[RELATED TO DOCKET NO. 86]