# EXHIBIT D
# (Part 3 of 4)

**BayCity Senior Loan Master Fund Ltd.**
**By: Symphony Asset Management LLC, as Investment Advisor,**
**as a Specified First Lien Lender**

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮

Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮▮▮▮▮

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Municipal Employees Annuity & Benefit Fund of Chicago**
**By: Symphony Asset Management LLC, as Investment Advisor,**
 **as a Specified First Lien Lender**

By:
Name: James Kim
 Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████████

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Principal Diversified Real Asset CIT**
**By: Symphony Asset Management LLC, as Investment Advisor,**
 **as a Specified First Lien Lender**

By: _____

Name: James Kim

 Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ██████

Principal amount of Initial Exchanged Term Loans: ████

| | |
|---|---|
| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony CLO XVII, LTD.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By:

Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**TCI-Symphony 2016-1 Ltd**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By:

Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Symphony Asset Management LLC |
|---|---|
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony CLO XV, Ltd.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: █████████
Principal amount of Initial Exchanged Term Loans: ██████████

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

[Signature Page to Serta Exchange Agreement]

**TCI-Symphony 2017-1 Ltd**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By:
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮
Principal amount of Initial Exchanged Term Loans: ▮

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony Floating Rate Senior Loan Fund**
**By: Symphony Asset Management LLC, as Investment Advisor,**
**as a Specified First Lien Lender**

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▉▉▉▉▉▉▉▉
Principal amount of Initial Exchanged Term Loans: ▉▉▉▉▉▉▉▉▉▉

| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**SCOF-2 LTD.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
  **as a Specified First Lien Lender**

By: _____

Name: James Kim

 Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**California Street CLO IX Limited Partnership**
**By: Symphony Asset Management LLC, as Collateral Manager,**
 **as a Specified First Lien Lender**

By:
Name: James Kim
 Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮
Principal amount of Initial Exchanged Term Loans: ▮

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**California Street CLO XII, LTD.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By:
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮

| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony CLO XIV, Ltd.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮
Principal amount of Initial Exchanged Term Loa s ▮▮▮▮▮▮▮▮▮▮

| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony CLO XVI, LTD.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | _Symphony Asset Management LLC__ |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**TAO FUND, LLC,**
**as a Specified First Lien Lender**

By: _____

Name: Joshua Peck

Title: Vice President

Principal amount of Purchased First Lien Loans:  ▉▉▉▉▉

Principal amount of Initial Exchanged Term Loans:  ▉▉▉▉▉

| | |
|---|---|
| Notice Address: | 2100 McKinney Ave, Suite 1500 |
| | Dallas, Texas 75201 |
| Attn: | Joshua Peck, Sixth Street Partners Legal |
| Email: | jpeck@tpg.com; TSSP@tpg.com |

**MP CLO III LTD.,**
**as a Specified First Lien Lender**

By: MP CLO Management LLC, its Collateral Manager
Name: Thomas Shandell
Title:   CEO

Principal amount of Initial Exchange Term Loans
Principal amount of Purchased First Lien Loans:

| | |
|---|---|
| Notice Address: | 600 Steamboat Road, Suite 202 |
| | Greenwich, CT 06830 |
| Attn: | Greg Todisco |
| Fax: | |
| Email: | gtodisco@marblepointcredit.com |

*[Signature Page to Serta Exchange Agreement]*

**MP CLO IV LTD.,**
**as a Specified First Lien Lender**

By: MP CLO Management LLC, its Collateral Manager
Name: Thomas Shandell
Title:   CEO

Principal amount of Initial Exchange Term Loans ▮▮▮▮▮▮▮
Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮▮

| | | |
|---|---|---|
| Notice Address: | 600 Steamboat Road, Suite 202 | |
| | Greenwich, CT 06830 | |
| Attn: | Greg Todisco | |
| Fax: | | |
| Email: | gtodisco@marblepointcredit.com | |

**MP CLO VII LTD.,**
**as a Specified First Lien Lender**

By: MP CLO Management LLC, its Collatera  Manager
Name: Thomas Shandell
Title:   CEO

Principal amount of Initial Exchange Term Loans ███████
Principal amount of Purchased First Lien Loans:  ███████

| | |
|---|---|
| Notice Address: | 600 Steamboat Road, Suite 202 |
| | Greenwich, CT 06830 |
| Attn: | Greg Todisco |
| Fax: | |
| Email: | gtodisco@marblepointcredit.com |

**MP CLO VIII LTD.,**
**as a Specified First Lien Lender**

By: MP CLO Management LLC, its Collateral Manager
Name: Thomas Shandell
Title:   CEO

Principal amount of Initial Exchange Term Loans ███████
Principal amount of Purchased First Lien Loans:   ███████

| | | |
|---|---|---|
| Notice Address: | 600 Steamboat Road, Suite 202 | |
| | Greenwich, CT 06830 | |
| Attn: | Greg Todisco | |
| Fax: | | |
| Email: | gtodisco@marblepointcredit.com | |

*[Signature Page to Serta Exchange Agreement]*

**MARBLE POINT CLO X LTD.,**
**as a Specified First Lien Lender**

By: Marble Point CLO Management LLC, its Collateral Manager
Name: Thomas Shandell
Title:   CEO

Principal amount of Initial Exchange Term Loans ███████████ ____
Principal amount of Purchased First Lien Loans: ███████████ _____

| Notice Address: | 600 Steamboat Road, Suite 202 |
| --- | --- |
| | Greenwich, CT 06830 |
| Attn: | Greg Todisco |
| Fax: | |
| Email: | gtodisco@marblepointcredit.com |

*[Signature Page to Serta Exchange Agreement]*

**MARBLE POINT CLO XI LTD.,**
**as a Specified First Lien Lender**

By: Marble Point CLO Management LLC, its Collateral Manager
Name: Thomas Shandell
Title:   CEO

Principal amount of Initial Exchange Term Loans ███████
Principal amount of Purchased First Lien Loans: ███████

| Notice Address: | 600 Steamboat Road, Suite 202 |
| --- | --- |
| | Greenwich, CT 06830 |
| Attn: | Greg Todisco |
| Fax: | |
| Email: | gtodisco@marblepointcredit.com |

*[Signature Page to Serta Exchange Agreement]*

**MARBLE POINT CLO XII LTD.,**
**as a Specified First Lien Lender**

By: Marble Point CLO Management LLC, its Collateral Manager
Name: Thomas Shandell
Title:  CEO

Principal amount of Initial Exchange Term Loans ███████
Principal amount of Purchased First Lien Loans: ███████

| | | |
|---|---|---|
| Notice Address: | 600 Steamboat Road, Suite 202 | |
| | Greenwich, CT 06830 | |
| Attn: | Greg Todisco | |
| Fax: | | |
| Email: | gtodisco@marblepointcredit.com | |

*[Signature Page to Serta Exchange Agreement]*

**MARBLE POINT CLO XIV LTD.,**
**as a Specified First Lien Lender**

By: Marble Point CLO Management LLC, its Collateral Manager
Name: Thomas Shandell
Title:   CEO

Principal amount of Initial Exchange Term Loans ████████
Principal amount of Purchased First Lien Loans: ████████

| | | |
|---|---|---|
| Notice Address: | 600 Steamboat Road, Suite 202 | |
| | Greenwich, CT 06830 | |
| Attn: | Greg Todisco | |
| Fax: | | |
| Email: | gtodisco@marblepointcredit.com | |

**MPLF FUNDING LTD.,**
**as a Specified First Lien Lender**

By: Marble Point Credit Management LLC as Collateral Manager
Name: Thomas Shandell
Title: CEO

Principal amount of Initial Exchange Term Loans: ▓▓▓▓▓▓▓▓
Principal amount of Purchased First Lien Loans: ▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| Notice Address: | 600 Steamboat Road, Suite 202 | |
| | Greenwich, CT 06830 | |
| Attn: | Greg Todisco | |
| Fax: | | |
| Email: | gtodisco@marblepointcredit.com | |

*[Signature Page to Serta Exchange Agreement]*

**MPSFR FINANCING 1 LTD.,**
**as a Specified First Lien Lender**

By: Marble Point Credit Management LLC, its Collateral Manager
Name: Thomas Shandell
Title: CEO

Principal amount of Initial Exchange Term Loans ▮▮▮▮▮▮
Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮

| Notice Address: | 600 Steamboat Road, Suite 202 |
| --- | --- |
| | Greenwich, CT 06830 |
| Attn: | Greg Todisco |
| Fax: | |
| Email: | gtodisco@marblepointcredit.com |

*[Signature Page to Serta Exchange Agreement]*

**Marathon CLO V Ltd.,**
**as a Specified First Lien Lender**

By Marathon Asset Management L.P.
Its Portfolio Manager

By: _____
Name: Andrew Brady
Title: Authorized Signatory

Principal amount of Initial Exchange Term Loans: ███████
Principal amount of Purchased First Lien Loans: ███████

| Notice Address: | c/o Marathon Asset Management L.P. |
| --- | --- |
| | 1 Bryant Park, 38th Fl, NY, NY 10036 |
| Attn: | Jordan Bryk |
| Fax: | |
| Email: | jbryk@marathonfund.com |

**Marathon CLO VII Ltd.,**
**as a Specified First Lien Lender**

By Marathon Asset Management L.P.
Its Portfolio Manager

_____
By:
Name: Andrew Brady
Title: Authorized Signatory

Principal amount of Initial Exchange Term Loans: ███████
Principal amount of Purchased First Lien Loans: ███████

| Notice Address: | c/o Marathon Asset Management L.P. |
| --- | --- |
| | 1 Bryant Park, 38th Fl, NY, NY 10036 |
| Attn: | Jordan Bryk |
| Fax: | |
| Email: | jbryk@marathonfund.com |

**Marathon CLO VIII Ltd.,**
**as a Specified First Lien Lender**

By Marathon Asset Management L.P.
Its Portfolio Manager

By: _____
Name: Andrew Brady
Title: Authorized Signatory

Principal amount of Initial Exchange Term Loans: ███████
Principal amount of Purchased First Lien Loans: ███████

| Notice Address: | c/o Marathon Asset Management L.P. |
|---|---|
| | 1 Bryant Park, 38th Fl, NY, NY 10036 |
| Attn: | Jordan Bryk |
| Fax: | |
| Email: | jbryk@marathonfund.com |

**Marathon CLO IX Ltd.,**
**as a Specified First Lien Lender**

By Marathon Asset Management L.P.
Its Portfolio Manager

By: _____
Name: Andrew Brady
Title: Authorized Signatory

Principal amount of Initial Exchange Term Loans: ███████
Principal amount of Purchased First Lien Loans: ███████

| Notice Address: | c/o Marathon Asset Management L.P. |
| | 1 Bryant Park, 38th Fl, NY, NY 10036 |
| Attn: | Jordan Bryk |
| Fax: | |
| Email: | jbryk@marathonfund.com |

**Marathon CLO X Ltd.,**
**as a Specified First Lien Lender**

By Marathon Asset Management L.P.
Its Portfolio Manager

By: _____
Name: Andrew Brady
Title: Authorized Signatory

Principal amount of Initial Exchange Term Loans: ▮▮▮▮
Principal amount of Purchased First Lien Loans: ▮▮▮▮

| Notice Address: | c/o Marathon Asset Management L.P. |
| | 1 Bryant Park, 38th Fl, NY, NY 10036 |
| Attn: | Jordan Bryk |
| Fax: | |
| Email: | jbryk@marathonfund.com |

**Marathon CLO XI Ltd.,**
**as a Specified First Lien Lender**

By Marathon Asset Management L.P.
Its Collateral Manager

By: _____
Name: Andrew Brady
Title: Authorized Signatory

Principal amount of Initial Exchange Term Loans: ███████
Principal amount of Purchased First Lien Loans: ███████

| Notice Address: | c/o Marathon Asset Management L.P. |
| --- | --- |
| | 1 Bryant Park, 38th Fl, NY, NY 10036 |
| Attn: | Jordan Bryk |
| Fax: | |
| Email: | jbryk@marathonfund.com |

**BOWERY FUNDING ULC,**
**as a Specified First Lien Lender**

By: _____

Name:

Title:

Principal amount of Initial Exchange Term Loans ███████

Principal amount of Purchased First Lien Loans: ████████

Notice Address:     ADMIN ATTACH

Attn:

Fax:

Email:

**WOODBINE FUNDING ULC,**
**as a Specified First Lien Lender**

By: _____
Name:
Title:

Principal amount of Initial Exchange Term Loans ███████████
Principal amount of Purchased First Lien Loans: ███████████

Notice Address:     ADMIN ATTACH _____

Attn:     _____
Fax:     _____
Email:     _____

Elevation CLO 2013-1, Ltd.
Elevation CLO 2014-2, Ltd.
Elevation CLO 2015-4, Ltd.
Elevation CLO 2016-5, Ltd.
Elevation CLO 2017-6, Ltd.
Elevation CLO 2017-7, Ltd.
Elevation CLO 2017-8, Ltd.
Elevation CLO 2018-9, Ltd.
Elevation CLO 2018-10, Ltd.
Peaks CLO 3, Ltd.

**as a Specified First Lien Lender**

By: _____

Name: Sanjai Bhonsle

Title: Partner, Portfolio Manager

Principal amount of Initial Exchange Term Loans █████████ ____

Principal amount of Purchased First Lien Loans: ████████ _____

Notice Address: 100 Fillmore St., Suite 325

Denver, CO 80206

Attn: Doug Schwartz

Fax: 303.398.2999

Email: dschwartz@arrowmarkpartners.com

**BENTHAM SYNDICATED LOAN FUND**
By: Credit Suisse Asset Management, LLC, as agent (sub-advisor) for Challenger Investment Services Limited, the Responsible Entity for Bentham Syndicated Loan Fund

**Bentham High Yield Fund**
By: Credit Suisse Asset Management, LLC , as Agent (Sub Advisor) for Challenger Investment Services Limited, the Responsible Entity for Bentham High Yield Fund

**CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM**
**DOLLAR SENIOR LOAN FUND, LTD.**
**DOLLAR SENIOR LOAN MASTER FUND II, LTD.**
**COPPERHILL LOAN FUND I, LLC**
**THE EATON CORPORATION MASTER RETIREMENT TRUST**
**ERIE INDEMNITY COMPANY**
**MADISON FLINTHOLM SENIOR LOAN FUND I DAC**
**PHILLIPS 66 RETIREMENT PLAN TRUST**
By: Credit Suisse Asset Management, LLC, as investment manager

**ERIE INSURANCE EXCHANGE**
By: Credit Suisse Asset Management, LLC, as investment manager for Erie Indemnity Company, as Attorney-In-Fact for Erie Insurance Exchange

**THE CITY OF NEW YORK GROUP TRUST**
By: Credit Suisse Asset Management, LLC, as its manager

**CREDIT SUISSE HIGH YIELD BOND FUND**
**CREDIT SUISSE FLOATING RATE HIGH INCOME FUND**
**CREDIT SUISSE ASSET MANAGEMENT INCOME FUND, INC.**
**CREDIT SUISSE STRATEGIC INCOME FUND**
By: Credit Suisse Asset Management, LLC, as investment advisor

**STATE OF NEW MEXICO STATE INVESTMENT COUNCIL**
By authority delegated to the New Mexico State Investment Office
By: Credit Suisse Asset Management, LLC, as its manager

**CREDIT SUISSE NOVA (LUX)**
By: Credit Suisse Asset Management, LLC or Credit Suisse Asset Management Limited, each as Co-Investment Adviser to Credit Suisse Fund Management S A , management company for Credit Suisse Nova (Lux)

**BENTHAM STRATEGIC LOAN FUND**
By: Credit Suisse Asset Management, LLC, as Sub Advisor for Bentham Asset Management Pty Ltd , the agent and investment manager to Fidante Partners Limited, the trustee for Bentham Strategic Loan Fund

**TELSTRA SUPERANNUATION SCHEME**
By: Credit Suisse Asset Management, LLC, as sub advisor to Bentham Asset Management Pty Ltd in its capacity as agent of and investment manager for Telstra Super Pty Ltd in its capacity as trustee of Telstra Superannuation Scheme

**MADISON PARK FUNDING X, LTD.**
**MADISON PARK FUNDING XI, LTD.**
**MADISON PARK FUNDING XIV, LTD.**
**MADISON PARK FUNDING XVI, LTD.**
**MADISON PARK FUNDING XVII, LTD.**
**MADISON PARK FUNDING XX, LTD.**
**MADISON PARK FUNDING XXI, LTD.**
**MADISON PARK FUNDING XXII, LTD.**
**MADISON PARK FUNDING XL, LTD.**
**MADISON PARK FUNDING XLI, LTD.**
**MADISON PARK FUNDING XLII, LTD.**
**ONE ELEVEN FUNDING I, LTD.**
**MADISON PARK FUNDING XXVIII, LTD.**
By: Credit Suisse Asset Management, LLC, as portfolio manager

**MADISON PARK FUNDING XVIII, LTD.**
**MADISON PARK FUNDING XIX, LTD.**
**MADISON PARK FUNDING XXIII, LTD.**
**MADISON PARK FUNDING XXIV, LTD.**
**MADISON PARK FUNDING XXV, LTD.**
**MADISON PARK FUNDING XXVI, LTD.**
By: Credit Suisse Asset Management, LLC, as collateral manager

## as a Specified Second Lien Lender

By: _____

Name: David Mechlin
Title: Managing Director

Principal amount of Purchased Second Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

| | |
|---|---|
| Notice Address: | Eleven Madison Avenue |
| | New York, NY 10010 |
| Attn: | Davis Meiering |
| Email: | Davis.meiering@credit-suisse.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS GLOBAL LOAN LIMITED,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Sub-Investment Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

**BARINGS GLOBAL SPECIAL SITUATIONS**
**CREDIT 3 S.À R.L.,**
**as a Specified Second Lien Lender**
**acting by its attorney BARINGS LLC**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

**BARINGS GLOBAL HIGH YIELD CREDIT STRATEGIES LIMITED,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans: ███████

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS U.S. LOAN LIMITED,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans: 

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

**CITY OF NEW YORK GROUP TRUST,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Manager**

By:

_____

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

**BARINGS GLOBAL SHORT DURATION**
**HIGH YIELD FUND,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans: 

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

The foregoing is executed on behalf of Barings Global Short Duration High Yield Fund, organized under an Agreement and Declaration of Trust dated May 19, 2011, as amended from time to time. The obligations of such Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees, shareholders, officers, employees or agents of such Trust, but only the Trust's property and assets shall be bound.

**BARINGS CLO LTD. 2018-III,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS CLO LTD. 2017-I,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BALOISE SENIOR SECURED LOAN FUND I,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Sub-Investment Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS CLO LTD. 2016-I,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS CLO LTD. 2015-I,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans: 

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS CLO LTD. 2016-II,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

**CROWN MANAGED ACCOUNTS SPC ACTING FOR
AND ON BEHALF OF CROWN/BA 2 SP,
as a Specified Second Lien Lender
acting by its attorney, Barings (U.K.) Limited
acting by its attorney, Barings LLC**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans: 

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BABSON CLO LTD. 2014-I,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS CLO LTD. 2015-II,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS GLOBAL MULTI-CREDIT
STRATEGY 4 LIMITED,
as a Specified Second Lien Lender
By: Barings LLC as Investment Manager**

By:

_____

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans: 

| | | |
|---|---|---|
| Notice Address: | 300 S. Tryon Street, Suite 2500 | |
| | Charlotte, NC, 28202 | |
| Attn: | Michael Searles | |
| Email: | Michael.Searles@barings.com | |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS CLO LTD. 2013-I,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Collateral Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS GLOBAL MULTI-CREDIT**
**STRATEGY 3 LIMITED,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Manager**

By:

_____

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

**BARINGS GLOBAL MULTI-CREDIT**
**STRATEGY 2 LIMITED,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Sub-Investment Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS GLOBAL FLOATING RATE,**
**a series of Barings Funds Trust,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Manager**

By:



Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

The foregoing is executed on behalf of Barings Global Floating Rate Fund, a series of Barings Funds Trust, organized under an Agreement and Declaration of Trust dated May 3, 2013, as amended from time to time. The obligations of such series Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees, shareholders, officers, employees or agents of such Trust, or any other series of the Trust but only the property and assets of the relevant series Trust shall be bound.

**BEL-AIR LOAN FUND LLC,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Adviser**

By:

_____

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

**BARINGS GLOBAL CREDIT INCOME
OPPORTUNITIES FUND, a series of
Barings Funds Trust
as a Specified Second Lien Lender
By: Barings LLC as Investment Adviser**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ████████

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

The foregoing is executed on behalf of Barings Global Credit Income Opportunities Fund, a series of Barings Funds Trust, organized under an Agreement and Declaration of Trust dated May 3, 2013, as amended from time to time. The obligations of such series Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees, shareholders, officers, employees or agents of such Trust, or any other series of the Trust but only the property and assets of the relevant series Trust shall be bound.

**ARROWOOD INDEMNITY COMPANY**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Adviser**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans: 

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
|---|---|
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**BARINGS GLOBAL MULTI-CREDIT**
**STRATEGY 1 LIMITED,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Sub-Investment Manager**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**ARROWOOD INDEMNITY COMPANY AS
ADMINISTRATOR OF THE PENSION PLAN OF
ARROWOOD INDEMNITY COMPANY,**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Adviser**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**AUSTRALIANSUPER PTY LTD. AS TRUSTEE**
**FOR AUSTRALIANSUPER**
**as a Specified Second Lien Lender**
**By: Barings LLC as Investment Adviser**

By:

Name: Michael Searles
Title: Director

Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 300 S. Tryon Street, Suite 2500 |
| | Charlotte, NC, 28202 |
| Attn: | Michael Searles |
| Email: | Michael.Searles@barings.com |

*[Signature Page to Serta Exchange Agreement]*

**Diversified Credit Portfolio Ltd.**
**as a Specified Second Lien Lender**
BY: Invesco Senior Secured Management, Inc. as
Investment Adviser

By:

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| | |
|---|---|
| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, |
| | 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Invesco BL Fund, Ltd.**
**as a Specified Second Lien Lender**
By: Invesco Management S.A. As Investment Manager


By:
    Name: Kevin Egan
    Title: Authorized Individual


Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, 26th Floor New York, NY 10036 |
| --- | --- |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

**Invesco Dynamic Credit Opportunities Fund**
**as a Specified Second Lien Lender**
BY: Invesco Senior Secured Management, Inc. as Sub-
advisor

By: _____

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, 26th Floor New York, NY 10036 |
| --- | --- |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Invesco Floating Rate Fund**
**as a Specified Second Lien Lender**
BY: Invesco Senior Secured Management, Inc. as Sub-
Adviser

By: 

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, |
| --- | --- |
| | 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Invesco Floating Rate Income Fund**
**as a Specified Second Lien Lender**
By: Invesco Senior Secured Management, Inc. as Sub-
Adviser

By: 

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, |
| --- | --- |
| | 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Invesco Senior Income Trust**
**as a Specified Second Lien Lender**
BY: Invesco Senior Secured Management, Inc. as Sub-advisor

By: 

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

| | |
|---|---|
| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Invesco Senior Loan Fund**
**as a Specified Second Lien Lender**
BY: Invesco Senior Secured Management, Inc. as Sub-
advisor

By: 

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans:   █████████
Principal amount of Initial Exchanged Term Loans:   ████████

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, |
| --- | --- |
| | 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**INVESCO SSL FUND LLC**
**as a Specified Second Lien Lender**
By: Invesco Senior Secured Management, Inc. as
Collateral Manager



By:

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: ▮▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮

| | |
|---|---|
| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Invesco Zodiac Funds - Invesco US Senior Loan ESG Fund
as a Specified Second Lien Lender**
By: Invesco Senior Secured Management, Inc. as
Investment Manager


By: _____

    Name: Kevin Egan
    Title: Authorized Individual




Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, |
| --- | --- |
| | 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |


*[Signature Page to Serta Exchange Agreement]*

**Invesco Zodiac Funds** - **Invesco US Senior Loan Fund**
**as a Specified Second Lien Lender**
By: Invesco Senior Secured Management, Inc. as
Investment Manager


By:

    Name: Kevin Egan
    Title: Authorized Individual




Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, |
| --- | --- |
| | 26th Floor New York, NY 10036 |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Kaiser Permanente Group Trust**
**as a Specified Second Lien Lender**
By: Invesco Senior Secured Management, Inc. as
Investment Manager

By: 

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, 26th Floor New York, NY 10036 |
| --- | --- |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*

**Kapitalforeningen Investin Pro, US Leveraged Loans I**
**as a Specified Second Lien Lender**
By: Invesco Senior Secured Management, Inc. as
Investment Manager

By: _Kevin Egan_

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, 26th Floor New York, NY 10036 |
| --- | --- |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

**Sentry Insurance a Mutual Company**
**as a Specified Second Lien Lender**
BY: Invesco Senior Secured Management, Inc. as Sub-
Advisor

By: 

    Name: Kevin Egan
    Title: Authorized Individual

Principal amount of Purchased Second Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

| Notice Address: | Invesco Senior Secured Management, Inc 1166 Avenue of the Americas, 26th Floor New York, NY 10036 |
| --- | --- |
| Attn: | Bank Loan Services |
| Email: | BLS-AssetServices@invesco.com |

*[Signature Page to Serta Exchange Agreement]*