# EXHIBIT E

## (Part 2 of 4)

**Oaktree Opps X Holdco Ltd.,**
**as a Specified First Lien Lender**

By: Oaktree Capital Management, L.P.
Its: Director


By: _____
Name: Allen Li
Title: Vice President


By: _____
Name: Kaj Vazales
Title: Managing Director


Principal amount of Purchased First Lien Loans: ███████████
Principal amount of Initial Exchanged Term Loans: ██████████

| | |
|---|---|
| Notice Address: | 333 S. Grand Avenue, 28th Floor |
| | Los Angeles, CA 90071 |
| Attn: | Corporate Actions Team |
| Email: | ali@oaktreecapital.com; |
| | kvazales@oaktreecapital.com |

*[Signature Page to Serta Exchange Agreement]*

**Oaktree Opportunities Fund X Holdings (Delaware), L.P.,
as a Specified First Lien Lender**

By:  Oaktree Fund GP, LLC
Its:  General Partner

By:  Oaktree Fund GP I, L.P.
Its:  Managing Member


By: _____
Name:  Allen Li
Title:   Authorized Signatory


By: _____
Name:  Kaj Vazales
Title:   Authorized Signatory


Principal amount of Purchased First Lien Loans: ████████
Principal amount of Initial Exchanged Term Loans: ████████

| | |
|---|---|
| Notice Address: | 333 S. Grand Avenue, 28th Floor |
| | Los Angeles, CA  90071 |
| Attn: | Corporate Actions Team |
| Email: | ali@oaktreecapital.com;
kvazales@oaktreecapital.com |

**FIRST LIEN LENDER,**
as a Specified First Lien Lender

*Dryden XXV Senior Loan Fund*
*Dryden XXVI Senior Loan Fund*
*Dryden XXVIII Senior Loan Fund*
*Dryden 30 Senior Loan Fund*
*Dryden 33 Senior Loan Fund*
*Dryden 36 Senior Loan Fund*
*Dryden 37 Senior Loan Fund*
*Dryden 38 Senior Loan Fund*
*Dryden 40 Senior Loan Fund*
*Dryden 41 Senior Loan Fund*
*Dryden 42 Senior Loan Fund*
*Dryden 43 Senior Loan Fund*
*Dryden 45 Senior Loan Fund*
*Dryden 47 Senior Loan Fund*
*Dryden 49 Senior Loan Fund*
*Dryden 50 Senior Loan Fund*
*Dryden 53 CLO, Ltd.*
*Dryden 54 Senior Loan Fund*
*Dryden 55 CLO, Ltd.*
*Dryden 57 CLO, Ltd.*
*Dryden 58 CLO, Ltd.*
*Dryden 60 CLO, Ltd.*
*Dryden 61 CLO, Ltd.*
*Dryden 64 CLO, Ltd.*
*Dryden 65 CLO, Ltd.*
*Dryden 70 CLO, Ltd.*
*Dryden 75 CLO, Ltd.*
*Newark BSL CLO 1, Ltd.*
*Newark BSL CLO 2, Ltd.*

By:
Name: Parag Pandya
Title: Vice President

Principal amount of Purchased First Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 655 Broad Street, 7th Floor |
| | Newark, New Jersey 07102 |
| Attn: | Parag Pandya |
| Email: | parag.pandya@pgim.com |

*[Signature Page to Serta Exchange Agreement]*

**VENTURE XXV CLO, LIMITED**
**as a Specified First Lien Lender**
By its Investment Advisor, MJX Asset Management
LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▮

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|

| Attn: | Delia Gamboa |
|---|---|
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**Venture 31 CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Venture Management III LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director


Principal amount of Purchased First Lien Loans: ██████████
Principal amount of Initial Exchanged Term Loans: █ ████████

Notice Address:     12 E 49th Street, 38th Floor, New York, NY 10017

Attn:          Delia Gamboa
Email:        credit@mjxam.com

*[Signature Page to Serta Exchange Agreement]*

**Venture 32 CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Asset Management LLC

By: 

    Name: Frederick Taylor
    Title: Managing Director

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ██████

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**Venture 33 CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Asset Management LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| | |
|---|---|
| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
| | |
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**Venture 35 CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
 MJX Asset Management LLC


By: 
   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: █ ███████

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

**Venture XVII CLO Limited**
**as a Specified First Lien Lender**
BY: its investment advisor, MJX Asset Management,
LLC

By: _____

   Name: Frederick Taylor
   Title: Managing Director

Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**Venture XXII CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
 MJX Venture Management II LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▮

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|

| Attn: | Delia Gamboa |
|---|---|
| Email: | credit@mjxam.com |


*[Signature Page to Serta Exchange Agreement]*

**Venture XXIX CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
 MJX Venture Management II LLC


By: _____

   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▮

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
| --- | --- |
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**Venture XXVII CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Venture Management II LLC


By:

   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▆▆▆▆▆▆

Notice Address:     12 E 49th Street, 38th Floor, New York, NY 10017

Attn:           Delia Gamboa
Email:         credit@mjxam.com

**Venture 28A CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Venture Management II LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ███████

Notice Address:     12 E 49th Street, 38th Floor, New York, NY 10017

Attn:               Delia Gamboa
Email:              credit@mjxam.com

**VENTURE XII CLO, Limited**
**as a Specified First Lien Lender**
BY: its investment advisor
MJX Venture Management LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▆▆▆▆▆▆

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
| --- | --- |
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**VENTURE XIII CLO, Limited**
**as a Specified First Lien Lender**
By: its Investment Advisor
 MJX Venture Management LLC

By: _____
   Name: Frederick Taylor
   Title: Managing Director

Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▮

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

**VENTURE XIV CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
 MJX Venture Management LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮▮

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**VENTURE XIX CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Asset Management LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

**VENTURE XV CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Asset Management LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|

| Attn: | Delia Gamboa |
|---|---|
| Email: | credit@mjxam.com |

**VENTURE XVI CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
 MJX Venture Management II LLC



By: _____
    Name: Frederick Taylor
    Title: Managing Director

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ████████

| | |
|---|---|
| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

**Venture XVIII CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Venture Management II LLC

By: 

    Name: Frederick Taylor
    Title: Managing Director

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: █ ████████

Notice Address:    12 E 49th Street, 38th Floor, New York, NY 10017

Attn:          Delia Gamboa
Email:        credit@mjxam.com

**VENTURE XX CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Venture Management LLC



By:
    Name: Frederick Taylor
    Title: Managing Director

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

Notice Address:    12 E 49th Street, 38th Floor, New York, NY 10017

Attn:    Delia Gamboa
Email:    credit@mjxam.com

**Venture XXI CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
 MJX Venture Management LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|

| Attn: | Delia Gamboa |
|---|---|
| Email: | credit@mjxam.com |

**Venture XXIII CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor MJX Asset Management
LLC



By:
    Name: Frederick Taylor
    Title: Managing Director

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

**Venture XXIV CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Asset Management LLC


By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: ▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮ 

Notice Address:     12 E 49th Street, 38th Floor, New York, NY 10017

Attn:           Delia Gamboa
Email:         credit@mjxam.com

*[Signature Page to Serta Exchange Agreement]*

**Venture XXVIII CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Venture Management II LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director




Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans:  ██████

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

**Venture XXX CLO, Limited**
**as a Specified First Lien Lender**
By: its investment advisor
MJX Venture Management II LLC

By: _____
   Name: Frederick Taylor
   Title: Managing Director

Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | 12 E 49th Street, 38th Floor, New York, NY 10017 |
|---|---|
| Attn: | Delia Gamboa |
| Email: | credit@mjxam.com |

*[Signature Page to Serta Exchange Agreement]*

**Magnetite XII, LTD**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**

By: 

Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans:  ███████████
Principal amount of Initial Exchanged Term Loans:  ███████████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**Fixed Income Opportunities Nero, LLC**
By: BlackRock Financial Management Inc., Its Investment Manager,
**as a Specified First Lien Lender**



By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████ _____
Principal amount of Initial Exchanged Term Loans: ███████ _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**BlackRock Limited Duration Income Trust**
By: BlackRock Advisors, LLC, its Investment Advisor,
**as a Specified First Lien Lender**

By: 

Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**BlackRock Global Investment Series: Income Strategies Portfolio**
By: BlackRock Financial Management, Inc., its Sub-Advisor,
**as a Specified First Lien Lender**

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**ABR Reinsurance LTD.**
By: BlackRock Financial Management, Inc., its Investment Manager,
**as a Specified First Lien Lender**


By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


Principal amount of Purchased First Lien Loans: 
Principal amount of Initial Exchanged Term Loans:

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn:  Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn:  Jennifer O'Neil & Jack Schinasi
Email:  legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**BlackRock Credit Strategies Income Fund of BlackRock Funds V**
BlackRock Advisors, LLC, its Adviser,
**as a Specified First Lien Lender**


By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: █████████ _____
Principal amount of Initial Exchanged Term Loans: █████████ _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**BlackRock Senior Floating Rate Portfolio**
By: BlackRock Investment Management, LLC, its Investment Advisor,
**as a Specified First Lien Lender**

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ████████ _____
Principal amount of Initial Exchanged Term Loans: ████████ _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn:  Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn:  Jennifer O'Neil & Jack Schinasi
Email:  legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**BlackRock Floating Rate Income Strategies Fund, Inc.**
By: BlackRock Advisors, LLC, its Investment Advisor,
**as a Specified First Lien Lender**

By: 
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ██████████
Principal amount of Initial Exchanged Term Loans: ██████████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**BlackRock Multi-Asset Income Portfolio of BlackRock Funds II**
By: BlackRock Advisors, LLC, in its capacity as Investment Adviser,
**as a Specified First Lien Lender**


By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████    _____
Principal amount of Initial Exchanged Term Loans: ███████    _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**NC GARNET FUND, L.P.**
By: NC Garnet Fund (GenPar), LLC, its general partner AND By: BlackRock Financial Management, Inc., its manager,
**as a Specified First Lien Lender**

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans:  _____
Principal amount of Initial Exchanged Term Loans: ███████ _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn:  Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn:  Jennifer O'Neil & Jack Schinasi
Email:  legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**BlackRock Debt Strategies Fund, Inc.**
By: BlackRock Advisors, LLC, its Investment Advisor,
**as a Specified First Lien Lender**



By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ████████ _____
Principal amount of Initial Exchanged Term Loans: ████████ _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**BlackRock Floating Rate Income Trust**
By: BlackRock Advisors, LLC, its Investment Advisor,
**as a Specified First Lien Lender**

By: 

Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**JPMBI re BlackRock BankLoan Fund**
By: BlackRock Financial Management Inc., as Sub-Advisor,
**as a Specified First Lien Lender**

By: _____



Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ████████_____
Principal amount of Initial Exchanged Term Loans: ██████_____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn:  Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn:  Jennifer O'Neil & Jack Schinasi
Email:  legaltransactions@blackrock.com

**BlackRock Floating Rate Income Portfolio of BlackRock Funds V**
By: BlackRock Advisors, LLC, its Investment Advisor,
**as a Specified First Lien Lender**


By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


Principal amount of Purchased First Lien Loans: ███████ _____
Principal amount of Initial Exchanged Term Loans: ███████ _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**Magnetite XV, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**



By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ██████ _____
Principal amount of Initial Exchanged Term Loans: ██████ _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn:  Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn:  Jennifer O'Neil & Jack Schinasi
Email:  legaltransactions@blackrock.com

**Magnetite XIV-R, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: _____
Principal amount of Initial Exchanged Term Loans: _____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**Magnetite XVI, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**

By: 

Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**Magnetite VIII, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**


By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████████
Principal amount of Initial Exchanged Term Loans: ███████████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**Magnetite XVIII, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**

By: 
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**Magnetite XIX, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**

By: 
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans:            ██████████
Principal amount of Initial Exchanged Term Loans:       ██████████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

*[Signature Page to Serta Exchange Agreement]*

**Magnetite XX, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**

By: 
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████████
Principal amount of Initial Exchanged Term Loans: ███████████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**Magnetite XVII, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**


By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


Principal amount of Purchased First Lien Loans: ███████████_____
Principal amount of Initial Exchanged Term Loans: ████████_____

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**Magnetite VII, Limited**
By: BlackRock Financial Management, Inc., as Investment Manager,
**as a Specified First Lien Lender**



By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

Principal amount of Purchased First Lien Loans: ███████████
Principal amount of Initial Exchanged Term Loans: ███████████

c/o BlackRock
1 University Square Drive, 5th Floor
Princeton, NJ 08540-6455
Attn: Gina Forziati
Telephone: 212-810-8358
Email: Blk-privateinfo@blackrock.com

With a copy (which shall not constitute notice) to:

c/o BlackRock, Inc.
Office of the General Counsel
40 East 52nd Street
New York, NY 10022
Attn: Jennifer O'Neil & Jack Schinasi
Email: legaltransactions@blackrock.com

**Nuveen Diversified Dividend and Income Fund,**
**as a Specified First Lien Lender**

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research


Principal amount of Purchased First Lien Loans: ██████████

Principal amount of Initial Exchanged Term Loans: ████████████████

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Nuveen Floating Rate Income Fund,**
**as a Specified First Lien Lender**

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▊
Principal amount of Initial Exchanged Term Loans: ▊

| Notice Address: | Symphony Asset Management LLC |
|---|---|
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Nuveen Floating Rate Income Opportunity Fund,**
**as a Specified First Lien Lender**

By:

Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮▮▮

| | |
|---|---|
| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Principal Funds, Inc. - Diversified Real Asset Fund**
**By: Symphony Asset Management LLC, as Investment Advisor,**
**as a Specified First Lien Lender**

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Symphony Asset Management LLC |
| --- | --- |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Nuveen Senior Income Fund,**
 **as a Specified First Lien Lender**

By:

Name: James Kim

Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ███

Principal amount of Initial Exchanged Term Loans: ████████

| | |
|---|---|
| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony CLO XX Ltd.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ████████████

| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony CLO XVIII, LTD.**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ▮▮▮▮▮▮▮▮
Principal amount of Initial Exchanged Term Loans: ▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Nuveen Short Duration Credit Opportunities Fund,**
**as a Specified First Lien Lender**

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research


Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: ███████

| | |
|---|---|
| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Symphony CLO XIX Ltd**
**By: Symphony Asset Management LLC, as Collateral Manager,**
**as a Specified First Lien Lender**

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ███████
Principal amount of Initial Exchanged Term Loans: █████████

| | |
|---|---|
| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signatre Page to Serta Exchange Agreement]*

**Nuveen Symphony Floating Rate Income Fund,**
**as a Specified First Lien Lender**

By:
Name: James Kim
Title: Co-Head of Investments, Head of Research


Principal amount of Purchased First Lien Loans: ███████████████
Principal amount of Initial Exchanged Term Loans: ███████████

| | |
|---|---|
| Notice Address: | Symphony Asset Management LLC |
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**BayCity Alternative Investment Funds SICAV-SIF - BayCity US Senior Loan Fund**
**By: Symphony Asset Management LLC, as Investment Advisor,**
**as a Specified First Lien Lender**

By:
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans:
Principal amount of Initial Exchanged Term Loans:

| Notice Address: | Symphony Asset Management LLC |
|---|---|
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*

**Pensiondanmark Pensionsforsikringsaktieselskab**
**By: Symphony Asset Management LLC, as Investment Advisor,**
**as a Specified First Lien Lender**

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research


Principal amount of Purchased First Lien Loans: █████
Principal amount of Initial Exchanged Term Loans: █████

Notice Address:      Symphony Asset Management LLC
                     555 California Street, Suite 3100
                     San Francisco, CA 94104-1534
Attn:                Operations
Email:               loan.ops@symphonyasset.com

[Signature Page to Serta Exchange Agreement]

**Menard, Inc.**
**By: Symphony Asset Management LLC, as Investment Advisor,**
**as a Specified First Lien Lender**

By:
Name: James Kim
Title: Co-Head of Investments, Head of Research

Principal amount of Purchased First Lien Loans: ███
Principal amount of Initial Exchanged Term Loans: ███████ _____

| Notice Address: | Symphony Asset Management LLC |
|---|---|
| | 555 California Street, Suite 3100 |
| | San Francisco, CA 94104-1534 |
| Attn: | Operations |
| Email: | loan.ops@symphonyasset.com |

*[Signature Page to Serta Exchange Agreement]*