# EXHIBIT F

# (Part 2 of 9)

Eaton Vance CLO 2019-1, LTD
AGF Floating Rate Income Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title:  Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000889
SSB_ADVERSARY00000889

Eaton Vance Loan Holding Limited

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title:  Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000890
SSB_ADVERSARY00000890

Eaton Vance Floating-Rate Income Plus Fund

By: Eaton Vance Management as
Investment Advisor

By: _____/s/ Michael B. Botthof_____
Name: Michael B. Botthof
Title:  Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000891
SSB_ADVERSARY00000891

Eaton Vance Floating-Rate 2022 Target Term Trust

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000892

SSB_ADVERSARY00000892

Eaton Vance Senior Floating-Rate Trust

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000893

SSB_ADVERSARY00000893

Eaton Vance Floating-Rate Income Trust

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000894

SSB_ADVERSARY00000894