# EXHIBIT F

# (Part 3 of 9)

Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio

By: Eaton Vance Management as Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000895
SSB_ADVERSARY00000895

Eaton Vance Senior Income Trust

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000896

SSB_ADVERSARY00000896

Eaton Vance Short Duration Diversified Income Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Eaton Vance Institutional Senior Loan Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000898
SSB_ADVERSARY00000898

Eaton Vance Institutional Senior Loan Plus Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000899

SSB_ADVERSARY00000899

Eaton Vance Limited Duration Income Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000900

SSB_ADVERSARY00000900

Eaton Vance Floating Rate Portfolio

By: Boston Management & Research as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000901
SSB_ADVERSARY00000901