# EXHIBIT F

## (Part 4 of 9)

Senior Debt Portfolio

By: Boston Management & Research as
Investment Advisor

By: _____
    Name: Michael B. Botthof
    Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
    Confidential

Eaton Vance VT Floating-Rate Income Fund

By: Eaton Vance Management as
Investment Advisor

By: _____

Name: Michael B. Botthof
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
  Confidential

AGF Floating Rate Income Fund

By: Eaton Vance Management as
Investment Advisor

By: _____

Name: Michael B. Botthof
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
  Confidential

SSB_LCM_00000904
SSB_ADVERSARY00000904

**BENTHAM SYNDICATED LOAN FUND**
By: Credit Suisse Asset Management, LLC, as agent (sub-advisor) for
Challenger Investment Services Limited, the Responsible Entity for
Bentham Syndicated Loan Fund

**DaVinci Reinsurance Ltd.**
By: Credit Suisse Asset Management, LLC, as investment manager for
DaVinci Reinsurance Holdings, Ltd., the owner of DaVinci Reinsurance
Ltd.

**Renaissance Investment Holdings Ltd.**
**CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM**
**DOLLAR SENIOR LOAN FUND, LTD.**
**DOLLAR SENIOR LOAN MASTER FUND II, LTD.**
**BA/CSCREDIT 1 LLC**
**CREDIT SUISSE FLOATING RATE TRUST**
**PK-SSL INVESTMENT FUND LIMITED PARTNERSHIP**
**COPPERHILL LOAN FUND I, LLC**
**THE EATON CORPORATION MASTER RETIREMENT TRUST**
**ERIE INDEMNITY COMPANY**
**MADISON FLINTHOLM SENIOR LOAN FUND I DAC**
**PHILLIPS 66 RETIREMENT PLAN TRUST**
**WIND RIVER FUND LLC**
**BLUE SHIELD OF CALIFORNIA**
By: Credit Suisse Asset Management, LLC, as investment manager

**ERIE INSURANCE EXCHANGE**
By: Credit Suisse Asset Management, LLC, as investment manager for
Erie Indemnity Company, as Attorney-In-Fact for Erie Insurance Exchange

**THE CITY OF NEW YORK GROUP TRUST**
By: Credit Suisse Asset Management, LLC, as its manager

**Maryland State Retirement and Pension System**
By: Credit Suisse Asset Management, LLC as manager

**CREDIT SUISSE FLOATING RATE HIGH INCOME FUND**
**CREDIT SUISSE STRATEGIC INCOME FUND**
**COMMONWEALTH OF PENNSYLVANIA TREASURY DEPARTMENT**
By: Credit Suisse Asset Management, LLC, as investment advisor

**STATE OF NEW MEXICO STATE INVESTMENT COUNCIL**
By authority delegated to the New Mexico State Investment Office
By: Credit Suisse Asset Management, LLC, as its manager

**CREDIT SUISSE NOVA (LUX)**
By: Credit Suisse Asset Management, LLC or Credit Suisse Asset
Management Limited, each as Co-Investment Adviser to Credit Suisse
Fund Management S.A., management company for Credit Suisse Nova
(Lux)

**BENTHAM STRATEGIC LOAN FUND**
By: Credit Suisse Asset Management, LLC, as Sub Advisor for Bentham
Asset Management Pty Ltd., the agent and investment manager to Fidante
Partners Limited, the trustee for Bentham Strategic Loan Fund

**KP FIXED INCOME FUND**
By: Credit Suisse Asset Management, LLC, as Sub-Adviser for Callan
Associates Inc., the Adviser for The KP Funds, the Trust for KP Fixed
Income Fund

**TELSTRA SUPERANNUATION SCHEME**
By: Credit Suisse Asset Management, LLC, as sub advisor to Bentham
Asset Management Pty Ltd. in its capacity as agent of and investment
manager for Telstra Super Pty Ltd. in its capacity as trustee of Telstra
Superannuation Scheme

**WESPATH FUNDS TRUST**
By: Credit Suisse Asset Management, LLC, the investment adviser for UMC
Benefit Board Inc., the trustee for Wespath Funds Trust.

**INFLATION PROTECTION FUND - I SERIES, a series of Wespath Funds Trust**
By Credit Suisse Asset Management, LLC as Adviser for Wespath
Institutional Investments LLC, as trustee of the I Series funds of Wespath
Funds Trust

**MADISON PARK FUNDING X, LTD.**
**MADISON PARK FUNDING XI, LTD.**
**MADISON PARK FUNDING XII, LTD.**
**MADISON PARK FUNDING XIII, LTD.**
**MADISON PARK FUNDING XIV, LTD.**
**MADISON PARK FUNDING XV, LTD.**
**MADISON PARK FUNDING XVI, LTD.**
**MADISON PARK FUNDING XVII, LTD.**
**MADISON PARK FUNDING XX, LTD.**
**MADISON PARK FUNDING XXI, LTD.**
**MADISON PARK FUNDING XXII, LTD.**
**MADISON PARK FUNDING XL, LTD.**
**MADISON PARK FUNDING XLI, LTD.**
**MADISON PARK FUNDING XLII, LTD.**
**MADISON PARK FUNDING XLIII, LTD.**
**MADISON PARK FUNDING XLIV, LTD.**
**ONE ELEVEN FUNDING I, LTD.**
**ONE ELEVEN FUNDING II, LTD.**
**MADISON PARK FUNDING XXVIII, LTD.**
**MADISON PARK FUNDING XXX, LTD.**
**MADISON PARK FUNDING XXXI, LTD.**
**MADISON PARK FUNDING XXXII, LTD.**
**MADISON PARK FUNDING XXXVII, LTD.**
**MADISON PARK FUNDING XXXIV, LTD.**
By: Credit Suisse Asset Management, LLC, as portfolio manager

**MADISON PARK FUNDING XVIII, LTD.**
**MADISON PARK FUNDING XIX, LTD.**
**MADISON PARK FUNDING XXIII, LTD.**
**MADISON PARK FUNDING XXIV, LTD.**
**MADISON PARK FUNDING XXV, LTD.**
**MADISON PARK FUNDING XXVI, LTD.**
**MADISON PARK FUNDING XXIX, LTD.**
By: Credit Suisse Asset Management, LLC, as collateral manager

**MADISON PARK FUNDING XXVII, LTD.**
**MADISON PARK FUNDING XXXV, LTD.**
By: Credit Suisse Asset Management, LLC, as asset manager

By: _David Mechlin (signature)_

_____

Name: David Mechlin
Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

BARINGS GLOBAL LOAN LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____
Name: Michael Searles
Title: Director

BARINGS GLOBAL SPECIAL SITUATION
CREDIT 3 S.À R.L., as Lender
acting by its attorney BARINGS LLC

By: _____
Name: Michael Searles
Title: Director

BARINGS GLOBAL HIGH YIELD CREDIT
STRATEGIES LIMITED, as Lender
By: Barings LLC as Investment Manager

By: _____
Name: Michael Searles
Title: Director

BARINGS U.S. LOAN LIMITED, as Lender
By: Barings LLC as Investment Manager

By: _____
Name: Michael Searles
Title: Director

CITY OF NEW YORK GROUP TRUST, as Lender
By: Barings LLC as Investment Manager

By: _____
Name: Michael Searles
Title: Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000906
SSB_ADVERSARY00000906

BARINGS CLO LTD. 2018-III, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2017-I, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2019-II, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

BALOISE SENIOR SECURED LOAN FUND I, as
Lender
By: Barings LLC as Sub-Investment Manager

By: _____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2016-I, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000907
SSB_ADVERSARY00000907

BARINGS CLO LTD. 2015-I, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

UNIVERSAL-INVESTMENT-GESELLSCHAFT
MBH on behalf and on account of BAYVK R2-FONDS
Segment BAYVK R2 BARINGS, as Lender
acting by its attorney BARINGS LLC

By: _____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2016-II, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

CROWN MANAGED ACCOUNTS SPC ACTING
FOR AND ON BEHALF OF CROWN/BA 2 SP, as
Lender
acting by its attorney, Barings (U.K.) Limited
acting by its attorney, Barings LLC

By: _____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2018-I, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

BABSON CLO LTD. 2014-I, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2015-II, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

G.A.S. (Cayman) Limited acting solely in its capacity
as Trustee of Serengeti (Loan Fund), a series trust of
the Multi Strategy Umbrella Fund Cayman, as Lender
By: Barings LLC as Investment Manager and Attorney-
    in-fact

By: _____
Name: Michael Searles
Title: Director

The foregoing is executed on behalf of the Serengeti (Loan Fund), organized under a Supplemental Trust Deed, dated as of September 21, 2017, as amended from time to time. The obligations of such Trust are not personally binding upon, nor shall resort be had to the property of the Trustee. The total liability of the Trustee shall be limited to the amount of the trust property.

BARINGS GLOBAL MULTI-CREDIT STRATEGY 4
LIMITED, as Lender
By: Barings LLC as Investment Manager

By: _____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2018-IV, as Lender
By: Barings LLC as Collateral Manager

By: _____
Name: Michael Searles
Title: Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

BARINGS BDC SENIOR FUNDING I, LLC, as
Lender
By: Barings LLC as Investment Manager

By: _____
        Name: Jonathan Bock
        Title: Managing Director

BARINGS CLO LTD. 2013-I, as Lender
By: Barings LLC as Collateral Manager

By: _____
        Name: Michael Searles
        Title: Director

BARINGS GLOBAL MULTI-CREDIT STRATEGY 3
LIMITED, as Lender
By: Barings LLC as Investment Manager

By: _____
        Name: Michael Searles
        Title: Director

BARINGS GLOBAL MULTI-CREDIT STRATEGY 2
LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____
        Name: Michael Searles
        Title: Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

BARINGS GLOBAL FLOATING RATE FUND, as
Lender
By: Barings LLC as Investment Manager

By: _____
Name: Michael Searles
Title: Director

The foregoing is executed on behalf of Barings Global Floating Rate Fund, a series of Barings Funds Trust, organized
under an Agreement and Declaration of Trust dated May 3, 2013, as amended from time to time.  The obligations of
such series Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees,
shareholders, officers, employees or agents of such Trust, or any other series of the Trust but only the property and
assets of the relevant series Trust shall be bound.

BARINGS SEGREGATED LOANS 3 S.À R.L, as
Lender
ACTING BY ITS ATTORNEY BARINGS LLC

By: _____
Name: Michael Searles
Title: Director

BARINGS BDC, INC. as Lender
By: Barings LLC as Investment Manager

By: _____
Name: Jonathan Bock
Title: Managing Director

BARINGS GLOBAL LOAN AND HIGH YIELD
BOND LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____
Name: Michael Searles
Title: Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

BARINGS GLOBAL CREDIT INCOME
OPPORTUNITIES FUND, a series of Barings Funds
Trust, as Lender
By: Barings LLC as Investment Manager

By: _____
Name: Michael Searles
Title: Director

The foregoing is executed on behalf of Barings Global Credit Income Opportunities Fund, a series of Barings Funds Trust, organized under an Agreement and Declaration of Trust dated May 3, 2013, as amended from time to time. The obligations of such series Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees, shareholders, officers, employees or agents of such Trust, or any other series of the Trust but only the property and assets of the relevant series Trust shall be bound.

ARROWOOD INDEMNITY COMPANY, as Lender
By: Barings LLC as Investment Adviser

By: _____
Name: Michael Searles
Title: Director

BARINGS GLOBAL MULTI-CREDIT STRATEGY 1
LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____
Name: Michael Searles
Title: Director

Jocassee Partners LLC, as Lender

By: _____
Name: Jonathan Bock
Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

ARROWOOD INDEMNITY COMPANY AS
ADMINISTRATOR OF THE PENSION PLAN OF
ARROWOOD INDEMNITY COMPANY, as Lender
By: Barings LLC as Investment Adviser

By: _____
        Name: Michael Searles
        Title: Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

First Eagle Bank Loan Select Master Fund,
a Class of The First Eagle Bank Loan Select Series Trust I, as Lender
By First Eagle Alternative Credit SLS, LLC, as Investment Manager

By_____
      Name: James R. Fellows
      Title:  CIO/Managing Director/Co-Head

BSG Fund Management B.V. on behalf of the
Stichting Blue Sky Active Fixed Income US Leveraged Loan Fund, as Lender
By First Eagle Alternative Credit SLS, LLC, as Manager

By_____
      Name: James R. Fellows
      Title:  CIO/Managing Director/Co-Head

KVK CLO 2013-1 Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Successor Collateral Manager

By_____
      Name: James R. Fellows
      Title:  CIO/Managing Director/Co-Head

KVK CLO 2016-1 Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Successor Collateral Manager

By_____
      Name: James R. Fellows
      Title:  CIO/Managing Director/Co-Head

KVK CLO 2018-1 Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Successor Collateral Manager

By_____
      Name: James R. Fellows
      Title:  CIO/Managing Director/Co-Head

Russell Investments Institutional Funds, LLC
Absolute Return Fixed Income Fund, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
      Name: James R. Fellows
      Title:  CIO/Managing Director/Co-Head

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Russell Investments Ireland Limited on behalf of the Russell Floating
Rate Fund, a subfund of Russell Investments Qualifying Investor Alternative Funds plc, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
   Name: James R. Fellows
   Title:  CIO/Managing Director/Co-Head

Russell Investments Global Unconstrained Bond Pool, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
   Name: James R. Fellows
   Title:  CIO/Managing Director/Co-Head

Russell Investments Institutional Funds LLC Multi-Asset Core Plus Fund, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
   Name: James R. Fellows
   Title:  CIO/Managing Director/Co-Head

Russell Investment Company Unconstrained Total Return Fund, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
   Name: James R. Fellows
   Title:  CIO/Managing Director/Co-Head

Stichting Pensioenfonds Hoogovens, as Lender
by First Eagle Alternative Credit, LLC, its Asset Manager

By_____
   Name: James R. Fellows
   Title:  CIO/Managing Director/Co-Head

Wind River 2014-3K CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
   Name: James R. Fellows
   Title:  CIO/Managing Director/Co-Head

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

Wind River 2012-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2013-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Collateral Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2013-2 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2014-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2014-2 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2014-3 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Wind River 2015-1 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2015-2 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, its Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2016-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, its Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2016-2 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, its Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2017-1 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, its Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2017-4 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

Wind River 2018-3 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Collateral Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2019-3 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

First Eagle Senior Loan Fund, as Lender
By First Eagle Alternative Credit, LLC, as Adviser

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Staniford Street CLO, LTD., as Lender

By _____
    Name: Seth Frink
    Title:  Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

**ANNISA CLO, LTD.**

By: Invesco RR Fund L.P. as Collateral
Manager
By: Invesco RR Associates LLC, as general
partner
By: Invesco Senior Secured Management, Inc.
as sole member

Name:
Title:          Philip Yarrow
                Authorized Signatory


**BETONY CLO 2, LTD.**

By: Invesco RR Fund L.P. as Collateral
Manager
By: Invesco RR Associates LLC, as general
partner
By: Invesco Senior Secured Management, Inc.
as sole member

Name:
Title:          Philip Yarrow
                Authorized Signatory


**BOC PENSION INVESTMENT FUND**

By: Invesco Senior Secured Management, Inc.
as Attorney in Fact
Name:
Title:          Philip Yarrow
                Authorized Signatory


[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000919
SSB_ADVERSARY00000919

**CARBONE CLO, LTD.**

By: Invesco RR Fund L.P. as Collateral
Manager
By: Invesco RR Associates LLC, as general
partner
By: Invesco Senior Secured Management, Inc.
as sole member
     Name: _____
     Title:
               Philip Yarrow
               Authorized Signatory

**DIVERSIFIED     CREDIT     PORTFOLIO
LTD.**

By: Invesco Senior Secured Management, Inc.
as Investment Adviser
     Name: _____
     Title:
               Philip Yarrow
               Authorized Signatory

**HARBOURVIEW CLO VII-R, LTD.**

By:     HarbourView     Asset     Management
Corporation, as Collateral Manager
     Name: _____
     Title:
               Philip Yarrow
               Authorized Signatory

**INVESCO BL FUND, LTD.**

By: Invesco Senior Secured Management, Inc.
as Sub-advisor
     Name: _____
     Title:
               Philip Yarrow
               Authorized Signatory

**[SIGNATURE PAGE TO THE FIRST AMENDMENT]**

**INVESCO DYNAMIC CREDIT OPPORTUNITIES FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser

Name:
Title:
               Philip Yarrow
              Authorized Signatory

**INVESCO FLOATING RATE FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser

Name:
Title:
               Philip Yarrow
              Authorized Signatory

**INVESCO FLOATING RATE INCOME FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser

Name:
Title:
               Philip Yarrow
              Authorized Signatory

**INVESCO GEMINI US LOAN FUND**

By: Invesco Senior Secured Management, Inc
as Investment Advisor

Name:
Title:
               Philip Yarrow
              Authorized Signatory

**[SIGNATURE PAGE TO THE FIRST AMENDMENT]**

Confidential
Confidential

**INVESCO OPPENHEIMER MASTER LOAN FUND**

By: By: Invesco Advisers, Inc., as Investment Adviser

Name:

Title:
Philip Yarrow
Authorized Signatory


**INVESCO OPPENHEIMER SENIOR FLOATING RATE FUND**

By: Invesco Senior Secured Management, Inc., as sub-adviser

Name:

Title:
Philip Yarrow
Authorized Signatory


**INVESCO OPPENHEIMER SENIOR FLOATING RATE PLUS FUND**

By: Invesco Senior Secured Management, Inc., as sub-adviser

Name:

Title:
Philip Yarrow
Authorized Signatory


**INVESCO SENIOR INCOME TRUST**

By: Invesco Senior Secured Management, Inc. as Sub-Adviser

Name:

Title:
Philip Yarrow
Authorized Signatory


**[SIGNATURE PAGE TO THE FIRST AMENDMENT]**

Confidential
Confidential

**INVESCO SENIOR LOAN FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser
      Name:
      Title:        Philip Yarrow
            Authorized Signatory

**INVESCO SSL FUND LLC**

By: Invesco Senior Secured Management, Inc.
as Collateral Manager
      Name:
      Title:        Philip Yarrow
            Authorized Signatory

**INVESCO ZODIAC FUNDS - INVESCO US SENIOR LOAN ESG FUND**

By: Invesco Senior Secured Management, Inc.
as Investment Manager
      Name:
      Title:        Philip Yarrow
            Authorized Signatory

**INVESCO ZODIAC FUNDS - INVESCO US SENIOR LOAN FUND**

By: Invesco Senior Secured Management, Inc.
as Investment Manager
      Name:
      Title:        Philip Yarrow
            Authorized Signatory

**[SIGNATURE PAGE TO THE FIRST AMENDMENT]**

SSB_LCM_00000923
SSB_ADVERSARY00000923

**KAISER PERMANENTE GROUP TRUST**

By: Invesco Senior Secured Management, Inc.
as Investment Manager

Name:
Title:  Philip Yarrow
       Authorized Signatory


**KAPITALFORENINGEN INVESTIN PRO,
US LEVERAGED LOANS I**

By: Invesco Senior Secured Management, Inc.
as Investment Manager

Name:
Title:  Philip Yarrow
       Authorized Signatory


**MILOS CLO, LTD.**

By: Invesco RR Fund L.P. as Collateral
Manager
By: Invesco RR Associates LLC, as general
partner
By: Invesco Senior Secured Management, Inc.
as sole member

Name:
Title:  Philip Yarrow
       Authorized Signatory


**RECETTE CLO, LTD.**

By: Invesco Senior Secured Management, Inc.
as Collateral Manager

Name:
Title:  Philip Yarrow
       Authorized Signatory


**[SIGNATURE PAGE TO THE FIRST AMENDMENT]**

Confidential
Confidential

**RISERVA CLO LTD.**

By: Invesco RR Fund L.P. as Collateral
Manager
By: Invesco RR Associates LLC, as general
partner
By: Invesco Senior Secured Management, Inc.
as sole member
    Name:
    Title:           Philip Yarrow
               Authorized Signatory

**SENTRY   INSURANCE   A   MUTUAL
COMPANY**

By: Invesco Senior Secured Management, Inc.
as Sub-Advisor
    Name:
    Title:           Philip Yarrow
              Authorized Signatory

**THE   CITY   OF   NEW   YORK   GROUP
TRUST**

By: Invesco Senior Secured Management, Inc.
as Investment Adviser
    Name:
    Title:           Philip Yarrow
              Authorized Signatory

**UPLAND CLO, LTD.**

By: Invesco Senior Secured Management, Inc.
as Collateral Manager
    Name:
    Title:           Philip Yarrow
              Authorized Signatory

**[SIGNATURE PAGE TO THE FIRST AMENDMENT]**

Confidential
Confidential

INVESCO OPPENHEIMER FUNDAMENTAL
ALTERNATIVES FUND
By: Invesco Senior Secured Management, Inc. as Sub-
Advisor, as Lender

By: _____

Name:
Title:   Phillip Yarrow
         Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Oaktree Opportunities Fund Xb Holdings
(Delaware), L.P.**, as Lender

By:  Oaktree Fund GP, LLC
Its:  General Partner

By:  Oaktree Fund GP I, L.P.
Its:  Managing Member

By:  _____
Name:  Allen Li
Title:   Authorized Signatory

By:  _____
Name:  Kaj Vazales
Title:   Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Oaktree Opps X Holdco Ltd.**, as Lender

By:  Oaktree Capital Management, L.P.
Its:  Director


By:  _____
Name:  Allen Li
Title:    Vice President


By:  _____
Name:  Kaj Vazales
Title:    Managing Director


[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000928
SSB_ADVERSARY00000928

**Oaktree Opportunities Fund X Holdings (Delaware), L.P.**, as Lender

By: Oaktree Fund GP, LLC
Its: General Partner

By: Oaktree Fund GP I, L.P.
Its: Managing Member

By: _____
Name:  Allen Li
Title:   Authorized Signatory

By: _____
Name:  Kaj Vazales
Title:   Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

*Dryden XXV Senior Loan Fund*
*Dryden XXVI Senior Loan Fund*
*Dryden XXVIII Senior Loan Fund*
*Dryden 30 Senior Loan Fund*
*Dryden 33 Senior Loan Fund*
*Dryden 36 Senior Loan Fund*
*Dryden 37 Senior Loan Fund*
*Dryden 38 Senior Loan Fund*
*Dryden 40 Senior Loan Fund*
*Dryden 41 Senior Loan Fund*
*Dryden 42 Senior Loan Fund*
*Dryden 43 Senior Loan Fund*
*Dryden 45 Senior Loan Fund*
*Dryden 47 Senior Loan Fund*
*Dryden 49 Senior Loan Fund*
*Dryden 50 Senior Loan Fund*
*Dryden 53 CLO, Ltd.*
*Dryden 54 Senior Loan Fund*
*Dryden 55 CLO, Ltd.*
*Dryden 57 CLO, Ltd.*
*Dryden 58 CLO, Ltd.*
*Dryden 60 CLO, Ltd.*
*Dryden 61 CLO, Ltd.*
*Dryden 64 CLO, Ltd.*
*Dryden 65 CLO, Ltd.*
*Dryden 70 CLO, Ltd.*
*Dryden 75 CLO, Ltd.*
*Newark BSL CLO 1, Ltd.*
*Newark BSL CLO 2, Ltd.*, as Lender

By: _____

Name: Parag Pandya
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
  Confidential

**Venture 28A CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000931

SSB_ADVERSARY00000931

**VENTURE XII CLO, Limited** , as Lender
BY: its investment advisor
MJX Venture Management LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

**VENTURE XIII CLO, Limited** , as Lender
By: its Investment Advisor
 MJX Venture Management LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**VENTURE XIV CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[Signature Page to the First Amendment]

SSB_LCM_00000934
SSB_ADVERSARY00000934

**VENTURE XIX CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**VENTURE XV CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**VENTURE XVI CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management II LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture XVIII CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management II LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**VENTURE XX CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture XXI CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture XXIII CLO, Limited** , as Lender
By: its investment advisor MJX Asset Management
LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture XXIV CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000942
SSB_ADVERSARY00000942

**Venture XXVIII CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
   Confidential

SSB_LCM_00000943
SSB_ADVERSARY00000943

**Venture XXX CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
  Confidential

SSB_LCM_00000944
SSB_ADVERSARY00000944

**Venture 31 CLO, Limited** , as Lender
By:  its investment advisor
MJX Venture Management III LLC


By: _____
     Name: Frederick Taylor
     Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture 32 CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture 33 CLO, Limited** , as Lender
By: its investment advisor
 MJX Asset Management LLC

By: _____
   Name: Frederick Taylor
   Title: Managing Director

[Signature Page to the First Amendment]

**Venture 35 CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC


By: _____
Name: Frederick Taylor
Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000948
SSB_ADVERSARY00000948

**Venture XVII CLO Limited** , as Lender
BY: its investment advisor, MJX Asset
Management, LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000949
SSB_ADVERSARY00000949

**Venture XXII CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management II LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture XXIX CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management II LLC


By: _____
   Name: Frederick Taylor
   Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture XXVI CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management LLC


By: _____
     Name: Frederick Taylor
     Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Venture XXVII CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**VENTURE XXV CLO, LIMITED** , as Lender
By its Investment Advisor, MJX Asset
Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**BlackRock Floating Rate Income Trust,** as Lender
By: BlackRock Advisors, LLC, its Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Multi-Asset Income Portfolio of BlackRock Funds II,** as Lender
By: BlackRock Advisors, LLC, in its capacity as Investment Adviser

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Senior Floating Rate Portfolio,** as Lender
By: BlackRock Investment Management, LLC, its Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Global Investment Series: Income Strategies Portfolio**
By: BlackRock Financial Management, Inc., its Sub-Advisor**,** as Lender

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Fixed Income Opportunities Nero, LLC,** as Lender
By: BlackRock Financial Management Inc., Its Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Floating Rate Income Portfolio of BlackRock Funds V,** as Lender
By: BlackRock Advisors, LLC, its Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**ABR Reinsurance LTD. ,** as Lender
By: BlackRock Financial Management, Inc., its Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Limited Duration Income Trust,** as Lender
By: BlackRock Advisors, LLC, its Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**JPMBI re BlackRock BankLoan
Fund,** as Lender
By: BlackRock Financial Management
Inc., as Sub-Advisor

By:_____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Credit Strategies Income
Fund of BlackRock Funds V,** as Lender
BlackRock Advisors, LLC, its Adviser

By:_____
Name: AnnMarie Smith
Title: Authorized Signatory

**NC GARNET FUND, L.P. ,** as Lender
By: NC Garnet Fund (GenPar), LLC, its
general partner AND By: BlackRock
Financial Management, Inc.
its manager

By:_____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Floating Rate Income
Strategies Fund, Inc. ,** as Lender
By: BlackRock Advisors, LLC, its
Investment Advisor

By:_____
Name: AnnMarie Smith
Title: Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000957
SSB_ADVERSARY00000957

**BlackRock Debt Strategies Fund, Inc. ,**
as Lender
By: BlackRock Advisors, LLC, its
Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


**Magnetite XII, LTD,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


**Magnetite XVI, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


**Magnetite VII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000958
SSB_ADVERSARY00000958

**Magnetite XIX, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XVIII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XV, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite VIII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

**Magnetite XVI-R, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


**Magnetite XVII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


**Magnetite XX, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Nuveen Diversified Dividend and Income Fund,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Nuveen Floating Rate Income Fund,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

Nuveen Floating Rate Income Opportunity Fund,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000963

SSB_ADVERSARY00000963

Principal Funds, Inc. - Diversified Real Asset Fund,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000964

SSB_ADVERSARY00000964

Nuveen Senior Income Fund,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

Symphony CLO XX Ltd.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

Symphony CLO XVIII, LTD.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
   Confidential

SSB_LCM_00000967
SSB_ADVERSARY00000967

Nuveen Short Duration Credit Opportunities Fund,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Symphony CLO XIX Ltd,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Nuveen Symphony Floating Rate Income Fund,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

BayCity Alternative Investment Funds SICAV-SIF -
BayCity US Senior Loan Fund,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

Pensiondanmark Pensionsforsikringsaktieselskab,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Menard, Inc.,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

BayCity Senior Loan Master Fund Ltd.,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

Confidential
Confidential

SSB_LCM_00000974
SSB_ADVERSARY00000974

Municipal Employees Annuity & Benefit Fund of Chicago,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000975
SSB_ADVERSARY00000975

Principal Diversified Real Asset CIT,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SSB_LCM_00000976

SSB_ADVERSARY00000976

Symphony CLO XVII, LTD.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
  Confidential

SSB_LCM_00000977
SSB_ADVERSARY00000977

TCI-Symphony 2016-1 Ltd,
as Lender

By: _____
     Name: James Kim
     Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

SSB_ADVERSARY00000978

Symphony CLO XV, Ltd.,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

TCI-Symphony 2017-1 Ltd,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

SSB_LCM_00000980
SSB_ADVERSARY00000980

Symphony Floating Rate Senior Loan Fund,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

SCOF-2 LTD.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
Confidential

California Street CLO IX Limited Partnership,
as Lender

By: _____

        ame: James Kim

      Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
   Confidential

SSB_LCM_00000983
SSB_ADVERSARY00000983

California Street CLO XII, LTD.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Symphony CLO XIV, Ltd.,
as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential

Confidential

SSB_LCM_00000985

SSB_ADVERSARY00000985

Symphony CLO XVI, LTD.,
as Lender

By: _____
    Name: James Kim
    Title: Co-Head of Investments, Head of Research

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
  Confidential

SSB_LCM_00000986
SSB_ADVERSARY00000986

TAO FUND, LLC, as Lender

By: _____
Name:  Joshua Peck
Title:   Vice President

[SIGNATURE PAGE TO THE FIRST AMENDMENT]

Confidential
  Confidential

SSB_LCM_00000987
SSB_ADVERSARY00000987

**ANNEX I**

**AMENDED CREDIT AGREEMENT**

[Attached]

A-1

~~EXECUTION VERSION~~ANNEX I

~~Deal CUSIP:  81753HAA9~~
~~Facility CUSIP: 81753HAB7~~

FIRST LIEN TERM LOAN AGREEMENT

Dated as of November 8, 2016, as amended by that certain Amendment No. 1 to First Lien Term Loan Agreement, dated as of June 22, 2020

among

DAWN INTERMEDIATE, ~~INC.~~LLC,
as Holdings,

SERTA SIMMONS BEDDING, LLC,
as the Top Borrower,

THE OTHER BORROWERS PARTY HERETO,

THE FINANCIAL INSTITUTIONS PARTY HERETO,
as Lenders,

UBS AG, STAMFORD BRANCH
as Administrative Agent

and

UBS SECURITIES LLC,
GOLDMAN SACHS BANK USA,
BARCLAYS BANK PLC,
DEUTSCHE BANK SECURITIES, INC.,
JEFFERIES FINANCE LLC,
JPMORGAN CHASE BANK N.A.,
MORGAN STANLEY SENIOR FUNDING, INC.,
RBC CAPITAL MARKETS,
and
WELLS FARGO SECURITIES, LLC
as Joint Lead Arrangers and Joint Bookrunners

WEIL:\95874775\19\74339.0004WEIL:\97509571\12\40416.0003

**TABLE OF CONTENTS**

Page

ARTICLE 1

DEFINITIONS............................................................................................................................1

Section 1.01.    Defined Terms ................................................................................................1
Section 1.02.    Classification of Loans and Borrowings ........................................................5560
Section 1.03.    Terms Generally ............................................................................................5560
Section 1.04.    Accounting Terms; GAAP .............................................................................5661
Section 1.05.    Effectuation of Transactions .........................................................................5762
Section 1.06.    Timing of Payment of Performance ..............................................................5762
Section 1.07.    Times of Day .................................................................................................5763
Section 1.08.    Currency Equivalents Generally ...................................................................5763
Section 1.09.    Cashless Rollovers ........................................................................................5863
Section 1.10.    Certain Calculations and Tests ......................................................................5864
Section 1.11.    Guarantees and Collateral .............................................................................6065
Section 1.12.    Divisions ........................................................................................................65

ARTICLE 2

THE CREDITS.........................................................................................................................65

Section 2.01.    Commitments .................................................................................................6065
Section 2.02.    Loans and Borrowings ...................................................................................6066
Section 2.03.    Requests for Borrowings ...............................................................................6166
Section 2.04.    [Reserved] ......................................................................................................6267
Section 2.05.    [Reserved] ......................................................................................................6267
Section 2.06.    [Reserved] ......................................................................................................6267
Section 2.07.    Funding of Borrowings ..................................................................................6267
Section 2.08.    Type; Interest Elections .................................................................................6268
Section 2.09.    Termination and Reduction of Commitments ................................................6368
Section 2.10.    Repayment of Loans; Evidence of Debt .........................................................6369
Section 2.11.    Prepayment of Loans .....................................................................................6470
Section 2.12.    Fees ................................................................................................................6975
Section 2.13.    Interest ...........................................................................................................7076
Section 2.14.    Alternate Rate of Interest ..............................................................................7176
Section 2.15.    Increased Costs ..............................................................................................7177
Section 2.16.    Break Funding Payments ...............................................................................7278
Section 2.17.    Taxes ..............................................................................................................7279
Section 2.18.    Payments Generally; Allocation of Proceeds; Sharing of Payments.............7682
Section 2.19.    Mitigation Obligations; Replacement of Lenders..........................................7784
Section 2.20.    Illegality.........................................................................................................7885
Section 2.21.    Defaulting Lenders ........................................................................................7985
Section 2.22.    Incremental Credit Extensions ......................................................................8086
Section 2.23.    Extensions of Loans and Additional Revolving Commitments......................8390

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000990
SSB_ADVERSARY00000990

ARTICLE 3

| REPRESENTATIONS AND WARRANTIES | | 92 |
| --- | --- | --- |
| Section 3.01. | Organization; Powers | 86~~92~~ |
| Section 3.02. | Authorization; Enforceability | 86~~93~~ |
| Section 3.03. | Governmental Approvals; No Conflicts | 86~~93~~ |
| Section 3.04. | Financial Condition; No Material Adverse Effect | 87~~93~~ |
| Section 3.05. | Properties | 87~~93~~ |
| Section 3.06. | Litigation and Environmental Matters | 87~~94~~ |
| Section 3.07. | Compliance with Laws | 88~~94~~ |
| Section 3.08. | Investment Company Status | 88~~94~~ |
| Section 3.09. | Taxes | 88~~94~~ |
| Section 3.10. | ERISA | 88~~94~~ |
| Section 3.11. | Disclosure | 88~~95~~ |
| Section 3.12. | Solvency | 88~~95~~ |
| Section 3.13. | Subsidiaries | 89~~95~~ |
| Section 3.14. | Security Interest in Collateral | 89~~95~~ |
| Section 3.15. | Labor Disputes | 89~~96~~ |
| Section 3.16. | Federal Reserve Regulations | 89~~96~~ |
| Section 3.17. | OFAC; PATRIOT ACT and FCPA | 89~~96~~ |

ARTICLE 4

| CONDITIONS | | 97 |
| --- | --- | --- |
| Section 4.01. | Closing Date | 90~~97~~ |

ARTICLE 5

| AFFIRMATIVE COVENANTS | | 99 |
| --- | --- | --- |
| Section 5.01. | Financial Statements and Other Reports | 93~~99~~ |
| Section 5.02. | Existence | 95~~102~~ |
| Section 5.03. | Payment of Taxes | 95~~102~~ |
| Section 5.04. | Maintenance of Properties | 96~~102~~ |
| Section 5.05. | Insurance | 96~~102~~ |
| Section 5.06. | Inspections | 96~~103~~ |
| Section 5.07. | Maintenance of Book and Records | 97~~103~~ |
| Section 5.08. | Compliance with Laws | 97~~103~~ |
| Section 5.09. | Environmental | 97~~103~~ |
| Section 5.10. | Designation of Subsidiaries | 97~~104~~ |
| Section 5.11. | Use of Proceeds | 98~~104~~ |
| Section 5.12. | Covenant to Guarantee Obligations and Provide Security | 98~~104~~ |
| Section 5.13. | Maintenance of Ratings | 100~~7~~ |
| Section 5.14. | Further Assurances | 100~~7~~ |
| Section 5.15. | Post-Closing Covenant | 100~~7~~ |

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000991
SSB_ADVERSARY00000991

ARTICLE 6

NEGATIVE COVENANTS ...... 107

| | | |
|---|---|---|
| Section 6.01. | Indebtedness | 10~~1~~7 |
| Section 6.02. | Liens | ~~106~~113 |
| Section 6.03. | [Reserved] | 11~~0~~7 |
| Section 6.04. | Restricted Payments; Restricted Debt Payments | 11~~0~~7 |
| Section 6.05. | Burdensome Agreements | ~~114~~121 |
| Section 6.06. | Investments | ~~115~~122 |
| Section 6.07. | Fundamental Changes; Disposition of Assets | ~~119~~125 |
| Section 6.08. | Sale and Lease-Back Transactions | 122~~2~~9 |
| Section 6.09. | Transactions with Affiliates | 122~~2~~9 |
| Section 6.10. | Conduct of Business | ~~124~~131 |
| Section 6.11. | Amendments or Waivers of Organizational Documents | ~~124~~131 |
| Section 6.12. | Amendments of or Waivers with Respect to Restricted Debt | ~~124~~131 |
| Section 6.13. | Fiscal Year | ~~125~~131 |
| Section 6.14. | Permitted Activities of Holdings | ~~125~~131 |

ARTICLE 7

EVENTS OF DEFAULT ...... 132

| | | |
|---|---|---|
| Section 7.01. | Events of Default | ~~125~~132 |

ARTICLE 8

THE ADMINISTRATIVE AGENT ...... 135

| | | |
|---|---|---|
| Section 8.01. | Appointment and Authorization of Administrative Agent | 135 |
| Section 8.02. | Rights as Lender | 135 |
| Section 8.03. | Exculpatory Provisions | 135 |
| Section 8.04. | Exclusive Right to Enforce Rights and Remedies | 136 |
| Section 8.05. | Reliance by Administrative Agent | 137 |
| Section 8.06. | Delegation of Duties | 137 |
| Section 8.07. | Non-Reliance on Administrative Agent | 138 |
| Section 8.08. | Collateral and Guarantee Matters | 139 |
| Section 8.09. | Intercreditor Agreements | 139 |
| Section 8.10. | [Reserved] | 139 |
| Section 8.11. | Indemnification of Agents | 140 |
| Section 8.12. | Withholding Taxes | 140 |
| Section 8.13. | Resignation of Administrative Agent | 140 |

ARTICLE 9

MISCELLANEOUS ...... 141

| | | |
|---|---|---|
| Section 9.01. | Notices | ~~134~~141 |
| Section 9.02. | Waivers; Amendments | ~~136~~144 |
| Section 9.03. | Expenses; Indemnity | ~~142~~150 |
| Section 9.04. | Waiver of Claim | ~~143~~151 |
| Section 9.05. | Successors and Assigns | ~~144~~151 |

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000992
SSB_ADVERSARY00000992

| Section 9.06. | Survival | 15<s>2</s>9 |
| Section 9.07. | Counterparts; Integration; Effectiveness | 15<s>2</s>9 |
| Section 9.08. | Severability | <s>152</s>160 |
| Section 9.09. | Right of Setoff | <s>152</s>160 |
| Section 9.10. | Governing Law; Jurisdiction; Consent to Service of Process | <s>152</s>160 |
| Section 9.11. | Waiver of Jury Trial | <s>153</s>161 |
| Section 9.12. | Headings | <s>154</s>161 |
| Section 9.13. | Confidentiality | <s>154</s>161 |
| Section 9.14. | No Fiduciary Duty | <s>155</s>162 |
| Section 9.15. | Several Obligations | <s>155</s>163 |
| Section 9.16. | USA PATRIOT Act | <s>155</s>163 |
| Section 9.17. | Disclosure of Agent Conflicts | <s>155</s>163 |
| Section 9.18. | Appointment for Perfection | <s>155</s>163 |
| Section 9.19. | Interest Rate Limitation | <s>156</s>163 |
| Section 9.20. | Intercreditor Agreement | <s>156</s>163 |
| Section 9.21. | Conflicts | <s>156</s>164 |
| Section 9.22. | Release of Guarantors | <s>156</s>164 |
| Section 9.23. | Acknowledgement and Consent to Bail-In of <s>EEA</s>Affected Financial Institutions | <s>157</s>164 |
| Section 9.24. | Joint and Several Liability | <s>157</s>165 |
| Section 9.25. | Top Borrower | <s>157</s>165 |
| Section 9.26. | Recognition of the U.S. Special Resolution Regimes | 165 |

SCHEDULES:

| Schedule 1.01(a) | – | Commitment Schedule |
| Schedule 1.01(b) | – | Dutch Auction |
| Schedule 1.01(c) | – | Mortgages |
| Schedule 3.05 | – | Fee Owned Real Estate Assets |
| Schedule 3.13 | – | Subsidiaries |
| Schedule 4.01(b) | – | Local Counsel Opinions |
| Schedule 5.10 | – | Unrestricted Subsidiaries |
| Schedule 5.15 | – | Post-Closing Obligations |
| Schedule 6.01 | – | Existing Indebtedness |
| Schedule 6.02 | – | Existing Liens |
| Schedule 6.06 | – | Existing Investments |
| Schedule 9.01 | – | Borrower's Website Address for Electronic Delivery |

EXHIBITS:

| Exhibit A-1 | – | Form of Affiliated Lender Assignment and Assumption |
| Exhibit A-2 | – | Form of Assignment and Assumption |
| Exhibit B | – | Form of Borrowing Request |
| Exhibit C | – | Form of Intellectual Property Security Agreement |
| Exhibit D | – | Form of Compliance Certificate |
| Exhibit E | – | Reserved |
| Exhibit F | – | Form of Intercompany Note |
| Exhibit G-1 | – | Form of ABL Intercreditor Agreement |
| Exhibit G-2 | – | Form of First/Second Lien Intercreditor Agreement |
| Exhibit G-3 | – | Form of First Lien Intercreditor Agreement |
| Exhibit G-4 | = | Form of PTL First Lien Intercreditor Agreement |
| Exhibit H | – | Form of Interest Election Request |
| Exhibit I | – | Form of First Lien Term Loan Guaranty Agreement |
| Exhibit J | – | Form of Perfection Certificate |

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000993
SSB_ADVERSARY00000993

Exhibit K            –    Form of Joinder Agreement
Exhibit L            –    Form of Promissory Note
Exhibit M            –    Form of First Lien Term Loan Pledge and Security Agreement
Exhibit N            –    Reserved
Exhibit O-1          –    Form of U.S. Tax Compliance Certificate (For Foreign Lenders That Are Not Partnerships For U.S. Federal Income Tax Purposes)
Exhibit O-2          –    Form of U.S. Tax Compliance Certificate (For Foreign Participants That Are Not Partnerships For U.S. Federal Income Tax Purposes)
Exhibit O-3          –    Form of U.S. Tax Compliance Certificate (For Foreign Lenders That Are Partnerships For U.S. Federal Income Tax Purposes)
Exhibit O-4          –    Form of U.S. Tax Compliance Certificate (For Foreign Participants That Are Partnerships For U.S. Federal Income Tax Purposes)
Exhibit P            –    Form of Solvency Certificate

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000994
SSB_ADVERSARY00000994

FIRST LIEN TERM LOAN AGREEMENT

FIRST LIEN TERM LOAN AGREEMENT, dated as of November 8, 2016 (this "Agreement"), by and among Dawn Intermediate, ~~Inc.~~LLC, a Delaware ~~corporation~~limited liability company ("Dawn Intermediate" or "Holdings"), Serta Simmons Bedding, LLC, a Delaware limited liability company ("SSB" or the "Top Borrower"), National Bedding Company L.L.C., an Illinois limited liability company ("National Bedding"), and SSB Manufacturing Company, a Delaware corporation ("SSB Manufacturing"), as borrowers, the Lenders from time to time party hereto, UBS AG, Stamford Branch ("UBS"), in its capacities as administrative agent and collateral agent for the Lenders (in such capacities and together with its successors and assigns, the "Administrative Agent").

RECITALS

A.        On ~~T~~the Closing Date, the Borrowers (a) ~~have~~ requested that the Lenders extend credit under this Agreement in the form of Initial Term Loans in an aggregate principal amount equal to $1,950,000,000, (ii) ~~intend to~~ borrowed term loans in an aggregate principal amount equal to $450,000,000 under the Second Lien Credit Agreement and (iii) ~~intend to~~ established an asset-based revolving credit facility with commitments of $225,000,000 under the ABL Credit Agreement.

B.        The proceeds of the Initial Term Loans and the loans under the Second Lien Facility ~~will be~~were applied on the Closing Date to (i) repay in full amounts owing under the Term Loan Credit Agreement, dated as of October 1, 2012, by and among, *inter alios,* Dawn Intermediate, as holdings, SSB and the other borrowers party thereto, the lenders party thereto and Morgan Stanley Senior Funding, Inc., as administrative agent, (ii) redeem, defease or otherwise discharge amounts owing under the Indenture, dated as of October 1, 2012, among SSB, as issuer, the subsidiaries of SSB party thereto, as guarantors, and Wilmington Trust, National Association, as trustee (the transactions described in clause (i) and this clause (ii), the "Refinancing Transactions"), and (iii) finance the payment of a dividend, distribution or other payment (the "Specified Dividend") in an amount up to $670,000,000, to the direct or indirect holders of its Capital Stock.

C.        On the First Amendment Effective Date, the Borrowers will enter into the PTL Credit Agreement and in connection therewith, the Borrowers will consummate the Initial PTL Exchange Transactions.

~~C~~D.        The Lenders are willing to extend such credit to the Borrowers on the terms and subject to the conditions set forth herein.  Accordingly, the parties hereto agree as follows:

ARTICLE 1

DEFINITIONS

Section 1.01.    Defined Terms.  As used in this Agreement, the following terms have the meanings specified below:

"ABL Credit Agreement" means the ABL Credit Agreement, dated as of the Closing Date, among, *inter alios,* Holdings, the Borrowers, UBS, as administrative agent and collateral agent, and the lenders from time to time party thereto.

"ABL Credit Agreement Collateral Agent" has the meaning set forth in the ABL Intercreditor Agreement.

"ABL Facility" means the credit facility pursuant to the ABL Credit Agreement and one or more debt facilities or other financing arrangements (including indentures) providing for loans and/or commitments or

1

Confidential
Confidential

SSB_LCM_00000995
SSB_ADVERSARY00000995

other long-term indebtedness that replace or refinance such credit facility, including any such replacement or refinancing facility (including any indenture) that increases or decreases the amount permitted to be borrowed thereunder or alters the maturity thereof and whether by the same or any other agent, trustee, lender or group of lenders, and any amendments, supplements, modifications, extensions, renewals, restatements, amendments and restatements or refundings thereof or any such credit facilities or other debt facilities (including under indentures) that replace or refinance such credit facility or other Indebtedness.

"ABL Incremental Debt" has~~means~~ the ~~meaning given to~~ "Incremental Revolving Loans" under and as defined in the ABL Credit Agreement (or any equivalent term under any ABL Facility) and any other commitments and/or loans implemented, borrowed or incurred pursuant to Section 2.22 of the ABL Credit Agreement (or any comparable provision in the documentation governing any ABL Facility).

"ABL Intercreditor Agreement" means the ABL Intercreditor Agreement substantially in the form of Exhibit G-1, dated as of the Closing Date, among, *inter alios*, the ABL Credit Agreement Collateral Agent, as agent for the ABL Claimholders referred to therein, the Administrative Agent, as agent for the First Lien Claimholders referred to therein, the Second Lien Collateral Agent, as agent for the Second Lien Claimholders referred to therein and the Loan Parties from time to time party thereto.

"ABL Priority Collateral" has the meaning set forth in the ABL Intercreditor Agreement.

"ABR" when used in reference to any Loan or Borrowing, refers to whether such Loan, or the Loans comprising such Borrowing, bear interest at a rate determined by reference to the Alternate Base Rate.

"Acceptable Intercreditor Agreement" means:

(a)     with respect to any Indebtedness that is secured on a pari passu basis with the Initial Term Loans, ~~a~~the ~~PTL First Lien Intercreditor Agreement and/or any other~~ First Lien Intercreditor Agreement;

(b)     with respect to any Indebtedness that is secured on a *pari passu* basis with the Liens securing the ABL Facility, (i) if any ABL Facility is outstanding on the relevant date of determination, the ABL Intercreditor Agreement or (ii) if an ABL Facility is not outstanding on the relevant date of determination, an intercreditor agreement substantially in the form of the ABL Credit Agreement, with any changes thereto as the Top Borrower and the Administrative Agent may agree in their respective reasonable discretion;

(c)     with respect to any Indebtedness that is junior to the Initial Term Loans in right of security (other than, for the avoidance of doubt, any ABL Facility), (i) if any Second Lien Facility is outstanding on the relevant date of determination, the First/Second Lien Intercreditor Agreement or (ii) if a Second Lien Facility is not outstanding on the relevant date of determination, an intercreditor agreement substantially in the form of the First/Second Lien Intercreditor Agreement, with any changes thereto as the Top Borrower and the Administrative Agent may agree in their respective reasonable discretion; and/or

(d)     with respect to any Indebtedness, any other intercreditor or subordination agreement or arrangement (which may take the form of a "waterfall" or similar provision), as applicable, the terms of which are (i) consistent with market terms (as determined by the Top Borrower and the Administrative Agent in good faith) governing arrangements for the sharing and/or subordination of liens and/or arrangements relating to the distribution of payments, as applicable, at the time the relevant intercreditor agreement is proposed to be established in light of the type of Indebtedness subject thereto and/or (ii) reasonably acceptable to the Top Borrower and the Administrative Agent.

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000996
SSB_ADVERSARY00000996

"ACH" means automated clearing house transfers.

"Additional Agreement" has the meaning assigned to such term in Article 8.

"Additional Commitment" means any commitment hereunder added pursuant to Sections 2.22, 2.23 and/or 9.02(c).

"Additional Loans" means any Additional Revolving Loans and any Additional Term Loans.

"Additional Revolving Credit Commitments" means any revolving credit commitment added pursuant to Sections 2.22, 2.23 and/or 9.02(c)(ii).

"Additional Revolving Credit Exposure" means, with respect to any Lender at any time, the aggregate outstanding principal amount at such time of all Additional Revolving Loans of such Lender attributable to its Additional Revolving Credit Commitment.

"Additional Revolving Facility" means any Incremental Revolving Facility, any Extended Revolving Facility and/or any Replacement Revolving Facility.

"Additional Revolving Lender" means any Lender with an Additional Revolving Credit Commitment or any Additional Revolving Credit Exposure.

"Additional Revolving Loans" means any revolving loan added hereunder pursuant to Section 2.22, 2.23 and/or 9.02(c)(ii).

"Additional Term Lender" means any Lender with an Additional Term Loan Commitment or an outstanding Additional Term Loan.

"Additional Term Loan Commitment" means any term commitment added pursuant to Sections 2.22, 2.23 and/or 9.02(c)(i).

"Additional Term Loans" means any term loan added pursuant to Section 2.22, 2.23 and/or 9.02(c)(i).

"Administrative Agent" has the meaning assigned to such term in the preamble to this Agreement.

"Administrative Questionnaire" means a customary administrative questionnaire in the form provided by the Administrative Agent.

"Advent" means Advent International Corporation.

"Adverse Proceeding" means any action, suit, proceeding (whether administrative, judicial or otherwise), governmental investigation or arbitration (whether or not purportedly on behalf of Holdings, the Top Borrower or any of its Restricted Subsidiaries) at law or in equity, or before or by any Governmental Authority, domestic or foreign (including any Environmental Claim), whether pending or, to the knowledge of Holdings, the Top Borrower or any of its Restricted Subsidiaries, threatened in writing, against or affecting Holdings, the Top Borrower or any of its Restricted Subsidiaries or any property of Holdings, the Top Borrower or any of its Restricted Subsidiaries.

"Affected Financial Institution" means (a) any EEA Financial Institution or (b) any UK Financial Institution.

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000997
SSB_ADVERSARY00000997

"Affiliate" means, as applied to any Person, any other Person directly or indirectly Controlling, Controlled by, or under common Control with, that Person. No Person shall be an "Affiliate" solely because it is an unrelated portfolio company of the Sponsor and none of the Administrative Agent, the Arrangers, any Lender (other than any Affiliated Lender or any Debt Fund Affiliate) or any of their respective Affiliates shall be considered an Affiliate of Holdings or any subsidiary thereof.

"Affiliated Lender" means any Non-Debt Fund Affiliate, Holdings, the Top Borrower and/or any subsidiary of the Top Borrower.

"Affiliated Lender Assignment and Assumption" means an assignment and assumption entered into by a Lender and an Affiliated Lender (with the consent of any party whose consent is required by Section 9.05) and accepted by the Administrative Agent in the form of Exhibit A-1 or any other form approved by the Administrative Agent and the Top Borrower.

"Affiliated Lender Cap" has the meaning assigned to such term in Section 9.05(g)(iv).

"Agreement" has the meaning assigned to such term in the preamble to this First Lien Term Loan Credit Agreement.

"AI Dream" means AI Dream I Cayman Limited, a limited liability company organized under the laws of the Cayman Islands.

"Alternate Base Rate" means, for any day, a rate per annum equal to the highest of (a) the Federal Funds Effective Rate in effect on such day plus 0.50%, (b) to the extent ascertainable, the Published LIBO Rate (which rate shall be calculated based upon an Interest Period of one month and shall be determined on a daily basis and, for the avoidance of doubt, the Published LIBO Rate for any day shall be based on the rate determined on such day at 11:00 a.m. (London time)) plus 1.00%, (c) the Prime Rate and (d) solely with respect to Initial Term Loans, 2.00%. Any change in the Alternate Base Rate due to a change in the Prime Rate, the Federal Funds Effective Rate or the Published LIBO Rate, as the case may be, shall be effective from and including the effective date of such change in the Prime Rate, the Federal Funds Effective Rate or the Published LIBO Rate, as the case may be.

"Applicable Administrative Agent" means (i) with respect to ABL Priority Collateral, the ABL Credit Agreement Collateral Agent (or other analogous term in another Acceptable Intercreditor Agreement, as applicable), (ii) with respect to Term Loan Priority Collateral, the First Lien Credit Agreement Collateral Agent (as defined in the First Lien/Second Lien Intercreditor Agreement) (or other analogous term in another Acceptable Intercreditor Agreement, as applicable) or (iii) if at any time there is no ABL Intercreditor Agreement, First Lien/Second Lien Intercreditor Agreement or other intercreditor agreement as described in the definition of Acceptable Intercreditor Agreement then in effect, the Administrative Agent.

"Applicable Percentage" means, (a) with respect to any Term Lender of any Class, a percentage equal to a fraction the numerator of which is the aggregate outstanding principal amount of the Term Loans and unused Additional Term Loan Commitments of such Term Lender under the applicable Class and the denominator of which is the aggregate outstanding principal amount of the Term Loans and unused Term Commitments of all Term Lenders under the applicable Class and (b) with respect to any Additional Revolving Lender of any Class, the percentage of the aggregate amount of the Additional Revolving Credit Commitments of such Class represented by such Additional Revolving Lender's Additional Revolving Credit Commitment of such Class; provided that for purposes of Section 2.21 and otherwise herein (except with respect to the optional prepayment of any Additional Revolving Credit Loans), when there is a Defaulting Lender, such Defaulting Lender's Additional Revolving Credit Commitment shall be disregarded for any relevant calculation. In the case of clause (b), in the event that the Additional Revolving Credit Commitments of any Class have expired or been terminated, the Applicable Percentage of Additional Revolving Lender of such Class shall be determined on the basis of the Additional Revolving Credit Exposure of such Additional

Confidential
Confidential

SSB_LCM_00000998
SSB_ADVERSARY00000998

Revolving Lender attributable to its Additional Revolving Credit Commitment of such Class, giving effect to any assignment thereof.

"Applicable Rate" means, for any day, with respect to any LIBO Rate Loan, 3.50% per annum, and with respect to any ABR Loan, 2.50% per annum.

"Approved Fund" means, with respect to any Lender, any Person (other than a natural person) that is engaged in making, purchasing, holding or otherwise investing in commercial loans and similar extensions of credit in the ordinary course of its activities and is administered, advised or managed by (a) such Lender, (b) any Affiliate of such Lender or (c) any entity or any Affiliate of any entity that administers, advises or manages such Lender.

"Arrangers" means UBS Securities LLC, Goldman Sachs Bank USA, Barclays Bank PLC, Deutsche Bank Securities Inc., Jefferies Finance LLC, JPMorgan Chase Bank N.A., Morgan Stanley Senior Funding, Inc., RBC Capital Markets, and Wells Fargo Securities, LLC.

"Ares" means Ares Management LLC.

"Assignment Agreement" means, collectively, each Assignment and Assumption and each Affiliated Lender Assignment and Assumption.

"Assignment and Assumption" means an assignment and assumption entered into by a Lender and an assignee (with the consent of any party whose consent is required by Section 9.05), and accepted by the Administrative Agent in the form of Exhibit A-2 or any other form approved by the Administrative Agent and the Top Borrower.

"Available Amount" means, at any time, an amount equal to, without duplication:

(a)     the sum of:

(i)     the greater of $100,000,000 and 2.5% of Consolidated Total Assets as of the end of the most recently ended Test Period; plus

(ii)     the Retained Excess Cash Flow Amount (provided that the Retained Excess Cash Flow Amount shall not be available for (A) any Restricted Payment pursuant to Section 6.04(a)(iii)(A) unless no Event of Default exists at the time of declaration of such Restricted Payment or (B) any Restricted Debt Payment pursuant to Section 6.04(b)(vi)(A) unless no Event of Default under Sections 7.01(a), (f) or (g) exists at the time of delivery of irrevocable notice with respect to such Restricted Debt Payment); plus

(iii)     the amount of any capital contribution in respect of Qualified Capital Stock or the proceeds of any issuance of Qualified Capital Stock after the Closing Date (other than any amounts (x) constituting a Cure Amount or an Available Excluded Contribution Amount, (y) received from the Top Borrower or any Restricted Subsidiary or (z) consisting of the proceeds of any loan or advance made pursuant to Section 6.06(h)(ii)) received as Cash equity by the Top Borrower or any of its Restricted Subsidiaries, plus the fair market value, as reasonably determined by the Top Borrower, of Cash Equivalents, marketable securities or other property received by the Top Borrower or any Restricted Subsidiary as a capital contribution in respect of Qualified Capital Stock or in return for any issuance of Qualified Capital Stock (other than any amounts (x) constituting a Cure Amount or an Available Excluded Contribution Amount or (y) received from the Top Borrower or any

WEIL:\95874775\19\74339.0001WEIL:\97509571\12\40416.0003

Confidential
Confidential

SSB_LCM_00000999
SSB_ADVERSARY00000999