# EXHIBIT N

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART IAS MOTION 48EFM
-----------------------------------------------------------------X

| | |
|---|---|
| NORTH STAR DEBT HOLDINGS, L.P., SILVER OAK CAPITAL, L.L.C., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, AG CENTRE STREET PARTNERSHIP L.P., AG SUPER FUND MASTER, L.P., GAMUT CAPITAL SSB, LLC, | INDEX NO.      652243/2020 |
| | MOTION DATE      N/A |
| | MOTION SEQ. NO.      011 |
| Plaintiffs, | |
| - v - | DECISION + ORDER ON MOTION |
| SERTA SIMMONS BEDDING, LLC, ADVENT INTERNATIONAL CORPORATION, EATON VANCE CORP., INVESCO LTD., CREDIT SUISSE GROUP AG, BARINGS LLC, DOES 1-50, | |
| Defendants. | |

-----------------------------------------------------------------X

HON. ANDREA MASLEY:

The following e-filed documents, listed by NYSCEF document number (Motion 011) 169, 170, 171, 172, 178, 179, 180, 181, 182, 183, 184, 201, 202, 203, 204, 205, 206, 207, 208

were read on this motion to/for         DISCONTINUE                                          .

Upon the foregoing documents, it is

     For the reasons stated on the record on November 30, 2020, the motion is granted. Plaintiffs are directed to submit the transcript to be so ordered. To counter defendants' objection to plaintiffs' alleged forum shopping, plaintiffs shall request assignment to this court if plaintiffs file a new action in this court.

Motion Seq. No. 011:
11/30/2020
DATE

_/s/ Andrea Masley_
ANDREA MASLEY, J.S.C.

| CHECK ONE: | x | CASE DISPOSED | | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|
| | x | GRANTED | DENIED | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | | REFERENCE |

652243/2020   NORTH STAR DEBT HOLDINGS, L.P. vs. SERTA SIMMONS BEDDING, LLC,      Page 1 of 1
Motion No. 011

1 of 1