United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, et al.[1] | § § § § | Case No. 23-90020 (DRJ) (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, *et al.* *Plaintiffs,* - against – AG CENTRE STREET PARTNERSHIP, L.P., *et al.* *Defendants.* | § § § § § § § § § § § § § | Adversary Proc. No. 23-09001 (DRJ) |

# ORDER AUTHORIZING LCM DEFENDANTS TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL
(Docket No. 78)

The Court having considered the *Emergency Motion for Entry of an Order Authorizing the LCM Defendants to File Confidential Documents Under Seal* (the "**Motion to Seal**")[2], filed by Defendants LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., and LCM 28 LTD. (the "**LCM Defendants**"), in the above-captioned adversary proceeding, and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. To the extent they have not already done so, the LCM Defendants are authorized, but not directed, to file the Memorandum of Law and the Confidential Exhibits under seal.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion to Seal.

1

2. The Memorandum of Law and the Confidential Exhibits shall remain under seal, and shall not be made available to anyone, except with the prior written consent of the Designating Party.

3. Any party who received the Memorandum of Law and the Confidential Exhibits in accordance with this Order shall not disclose or otherwise disseminate the Memorandum of Law, the Confidential Exhibits, or the Confidential Information contained therein, to any other person or entity without the prior written consent of the Designating Party.

4. The LCM Defendants are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed:  March 17, 2023.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE