| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. ||||
| *versus* ||||
| AG Centre Street Partnership L.P., et al. ||||

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alexandra Perloff-Giles<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>212-351-6307<br>NYSB 5686944<br>aperloff-giles@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc. and Credit Suisse Asset Management, LLC ||
|---|---|
| Dated: March 24, 2023 | Signed: */s/ Alexandra Perloff-Giles* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                         _____
                                                      United States Bankruptcy Judge