United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|

| Serta Simmons Bedding, LLC, et al. |
|---|
| *versus* |
| AG Centre Street Partnership L.P., et al. |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alexandra Perloff-Giles<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>212-351-6307<br>NYSB 5686944<br>aperloff-giles@gibsondunn.com |

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc. and Credit Suisse Asset Management, LLC | |
|---|---|
| Dated: March 24, 2023 | Signed: */s/ Alexandra Perloff-Giles* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order    (Docket No. 108)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: March 28, 2023

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**