United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding, LLC, et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership L.P., et al. | | |

This lawyer, who is admitted to the State Bar of    District of Columbia   :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Helgi C. Walker<br>Gibson Dunn & Crutcher LLP<br>1050 Connecticut Avenue<br>Washington, DC 20036<br>202-955-8500<br>DC 454300<br>hwalker@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

Invesco Senior Secured Management, Inc. and Credit Suisse Asset Management, LLC

| Dated: March 24, 2023 | Signed: */s/ Helgi C. Walker* |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order    (Docket No. 109)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed: March 28, 2023

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**