| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Junho Park | | 2. PHONE NUMBER<br>(212) 909-8897 | 3. DATE<br>3/28/2023 | |
|---|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>66 Hudson Blvd. | | 5. CITY<br>New York | 6. STATE<br>NY | 7. ZIP CODE<br>10001 |
| 8. CASE NUMBER<br>23-09001 | 9. JUDGE<br>D. Jones | DATES OF PROCEEDINGS | | |
| | | 10. FROM 3/28/2023 | 11. TO 3/28/2023 | |
| 12. CASE NAME<br>Serta Simmons Beddings LLC v. AG Centre Street Partners | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Houston | 14. STATE TX | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | United States Courts | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | Southern District of Texas<br>FILED | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | MAR 28 2023 | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 3/28/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | Nathan Ochsner, Clerk of Court | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | | | ESTIMATE TOTAL | 0.00 |

| 18. SIGNATURE<br>/s/ Junho Park | PROCESSED BY |
|---|---|
| 19. DATE<br>3/28/2023 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY