IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SERTA SIMMONS BEDDING, LLC, et al. | § | Case No. 23-90020 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, and BARINGS LLC, | § § § § § § | Adversary Proc. No. 23-09001 (DRJ) |
| *Plaintiffs,* | § | |
| | § | |
| - against – | § | |
| | § | |
| AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD., | § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

## NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that Henry V. Hutten of the law firm Freshfields Bruckhaus Deringer US LLP hereby withdraws his Motion for Admission *Pro Hac Vice* (Dkt. No. 22) in the above-captioned adversary proceeding.

Respectfully submitted,

Dated: March 29, 2023

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Henry V. Hutten*
Henry V. Hutten
601 Lexington Avenue, 31st Floor
New York, New York 10022
henry.hutten@freshfields.com
Telephone: (212) 277-4000
Fax: (212) 277-4001

## CERTIFICATE OF SERVICE

This is to certify that, on March 29, 2023, a true and correct copy of the foregoing Notice of Withdrawal was served by electronic delivery on all persons and entities receiving ECF notice in the above-captioned adversary proceeding.

*/s/ Henry V. Hutten*
Henry V. Hutten