| AO 435<br>(Rev. 04/18)<br>*Please Read Instructions:* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** || FOR COURT USE ONLY<br>DUE DATE: ||
|---|---|---|---|---|
| 1. NAME<br>Shari Ginsberg || 2. PHONE NUMBER<br>(917) 592-5042 | 3. DATE<br>3/30/2023 ||
| 4. DELIVERY ADDRESS OR EMAIL<br>sginsberg@bsfllp.com || 5. CITY<br>New York | 6. STATE<br>NY | 7. ZIP CODE<br>10001 |
| 8. CASE NUMBER<br>23-09001 | 9. JUDGE<br>David R. Jones | DATES OF PROCEEDINGS |||
| ^ | ^ | 10. FROM 3/28/2023 | 11. TO 3/28/2023 ||
| 12. CASE NAME<br>Serta Simmons Bedding LLC v AG Centre Street Partners || LOCATION OF PROCEEDINGS |||
| ^ | ^ | 13. CITY Houston | 14. STATE TX ||

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [ ] TESTIMONY (Specify Witness) |  |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT (Defendant) |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [ ] PRE-TRIAL PROCEEDING (Spcy) |  |
| [ ] CLOSING ARGUMENT (Defendant) |  |  |  |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [x] OTHER (Specify) | 3/28/2023 |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES |  |  |
| 14-Day | [ ] | [ ] | NO. OF COPIES |  |  |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES |  |  |
| 3-Day | [ ] | [ ] | NO. OF COPIES |  |  |
| DAILY | [ ] | [x] | NO. OF COPIES |  |  |
| HOURLY | [ ] | [ ] | NO. OF COPIES |  |  |
| REALTIME | [ ] | [ ] |  |  |  |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). || ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE<br>*/s/ Shari Ginsberg* || PROCESSED BY |  |
| 19. DATE<br>3/30/2023 || PHONE NUMBER |  |
| TRANSCRIPT TO BE PREPARED BY || COURT ADDRESS |  |
|  | DATE | BY |  |  |
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY