**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** | § | **Case No. 23-90020** |
| *et al.,* | § | |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |
| ------------------------------------------------------ | § | |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** | § | **Adversary Proc. No. 23-09001** |
| *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| **AG CENTRE STREET PARTNERSHIP** | § | |
| **L.P.,** *et al.,* | § | |
| | § | |
| Defendants. | § | |
| ------------------------------------------------------ | § | |

**NOTICE OF FILING OF**
**ORDER ON SUMMARY JUDGMENT**

      **PLEASE TAKE NOTICE THAT**, on February 24, 2023, Serta Simmons

Bedding, LLC ("**Serta Simmons Bedding**") and its debtor affiliates in the above-captioned

chapter 11 cases filed *Serta Simmons Bedding LLC's Motion for Summary Judgment*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

(Docket No. 69), and Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Eaton Vance Management, Boston Management and Research, and Barings, LLC filed the *Lender Plaintiffs' Motion for Summary Judgment* (Docket No. 73) (together with *Serta Simmons Bedding LLC's Motion for Summary Judgment*, the "**Motions**"), in the above-captioned adversary proceeding with proposed orders granting the relief requested in the Motions attached thereto.

   **PLEASE TAKE FURTHER NOTICE THAT**, on March 28, 2023, a hearing (the "**Hearing**") was held before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") to consider the relief requested in the Motions.

   **PLEASE TAKE FURTHER NOTICE THAT** Serta Simmons Bedding hereby files a revised proposed *Order on Summary Judgment*, attached hereto as **Exhibit A**, the form of which has been agreed to by the parties, and reflects the ruling issued by the Bankruptcy Court at the Hearing.

Dated:  April 3, 2023
New York, New York

Respectfully submitted,

  _/s/ Luna N. Barrington_
WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
David J. Lender (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
Luna N. Barrington (admitted *pro hac vice*)
Richard D. Gage (admitted *pro hac vice*)
Taylor B. Dougherty (admitted *pro hac vice*)
Joseph R. Rausch (admitted *pro hac vice*)
Michael P. Goodyear (admitted *pro hac vice*)
Nicholas J. Reade  (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:    (212) 310-8000
Fax:   (212) 310-8007
Email: Ray.Schrock@weil.com
          David.Lender@weil.com
          Alexander.Welch@weil.com
          Luna.Barrington@weil.com
          Richard.Gage@weil.com
          Taylor.Dougherty@weil.com
          Joseph.Rausch@weil.com
          Michael.Goodyear@weil.com
          Nick.Reade@weil.com

Gabriel A. Morgan
Stephanie N. Morrison
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel:  (713) 546-5040
Fax: (713) 224-9511
Email:  Gabriel.Morgan@weil.com
           Stephanie.Morrison@weil.com

*Attorneys for Serta Simmons Bedding, LLC, as debtor and debtor-in-possession*

## Certificate of Service

I hereby certify that on April 3, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

 */s/ Nicholas J. Reade*
Nicholas J. Reade