IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § § § § | Case No. 23-90020 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |
| | § § | |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § § § | Adversary Proc. No. 23-09001 |
| Plaintiffs, | § § § | |
| v. | § § § | |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*, | § § § § | |
| Defendants. | § | Ref. Docket No. 138 |

**CERTIFICATE OF SERVICE**

CASSANDRA MURRAY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

2. On April 3, 2023, I caused to be served the "Notice of Filing of Order on Summary Judgment," dated April 3, 2023 [Docket No. 138], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Cassandra Murray</i><br>
Cassandra Murray

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ANDREWS MYERS, P.C. | (COUNSEL TO LEGGETT & PLATT, INCORPORATED) 1885 SAINT JAMES PLACE, 15TH FLOOR HOUSTON TX 77056 |
| ASK LLP | (COUNSEL TO SINOMAX-USA, INC.) ATTN MARIANNA UDEM, BRIGETTE MCGRATH 60 EAST 42ND ST, 46TH FL NEW YORK NY 10165 |
| AVERITT EXPRESS INC | ATTN: CUSTOMER SERVICE 1415 NEAL ST COOKEVILLE TN 38502 |
| BARRETTEWOOD USA, INC | JOE YURCHAK PO BOX 74732 CHICAGO IL 60694-4732 |
| BARRETTEWOOD USA, INC | JOE YURCHAK 739 EAST COMMERCIAL SPRINGFIELD MO 65803 |
| BEKAERTDESLEE USA INC | JASON WARNER , MATHIEU VERVERKEN 240 BUSINESS PARK DR WINSTON SALEM NC 27107 |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP AMERICA, INC. & CONCUR TECHNOLOGIES, INC. ATTN: DONALD K. LUDMAN & JULIE F. MONTGOMERY 6 N BROAD ST, STE 100 WOODBURY NJ 08096 |
| BROWN & RUPRECHT, PC | (COUNSEL TO HERMES LANDSCAPING, INC.) ATTN KURT S. BRACK 2323 GRAND BLVD STE 1100 KANSAS CITY MO 64108 |
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO XTRA LEASE LLC) ATTN: DAVID M UNSETH 211 NORTH BORDAWAY, SUITE 3600 ST. LOUIS MO 63102 |
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO XTRA LEASE LLC) ATTN: KYLE S HIRSCH TWO NORTH CENTRAL AVENUE, STE 2100 PHOENIX AZ 85004 |
| BUCHALTER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN SHAWN M. CHRISTIANSON, ESQ. 425 MARKET ST, STE 2900 SAN FRANCISCO CA 94105 |
| C H ROBINSON WORLDWIDE INC. | AARON JEFFORD 14701 CHARLSON ROADSUITE 1400 EDEN PRAIRIE MN 55347 |
| CAMERON M. THIERRY | 1834 DREXEL BLVD APT # 209 SOUTH MILWAUKEE WI 53172 |
| CARAT USA INC. | MIKE GANZ 500 WOODWARD AVE FL 23 DETROIT MI 48226 |
| CARPENTER – CONOVER, NC | ADAM LOPEZ 2009 KEISLER DAIRY ROAD CONOVER NC 28613 |
| CARPENTER CO | ATTN DAVID L. SAYRE, DIRECTOR OF CREDIT 5016 MONUMENT AVE RICHMOND VA 23220 |
| CENTERVIEW PARTNERS LLC | 31 WEST 52ND STREET 22ND FLOOR NEW YORK NY 10019 |
| CHAMBERLAIN, HRDLICKA, WHITE, | WILLIAMS & AUGHTRY, P.C. (COUNSEL TO LASHAN MCCORMICK, CORNELIUS MCCORMICK & MM SON MCCORMICK) ATTN JARROD B. MARTIN 1200 SMITH ST, STE 1400 HOUSTON TX 77002 |
| CHOATE, HALL & STEWART LLP | (COUNSEL TO ECLIPSE BUSINESS CAPITAL LLC) ATTN: KEVIN SIMARD, SETH MENNILLO & J MARSHALL TWO INTERNATIONAL PLACE, 34TH FL BOSTON MA 02110 |
| CODY REINBERG | 7382 PERSHING AVE., 1A ST. LOUIS MO 63130 |
| COHEN, WEISS AND SIMON LLP | (COUNSEL TO USW) ATN RICHARD M SELTZER, MATTHEW STOLZ 900 THIRD AVE, 21ST FL. NEW YORK NY 10022 |
| CROWN PACKAGING CORP | ANDY LEWINSON 17854 CHESTERFIELD AIRPORT RD CHESTERFIELD MO 63005 |
| DORSEY & WHITNEY LLP | (COUNSEL TO DELTA ENTERPRISE CORP & CHILDREN'S PRODUCTS LLC) ATTN SAMUEL S KOHN, MICHAEL GALEN 51 W. 52ND ST. NEW YORK NY 10019 |
| ECLIPSE BUSINESS CAPITAL LLC | ATTN: JIM GURGONE 333 W. WACKER DR, STE 950 CHICAGO IL 60606 |
| ELITE COMFORT SOLUTIONS (ECS) | 1115 FARRINGTON STREET SW BLDG 7 CONOVER NC 28613 |
| ERGOMOTION INC | JOHNNY GRIGGS PO BOX 8330 SANTA BARBARA CA 93118 |
| FISHMAN JACKSON PLLC | (COUNSEL TO DORMAE PRODUCTS, INC., SERTA RESTOKRAFT MATTRESS COMPANY INC.,) ATTN MARK H RALSTON 13155 NOEL RD. STE 700 DALLAS TX 75240 |
| FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP | (COUNSEL TO AD HOC GROUP OF FIRST LIEN LENDERS) ATTN: ERIC J SEILER, LAWRENCE S ROBBINS, ANNE E BEAUMONT, JAMUNA D KELLEY & BLAIR R ALBOM 7 TIMES SQUARE NEW YORK NY 10036 |
| FROST BROWN TODD LLP | (COUNSEL TO PREMIER TRAILER LEASING) ATTN MARK A. PLATT 2101 CEDAR SPRINGS RD, STE 900 DALLAS TX 75201 |
| FULTZ MADDOX DICKENS PLC | (ATTN LOUISVILLE BEDDING CO.) ATTN WENDY D. BREWER 333 N. ALABAMA ST, STE 350 INDIANAPOLIS IN 46204 |
| FURNITURE TRANSPORTATION SYSTEMS | ATTN: CASEY SWIM 3100 POMONA BLVD POMONA CA 91768 |
| FUTURE FOAM INC | MIKE URQUHART PO BOX 1017 OMAHA NE 68101-1017 |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL FOR AD HOC GROUP OF PTL LENDERS) ATTN: SCOTT J. GREENBERG, MICHAEL J. COHEN, JGOLDSTEIN, O SNYDER, J CONN, C BROWN 200 PARK AVENUE NEW YORK NY 10166 |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL FOR AD HOC GRP OF PTL LENDERS) ATTN: GREGG J COSTA 811 MAIN STREET, |

# Serta Simmons
## Service List

| Claim Name | Address Information |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | SUITE 3000 HOUSTON TX 77002 |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN | & NELSON, P.C. (COUNSEL TO KODIAK TRANSPORATION, LLC) ATTN STEVEN W. SOULE, OBA NO. 13781 521 E. 2ND ST, STE 1200 TULSA OK 74120 |
| HOLWELL SHUSTER & GOLDBERG LLP | (COUNSEL TO LCM LENDERS) ATTN MICHAEL SHUSTER, VINCENT LEVY, NEIL R LIEBERMAN, BRIAN T GOLDMAN PATRICK J WOODS 425 LEXINGTON AVE NEW YORK NY 10017 |
| INTERNAL REVENUE SERVICES | (CENTRALIZED INSOLVENCY OPERATION) 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | (DEPARTMENT OF THE TREASURY) ATTN INSOLVENCY 1919 SMITH STREET HOUSTON TX 77002 |
| J B HUNT TRANSPORT | ATTN CONTROLLER 615 JB HUNT CORP DR LOWELL AR 72745 |
| JACKSON WALKER LLP | (COUNSEL FOR AD HOC GROUP OF PTL LENDERS) ATTN: J MACHIR STULL 2323 ROSS AVENUE, SUITE 600 DALLAS TX 75201 |
| JACKSON WALKER LLP | (COUNSEL FOR AD HOC GROUP OF PTL LENDERS) ATTN: BRUCE J RUZINSKY, VICTORIA N ARGEROPLOS 1401 MCKINNEY STREET, SUITE 1900 HOUSTON TX 77010 |
| JOSEPH G. EPSTEIN PLLC | (COUNSEL TO RLIF RIVIERA BEACH SPE, LLC) ATTN JOSEPH G. EPSTEIN 24 GREENWAY PLAZA, STE 970 HOUSTON TX 77046 |
| JOSHUA BROOKS | 2037 PRESTON WOODS PKWY LAKE ST,LOUIS MO 63367 |
| KELLEY DRYE & WARREN LLP | (PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN ERIC R WILSON, JASON R ADAMS LAUREN S SCHLUSSEL, SEAN T WILSON 3 WORLD TRADE CTR 175 GREENWICH ST. NEW YORK NY 10007 |
| KESSLER COLLINS, P.C. | (COUNSEL TO FALLBROOK PINES PHASE I, LLC & LIT GATEWAY PORTFOLIO, LLC) ATTN HOWARD C. RUBIN, DANIEL P. CALLAHAN' ANTHONY J. BARBIERI 500 N. AKARD ST., STE 3700 DALLAS TX 75201 |
| KKW TRUCKING INC | ATTN: KATIE CLARKE 3100 POMONA BLVD POMONA CA 91768 |
| LANE & NACH, PC | (COUNSEL TO SHIPPERS PREFERRED EXPRESS, INC.) ATTN: ADAM B. NACH 2001 E CAMPBELL AVE, STE 103 PHOENIX AZ 85016 |
| LATHAM & WATKINS | (COUNSEL TO UBS AG, STAMFORD BRANCH) PO BOX 7247-8181 PHILADELPHIA PA 19170-8181 |
| LEGGETT & PLATT INC | JOE LYON 1910 AIR LANE DR NASHVILLE TN 37210-3810 |
| LEGGETT & PLATT, INCORPORATED | ATTN: GRANT DENNIS JENNIFER (COLEMAN) DAVIS 1 LEGGETT ROAD CARTHAGE MO 64836 |
| LEWIS RICE LLC | (COUNSEL TO LEGGETT & PLATT, INCORPORATED) ATTN: LARRY E PARRES, JOSEPH J TRAD 600 WASHINGTON AVE., SUITE 2500 ST LOUIS MO 63101 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO DALLAS COUNTY) ATTN JOHN KENDRICK TURNER 2777 N. STEMMONS FREEWAY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO HARRIS COUNTY, CYPRESS-FAIRBANKS ISD) ATTN TARA L GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 |
| LOUISVILLE BEDDING COMPANY (E | RICHARD ASKREN 10400 BUNSEN WAY LOUISVILLE KY 40299 |
| MAURICE WUTSCHER, LLP | (COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF WESCO INSURANCE COMPANY) ATTN ALAN C. HOCHHEISER 23611 CHARGIN BLVD., STE 207 BEECHWOOD OH 44122 |
| MAX TRANS LOGISTICS | ATTN CASEY SWIM 3100 POMONA BLVD. POMONA CA 91768 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO BEKAERTDESLEE USA INC.) ATTN DANIEL SIMON 1180 PEACH TREE ST., NE, STE 3350 ATLANTA GA 30309 |
| MCKOOL SMITH, PC | (COUNSEL TO LCM LENDERS) ATTN JOHN J SPARACINO, REGAN S JONES S MARGIE VENUS 600 TRAVIS ST. STE 7000 HOUSTON TX 77002 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| NATIONWIDE MARKETING GROUP LLC | LANETTE HOLMES 110 OAKWOOD DRIVESUITE 200 WINSTON SALEM NC 27103 |
| OFFICE OF THE ATTY GENERAL OF TEXAS | BANKRUPTCY & COLLECTIONS DIVISION ATTN AUTUMN D. HIGHSMITH, LAYLA D. MILLIGAN ASST ATTORNEYS GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANA SMITH WHITWORTH 515 RUSK STREET, SUITE 3516 HOUSTON TX 77002 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ALICIA LENAE BARCOMB 515 RUSK AVE, SUITE 3516 HOUSTON TX 77002 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN JR 515 RUSK STREET, SUITE 3516 HOUSTON TX 77002 |
| OSBORN MALEDON, P.A. | (COUNSEL TO AD HOC EQUITY GROUP) ATTN: CHRISTOPHER C. SIMPSON 2929 N CENTRAL |

| Claim Name | Address Information |
|---|---|
| OSBORN MALEDON, P.A. | AVE, STE 2000 PHOENIX AZ 85012 |
| PATRICK M. FLYNN, P.C. | (COUNSEL TO USW) ATTN PATRICK M. FLYNN, P.C. 1225 N. LOOP WEST, STE 1000 HOUSTON TX 77008-1775 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO THE AD HOC GROUP OF NON-PTL TERM LOAN LENDERS) ATTN: BRIAN HERMANN, KEN ZIMAN, MICHAEL COLAROSSI, LEWIS CLAYTON. ANDREW EHRLICH 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PEOPLESCOUT MSP, LLC | ATTN CONTROLLER 1015 A STREET TACOMA WA 98402 |
| PIANA NONWOVENS, LLC | ANDREA PIANA 101 OLD MILL RD BLDG 300 CARTERSVILLE GA 30120 |
| PORTER HEDGES LLP | (COUNSEL TO AD HOC GROUP OF FIRST LIEN LENDERS) ATTN JOHN F. HIGGINS, M. SHANE JOHNSON MEGAN N. YOUNG-JOHN 1000 MAIN ST, 36TH FL HOUSTON TX 77002 |
| RAINES FELDMAN LLP | (COUNSEL TO TOLLESON LOGISTICS TIC OWNER I LLC) ATTN HAMID R. RAFATJOO 1800 AVE. OF STARS, 12TH FL. LOS ANGELES CA 90067 |
| ROPES & GRAY LLP | (COUNSEL TO ADVENT) ATTN GREGG M GALARDI, PETER L WELSH 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | (COUNSEL TO ADVENT) ATTN: PETER L WELSH PRUDENTIAL TOWER, 800 BOYLSTON ST BOSTON MA 02199-3600 |
| ROPES & GRAY LLP | (COUNSEL TO ADVENT) ATTN: JERAMY WEBB 191 NORTH WACKER DR., 32ND FL CHICAGO IL 60606 |
| RYDER TRUCK RENTAL, INC | ATTN MIKE MANDELL 11690 NW 105 STREET MIAMI FL 33178 |
| SBL, LLC (MIB) | ATTN CONTROLLER 4800 S KILBOURN AVE, STE 1 CHICAGO IL 60632 |
| SCALE LLP | (COUNSEL TO DORMAE PRODUCTS, INC., SERTA RESTOKRAFT MATTRESS COMPANY INC.,) ATTN STEVEN FORBES 77 W. WACKER DR. STE 4500 CHICAGO IL 60601 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | (COUNSEL TO HP ASSEMBLY I, LLC) ATTN ALYSSA PADDOCK, ESQ EDWARD H. TILLINGHAST, III, ESQ 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | (COUNSEL TO HP ASSEMBLY I, LLC) ATTN CHANTE B. WESTMORELAND, ESQ. 700 LOUISIANNA ST, STE 2750 HOUSTON TX 77002-2791 |
| SHI INTERNATIONAL CORP | MATT DEBERJEOIS 290 DAVIDSON AVE SOMERSET NJ 08873 |
| SINGER & LEVICK, P.C. | (COUNSEL TO IIT INLAND EMPIRE LOGISTICS CENTER LP) ATTN MICHELLE E SHRIRO 16200 ADDISON RD, STE 140 ADDISON TX 75001 |
| SINOMAX USA, INC. | ATTN KATHY WALSH & FANG CHEN, CFO 3151 BRIARPARK DR STE 1220 HOUSTON TX 77042 |
| TAUBENSEE STEEL & WIRE COMPANY | DAVID WESTERBECK 600 DIENS DR WHEELING IL 60090 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, | UNCLAIMED PROPERTY DIVISION ATTN: AUTUMN D. HIGHSMITH & LAYLA D. MILLIGAN, ASST ATTYS GENERAL OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BURGESS LAW GROUP | (COUNSEL TO KAREN MANCUSO) ATTN JANEL M. GLYNN 3131 E. CAMELBACK RD. STE 224 PHOENIX AZ 85016 |
| THE UNITED STATES ATTORNEYS OFFICE | (FOR THE SOUTHERN DISTRICT OF TEXAS) ATTN RICHARD A KINCHELOE 1000 LOUISIANA ST HOUSTON TX 77002 |
| THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | (COUNSEL TO RS INDUSTRIAL, INC.) ATTN MICHAEL B. PUGH 2 SUN COURT, STE 400 PEACHTREE CORNERS GA 30092 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| TOWNE REALTY, INC | ATTN CONTROLLER 710 N PLANKINTON AVE, STE 1000 MILWAUKEE WI 53203 |
| TRANE U.S. INC | ATTN LEGAL DEPT. 4000 DEKALB TECHNOLOGY PKY, STE 100 ATLANTA GA 30340 |
| UBS AG, STAMFORD BRANCH | 600 WASHINGTON BLVD STAMFORD CT 06901 |
| USW INTERNATIONAL UNION, AFL-CIO, CLC | ATTN DAVID JURY, GENERAL COUNSEL 60 BLVD OF THE ALLIES, STE 807 PITTSBURGH PA 15222-1209 |
| WELLS FARGO BANK NA | 171 17TH STREET, 3RD FL ATLANTA GA 30363 |
| WHITE & CASE LLP | (COUNSEL TO MATTRESS FIRM, INC.) ATTN: BOJAN GUZINA & JASMINE A ARMAND 111 SOUTH WACKER DRIVE, SUITE 5100 CHICAGO IL 60606 |
| WHITE & CASE LLP | (COUNSEL TO MATTRESS FIRM, INC.) ATTN: CHARLES KOSTER 609 MAIN STREET, SUITE 2900 HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB) ATTN ANDREW N GOLDMAN, BENJAMIN W LOVELAND 7 WORLD TRADE CTR 250 GREENWICH ST. NEW YORK NY 10007 |
| WINSTEAD PC | (COUNSEL TO ECLIPSE BUSINESS CAPITAL LLC) ATTN: PHILLIP L. LAMBERSON 500 WINSTEAD BUILDING 2728 N. HARWOOD STREET DALLAS TX 75201 |
| WINSTEAD PC | (COUNSEL TO ECLIPSE BUSINESS CAPITAL LLC) ATTN: SEAN B. DAVIS & STEFFEN R. SOWELL 600 TRAVISE STREET, SUITE 5200 HOUSTON TX 77002 |
| WRIGHT OF THOMASVILLE-THOMASVILLE, NC | ATTN.: LEGAL DEPARTMENT P.O. BOX 1069 THOMASVILLE NC 27361-1069 |
| XPO LOGISTICS SUPPLY CHAIN | ATTN GRACE DOMBROSKI,ELLEN MONTGOMERY 4035 PIEDMONT PKWY HIGH POINT NC 27265 |
| XXVI HOLDINGS INC DBA GOOGLE LLC | ATTN CONTROLLER 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043 |

**Total Creditor count  101**

SERTA SIMMONS BEDDING LLC, et al.
Adversary Proc. No. 23-09001
First Class Mail Additional Service

JENNIFER L. CONN
200 Park Avenue,
New York, NY 10166-0193

**EXHIBIT B**

SERTA SIMMONS BEDDING, LLC, *et al*. Case No. 23-90020 (DRJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| ASK LLP | mudem@askllp.com; bmcgrath@askllp.com |
| BARRETTEWOOD USA, INC | payment@ebarrette.com; joe.yurchak@ebarrette.com |
| BEKAERTDESLEE, INC-WINSTON SALEM(EDI) | michelle.bullock@bekaertdeslee.com; jason.warner@bekaertdeslee.com; Mathieu.ververken@bekaertdeslee.com |
| BROWN & CONNERY, LLP | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| BROWN & RUPRECHT, PC | kbrack@brlawkc.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | kyle.hirsch@bclplaw.com; dmunseth@bclplaw.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| C H ROBINSON WORLDWIDE INC. | carlsar@chrobinson.com; ssb@chrobinson.com |
| CAMERON M THIERRY | cameron.thierry@gmail.com |
| CARAT USA INC. | caratssb.finance@carat.com; mike.gantz@carat.com |
| CARPENTER - CONOVER, NC | deanna.thompson@carpenter.com; adam.lopez@carpenter.com |
| CARPENTER CO. | david.sayre@carpenter.com |
| CENTERVIEW PARTNERS LLC | ar@centerview.com |
| CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C. | Jarrod.Martin@chamberlainlaw.com |
| CHOATE, HALL & STEWART LLP | smennillo@choate.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com |
| CHOATE, HALL & STEWART LLP | jmarshall@choate.com |
| CODY REINBERG | creinberg@hkm.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mstolz@cwsny.com |
| CROWN PACKAGING CORP | payments@crownpack.com; alewinson@crownpack.com |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; galen.michael@dorsey.com |
| ECLIPSE BUSINESS CAPITAL LLC | jgurgone@eclipsebuscap.com |
| ELITE COMFORT SOLUTIONS (ECS) | remit@elite-cs.com |
| ERGOMOTION INC | ar@ergomotion.com; jg@ergomotion.com |
| FISHMAN JACKSON PLLC | mralston@fishmanjackson.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN & ROBBINS LLP | eseiler@fklaw.com; lrobbins@fklaw.com; abeaumont@fklaw.com; jkelley@fklaw.com; balbom@fklaw.com |
| FROST BROWN TODD LLP | mplatt@fbtlaw.com |
| FULTZ MADDOX DICKENS PLC | wbrewer@fmdlegal.com |
| FURNITURE TRANSPORTATION SYSTEMS | cswim@kkwtrucks.com |
| FUTURE FOAM INC | credit@futurefoam.com; mike.urquhart@futurefoam.com |
| GIBSON, DUNN & CRUTCHER LLP | sgreenberg@gibsondunn.com; mcohen@gibsondunn.com; jgoldstein@gibsondunn.com; jgoldstein@gibsondunn.com; osnyder@gibsondunn.com; gcosta@gibsondunn.com; christina.brown@gibsondunn.com; aaycock@gibsondunn.com; ashapiro@gibsondunn.com |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ssoule@hallestill.com |
| HOLWELL SHUSTER & GOLDBERG LLP | nlieberman@hsgllp.com; bgoldman@hsgllp.com; pwoods@hsgllp.com |
| J B HUNT TRANSPORT | customer.experience@jbhunt.com |
| JACKSON WALKER LLP | bruzinsky@jw.com; vargeroplos@jw.com; mstull@jw.com |
| JOSEPH G. EPSTEIN PLLC | joe@epsteintexaslaw.com |
| JOSHUA BROOKS | Joshuarbrooks.us@gmail.com |
| KELLEY DRYE & WARREN LLP | ewilson@kelleydrye.com; jadams@kelleydrye.com; lschlussel@kelleydrye.com; swilson@kelleydrye.com; KDWBankruptcyDepartment@KelleyDrye.com |

SERTA SIMMONS BEDDING, LLC, *et al*. Case No. 23-90020 (DRJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| KESSLER & COLLINS, P.C | HRubin@kesslercollins.com; dpc@kesslercollins.com; ajb@kesslercollins.com |
| KKW TRUCKING INC | hhess@kkwtrucks.com; itorres@kkwtrucks.com |
| LANE & NACH, P.C. | adam.nach@lane-nach.com |
| LEGGETT & PLATT INC | joe.lyon@leggett.com; Grant.Dennis@leggett.com |
| LEGGETT & PLATT INCORPORATED | jennifer.davis@leggett.com |
| LEWIS RICE LLC | lparres@lewisrice.com; jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LOUISVILLE BEDDING COMPANY (E | remittance@loubed.com; raskren@loubed.com |
| MAURICE WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MAX TRANS LOGISTICS | kacee.nohr@maxtranslogistics.com; cswim@kkwtrucks.com; jguthrie@pbsjlaw.com |
| MCDERMOTT WILL & EMERY LLP | dmsimon@mwe.com |
| MCKOOL SMITH, PC | jsparacino@mckoolsmith.com; mvenus@mckoolsmith.com; rjones@mckoolsmith.com |
| MISSOURI DEPT OF REVENUE | sdtxecf@dor.mo.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF UNITED STATES TRUSTEE | jana.whitworth@usdoj.gov; hector.duran.jr@usdoj.gov; alicia.barcomb@usdoj.gov |
| PATRICK M. FLYNN, P.C. | pat@pmfpc.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com; kziman@paulweiss.com; mcolarossi@paulweiss.com; lclayton@paulweiss.com; aehrlich@paulweiss.com |
| PIANA NONWOVENS, LLC | ap@piananonwovens.com; andrea@pianagroup.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com;sjohnson@porterhedges.com;myoung-john@porterhedges.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com; peter.welsh@ropesgray.com |
| ROPES & GRAY LLP | jeramy.webb@ropesgray.com |
| ROPES & GRAY LLP | peter.welsh@ropesgray.com |
| RYDER TRUCK RENTAL, INC | arss@ryder.com; mandms@ryder.com |
| SBL, LLC (MIB) | lontiveros@alavason.com |
| SCALE LLP | sforbes@scalefirm.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | cwestmoreland@sheppardmullin.com; etillinghast@sheppardmullin.com; apaddock@sheppardmullin.com |
| SHI INTERNATIONAL CORP | matt_deberjeois@shi.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SINOMAX USA, INC. | adriana.lugo@sinomax-usa.com; fang.chen@sinomax-usa.com |
| TAUBENSEE STEEL & WIRE COMPANY | tswar@taubensee.com; dwesterbeck@taubensee.com |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, UNCLAIMED PROPERTY DIVISION | autumn.highsmith@oag.texas.gov; layla.milligan@oag.texas.gov |
| THE BURGESS LAW GROUP | janel@theburgesslawgroup.com |
| TN DEPT OF REVENUE | steve.butler@ag.tn.gov |
| TOWNE REALTY, INC | townerealtynw@gmail.com |
| TRANE U.S. INC | ehmetzger@trane.com |
| USW INTERNATIONAL UNION, AFL-CIO, CLC | djury@usw.org |
| WELLS FARGO BANK NA | andrew.gentles@wellsfargo.com |
| WHITE & CASE LLP | bojan.guzina@whitecase.com; jasmine.armand@whitecase.com; charles.koster@whitecase.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| WINSTEAD PC | plamberson@winstead.com; sbdavis@winstead.com; ssowell@winstead.com |
| WRIGHT OF THOMASVILLE-THOMASVILLE, NC | payments@wrightglobalgraphics.com |

SERTA SIMMONS BEDDING, LLC, *et al*. Case No. 23-90020 (DRJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| XPO LOGISTICS SUPPLY CHAIN | grace.dombroski@xpo.com; ellen.montgomery@xpo.com |
| XXVI HOLDINGS INC DBA GOOGLE LLC | collections@google.com |

SERTA SIMMONS BEDDING LLC, et al. Adversary Proc. No. 23-09001
Electronic Mail Additional Service List

| Name | Attn | Email |
|---|---|---|
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Eric J. Seiler | eseiler@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Lawrence S. Robbins | lrobbins@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Anne E. Beaumont | abeaumont@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Jamuna D. Kelley | jkelley@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Blair R. Albom | balbom@fklaw.com |
| GIBSON, DUNN & CRUTCHER LLP | Orin Snyder | osnyder@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Gregg J. Costa | gcosta@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Jennifer L. Conn | jconn@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | C. Lee Wilson | clwilson@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Amanda M. Aycock | aaycock@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Akiva Shapiro | ashapiro@gibsondunn.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Michael Shuster | mshuster@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Vincent Levy | vlevy@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Neil R. Lieberman | nlieberman@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Brian T. Goldman | bgoldman@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Patrick J. Woods | pwoods@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Alison B. Miller | amiller@hsgllp.com |
| JACKSON WALKER LLP | Bruce J. Ruzinsky | bruzinsky@jw.com |
| MCKOOL SMITH, PC | John J. Sparacino | jsparacino@mckoolsmith.com |
| MCKOOL SMITH, PC | S. Margie Venus | mvenus@mckoolsmith.com |
| MCKOOL SMITH, PC | Regan S. Jones | rjones@mckoolsmith.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Kenneth S. Ziman | kziman@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Brian S. Hermann | bhermann@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Lewis R. Clayton | lclayton@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Andrew J. Ehrlich | aehrlich@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Michael J. Colarossi | mcolarossi@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Robert N. Kravitz | rkravitz@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Michael S. Bass | mbass@paulweiss.com |
| PORTER HEDGES LLP | John F. Higgins | jhiggins@porterhedges.com |
| PORTER HEDGES LLP | M. Shane Johnson | sjohnson@porterhedges.com |
| PORTER HEDGES LLP | Megan N. Young-John | myoung-john@porterhedges.com |