IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, *et al.* | § § § | Case No. 23-90020 (DRJ) |
| | § § | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, and BARINGS LLC, <br> *Plaintiffs,* <br><br> - against – <br><br> AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD., <br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Adversary Proc. No. 23-09001 (DRJ) |

1

## JOINT NOTICE OF APPEAL

**Part 1: Identity of the Appellants**

1. Names of the appellants:

    LCM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd., LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd., and LCM 28 Ltd.

2. Position of appellants in the adversary proceeding that is the subject of this appeal:

    Defendants.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

    Order on Summary Judgment, ECF No. 141.[1]  A copy is attached as Exhibit "A."

2. State the date on which the judgment, order, or decree was entered:

    April 6, 2023

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. LCM Appellants

    **HOLWELL SHUSTER & GOLDBERG LLP**
    Michael Shuster (admitted *pro hac vice*)
    Vincent Levy (admitted *pro hac vice*)
    Neil R. Lieberman (admitted *pro hac vice*)
    Alison B. Miller (admitted *pro hac vice*)
    Brian T. Goldman (admitted *pro hac vice*)
    Patrick J. Woods (admitted *pro hac vice*)
    425 Lexington Avenue
    New York, New York 10017
    Email: mshuster@hsgllp.com
    vlevy@hsgllp.com
    nlieberman@hsgllp.com
    amiller@hsgllp.com
    bgoldman@hsgllp.com
    pwoods@hsgllp.com

---

[1] The Bankruptcy Court entered the same order twice, first at ECF No. 141, and then again minutes later at ECF No. 142. Because the two entries are duplicative, the LCM Appellants list only the first-in-time entry in Part 2 above. For the avoidance of doubt, the LCM Appellants intend to appeal from the Bankruptcy Court's Order on Summary Judgment, regardless of which docket entry is deemed controlling.

|  |  |
|---|---|
|  | -and- |
|  | **MCKOOL SMITH, PC**<br>John J. Sparacino (SBN 18873700)<br>S. Margie Venus (SBN 20545900)<br>Regan S. Jones (SBN 24110060)<br>600 Travis Street, Suite 7000<br>Houston, Texas 77002<br>Telephone: (713) 485-7300<br>Facsimile (713) 485-7344<br>Email: jsparacino@mckoolsmith.com<br>         mvenus@mckoolsmith.com<br>         rjones@mckoolsmith.com |
| 2. Appellee: Serta Simmons Bedding, LLC | **WEIL, GOTSHAL & MANGES LLP**<br>Ray C. Schrock (admitted *pro hac vice*)<br>David J. Lender (admitted *pro hac vice*)<br>Alexander W. Welch (admitted *pro hac vice*)<br>Luna N. Barrington (admitted *pro hac vice*)<br>Richard D. Gage (admitted *pro hac vice*)<br>Taylor B. Dougherty (admitted *pro hac vice*)<br>Joseph R. Rausch (admitted *pro hac vice*)<br>Michael P. Goodyear (admitted *pro hac vice*)<br>Nicholas J. Reade (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel:    (212) 310-8000<br>Fax:   (212) 310-8007<br>Email: Ray.Schrock@weil.com<br>         David.Lender@weil.com<br>         Alexander.Welch@weil.com<br>         Luna.Barrington@weil.com<br>         Richard.Gage@weil.com<br>         Taylor.Dougherty@weil.com<br>         Joseph.Rausch@weil.com<br>         Michael.Goodyear@weil.com<br>         Nick.Reade@weil.com<br><br>-and- |

3

4855-2865-7753

|  |  |
|---|---|
|  | Gabriel A. Morgan <br> Stephanie N. Morrison <br> 700 Louisiana Street, Suite 1700 <br> Houston, TX 77002 <br> Tel: (713) 546-5040 <br> Fax: (713) 224-9511 <br> Email: Gabriel.Morgan@weil.com <br>         Stephanie.Morrison@weil.com |
| 3. Appellees: <br><br> Barings LLC <br> Boston Management and Research <br> Credit Suisse Asset Management, LLC <br> Eaton Vance Management <br> Invesco Senior Secured Management, Inc. | **GIBSON, DUNN & CRUTCHER LLP** <br> Gregg Costa (24028160) <br> 811 Main Street, Suite 3000 <br> Houston, TX 77002 <br> Telephone: (346) 718-6600 <br> Facsimile: (346) 718-6620 <br> Email: gcosta@gibsondunn.com <br><br> -and- <br><br> Orin Snyder (admitted pro hac vice) <br> Amanda M. Aycock (admitted pro hac vice) <br> C. Lee Wilson (admitted hac vice) <br> Akiva Shapiro (admitted pro hac vice) <br> 200 Park Avenue <br> New York, NY 10166 <br> Tel: (212) 351-4000 <br> Fax: (212) 351-4035 <br> Email: osnyder@gibsondunn.com <br>        aaycock@gibsondunn.com <br>        clwilson@gibsondunn.com <br>        ashapiro@gibsondunn.com <br><br> -and- <br><br> Helgi C. Walker (admitted pro hac vice) <br> 1050 Connecticut Avenue N.W. <br> Washington, DC 20036 <br> Tel: (202) 955-8500 <br> Fax: (202) 467-0539 <br> Email: hwalker@gibsondunn.com <br><br> -and- |

<table>
<tr><td>

4. Other Interested Parties (Defendants and counterclaim/third-party plaintiffs (the "Excluded Lenders")):

AG Centre Street Partnership, L.P.

AG Credit Solutions Non-ECI Master Fund, L.P.

AG SF Master (L), L.P.

AG Super Fund Master, L.P.

Silver Oak Capital, L.L.C.

Ascribe III Investments, LLC

Columbia Cent CLO 21 Limited

Columbia Cent CLO 27 Limited

Columbia Floating Rate Income Fund, a series of Columbia Funds Series Trust II

Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I

Contrarian Capital Fund I, L.P.

Contrarian Centre Street Partnership, L.P.

Contrarian Distressed Debt Fund, L.P.

Gamut Capital SSB, LLC

North Star Debt Holdings, L.P.

Shackleton 2013-III CLO, Ltd.

Shackleton 2013-IV-R CLO, Ltd.

Shackleton 2014-V-R CLO, Ltd.

Shackleton 2015-VII-R CLO, Ltd.

Shackleton 2017-XI CLO, Ltd.

Z Capital Credit Partners CLO 2018-1 Ltd.

</td><td>

**JACKSON WALKER LLP**
Bruce J Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010
713-752-4200
713-308-4184 (fax)
Email: bruzinsky@jw.com

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Lawrence S. Robbins (admitted pro hac vice)
Eric Seiler (admitted pro hac vice)
Anne E. Beaumont (admitted pro hac vice)
Elizabeth Bierut (admitted pro hac vice)
Jamuna D. Kelley (admitted pro hac vice)
Blair R. Albom (admitted pro hac vice)
7 Times Square
New York, NY 10036-6516
(212) 833-1100
Email: lrobbins@fklaw.com
       eseiler@fklaw.com
       abeaumont@fklaw.com
       jkelley@fklaw.com
       balbom@fklaw.com

*Attorneys for the Excluded Lenders*

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman (admitted pro hac vice)
Brian S. Hermann (admitted pro hac vice)
Lewis R. Clayton (admitted pro hac vice)
Andrew J. Ehrlich (admitted pro hac vice)
Michael J. Colarossi (admitted pro hac vice)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: kziman@paulweiss.com
       bhermann@paulweiss.com
       lclayton@paulweiss.com
       aehrlich@paulweiss.com
       mcolarossi@paulweiss.com

</td></tr>
</table>

Z Capital Credit Partners CO 2019-1 Ltd.

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

-and-

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6000
Email: jhiggins@porterhedges.com
         sjohnson@porterhedges.com
         myoung-john@porterhedges.com

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

4855-2865-7753

Dated: April 7, 2023
       Houston, Texas

Respectfully submitted,

**MCKOOL SMITH, PC**

*/s/ John J. Sparacino*
John J. Sparacino (SBN 18873700)
S. Margie Venus (SBN 20545900)
Regan S. Jones (SBN 24110060)
**MCKOOL SMITH, PC**
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com
mvenus@mckoolsmith.com
rjones@mckoolsmith.com

-and -

Michael Shuster (admitted *pro hac vice*)
Vincent Levy (admitted *pro hac vice*)
Neil R. Lieberman (admitted *pro hac vice*)
Alison B. Miller (admitted *pro hac vice*)
Brian T. Goldman (admitted *pro hac vice*)
Patrick J. Woods (admitted *pro hac vice*)
**HOLWELL SHUSTER & GOLDBERG LLP**
425 Lexington Avenue
New York, New York 10017
mshuster@hsgllp.com
vlevy@hsgllp.com
nlieberman@hsgllp.com
amiller@hsgllp.com
bgoldman@hsgllp.com
pwoods@hsgllp.com

*Counsel for the LCM Appellants*

4855-2865-7753

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appeal and Statement of Election was served by electronic delivery on all persons and entities receiving ECF notice on April 7, 2023.

<i>/s/ John J. Sparacino</i><br>
John J. Sparacino

4855-2865-7753