IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>SERTA SIMMONS BEDDING, LLC, et al.,<br><br>Debtors, | : : : : : : : | Chapter 11<br><br>Case No. 23-90020 (DRJ)<br>(Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, et al.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>AG CENTRE STREET PARTNERSHIP L.P., et al.,<br><br>Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs,<br><br>v.<br><br>AGF FLOATING RATE INCOME FUND, et al.,<br><br>Third-Party Defendants. | : : : : : : : : : : : : : : : : : : | Adversary Proc. No. 23-09001 (DRJ) |

**NOTICE OF FILING OF REDLINE COMPARISON OF AMENDED ANSWERING DEFENDANTS' ANSWER TO THE AMENDED ADVERSARY COMPLAINT, COUNTERCLAIMS AND THIRD-PARTY CLAIMS**
[Related Docket Nos. 68, 148]

**PLEASE TAKE NOTICE THAT** the Excluded Lenders have filed an Amended Answering Defendants' Answer to the Amended Adversary Complaint, Counterclaims and Third-Party Claims on the docket [Docket No. 148].  Attached hereto, for the convenience of the Court and the parties, is a redline indicating the changes made to the Answering Defendants' Answer to the Amended Adversary Complaint, Counterclaims and Third-Party Claims as filed on February 24, 2023 [Docket No. 68].

3718362.1

Dated:  April 7, 2023

Respectfully submitted,

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

*s/ Eric Seiler*
Lawrence S. Robbins*
Eric Seiler*
Anne E. Beaumont*
Elizabeth Bierut*
Jamuna D. Kelley*
Blair R. Albom*
7 Times Square
New York, NY 10036-6516
(212) 833-1100
lrobbins@fklaw.com
eseiler@fklaw.com
abeaumont@fklaw.com
ebierut@fklaw.com
jkelley@fklaw.com
balbom@fklaw.com

*Attorneys for the Excluded Lenders*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
kziman@paulweiss.com
bhermann@paulweiss.com
lclayton@paulweiss.com
aehrlich@paulweiss.com
mcolarossi@paulweiss.com

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Amended Counterclaims Only*

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6000
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*admitted pro hac vice*

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Amended Counterclaims Only*

2

## Certificate of Service

I certify that on April 7, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins

3718362.1