UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |
| *versus* ||||
| | | | |

This lawyer, who is admitted to the State Bar of _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael L. Nadler<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>212-351-4000<br>NYSB 5022223<br>mnadler@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Barings LLC, Boston Management and Research, and Eaton Vance Management ||
|---|---|
| Dated: April 12, 2023 | Signed: */s/ Michael L. Nadler* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                United States Bankruptcy Judge