UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |
| *versus* | | | |
| | | | |

This lawyer, who is admitted to the State Bar of _____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alison L. Wollin<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>212-351-2378<br>NYSB 4147294<br>awollin@gibsondunn.com |

Seeks to appear as the attorney for this party:

| |
|---|
| Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Barings LLC, Boston Management and Research, and Eaton Vance Management |
| Dated:  April 12, 2023     Signed:  */s/ Alison L. Wollin* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                            Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States Bankruptcy Judge