# Exhibit A

## Serta Confirmation & Adversary Proceeding Schedule

| Action Item | Deadline |
|---|---|
| Defendants to file any amended/new counterclaims on the implied covenant of good faith and fair dealing | April 7, 2023 (as already agreed to by the parties) |
| Parties to serve any limited additional written or document discovery; parties to identify intended deponents | By April 10, 2023 |
| Parties to meet and confer on limited additional written or document discovery and depositions | April 11, 2023, 1pm EDT |
| Parties to identify "may call" fact witnesses | April 12, 2023 |
| Defendants/Counterclaimants/Third-Party Plaintiffs to provide FRCP 26(a)(1)(A)(iii) disclosures for any counterclaims – calculation of damages and supporting materials [Other Rule 26(a) disclosures already covered by interrogatory responses] | April 14, 2023 |
| Parties to identify the names and backgrounds of affirmative expert witnesses they intend to use at confirmation and high level topics they anticipate such expert witnesses to be covering | April 17, 2023 |
| Parties substantially complete limited additional written or document discovery, including supplementing or revising existing disclosures | April 20, 2023 |
| Fact depositions begin (no earlier than) | April 21, 2023 |
| Affirmative expert disclosures | April 24, 2023 |
| Rebuttal expert disclosures | May 3, 2023 |
| Confirmation objection deadline | May 4, 2023 |
| Fact depositions to conclude (no later than) | May 5, 2023 |
| Expert depositions to occur | May 5 – May 9, 2023 |
| Exchange proposed witness & exhibit lists | May 5, 2023 |
| Exchange proposed deposition designations | May 8, 2023 |
| Exchange objections to proposed exhibit lists | May 9, 2023 |
| Exchange deposition counter-designations | May 10, 2023 |
| Parties to meet and confer on exhibits that can be admitted by stipulation | May 10, 2023 |
| File briefs in support of confirmation, pre-trial briefs on good faith and fair dealing claims (if not covered in confirmation briefing), witness & exhibit lists, and deposition designations | May 12, 2023 |
| Confirmation Hearing commences, including trial on implied covenant and DQ claims | May 15, 2023 |