# Exhibit B

**[First Lien Lender Defs.' 4.14.2023 edits]**

## Serta Confirmation & Adversary Proceeding Schedule

| Action Item | Deadline |
|---|---|
| Defendants to file any amended/new counterclaims on the implied covenant of good faith and fair dealing | April 7, 2023 (as already agreed to by the parties) |
| Parties to ~~serve any~~ limited additional written or document discovery; ~~parties to~~ identify intended deponents | By April ~~10~~**11**, 2023 |
| Parties to meet and confer on limited additional written or document discovery and depositions | April 11, 2023, 1pm EDT**;** **April 14, 2023, 12:30pm EDT** |
| **Parties to serve any limited additional written or document discovery** | **By April 21, 2023** |
| **Parties to meet and confer on existing discovery dispute issues** | **April 24, 2023 [time TBD]** |
| **Third-Party Defendants to move or answer** | **April 21, 2023** |
| **First Lien Lender Defendants to serve and responses and objections to Plaintiffs' second set of written discovery requests** | **April 28, 2023** |
| Parties to identify "may call" fact witnesses | ~~April 12~~**May 5**, 2023 |
| **Serta to substantially complete limited additional written or document discovery, including supplementing or revising existing disclosures** | **May 12, 2023** |
| ~~Defendants/Counterclaimants/Third-Party~~**Lender** Plaintiffs to ~~provide FRCP 26(a)(1)(A)(iii) disclosures for any counterclaims – calculation of damages and supporting materials [Other Rule 26(a) disclosures already covered by interrogatory responses]~~**substantially complete limited additional written or document discovery, including supplementing or revising existing disclosures** | ~~April 14~~**May 12**, 2023 |
| **Advisors to substantially complete limited additional written or document discovery, including supplementing or revising existing disclosures** | **May 12, 2023** |
| **First Lien Lender Defendants to substantially complete limited additional written or document discovery, including supplementing or revising existing disclosures** | **May 12, 2023** |
| Parties to identify the names and backgrounds of affirmative expert witnesses they intend to use at confirmation and high level topics they anticipate such expert witnesses to be covering | ~~April 17~~**May 12**, 2023 |
| ~~Parties substantially complete limited additional written or document discovery, including supplementing or revising existing disclosures~~ | ~~April 20, 2023~~ |

**[First Lien Lender Defs.' 4.14.2023 edits]**

| | |
|---|---|
| Fact depositions begin (no earlier than) | ~~April 21~~**May 15**, 2023 |
| ~~Affirmative expert disclosures~~**Depositions of First Lien Lender Defendants' 30(b)(6) witnesses** | ~~April 24~~**May 15-25**, 2023 |
| **Parties to meet and confer on Serta & Lender Plaintiffs' privilege log(s)** | **May 16, 2023** |
| **Defendants/Counterclaimants/Third-Party Plaintiffs to provide FRCP 26(a)(1)(A)(iii) disclosures for any counterclaims – calculation of damages and supporting materials [Other Rule 26(a) disclosures already covered by interrogatory responses]** | **May 25, 2023** |
| ~~Rebuttal~~**Affirmative** expert disclosures | ~~May 3~~**June 1**, 2023 |
| ~~Confirmation objection deadline~~**Rebuttal expert disclosures** | ~~May 4~~**June 9**, 2023 |
| Fact depositions to conclude (no later than) | ~~May 5~~**June 12**, 2023 |
| Expert depositions to occur | ~~May 5~~**June 14** - ~~May 9~~**21**, 2023 |
| Exchange proposed witness & exhibit lists | ~~May 5~~**June 23**, 2023 |
| **Confirmation objection deadline** | **June 26, 2023** |
| Exchange proposed deposition designations | ~~May 8~~**June 28**, 2023 |
| Exchange objections to proposed exhibit lists | ~~May 9~~**June 30**, 2023 |
| Exchange deposition counter-designations | ~~May 10~~**June 30**, 2023 |
| Parties to meet and confer on exhibits that can be admitted by stipulation | ~~May 10~~**July 5**, 2023 |
| File briefs in support of confirmation, pre-trial briefs on good faith and fair dealing claims (if not covered in confirmation briefing), witness & exhibit lists, and deposition designations | ~~May 12~~**July 6**, 2023 |
| Confirmation Hearing commences, including trial on implied covenant and DQ claims | ~~May 15~~**July 11**, 2023 |

~~3719125.1~~**3719127.2**
Plaintiffs 4.12.23 Amended Serta Confirmation and AP Schedule 3719125v1 and FLL Defs 4.14.23 edits to Plaintiffs 4.12.23 Amended Serta Confirmation and AP Schedule 3719127v2
4/14/2023 10:22:23 AM