United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 18, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. | | | |
| *versus* | | | |
| AG Centre Street Partnership L.P., et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____:

| Name Firm Street City & Zip Code Telephone Licensed: State & Number | Nina Meyer Gibson, Dunn & Crutcher LLP 200 Park Avenue New York, New York 10166 212-351-6288 NYSB 5654751 nmeyer@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

| Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Barings LLC, Boston Management and Research, and Eaton Vance Management | |
|---|---|
| Dated: April 12, 2023 | Signed: */s/ Nina Meyer* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____ Deputy Clerk |

Order   (Docket No. 158)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  April 18, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**