United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 18, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding, LLC, et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership L.P., et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alison L. Wollin<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>212-351-2378<br>NYSB 4147294<br>awollin@gibsondunn.com |
|---|---|

Seeks to appear as the attorney for this party:

Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Barings LLC, Boston Management and Research, and Eaton Vance Management

Dated: April 12, 2023    Signed: */s/ Alison L. Wollin*

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                     Deputy Clerk

Order   (Docket No. 161)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: April 18, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**