IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § § | **Case No. 23-90020** |
| Debtors.[1] | § § § | **(Jointly Administered)** |
| ------------------------------------------------ | § § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § § | **Adversary Proc. No. 23-09001** |
| Plaintiffs, | § § § | |
| v. | § § § | |
| **AG CENTRE STREET PARTNERSHIP L.P.,** *et al.*, | § § § § | |
| Defendants. | § § | |
| ------------------------------------------------ | § | |

**NOTICE OF HEARING ON APRIL 24, 2023 AT
2:00 P.M. (CENTRAL TIME) REGARDING DEBTORS' EMERGENCY
MOTION FOR ENTRY OF AN ORDER (I) APPROVING PLAINTIFFS'
PROPOSED DISCOVERY SCHEDULE, AND (II) LIMITING DEPOSITIONS,
<u>OR IN THE ALTERNATIVE, TO SCHEDULE A STATUS CONFERENCE</u>**

**PLEASE TAKE NOTICE** that, on April 17, 2023, Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

possession (collectively, the "**Debtors**") filed the *Emergency Motion for Entry of an Order (I) Approving Plaintiffs' Proposed Discovery Schedule, and (II) Limiting Depositions, or in the Alternative, to Schedule a Status Conference* (Adv. P. No. 23-09001 Docket No. 164; Docket No. 672) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on April 18, 2023, AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG Super Fund Master, L.P., AG SF Master (L), L.P., Silver Oak Capital, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Distressed Debt Fund, L.P., Contrarian Centre Street Partnership, L.P., Gamut Capital SSB, LLC, Z Capital Credit Partners CLO 2018-1 Ltd., Z Capital Credit Partners CLO 2019-1 Ltd., Shackleton 2013- III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., North Star Debt Holdings, L.P., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, a series of Columbia Funds Series Trust II, and Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I (collectively, the "**First Lien Lender Defendants**") filed the *First Lien Lender Defendants' Interim Response to Plaintiffs' "Emergency" Motion (I) Approving Plaintiffs' Proposed Discovery Schedule, and (II) Limiting Depositions, or in the Alternative, to Schedule a Status Conference* (Adv. P. No. 23-09001; Docket No. 165) (the "**Interim Response**"), and on April 19, 2023 the First Lien Lender Defendants filed the *First Lien Lender Defendants' Response to Plaintiffs' "Emergency" Motion (I) Approving Plaintiffs' Proposed Discovery Schedule, and (II) Limiting Depositions, or in the Alternative, to Schedule a Status Conference* (Adv. P. No. 23-09001; Docket No. 171) (the "**Response**"), in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of an order approving the Motion will be conducted before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") on **April 24, 2023 at 2:00 p.m. (Central Time)** (the "**Hearing**"), Courtroom 400, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Hearing either in person or by an audio and video connection.  Audio communication will be by use of the Bankruptcy Court's dial-in facility.  You may access the facility at 832-917-1510 and entering the conference code 205691.  Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website.  The meeting code is "JudgeJones".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, Interim Response, and Response are available by visiting the website maintained by the Debtors' claims and noticing agent, Epiq LLC ("**Epiq**"), at https://dm.epiq11.com/case/sertasimmons/info.  A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated: April 20, 2023
      Houston, Texas

    Respectfully submitted,

    */s/ Gabriel A. Morgan*
    WEIL, GOTSHAL & MANGES LLP
    Gabriel A. Morgan (24125891)
    Stephanie N. Morrison (24126930)
    700 Louisiana Street, Suite 1700
    Houston, Texas 77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    Email:   Gabriel.Morgan@weil.com
              Stephanie.Morrison@weil.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Ray C. Schrock (admitted *pro hac vice*)
    Alexander W. Welch (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email:   Ray.Schrock@weil.com
              Alexander.Welch@weil.com

    *Attorneys for Debtors*
    *and Debtors in Possession*

    .

**Certificate of Service**

I hereby certify that on April 20, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                                           */s/ Gabriel A. Morgan*
                                                                           Gabriel A. Morgan