Electronic Appearance Sheet

Eric  Wilson, Kelley Drye & Warren LLP
Client(s): Official Committee of Unsecured Creditors

Philip  Robben, Kelley Drye & Warren LLP
Client(s): Official Committee of Unsecured Creditors

Sandy  Musumeci , Kelley Drye & Warren LLP
Client(s): Official Committee of Unsecured Creditors

John Sparacino, McKool Smith
Client(s): LCM Lenders

Eric Seiler, Friedman Kaplan Seiler & Adelman LLP
Client(s): Ad Hoc Group of First Lien Lenders

Patrick Woods, Holwell Shuster & Goldberg LLP
Client(s): LCM Defendants

Ray C. Schrock, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Alexander W. Welch, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Luna N Barrington, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Gabriel A. Morgan, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

John Higgins, Porter Hedges LLP
Client(s): Ad Hoc Group of First Lien Lenders

Neil Lieberman, Holwell Shuster & Goldberg LLP
Client(s): The LCM Lenders

C. Lee Wilson, Gibson, Dunn & Crutcher LLP
Client(s): PTL Lender Group

Gregg Costa, Gibson, Dunn & Crutcher LLP
Client(s): PTL Lender Group

Bruce Ruzinsky, Jackson Walker LLP
Client(s): PTL Lender Group

Stephanie N. Morrison, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel