UNITED STATES BANKRUPTCY COURT	SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| Serta Simmons Bedding, LLC, et al. ||||
| *versus* ||||
| AG Centre Street Partnership L.P., et al. ||||

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Priyanka Timblo<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Ave, 14th Floor<br>New York, NY 10017<br>646-837-5151<br>New York State - Bar No. 5287347 |
|---|---|

Seeks to appear as the attorney for this party:

| LCM Lenders ||
|---|---|
| Dated: April 25, 2023 | Signed: /s/ Priyanka Timblo |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                      United States Bankruptcy Judge