IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| SERTA SIMMONS BEDDING, LLC, § *et al.*, § | | Case No. 23-90020 (DRJ) |
| § | | |
| Debtors.[1] § | | (Jointly Administered) |
| § | | Re: Docket Nos. 267, 540, 544, 672, 700 |
| ─────────────────────────────── § | | |
| § | | |
| SERTA SIMMONS BEDDING, LLC, § *et al.*, § | | Adversary Proc. No. 23-09001 (DRJ) |
| § | | Re: Docket Nos. 32, 164, 183 |
| Plaintiffs, § | | |
| § | | |
| v. § | | |
| § | | |
| AG CENTRE STREET PARTNERSHIP § L.P., *et al.*, § | | |
| § | | |
| Defendants. § | | |
| ─────────────────────────────── § | | |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
REQUEST FOR CONFIRMATION OF JOINT CHAPTER 11 PLAN
OF SERTA SIMMONS BEDDING, LLC AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE,** that on February 8, 2023, the Court entered the *Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with Such Hearings, and (III) Granting Related Relief* (Docket No. 267;[2] Adv. Proc. No. 23-09001, Docket No. 32) (the "**Scheduling Order**").

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

[2] Unless otherwise indicated, citations to the docket are to the main bankruptcy case, *Serta Simmons Bedding, LLC, et al.*, No. 23-90020 (Bankr. S.D. Tex. Jan. 23, 2023).

**PLEASE TAKE FURTHER NOTICE,** that on March 23, 2023, the Court entered the *Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (IV) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief* (Docket No. 540) (the "**Disclosure Statement Order**").

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Disclosure Statement Order, the hearing to consider confirmation of the *Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* (Docket No. 544) (the "**Plan**") filed by Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") was scheduled for May 8, 2023 at 9:00 a.m. (Central Time) (the "**Confirmation Hearing**").

**PLEASE TAKE FURTHER NOTICE,** that on April 24, 2023 at 2:00 p.m. (Central Time), the Court held a hearing (the "**Scheduling Hearing**") on the Debtors' *Emergency Motion for Entry of an Order (I) Approving Plaintiffs' Proposed Discovery Schedule, and (II) Limiting Depositions, Or In the Alternative, to Schedule a Status Conference* (Docket No. 672; Adv. Proc. No. 23-09001, Docket No. 164). For the reasons set forth on the record during the Scheduling Hearing, the Court set the following deadlines, which replace and supersede those included in the Scheduling Order and Disclosure Statement Order, as applicable:

| Date | Event |
|---|---|
| May 10, 2023<br>11:59 p.m. (Central Time) | **Discovery Deadline.** The deadline by which parties must finish conducting discovery. |
| May 11, 2023<br>12:00 p.m. (Central Time) | **Confirmation Objection Deadline.** The deadline by which objections to confirmation of the Plan must be filed with the Court. |
| May 12, 2023<br>12:00 p.m. (Central Time) | **Witness and Exhibit List Deadline.** The deadline by which parties must file their witness and exhibit lists for the Confirmation Hearing with the Court. |
| May 14, 2023<br>12:00 p.m. (Central Time) | **Deadline to File Reply to Confirmation Objection(s).** The deadline by which a reply to any objections to confirmation of the Plan must be filed with the Court. |

**PLEASE TAKE FURTHER NOTICE,** that the Confirmation Hearing has been adjourned, and is scheduled to begin on **May 15, 2023 at 9:30 a.m. (Central Time)** (the "**Adjourned Confirmation Hearing**"). The trial in the above-captioned adversary proceeding (the "**Adversary Proceeding**") will begin concurrently with the Adjourned Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE,** that the Adjourned Confirmation Hearing will be conducted in Courtroom 400, 4th Floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Adjourned Confirmation Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website. The meeting code is "JudgeJones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE,** that the Confirmation Hearing may be continued from time to time by the Debtors or the Court without further notice other than adjournments announced in open court or in the filing of a notice or a hearing agenda in these chapter 11 cases.

Dated: April 25, 2023
      Houston, Texas

      */s/ Gabriel A. Morgan*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
E-mail:   Gabriel.Morgan@weil.com
           Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Alexander Welch (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
E-mail:   Ray.Schrock@weil.com
           Alexander.Welch@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on April 25, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                                  */s/ Gabriel A. Morgan*
                                                                  Gabriel A. Morgan