United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 26, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-9001 |
|---|---|---|---|
| | Serta Simmons Bedding, LLC, et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership L.P., et al. | | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Priyanka Timblo<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Ave, 14th Floor<br>New York, NY 10017<br>646-837-5151<br>New York State - Bar No. 5287347 |

Seeks to appear as the attorney for this party:

| LCM Lenders | |
|---|---|
| Dated: April 25, 2023 | Signed: /s/ Priyanka Timblo |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 184)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed:  April 26, 2023

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE