IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § § SERTA SIMMONS BEDDING, LLC, *et al.*[1] § § § Debtors. § § | § § § § § § § § | CASE NO. 23-90020 (DRJ) CHAPTER 11 |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, AND BARINGS LLC, Plaintiffs, v. AG CENTRE STREET PARTNERSHIP, L.P., *et al.*, Defendants. | § § § § § § § § § § § § § § § § § § § § | Adversary No. 23-9001 |

**NOTICE OF APPEARANCE OF SAMUEL D. ADKISSON AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the law firm of Gibson, Dunn & Crutcher LLP hereby appears in the above-captioned case on behalf of Invesco Senior Secured Management, Inc. ("Invesco"), Credit Suisse Asset Management, LLC ("Credit Suisse"), and Barings LLC ("Barings") pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

1

(the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

Samuel D. Adkisson
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6722
Facsimile: (346) 718-6979
sadkisson@gibsondunn.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to this case and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

PLEASE TAKE FURTHER NOTICE that this Notice is not intended to be, and shall not constitute, consent by Invesco, Credit Suisse, or Barings to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a

District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Invesco, Credit Suisse, or Barings are, or may be entitled, under agreements, in law or in equity, are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

Houston, Texas
May 1, 2023

*/s/  Samuel D. Adkisson*
**GIBSON DUNN & CRUTCHER, LLP**

Samuel D. Adkisson
S.D. Bar No. 3816316
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6722
Facsimile: (346) 718-6978
Email: sadkisson@gibsondunn.com

*Counsel to Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC and Barings LLC*

4

**Certificate of Service**

    I certify that on May 1, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                              */s/ Samuel D. Adkisson*
                                                                                Samuel D. Adkisson