# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § | **Case No. 23-90020 (DRJ)** |
| Debtors.[1] | § § | **(Joint Administration Requested)** |
| ----------------------------------- | § § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § | **Adversary Proc. No. 23-09001** **RE: Docket No. 197** |
| Plaintiffs, | § § § | |
| v. | § § | |
| **AG CENTRE STREET PARTNERSHIP L.P.,** *et al.*, | § § § § | |
| Defendants. | § | |
| ----------------------------------- | § | |

## NOTICE OF HEARING ON PLAINTIFFS' EMERGENCY MOTION TO COMPEL PRODUCTION FROM DEFENDANTS

**PLEASE TAKE NOTICE** that on May 1, 2023, Serta Simmons Bedding, LLC, Barings LLC, Boston Management and Research, Credit Suisse Asset Management, LLC, Eaton Vance Management and Invesco Senior Secured Management, Inc. (collectively, "Plaintiffs") filed their *Plaintiffs' Emergency Motion to Compel Production from Defendants* (the "Motion to Compel") [Docket No. 197].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); Serta Simmons Bedding Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); Serta Simmons Bedding Hospitality, LLC (2016); Serta Simmons Bedding Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); Serta Simmons Bedding Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Compel has been set for **May 4, 2023 at 1:00 p.m., prevailing Central Time,** before David R. Jones, in Courtroom 400, 4th Floor, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, TX 77002

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. You will be responsible for your own long distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**.

**PLEASE TAKE FURTHER NOTICE** that you may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones. Under "Electronic Appearance" select "Click here to submit Electronic Appearance." Select the case name, complete the required fields and click "Submit" to complete your appearance.

| | |
|---|---|
| Dated: May 1, 2023<br>New York, New York | Respectfully submitted,<br><br>  /s/  Gabriel A. Morgan<br>WEIL, GOTSHAL & MANGES LLP<br>Gabriel A. Morgan (24125891)<br>Stephanie N. Morrison (24126930)<br>700 Louisiana Street, Suite 1700<br>Houston, Texas 77002<br>Telephone:  (713) 546-5000<br>Facsimile:  (713) 224-9511<br>Email: Gabriel.Morgan@weil.com<br>          Stephanie.Morrison@weil.com<br>-and-<br>WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock (admitted *pro hac vice*)<br>David J. Lender (admitted *pro hac vice*)<br>Luna Barrington (admitted *pro hac vice*)<br>Alexander W. Welch (admitted *pro hac vice*)<br>Richard D. Gage (admitted *pro hac vice*)<br>Taylor B. Dougherty (admitted *pro hac vice*)<br>Joseph R. Rausch (admitted *pro hac vice*)<br>Michael P. Goodyear (admitted *pro hac vice*) |

Nicholas J. Reade  (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:     (212) 310-8000
Fax:    (212) 310-8007
Email: Ray.Schrock@weil.com
David.Lender@weil.com
    Alexander.Welch@weil.com
    Luna.Barrington@weil.com
    Richard.Gage@weil.com
    Taylor.Dougherty@weil.com
    Joseph.Rausch@weil.com
    Michael.Goodyear@weil.com
    Nick.Reade@weil.com

*Attorneys for Serta Simmons Bedding, LLC, as Debtor and Debtor in Possession*

**JACKSON WALKER LLP**
Bruce J. Ruzinsky (TX Bar No. 17469425)
Victoria N. Argeroplos (TX Bar No. 24105799)
Gabriela M. Barake (TX Bar No. 24099794)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: bruzinsky@jw.com
vargeroplos@jw.com
gbarake@jw.com

*Counsel for Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Eaton Vance Management, Boston Research and Management, and Barings LLC*

3

## Certificate of Service

      I hereby certify that on May 1, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                */s/ Gabriel A. Morgan*
                                                GABRIEL A. MORGAN