IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **SERTA SIMMONS BEDDING, LLC,** § | **Case No. 23-90020 (DRJ)** |
| *et al.*, § | |
| § | |
| Debtors.[1] § | **(Jointly Administered)** |
| § | |
| ------------------------------------------------------- § | |
| § | |
| **SERTA SIMMONS BEDDING, LLC,** § | |
| *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | **Adversary Proc. No. 23-09001** |
| § | |
| **AG CENTRE STREET PARTNERSHIP** § | |
| **L.P.,** *et al.*, § | |
| § | |
| Defendants. § | |
| ------------------------------------------------------- § | |

**INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, EATON VANCE MANAGEMENT, BOSTON RESEARCH AND MANAGEMENT, AND BARINGS LLC'S EXHIBIT LIST
FOR HEARING ON MAY 4, 2023 AT 1:00 P.M. (CENTRAL TIME)**

The *Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Eaton Vance Management, Boston Research and Management, and Barings LLC* ("PTL Lender

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); Serta Simmons Bedding Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); Serta Simmons Bedding Hospitality, LLC (2016); Serta Simmons Bedding Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); Serta Simmons Bedding Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

Plaintiffs") files its Exhibit List for the hearing scheduled for May 4, 2023, at 1:00 p.m. (Central Time).

## WITNESSES

The PTL Lender Plaintiffs may call the following witnesses at the Hearing:

1. Any witness listed by any other party;
2. Rebuttal witnesses as necessary.

The PTL Lender Plaintiffs further reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Plaintiffs' April 10, 2023 Second Set of Requests for Production (**ECF No. 197-1**) | | | |
| 2 | Responses and Objections of Gamut to Plaintiffs' Second Set of Requests for Production (**ECF No. 197-2**) | | | |
| 3 | Notice of Deposition to Plaintiff Barings LLC (**ECF No. 197-3**) | | | |
| 4 | Responses and Objections of Alcentra to Plaintiffs' Second Set of RFP's (**ECF No. 197-4**) | | | |
| 5 | Responses and Objections of Ascribe to Plaintiffs' Second Set of RFP's (**ECF No. 197-5**) | | | |
| 6 | Responses and Objections to Columbia to Plaintiffs' Second Set of RFP's (**ECF No. 197-6**) | | | |
| 7 | Responses and Objections of Contrarian to Plaintiffs' Second Set of RFP's (**ECF No. 197-7**) | | | |
| 8 | Responses and Objections of Angelo Gordon to Plaintiffs' | | | |

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
|  | Second Set of RFP's (**ECF No. 197-8**) |  |  |  |
| 9 | Responses and Objections of North Star to Plaintiffs' Second Set of RFP's (**ECF No. 197-9**) |  |  |  |
| 10 | Responses and Objections of Z Capital to Plaintiffs' Second Set of RFP's (**ECF No. 197-10**) |  |  |  |

## <u>RESERVATION OF RIGHTS</u>

The PTL Lender Plaintiffs reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List prior to the hearing.

Dated: May 3, 2023
      Houston, Texas

Respectfully submitted,

<u>*/s/ Bruce J. Ruzinsky*</u>
Bruce J. Ruzinsky (TX Bar No. 17469425)
J. Machir Stull (TX Bar No. 24070697)
Victoria N. Argeroplos (TX Bar No. 24105799)
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:    (713) 752-4200
Facsimile:    (713) 752-4221
Email: bruzinsky@jw.com
Email: mstull@jw.com
Email: vargeroplos@jw.com

*Counsel for Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Eaton Vance Management, Boston Research and Management, and Barings LLC*

- 4 -

## Certificate of Service

I certify that on May 3, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Bruce J. Ruzinsky*
Bruce J. Ruzinsky