Electronic Appearance Sheet

Philip Robben , Kelley Drye & Warren LLP
Client(s): Official Committee of Unsecured Creditors

Eric Wilson , Kelley Drye & Warren LLP
Client(s): Official Committee of Unsecured Creditors

Eric Wilson, Kelley Drye & Warren LLP
Client(s): Official Committee of Unsecured Creditors

Patrick Woods, Holwell Shuster & Goldberg LLP
Client(s): LCM Defendants

Chenzuo Suo, Pro Se, None, Pro Se
Client(s): None

Richard D. Gage, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

John Higgins, Porter Hedges LLP
Client(s): Excluded Lenders

Patrick Woods, Holwell Shuster & Goldberg LLP
Client(s): LCM Defendants

Cameron Thierry, Pro Se Litigant
Client(s): Creditor / Movant / Appellant Cameron M. Thierry