IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, *et al.,* | § § § § | Case No. 23-90020 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | Ref. Docket No. 767 |
| | § § | |
| SERTA SIMMONS BEDDING, LLC, *et al.,* | § § § | Adversary Proc. No. 23-09001 |
| Plaintiffs, | § § § | |
| v. | § § | |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*, | § § § § | |
| Defendants. | § § § | Ref. Docket No. 203 |

**CERTIFICATE OF SERVICE**

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

2. On May 3, 2023, I caused to be served the:

    a. "Agenda of Matters Set for Emergency Hearing on May 4, 2023 at 1:00 p.m. (Central Time)," dated May 3, 2023 [Docket No. 767], and

    b. "Agenda of Matters Set for Emergency Hearing on May 4, 2023 at 1:00 p.m. (Central Time)," dated May 3, 2023 [Docket No. 203 in Case No. 23-09001],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Sharna Wilson</i><br>Sharna Wilson

**EXHIBIT A**

Serta Simmons
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| INTERNAL REVENUE SERVICES | (CENTRALIZED INSOLVENCY OPERATION) 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | (DEPARTMENT OF THE TREASURY) ATTN INSOLVENCY 1919 SMITH STREET HOUSTON TX 77002 |
| LATHAM & WATKINS | (COUNSEL TO UBS AG, STAMFORD BRANCH) PO BOX 7247-8181 PHILADELPHIA PA 19170-8181 |
| RAINES FELDMAN LLP | (COUNSEL TO TOLLESON LOGISTICS TIC OWNER I LLC) ATTN HAMID R. RAFATJOO 1800 AVE. OF STARS, 12TH FL. LOS ANGELES CA 90067 |
| THE UNITED STATES ATTORNEYS OFFICE | (FOR THE SOUTHERN DISTRICT OF TEXAS) ATTN RICHARD A KINCHELOE 1000 LOUISIANA ST HOUSTON TX 77002 |
| THOMPSON, O'BRIEN, KAPPLER, ET AL | (COUNSEL TO RS INDUSTRIAL, INC.) ATTN: MICHAEL B. PUGH 2 SUN COURT, STE 400 PEACHTREE CORNERS GA 30092 |
| UBS AG, STAMFORD BRANCH | 600 WASHINGTON BLVD STAMFORD CT 06901 |

**Total Creditor count  7**

# EXHIBIT B

SERTA SIMMONS BEDDING, LLC, *et al* . Case No. 23-90020 (DRJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ANDREWS MYERS, P.C. | jjudd@andrewsmyers.com |
| BIALSON, BERGEN & SCHWAB | Tgaa@bbslaw.com; gheck@bbslaw.com |
| BROWN & CONNERY, LLP | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| BROWN & RUPRECHT, PC | kbrack@brlawkc.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | kyle.hirsch@bclplaw.com; dmunseth@bclplaw.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CAMERON M THIERRY | cameron.thierry@gmail.com |
| CENTERVIEW PARTNERS LLC | ar@centerview.com |
| CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C. | Jarrod.Martin@chamberlainlaw.com |
| CHOATE, HALL & STEWART LLP | smennillo@choate.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com |
| CHOATE, HALL & STEWART LLP | jmarshall@choate.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mstolz@cwsny.com |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; galen.michael@dorsey.com |
| ECLIPSE BUSINESS CAPITAL LLC | jgurgone@eclipsebuscap.com |
| FISHMAN JACKSON PLLC | mralston@fishmanjackson.com |
| FLEISCHER, FLEISCHER & SUGLIA, P.C. | nsuglia@fleischerlaw.com |
| FORSHEY & PROSTOK, LLP | jprostok@forsheyprostok.com; dross@forsheyprostok.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN & ROBBINS LLP | eseiler@fklaw.com; lrobbins@fklaw.com; abeaumont@fklaw.com; jkelley@fklaw.com; balbom@fklaw.com |
| FROST BROWN TODD LLP | mplatt@fbtlaw.com |
| FULTZ MADDOX DICKENS PLC | wbrewer@fmdlegal.com |
| GIBSON, DUNN & CRUTCHER LLP | sgreenberg@gibsondunn.com; mcohen@gibsondunn.com; jgoldstein@gibsondunn.com; jgoldstein@gibsondunn.com; osnyder@gibsondunn.com; gcosta@gibsondunn.com; christina.brown@gibsondunn.com; aaycock@gibsondunn.com; ashapiro@gibsondunn.com |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ssoule@hallestill.com |
| HOLWELL SHUSTER & GOLDBERG LLP | nlieberman@hsgllp.com; bgoldman@hsgllp.com; pwoods@hsgllp.com |
| HUSCH BLACKWELL LLP | leanne.odonnell@huschblackwell.com |
| JACKSON WALKER LLP | bruzinsky@jw.com; vargeroplos@jw.com; mstull@jw.com |
| JOSEPH G. EPSTEIN PLLC | joe@epsteintexaslaw.com |
| KELLEY DRYE & WARREN LLP | ewilson@kelleydrye.com; jadams@kelleydrye.com; lschlussel@kelleydrye.com; swilson@kelleydrye.com; KDWBankruptcyDepartment@KelleyDrye.com |
| KESSLER & COLLINS, P.C | HRubin@kesslercollins.com; dpc@kesslercollins.com; ajb@kesslercollins.com |
| LANE & NACH, P.C. | adam.nach@lane-nach.com |
| LEGGETT & PLATT INCORPORATED | jennifer.davis@leggett.com |
| LEWIS RICE LLC | lparres@lewisrice.com; jtrad@lewisrice.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MAURICE WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCKOOL SMITH, PC | jsparacino@mckoolsmith.com; mvenus@mckoolsmith.com; rjones@mckoolsmith.com |
| MISSOURI DEPT OF REVENUE | sdtxecf@dor.mo.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF UNITED STATES TRUSTEE | jana.whitworth@usdoj.gov; hector.duran.jr@usdoj.gov; alicia.barcomb@usdoj.gov |

SERTA SIMMONS BEDDING, LLC, *et al*. Case No. 23-90020 (DRJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| PATRICK M. FLYNN, P.C. | pat@pmfpc.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com; kziman@paulweiss.com; mcolarossi@paulweiss.com; lclayton@paulweiss.com; aehrlich@paulweiss.com |
| PHELANLAW | robin@phelanlaw.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com;sjohnson@porterhedges.com;myoung-john@porterhedges.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com; peter.welsh@ropesgray.com |
| ROPES & GRAY LLP | jeramy.webb@ropesgray.com |
| ROPES & GRAY LLP | peter.welsh@ropesgray.com |
| SCALE LLP | sforbes@scalefirm.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | cwestmoreland@sheppardmullin.com; etillinghast@sheppardmullin.com; apaddock@sheppardmullin.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | streusand@slollp.com |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, UNCLAIMED PROPERTY DIVISION | autumn.highsmith@oag.texas.gov; layla.milligan@oag.texas.gov |
| THE BURGESS LAW GROUP | janel@theburgesslawgroup.com |
| TN DEPT OF REVENUE | steve.butler@ag.tn.gov |
| USW INTERNATIONAL UNION, AFL-CIO, CLC | djury@usw.org |
| WAUSON \| KING | aking@w-klaw.com |
| WELLS FARGO BANK NA | andrew.gentles@wellsfargo.com |
| WHITE & CASE LLP | bojan.guzina@whitecase.com; jasmine.armand@whitecase.com; charles.koster@whitecase.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| WINSTEAD PC | plamberson@winstead.com; sbdavis@winstead.com; ssowell@winstead.com |

SERTA SIMMONS BEDDING, LLC, et al. Adversary Proc. No. 23-09001
Electronic Mail Additional Service List

| Name | Attn | Email |
| --- | --- | --- |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Eric J. Seiler | eseiler@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Lawrence S. Robbins | lrobbins@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Anne E. Beaumont | abeaumont@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Jamuna D. Kelley | jkelley@fklaw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN ROBBINS LLP | Blair R. Albom | balbom@fklaw.com |
| GIBSON, DUNN & CRUTCHER LLP | Orin Snyder | osnyder@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Gregg J. Costa | gcosta@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Jennifer L. Conn | jconn@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | C. Lee Wilson | clwilson@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Amanda M. Aycock | aaycock@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Akiva Shapiro | ashapiro@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Samuel D. Adkisson | sadkisson@gibsondunn.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Michael Shuster | mshuster@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Vincent Levy | vlevy@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Neil R. Lieberman | nlieberman@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Brian T. Goldman | bgoldman@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Patrick J. Woods | pwoods@hsgllp.com |
| HOLWELL SHUSTER & GOLDBERG LLP | Alison B. Miller | amiller@hsgllp.com |
| JACKSON WALKER LLP | Bruce J. Ruzinsky | bruzinsky@jw.com |
| MCKOOL SMITH, PC | John J. Sparacino | jsparacino@mckoolsmith.com |
| MCKOOL SMITH, PC | S. Margie Venus | mvenus@mckoolsmith.com |
| MCKOOL SMITH, PC | Regan S. Jones | rjones@mckoolsmith.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Kenneth S. Ziman | kziman@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Brian S. Hermann | bhermann@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Lewis R. Clayton | lclayton@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Andrew J. Ehrlich | aehrlich@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Michael J. Colarossi | mcolarossi@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Robert N. Kravitz | rkravitz@paulweiss.com |
| PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP | Michael S. Bass | mbass@paulweiss.com |
| PORTER HEDGES LLP | John F. Higgins | jhiggins@porterhedges.com |
| PORTER HEDGES LLP | M. Shane Johnson | sjohnson@porterhedges.com |
| PORTER HEDGES LLP | Megan N. Young-John | myoung-john@porterhedges.com |