| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-09001 |
|---|---|---|---|
| Serta Simmons Beddings LLC et al. ||||
| *versus* ||||
| AG Centre Street Partnership et al. ||||

This lawyer, who is admitted to the State Bar of __New York__ :

| | |
|---|---|
| Name | Elaina K. Aquila |
| Firm | Weil, Gotshal & Manges |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8421 |
| Email Address | elaina.aquila@weil.com |
| Licensed: State & Number | New York/5829700 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors ||
|---|---|
| Dated: 5/7/2023 | Signed: /s/ Elaina K. Aquila |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States Bankruptcy Judge