United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-09001 |
|---|---|---|---|
| | Serta Simmons Beddings LLC et al. | | |
| | *versus* | | |
| | AG Centre Street Partnership et al. | | |

This lawyer, who is admitted to the State Bar of   New York   :

| | |
|---|---|
| Name | Elaina K. Aquila |
| Firm | Weil, Gotshal & Manges |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8421 |
| Email Address | elaina.aquila@weil.com |
| Licensed: State & Number | New York/5829700 |

Seeks to appear as the attorney for this party:

| Serta Simmons Bedding, LLC and Its Affiliated Debtors | |
|---|---|
| Dated: 5/7/2023 | Signed: /s/ Elaina K. Aquila |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____ Deputy Clerk |

Order (Docket No. 215)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  May 09, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**