IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** | |
| § | | |
| **SERTA SIMMONS BEDDING, LLC,** § | **Case No. 23-90020** | |
| *et al.*, § | | |
| § | | |
| Debtors.[1] § | **(Jointly Administered)** | |
| § | | |
| ------------------------------------------------------- § | | |
| § | | |
| **SERTA SIMMONS BEDDING, LLC,** § | **Adversary Proc. No. 23-09001** | |
| *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | |
| § | | |
| **AG CENTRE STREET PARTNERSHIP** § | | |
| **L.P.**, *et al.*, § | | |
| § | | |
| Defendants. § | | |
| ------------------------------------------------------- § | | |

**NOTICE OF STATUS HEARING**
**SCHEDULED FOR MAY 10, 2023 AT 10:30 A.M. (CENTRAL TIME)**

**PLEASE TAKE NOTICE,** as set forth in the *Notice of Adjournment of Hearing on Debtors' Request for Confirmation of Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* filed on April 25, 2023 (Docket No. 703), a hearing to consider confirmation of the *First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

*Affiliated Debtors* (Docket No. 796) is scheduled to begin on May 15, 2023 at 9:30 a.m. (Central Time). The trial in the above-captioned adversary proceeding will begin concurrently therewith (collectively, the "**Joint Confirmation and Adversary Hearing**").

**PLEASE TAKE FURTHER NOTICE THAT**, a status hearing (the "**Status Hearing**") will take place on **May 10, 2023 at 10:30 a.m. (Central Time)**, or as soon thereafter as counsel may be heard, to address the schedule and evidence to be presented during the Joint Confirmation and Adversary Hearing.

**PLEASE TAKE FURTHER NOTICE THAT**, the Status Hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Status Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 205691. Video communication will be by use of the GoToMeeting Platform. Connect via the free GoToMeeting Application or click the link on Judge Jones' home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: May 9, 2023
      Houston, Texas

Respectfully submitted,

  /s/ Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
        Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
David J. Lender (admitted *pro hac vice*)
Luna Barrington (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
Richard D. Gage (admitted *pro hac vice*)
Taylor B. Dougherty (admitted *pro hac vice*)
Joseph R. Rausch (admitted *pro hac vice*)
Michael P. Goodyear (admitted *pro hac vice*)
Nicholas J. Reade  (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:     (212) 310-8000
Fax:    (212) 310-8007
Email: Ray.Schrock@weil.com
      David.Lender@weil.com
      Alexander.Welch@weil.com
      Luna.Barrington@weil.com
      Richard.Gage@weil.com
      Taylor.Dougherty@weil.com
      Joseph.Rausch@weil.com
      Michael.Goodyear@weil.com
      Nick.Reade@weil.com

*Attorneys for Debtors and Debtors in Possession*

## **Certificate of Service**

I hereby certify that on May 9, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                 */s/ Gabriel A. Morgan*
                                                 Gabriel A. Morgan