IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| SERTA SIMMONS BEDDING, LLC, et al., | Case No. 23-90020 (DRJ) |
| Debtors. | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, AND BARINGS LLC, | |
| Plaintiffs and Counterclaim Defendant, | Adversary Proc. No. 23-09001 (DRJ) |
| v. | |
| AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD., | |

1

>   Defendants, Counterclaim Plaintiffs and
>   Third-Party Plaintiffs,
>
>       v.

AGF FLOATING RATE INCOME FUND, BRIGHTHOUSE FUNDS TRUST I - BRIGHTHOUSE/EATON VANCE FLOATING RATE PORTFOLIO, CALVERT MANAGEMENT SERIES - CALVERT FLOATING-RATE ADVANTAGE FUND, EATON VANCE CLO 2013-1 LTD., EATON VANCE CLO 2014-1R LTD., EATON VANCE CLO 2015-1 LTD., EATON VANCE CLO 2018-1 LTD., EATON VANCE CLO 2019-1 LTD., EATON VANCE LOAN HOLDING LIMITED, EATON VANCE FLOATING-RATE INCOME PLUS FUND, EATON VANCE FLOATING-RATE 2022 TARGET TERM TRUST, EATON VANCE SENIOR FLOATING-RATE TRUST, EATON VANCE FLOATING-RATE INCOME TRUST, EATON VANCE INTERNATIONAL (CAYMAN ISLANDS) FLOATING-RATE INCOME PORTFOLIO, EATON VANCE SENIOR INCOME TRUST, EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND, EATON VANCE INSTITUTIONAL SENIOR LOAN FUND, EATON VANCE INSTITUTIONAL SENIOR LOAN PLUS FUND, EATON VANCE LIMITED DURATION INCOME FUND, EATON VANCE FLOATING RATE PORTFOLIO, SENIOR DEBT PORTFOLIO, EATON VANCE VT FLOATING RATE INCOME FUND, BENTHAM SYNDICATED LOAN FUND, DAVINCI REINSURANCE LTD., RENAISSANCE INVESTMENT HOLDINGS LTD., CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, DOLLAR SENIOR LOAN FUND, LTD., DOLLAR SENIOR LOAN MASTER FUND II, LTD., BA/CSCREDIT 1 LLC, PK-SSL INVESTMENT FUND LIMITED PARTNERSHIP, COPPERHILL LOAN FUND I, LLC, THE EATON CORPORATION MASTER RETIREMENT TRUST, ERIE INDEMNITY COMPANY, MADISON FLINTHOLM SENIOR LOAN FUND I DAC, PHILLIPS 66 RETIREMENT PLAN TRUST, WIND RIVER FUND LLC, BLUE SHIELD OF CALIFORNIA, ERIE INSURANCE EXCHANGE,

THE CITY OF NEW YORK GROUP TRUST, MARYLAND STATE RETIREMENT AND PENSION SYSTEM, CREDIT SUISSE FLOATING RATE TRUST, CREDIT SUISSE FLOATING RATE HIGH INCOME FUND, CREDIT SUISSE STRATEGIC INCOME FUND, COMMONWEALTH OF PENNSYLVANIA TREASURY DEPARTMENT, STATE OF NEW MEXICO STATE INVESTMENT COUNCIL, CREDIT SUISSE NOVA (LUX), KP FIXED INCOME FUND, BENTHAM STRATEGIC LOAN FUND, TELSTRA SUPERANNUATION SCHEME, WESPATH FUNDS TRUST, INFLATION PROTECTION FUND-I SERIES, MADISON PARK FUNDING X, LTD., MADISON PARK FUNDING XI, LTD., MADISON PARK FUNDING XII, LTD., MADISON PARK FUNDING XIII, LTD., MADISON PARK FUNDING XIV, LTD., MADISON PARK FUNDING XV, LTD., MADISON PARK FUNDING XVI, LTD., MADISON PARK FUNDING XVII, LTD., MADISON PARK FUNDING XVIII, LTD., MADISON PARK FUNDING XIX, LTD., MADISON PARK FUNDING XX, LTD., MADISON PARK FUNDING XXI, LTD., MADISON PARK FUNDING XXII, LTD., MADISON PARK FUNDING XXIII, LTD., MADISON PARK FUNDING XXIV, LTD., MADISON PARK FUNDING XXV, LTD., MADISON PARK FUNDING XXVI, LTD., MADISON PARK FUNDING XXVII, LTD., MADISON PARK FUNDING XXVIII, LTD., MADISON PARK FUNDING XXIX, LTD., MADISON PARK FUNDING XXX, LTD., MADISON PARK FUNDING XXXI, LTD., MADISON PARK FUNDING XXXII, LTD., MADISON PARK FUNDING XXXIV, LTD., MADISON PARK FUNDING XXXV, LTD., MADISON PARK FUNDING XXXVII, LTD., MADISON PARK FUNDING XL, LTD., MADISON PARK FUNDING XLI, LTD., MADISON PARK FUNDING XLII, LTD., MADISON PARK FUNDING XLIII, LTD., MADISON PARK FUNDING XLIV, LTD., ONE ELEVEN FUNDING I, LTD., ONE ELEVEN FUNDING II, LTD., BARINGS GLOBAL LOAN LIMITED, BARINGS GLOBAL SPECIAL SITUATIONS CREDIT 3 S.A.R.L., BARINGS GLOBAL HIGH YIELD

CREDIT STRATEGIES LIMITED, BARINGS U.S. LOAN LIMITED, BARINGS CLO LTD. 2018-III, BARINGS CLO LTD. 2017-I, BARINGS CLO LTD. 2019-II, BARINGS CLO LTD. 2016-I, BARINGS CLO LTD. 2015-I, BARINGS CLO LTD. 2016-II, BARINGS CLO LTD. 2018-I, BARINGS CLO LTD. 2015-II, BARINGS CLO LTD. 2013-I, BARINGS CLO LTD. 2018-IV, BALOISE SENIOR SECURED LOAN FUND, BAYVK R2-FONDS SEGMENT BAYVK R2 BARINGS, CROWN MANAGED ACCOUNTS SPC - CROWN/BA 2 SP, BABSON CLO LTD. 2014-I, G.A.S. (CAYMAN) LIMITED, SERENGETI (LOAN FUND), A SERIES TRUST OF THE MULTI STRATEGY UMBRELLA FUND CAYMAN, BARINGS GLOBAL MULTI-CREDIT STRATEGY 1 LIMITED, BARINGS GLOBAL MULTI-CREDIT STRATEGY 2 LIMITED, BARINGS GLOBAL MULTI-CREDIT STRATEGY 3 LIMITED, BARINGS GLOBAL MULTI-CREDIT STRATEGY 4 LIMITED, BARINGS BDC SENIOR FUNDING I, LLC, BARINGS GLOBAL FLOATING RATE FUND, A SERIES OF BARINGS FUND TRUST, BARINGS SEGREGATED LOANS 3 S.A R.L, BARINGS BDC, INC., BARINGS GLOBAL LOAN AND HIGH YIELD BOND LIMITED, BARINGS GLOBAL CREDIT INCOME OPPORTUNITIES FUND, ARROWOOD INDEMNITY COMPANY, ARROWOOD INDEMNITY AS ADMINISTRATOR OF THE PENSION PLAN OF ARROWOOD INDEMNITY, JOCASSEE PARTNERS LLC, FIRST EAGLE BANK LOAN SELECT MASTER FUND, FIRST EAGLE SENIOR LOAN FUND (FSLF), KVK CLO 2013-1 LTD., KVK CLO 2016-1 LTD., KVK CLO 2018-1 LTD., RUSSELL ABSOLUTE RETURN FIXED INCOME FUND, RUSSELL FLOATING RATE FUND, RUSSELL GLOBAL UNCONSTRAINED BOND POOL, RUSSELL MULTI-ASSET CORE PLUS FUND, RUSSELL UNCONSTRAINED TOTAL RETURN FUND, STANIFORD STREET CLO LTD., STICHTING PENSIOENFONDS HOOGOVENS, WIND RIVER 2012-1 CLO LTD., WIND RIVER 2013-1 CLO LTD., WIND RIVER 2013-2 CLO LTD., WIND RIVER 2014-1 CLO LTD., WIND RIVER 2014-2 CLO LTD., WIND RIVER 2014-3 CLO LTD., WIND RIVER

2014-3K CLO LTD., WIND RIVER 2015-1 CLO LTD., WIND RIVER 2015-2 CLO LTD., WIND RIVER 2016-1 CLO LTD., WIND RIVER 2016-2 CLO LTD., WIND RIVER 2017-1 CLO LTD., WIND RIVER 2017-4 CLO LTD., WIND RIVER 2018-3 CLO LTD., WIND RIVER 2019-3 CLO LTD., ANNISA CLO, LTD., BETONY CLO 2, LTD., BOC PENSION INVESTMENT FUND, CARBONE CLO, LTD., DIVERSIFIED CREDIT PORTFOLIO LTD., INVESCO BL FUND, LTD., INVESCO DYNAMIC CREDIT OPPORTUNITIES FUND, INVESCO FLOATING RATE FUND, INVESCO FLOATING RATE INCOME FUND, INVESCO GEMINI US LOAN FUND LLC, INVESCO OPPENHEIMER MASTER LOAN FUND, INVESCO OPPENHEIMER SENIOR FLOATING RATE FUND, INVESCO OPPENHEIMER SENIOR FLOATING RATE PLUS FUND, INVESCO SENIOR INCOME TRUST, INVESCO SENIOR LOAN FUND, INVESCO SSL FUND LLC, INVESCO ZODIAC FUNDS - INVESCO US SENIOR LOAN ESG FUND, INVESCO ZODIAC FUNDS - INVESCO US SENIOR LOAN FUND, KAISER PERMANENTE GROUP TRUST, KAPITALFORENINGEN INVESTIN PRO, US LEVERAGED LOANS I, MILOS CLO, LTD., RECETTE CLO, LTD., RISERVA CLO, LTD., SENTRY INSURANCE COMPANY, UPLAND CLO, LTD., HARBOURVIEW CLO VII-R, LTD., INVESCO OPPENHEIMER FUNDAMENTAL ALTERNATIVES FUND, OAKTREE OPPORTUNITIES FUND XB HOLDINGS (DELAWARE), LP, OAKTREE OPPS X HOLDCO LTD., OAKTREE OPPORTUNITIES FUND X HOLDINGS (DELAWARE) LP, DRYDEN XXV SENIOR LOAN FUND, DRYDEN XXVI SENIOR LOAN FUND, DRYDEN XXVIII SENIOR LOAN FUND, DRYDEN 30 SENIOR LOAN FUND, DRYDEN 33 SENIOR LOAN FUND, DRYDEN 36 SENIOR LOAN FUND, DRYDEN 37 SENIOR LOAN FUND, DRYDEN 38 SENIOR LOAN FUND, DRYDEN 40 SENIOR LOAN FUND, DRYDEN 41 SENIOR LOAN FUND, DRYDEN 42 SENIOR LOAN FUND, DRYDEN 43 SENIOR LOAN FUND, DRYDEN 45 SENIOR LOAN FUND, DRYDEN 47 SENIOR LOAN FUND, DRYDEN 49 SENIOR

LOAN FUND, DRYDEN 50 SENIOR LOAN FUND, DRYDEN 54 SENIOR LOAN FUND, DRYDEN 53 CLO, LTD., DRYDEN 55 CLO, LTD., DRYDEN 57 CLO, LTD., DRYDEN 58 CLO, LTD., DRYDEN 60 CLO, LTD., DRYDEN 61 CLO, LTD., DRYDEN 64 CLO, LTD., DRYDEN 65 CLO, LTD., DRYDEN 70 CLO, LTD., DRYDEN 75 CLO, LTD., NEWARK BSL CLO 1, LTD., NEWARK BSL CLO 2, LTD., VENTURE XXV CLO, LIMITED, VENTURE 31 CLO, LIMITED, VENTURE 32 CLO, LIMITED, VENTURE 33 CLO, LIMITED, VENTURE 35 CLO, LIMITED, VENTURE XVII CLO LIMITED, VENTURE XXII CLO, LIMITED, VENTURE XXIX CLO, LIMITED, VENTURE XXVII CLO, LIMITED, VENTURE 28A CLO, LIMITED, VENTURE XII CLO, LIMITED, VENTURE XIII CLO, LIMITED, VENTURE XIV CLO, LIMITED, VENTURE XIX CLO, LIMITED, VENTURE XV CLO, LIMITED, VENTURE XVI CLO, LIMITED, VENTURE XVIII CLO, LIMITED, VENTURE XX CLO, LIMITED, VENTURE XXI CLO, LIMITED, VENTURE XXIII CLO, LIMITED, VENTURE XXIV CLO, LIMITED, VENTURE XXVIII CLO, LIMITED, VENTURE XXX CLO, LIMITED, BSG FUND MANAGEMENT B.V., FIXED INCOME OPPORTUNITIES NERO, LLC, BLACKROCK LIMITED DURATION INCOME TRUST, BLACKROCK GLOBAL INVESTMENT SERIES: INCOME STRATEGIES PORTFOLIO, BLACKROCK CREDIT STRATEGIES INCOME FUND OF BLACKROCK FUNDS V, BLACKROCK SENIOR FLOATING RATE PORTFOLIO, BLACKROCK FLOATING RATE INCOME STRATEGIES FUND, INC., BLACKROCK MULTI-ASSET INCOME PORTFOLIO OF BLACKROCK FUNDS II, BLACKROCK DEBT STRATEGIES FUND, INC., BLACKROCK FLOATING RATE INCOME TRUST, JPMBI RE BLACKROCK BANKLOAN FUND, BLACKROCK FLOATING RATE INCOME PORTFOLIO OF BLACKROCK FUNDS V, ABR REINSURANCE LTD., NC GARNET FUND, LP, MAGNETITE XC, LIMITED, MAGNETITE XV, LIMITED, MAGNETITE XIV-R, LIMITED, MAGNETITE XVI, LIMITED, MAGNETITE VIII, LIMITED, MAGNETITE XVIII, LIMITED, MAGNETITE XIX, LIMITED, MAGNETITE XX,

LIMITED, MAGNETITE XVII, LIMITED, MAGNETITE VII, LIMITED, MAGNETITE XII, LIMITED, NUVEEN DIVERSIFIED DIVIDEND AND INCOME FUND, NUVEEN FLOATING RATE INCOME FUND, NUVEEN FLOATING RATE INCOME OPPORTUNITY FUND, NUVEEN SENIOR INCOME FUND, NUVEEN SHORT DURATION CREDIT OPPORTUNITIES FUND, NUVEEN SYMPHONY FLOATING RATE INCOME FUND, PRINCIPAL FUNDS, INC - DIVERSIFIED REAL ASSET FUND, SYMPHONY CLO XX LTD., SYMPHONY CLO XVII, LTD., SYMPHONY CLO XIX LTD., SYMPHONY CLO XVII, LTD., SYMPHONY CLO XV, LTD., SYMPHONY CLO XIV, LTD., SYMPHONY CLO XVI, LTD., TCI-SYMPHONY 2017-1 LTD., TCI-SYMPHONY 2016-1 LTD., SYMPHONY FLOATING RATE SENIOR LOAN FUND, SCOF-2 LTD., BAYCITY ALTERNATIVE INVESTMENT FUNDS SICAV-SIF - BAYCITY US SENIOR LOAN FUND, BAYCITY SENIOR LOAN MASTER FUND LTD., PENSIONDANMARK PENSIONFORSIKRINGSAKTIESELSKAB, MENARD, INC., MUNICIPAL EMPLOYEES ANNUITY & BENEFIT FUND OF CHICAGO, PRINCIPAL DIVERSIFIED REAL ASSET CIT, CALIFORNIA STREET CLO IX LIMITED PARTNERSHIP, CALIFORNIA STREET CLO XII, LTD., TAO FUND, LLC, MP CLO III LTD., MP CLO IV LTD., MP CLO VII LTD., MP CLO VIII LTD., MARBLE POINT CLO X LTD., MARBLE POINT CLO XI LTD., MARBLE POINT CLO XII LTD., MPLF FUNDING LTD., MPSFR FINANCING 1 LTD., MARATHON CLO V LTD., MARATHON CLO VII LTD., MARATHON CLO VIII LTD., MARATHON CLO IX LTD., MARATHON CLO X LTD., MARATHON CLO XI LTD., BOWERY FUNDING ULC, WOODBINE FUNDING ULC, ELEVATION CLO 2013-1, LTD., ELEVATION CLO 2014-2, LTD., ELEVATION CLO 2015-4, LTD., ELEVATION CLO 2016-5, LTD., ELEVATION CLO 2017-6, LTD., ELEVATION CLO 2017-7, LTD., ELEVATION CLO 2017-8 LTD., ELEVATION CLO 2018-9, LTD., ELEVATION CLO 2018-10, LTD., and PEAKS CLO 3, LTD.,

| Third-Party Defendants. |
|---|

### THIRD-PARTY DEFENDANT EATON VANCE LOAN HOLDING LIMITED'S ANSWER TO THE THIRD-PARTY PLAINTIFFS' CLAIMS AND JOINDER IN THE REPRESENTED THIRD-PARTY DEFENDANTS' ANSWER[1]

Eaton Vance Loan Holding Limited, by and through its undersigned counsel, hereby responds to the Third-Party Claims filed against it on April 7, 2023 by Defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG Super Fund Master, L.P., AG SF Master (L), L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Income Fund, a series of Columbia Funds Series Trust II, Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, Contrarian Capital Fund I, L.P., Contrarian Distressed Debt Fund, L.P., Contrarian Centre Street Partnership, L.P., Gamut Capital SSB, LLC, Z Capital Credit Partners CLO 2018-1 Ltd., Z Capital Credit Partners CLO 2019-1 Ltd., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., and North Star Debt Holdings, L.P. (collectively, the "Third-Party Plaintiffs")[2], including by joining in and incorporating by reference as further stated below the responses to those Third-Party Claims filed on May 8, 2023 by certain other third-party defendants (the "Represented Third-Party Defendants"), *see* ECF Dkt. 217 (the "Represented Third-Party Defendants' Answer").

---

[1] On May 5, 2023, Third-Party Plaintiffs filed an unopposed motion to amend the caption and re-designate the Third-Party Defendants as "additional Counterclaim Defendants." This answer is being filed on behalf of the Represented Third-Party Defendant Eaton Vance Loan Holding Limited in that capacity, although it maintains the "third-party" terminology originally used in Third-Party Plaintiffs' pleading for consistency and ease of reference.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Amended Adversary Complaint filed in *Serta Simmons Bedding, LLC, et al. v. AG Centre Street Partnership, L.P. et al.*, Adversary No. 23-09001, Dkt. 38 (Feb. 14, 2023).

**GENERAL DENIAL**

Eaton Vance Loan Holding Limited incorporates by reference the "General Denial" included in the Represented Third-Party Defendants' Answer as though set forth fully herein. Eaton Vance Loan Holding Limited further denies each and every allegation, statement, and matter not expressly admitted or qualified in this response, or not expressly admitted or qualified in any response in the Represented Third-Party Defendants' Answer that is incorporated by reference herein.  Eaton Vance Loan Holding Limited further denies any allegations made in the headings contained in the Counterclaims and Third-Party Claims, as well as the prayer for relief in the Counterclaims and Third-Party Claims.  Eaton Vance Loan Holding Limited denies that any of the Third-Party Plaintiffs are entitled to any of the relief requested anywhere in the Counterclaims or Third-Party Claims or otherwise.

Eaton Vance Loan Holding Limited further responds to the specific allegations contained in the Third-Party Claims as follows:

Response to Paragraph Nos. 94–118:  Eaton Vance Loan Holding Limited incorporates by reference the responses to Paragraphs 94–118 contained in the Represented Third-Party Defendants' Answer as though set forth fully herein.

Response to Paragraph Nos. 119–122:  Eaton Vance Loan Holding Limited lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraphs 119–122 and on that basis denies those allegations.

123. **Third-party defendant Eaton Vance Loan Holding Limited participated in the Unlawful Exchange Transaction. Eaton Vance Loan Holding Limited is a private company limited by shares with its principal place of business in Dublin, Ireland.**

Response to Paragraph No. 123:  Eaton Vance Loan Holding Limited admits that it is a private company limited by shares with a principal place of business in Dublin, Ireland and was an Exchanging Existing Lender as that term is used in the PTL Credit Agreement, dated June 22, 2020.

Response to Paragraph Nos. 124–231:  Eaton Vance Loan Holding Limited lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraphs 124–231 and on that basis denies those allegations.

Response to Paragraph Nos. 232–397:  Eaton Vance Loan Holding Limited incorporates by reference the responses to Paragraphs 232–397 contained in the Represented Third-Party Defendants' Answer as though set forth fully herein.

## PRAYER FOR RELIEF

Eaton Vance Loan Holding Limited incorporates by reference the response to Third-Party Plaintiffs' "Prayer For Relief" contained in the Represented Third-Party Defendants' Answer as though set forth fully herein, and denies that the Third-Party Plaintiffs are entitled to any of the relief requested in subparagraphs a-g on pages 112-113 of the Counterclaims and Third-Party Claims or as otherwise requested in the Counterclaims and Third-Party Claims.

## AFFIRMATIVE DEFENSES

Eaton Vance Loan Holding Limited incorporates by reference and asserts each and every one of the affirmative defenses asserted in the Represented Third-Party Defendants' Answer as though set forth fully herein, and hereby reserves its rights to assert other and additional defenses, claims, counterclaims, and third-party claims not asserted herein of which it becomes aware through discovery or other investigation as may be appropriate at a later time.  By incorporating and asserting the affirmative defenses asserted in the Represented Third-Party

Defendants' Answer, Eaton Vance Loan Holding Limited does not assume any burden of proof, persuasion, or production with respect to any issue where the applicable law places the burden upon another party.

Dated:  May 9, 2023                                     Respectfully submitted,

/s/ C. Lee Wilson

GIBSON, DUNN & CRUTCHER LLP

Gregg Costa (24028160)
811 Main Street, Suite 3000
Houston, TX 77002
Tel: (346) 718-6600
Fax: (346) 718-6620
Email: gcosta@gibsondunn.com

Scott J. Greenberg (admitted *pro hac vice*)
Jason Goldstein (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
Akiva Shapiro (admitted *pro hac vice*)
Amanda M. Aycock (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000
Fax: (212) 351-4035
Email: sgreenberg@gibsondunn.com
           jgoldstein@gibsondunn.com
           clwilson@gibsondunn.com
           ashapiro@gibsondunn.com
           aaycock@gibsondunn.com

*Counsel for Eaton Vance Loan Holding Limited and the Represented Third-Party Defendants*