UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Serta Simmons Bedding, LLC | § | Civil Action No.  4:23-cv-01342 |
|     Debtor | § | |
| | § | Adversary Case No.  4:23-ap-09001 |
| CM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd., | | |
| LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd., and | § | |
| LCM 28 Ltd | | |
|     Appellant | § | |

# Record Transmitted

The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: May 10, 2023

Nathan Ochsner, Clerk of Court
BW Lacy
Deputy Clerk