IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, *et al.*,[1] | Case No. 23-90020 (DRJ) |
| Debtors. | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, *et al.* | Adversary Case No. 23-09001 (DRJ) |
| Plaintiffs, | |
| v. | |
| THOSE PARTIES LISTED IN APPENDIX A TO COMPLAINT, | |
| Defendants. | |

**LCM LENDERS' WITNESS AND EXHIBIT LIST
FOR HEARING ON MAY 15, 2023**

LCM Lenders[2] filed this Witness and Exhibit List for the hearing to be held on May 15, 2023, at 9:00 a.m. (prevailing Central Time) to try the remaining issues in the Adversary Proceeding Case No. 23-09001 and to consider confirmation of the First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Docket no. 796) (the "**Hearing**") as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

[2] The LCM Lenders are LCM XIII Limited Partnership, LCM XIV Limited Partnership, LCM XV Limited Partnership, LCM XVI Limited Partnership, LCM XVII Limited Partnership, LCM XVIII Limited Partnership, LCM XIX Limited Partnership, LCM XX Limited Partnership, LCM XXI Limited Partnership, LCM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd., LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd. and LCM 28 Ltd.

## WITNESSES

1. Any witness identified or called by any other party in either the confirmation hearing or the adversary proceeding;

2. Any rebuttal witness; and

3. The LCM Lenders reserve the right to cross-examine any witness called by any other party in either the confirmation hearing or the adversary proceeding.

## EXHIBITS

| **Ex.** | **Description** | **Offered** | **Objection** | **Admitted / Not Admitted** | **Disposition** |
|---|---|---|---|---|---|
| 1. | Any document or pleading filed in the above-captioned matter | | | | |
| 2. | Any exhibit identified or offered by any other party in interest | | | | |
| 3. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| 4. | Claim Number 20321 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 5. | Claim Number 20322 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 6. | Claim Number 20323 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 7. | Claim Number 20326 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 8. | Claim Number 20327 filed on March 16, 2023 by UBS AG, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 9. | Claim Number 20329 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 10. | Claim Number 20331 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 11. | Claim Number 20333 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 12. | Claim Number 20334 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 13. | Claim Number 20335 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 14. | Claim Number 20336 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 15. | Claim Number 20339 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 16. | Claim Number 20340 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |
| 17. | Claim Number 20343 filed on March 16, 2023 by UBS AG, Stamford Branch as NPTL Agent, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | on behalf of the Prepetition Non-PTL Agreement Lenders | | | | |

The LCM Lenders reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing.

*[Reminder of Page Intentionally Left Blank]*

Dated: May 12, 2023

Respectfully submitted,

**McKool Smith, PC**

*/s/ John J. Sparacino*
John J. Sparacino (SBN 18873700)
S. Margie Venus (SBN 20545900)
Regan S. Jones (SBN 24110060)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com
mvenus@mckoolsmith.com
rjones@mckoolsmith.com

-and-

Michael Shuster (admitted *pro hac vice*)
Vincent Levy (admitted *pro hac vice*)
Neil R. Lieberman (admitted *pro hac vice*)
Alison B. Miller (admitted *pro hac vice)*
Brian T. Goldman (admitted *pro hac vice*)
Patrick J. Woods (admitted *pro hac vice*)
**Holwell Shuster & Goldberg LLP**
425 Lexington Avenue
New York, New York 10017
mshuster@hsgllp.com
vlevy@hsgllp.com
nlieberman@hsgllp.com
amiller@hgllp.com
bgoldman@hsgllp.com
pwoods@hsgllp.com

*Counsel for the LCM Lenders*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Exhibit and Witness List was served by electronic delivery on all persons and entities receiving ECF notice in this case on May 12, 2023.

*/s/ John J. Sparacino*
John J. Sparacino

5