## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.,* | § | **Case No. 23-90020 (DRJ)** |
| | § | |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |
| ------------------------------------------------------- | § | |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.,* | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **Adversary Proc. No. 23-09001** |
| | § | |
| **AG CENTRE STREET PARTNERSHIP L.P.,** *et al.,* | § | |
| | § | |
| | § | |
| Defendants. | § | |
| ------------------------------------------------------- | § | |

## INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, AND BARINGS LLC'S WITNESS AND EXHIBIT LIST
## FOR HEARING ON MAY 15, 2023 AT 9:30 A.M. (CENTRAL TIME)

Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Boston

Management and Research, Eaton Vance, Barings LLC, and the non-Debtor additional

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); Serta Simmons Bedding Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); Serta Simmons Bedding Hospitality, LLC (2016); Serta Simmons Bedding Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); Serta Simmons Bedding Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

counterclaim defendants and/or third-party defendants that answered counterclaim plaintiffs' counterclaims and/or third-party claims, *see* Docket Nos. 217 and 220 (collectively, the "PTL Lenders") submit this Witness and Exhibit List for the hearing scheduled for May 15, 2023 at 9:30 a.m. (Central Time).

## WITNESSES

The PTL Lenders may call the following witnesses at the Hearing:

1. Karn Chopra, Partner, Centerview Partners;

2. Andrew Sveen, Portfolio Manager and Head of Floating-Rate Loans, Eaton Vance Management;

3. Any witness listed by any other party; and

4. Witnesses to provide rebuttal or impeachment testimony as necessary.

The PTL Lenders further reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

The PTL Lenders hereby incorporate and rely upon all exhibits identified and filed by Plaintiff Serta Simmons Bedding, LLC. The PTL Lenders further identify the following as exhibits to be used at the Hearing.

| Exhibit | Description | Offered | Objection | Admitted |
|---------|-------------|---------|-----------|----------|
| | Any document or pleading filed in the above-captioned cases | | | |
| | Any exhibit necessary for cross-examination, impeachment and/or rebuttal purposes | | | |
| | Any exhibit identified or offered by any other party | | | |

## **RESERVATION OF RIGHTS**

The PTL Lenders reserve the right to call or to introduce one or more, or none, of the

witnesses and exhibits listed above, and further reserve the right to supplement this Witness and

Exhibit List prior to the hearing.

Dated: May 12, 2023
      Houston, Texas

Respectfully submitted,

*/s/ Bruce J. Ruzinsky*
Bruce J. Ruzinsky (TX Bar No. 17469425)
J. Machir Stull (TX Bar No. 24070697)
Victoria N. Argeroplos (TX Bar No. 24105799)
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Facsimile:    (713) 752-4221
Email: bruzinsky@jw.com
Email: mstull@jw.com
Email: vargeroplos@jw.com

- and -

Scott J. Greenberg (admitted *pro hac vice*)
Jason Zachary Goldstein (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
Christina M. Brown (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: sgreenberg@gibsondunn.com
Email: jgoldstein@gibsondunn.com
Email: clwilson@gibsondunn.com
Email: christina.brown@gibsondunn.com

*Attorneys for the PTL Lenders*

**<u>Certificate of Service</u>**

I certify that on May 12, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Bruce J. Ruzinsky*
Bruce J. Ruzinsky