# DEFENDANTS' EXHIBIT 1

# FILED UNDER SEAL