# DEFENDANTS' EXHIBIT 70

# FILED UNDER SEAL