# DEFENDANTS' EXHIBIT 71

# FILED UNDER SEAL