# DEFENDANTS' EXHIBIT 73

# FILED UNDER SEAL