# DEFENDANTS' EXHIBIT 74

# FILED UNDER SEAL