# DEFENDANTS' EXHIBIT 75

# FILED UNDER SEAL