# DEFENDANTS' EXHIBIT 76

# FILED UNDER SEAL