# DEFENDANTS' EXHIBIT 77

# FILED UNDER SEAL