# DEFENDANTS' EXHIBIT 78

# FILED UNDER SEAL