# DEFENDANTS' EXHIBIT 79

# FILED UNDER SEAL