# DEFENDANTS' EXHIBIT 80

# FILED UNDER SEAL