# DEFENDANTS' EXHIBIT 81

# FILED UNDER SEAL