# DEFENDANTS' EXHIBIT 82

# FILED UNDER SEAL