# DEFENDANTS' EXHIBIT 83

# FILED UNDER SEAL