# DEFENDANTS' EXHIBIT 84

# FILED UNDER SEAL