# DEFENDANTS' EXHIBIT 85

# FILED UNDER SEAL