# DEFENDANTS' EXHIBIT 86

# FILED UNDER SEAL