# DEFENDANTS' EXHIBIT 87

# FILED UNDER SEAL