# DEFENDANTS' EXHIBIT 88

# FILED UNDER SEAL