# DEFENDANTS' EXHIBIT 89

# FILED UNDER SEAL