# DEFENDANTS' EXHIBIT 90

# FILED UNDER SEAL