# DEFENDANTS' EXHIBIT 91

# FILED UNDER SEAL