# DEFENDANTS' EXHIBIT 92

# FILED UNDER SEAL