# DEFENDANTS' EXHIBIT 93

# FILED UNDER SEAL