# DEFENDANTS' EXHIBIT 94

# FILED UNDER SEAL