# DEFENDANTS' EXHIBIT 95

# FILED UNDER SEAL