# DEFENDANTS' EXHIBIT 96

# FILED UNDER SEAL