# DEFENDANTS' EXHIBIT 97

# FILED UNDER SEAL