# DEFENDANTS' EXHIBIT 98

# FILED UNDER SEAL