# DEFENDANTS' EXHIBIT 99

# FILED UNDER SEAL