# DEFENDANTS' EXHIBIT 100

# FILED UNDER SEAL