# DEFENDANTS' EXHIBIT 101

# FILED UNDER SEAL