# DEFENDANTS' EXHIBIT 102

# FILED UNDER SEAL