# DEFENDANTS' EXHIBIT 103

# FILED UNDER SEAL