# DEFENDANTS' EXHIBIT 104

# FILED UNDER SEAL