# DEFENDANTS' EXHIBIT 105

# FILED UNDER SEAL