# DEFENDANTS' EXHIBIT 106

# FILED UNDER SEAL