# DEFENDANTS' EXHIBIT 107

# FILED UNDER SEAL