# DEFENDANTS' EXHIBIT 108

# FILED UNDER SEAL