# DEFENDANTS' EXHIBIT 109

# FILED UNDER SEAL