# DEFENDANTS' EXHIBIT 110

# FILED UNDER SEAL