# DEFENDANTS' EXHIBIT 111

# FILED UNDER SEAL