# DEFENDANTS' EXHIBIT 112

# FILED UNDER SEAL