# DEFENDANTS' EXHIBIT 113

# FILED UNDER SEAL