# DEFENDANTS' EXHIBIT 114

# FILED UNDER SEAL