# DEFENDANTS' EXHIBIT 115

# FILED UNDER SEAL