# DEFENDANTS' EXHIBIT 116

# FILED UNDER SEAL