# DEFENDANTS' EXHIBIT 117

# FILED UNDER SEAL