# DEFENDANTS' EXHIBIT 118

# FILED UNDER SEAL