# DEFENDANTS' EXHIBIT 119

# FILED UNDER SEAL