# DEFENDANTS' EXHIBIT 120

# FILED UNDER SEAL