# DEFENDANTS' EXHIBIT 121

# FILED UNDER SEAL