# DEFENDANTS' EXHIBIT 122

# FILED UNDER SEAL