# DEFENDANTS' EXHIBIT 123

# FILED UNDER SEAL