# DEFENDANTS' EXHIBIT 124

# FILED UNDER SEAL