# DEFENDANTS' EXHIBIT 125

# FILED UNDER SEAL