# DEFENDANTS' EXHIBIT 126

# FILED UNDER SEAL