# DEFENDANTS' EXHIBIT 127

# FILED UNDER SEAL