# DEFENDANTS' EXHIBIT 128

# FILED UNDER SEAL