# DEFENDANTS' EXHIBIT 129

# FILED UNDER SEAL