# DEFENDANTS' EXHIBIT 130

# FILED UNDER SEAL