# DEFENDANTS' EXHIBIT 131

# FILED UNDER SEAL