# DEFENDANTS' EXHIBIT 132

# FILED UNDER SEAL