# DEFENDANTS' EXHIBIT 133

# FILED UNDER SEAL