# DEFENDANTS' EXHIBIT 134

# FILED UNDER SEAL