# DEFENDANTS' EXHIBIT 135

# FILED UNDER SEAL