# DEFENDANTS' EXHIBIT 136

# FILED UNDER SEAL