# DEFENDANTS' EXHIBIT 137

# FILED UNDER SEAL