# DEFENDANTS' EXHIBIT 138

# FILED UNDER SEAL