# DEFENDANTS' EXHIBIT 139

# FILED UNDER SEAL