# DEFENDANTS' EXHIBIT 140

# FILED UNDER SEAL