# DEFENDANTS' EXHIBIT 141

# FILED UNDER SEAL