# DEFENDANTS' EXHIBIT 142

# FILED UNDER SEAL