# DEFENDANTS' EXHIBIT 143

# FILED UNDER SEAL