# DEFENDANTS' EXHIBIT 144

# FILED UNDER SEAL