# DEFENDANTS' EXHIBIT 145

# FILED UNDER SEAL