# DEFENDANTS' EXHIBIT 146

# FILED UNDER SEAL