# DEFENDANTS' EXHIBIT 147

# FILED UNDER SEAL