# DEFENDANTS' EXHIBIT 148

# FILED UNDER SEAL