# DEFENDANTS' EXHIBIT 149

# FILED UNDER SEAL