# DEFENDANTS' EXHIBIT 150

# FILED UNDER SEAL