# DEFENDANTS' EXHIBIT 151

# FILED UNDER SEAL