# DEFENDANTS' EXHIBIT 152

# FILED UNDER SEAL