# DEFENDANTS' EXHIBIT 153

# FILED UNDER SEAL