# DEFENDANTS' EXHIBIT 154

# FILED UNDER SEAL