# DEFENDANTS' EXHIBIT 155

# FILED UNDER SEAL