# DEFENDANTS' EXHIBIT 156

# FILED UNDER SEAL