# DEFENDANTS' EXHIBIT 157

# FILED UNDER SEAL