# DEFENDANTS' EXHIBIT 158

# FILED UNDER SEAL