# DEFENDANTS' EXHIBIT 159

# FILED UNDER SEAL