# DEFENDANTS' EXHIBIT 160

# FILED UNDER SEAL