# DEFENDANTS' EXHIBIT 161

# FILED UNDER SEAL