# DEFENDANTS' EXHIBIT 162

# FILED UNDER SEAL