# DEFENDANTS' EXHIBIT 163

# FILED UNDER SEAL