# DEFENDANTS' EXHIBIT 164

# FILED UNDER SEAL