# DEFENDANTS' EXHIBIT 165

# FILED UNDER SEAL