# DEFENDANTS' EXHIBIT 166

# FILED UNDER SEAL