# DEFENDANTS' EXHIBIT 167

# FILED UNDER SEAL