# DEFENDANTS' EXHIBIT 168

# FILED UNDER SEAL