# DEFENDANTS' EXHIBIT 169

# FILED UNDER SEAL