# DEFENDANTS' EXHIBIT 170

# FILED UNDER SEAL