# DEFENDANTS' EXHIBIT 171

# FILED UNDER SEAL