# DEFENDANTS' EXHIBIT 172

# FILED UNDER SEAL