# DEFENDANTS' EXHIBIT 173

# FILED UNDER SEAL