# DEFENDANTS' EXHIBIT 174

# FILED UNDER SEAL