# DEFENDANTS' EXHIBIT 175

# FILED UNDER SEAL