# DEFENDANTS' EXHIBIT 176

# FILED UNDER SEAL