# DEFENDANTS' EXHIBIT 177

# FILED UNDER SEAL