# DEFENDANTS' EXHIBIT 178

# FILED UNDER SEAL