# DEFENDANTS' EXHIBIT 179

# FILED UNDER SEAL