# DEFENDANTS' EXHIBIT 180

# FILED UNDER SEAL