# DEFENDANTS' EXHIBIT 181

# FILED UNDER SEAL