# DEFENDANTS' EXHIBIT 182

# FILED UNDER SEAL