# DEFENDANTS' EXHIBIT 183

# FILED UNDER SEAL