# DEFENDANTS' EXHIBIT 184

# FILED UNDER SEAL