# DEFENDANTS' EXHIBIT 185

# FILED UNDER SEAL