# DEFENDANTS' EXHIBIT 186

# FILED UNDER SEAL