# DEFENDANTS' EXHIBIT 187

# FILED UNDER SEAL