# DEFENDANTS' EXHIBIT 188

# FILED UNDER SEAL