# DEFENDANTS' EXHIBIT 189

# FILED UNDER SEAL