# DEFENDANTS' EXHIBIT 190

# FILED UNDER SEAL