# DEFENDANTS' EXHIBIT 191

# FILED UNDER SEAL