# DEFENDANTS' EXHIBIT 192

# FILED UNDER SEAL