# DEFENDANTS' EXHIBIT 193

# FILED UNDER SEAL