# DEFENDANTS' EXHIBIT 194

# FILED UNDER SEAL