# DEFENDANTS' EXHIBIT 195

# FILED UNDER SEAL