# DEFENDANTS' EXHIBIT 196

# FILED UNDER SEAL