# DEFENDANTS' EXHIBIT 197

# FILED UNDER SEAL