# DEFENDANTS' EXHIBIT 198

# FILED UNDER SEAL