# DEFENDANTS' EXHIBIT 199

# FILED UNDER SEAL