# DEFENDANTS' EXHIBIT 200

# FILED UNDER SEAL