# DEFENDANTS' EXHIBIT 201

# FILED UNDER SEAL