# DEFENDANTS' EXHIBIT 202

# FILED UNDER SEAL