# DEFENDANTS' EXHIBIT 203

# FILED UNDER SEAL