# DEFENDANTS' EXHIBIT 204

# FILED UNDER SEAL