# DEFENDANTS' EXHIBIT 205

# FILED UNDER SEAL