# DEFENDANTS' EXHIBIT 206

# FILED UNDER SEAL