# DEFENDANTS' EXHIBIT 207

# FILED UNDER SEAL