# DEFENDANTS' EXHIBIT 208

# FILED UNDER SEAL