# DEFENDANTS' EXHIBIT 209

# FILED UNDER SEAL