# DEFENDANTS' EXHIBIT 210

# FILED UNDER SEAL