# DEFENDANTS' EXHIBIT 211

# FILED UNDER SEAL