# DEFENDANTS' EXHIBIT 212

# FILED UNDER SEAL