# DEFENDANTS' EXHIBIT 213

# FILED UNDER SEAL