# DEFENDANTS' EXHIBIT 214

# FILED UNDER SEAL