# DEFENDANTS' EXHIBIT 215

# FILED UNDER SEAL