# DEFENDANTS' EXHIBIT 216

# FILED UNDER SEAL