# DEFENDANTS' EXHIBIT 217

# FILED UNDER SEAL