# DEFENDANTS' EXHIBIT 218

# FILED UNDER SEAL