# DEFENDANTS' EXHIBIT 219

# FILED UNDER SEAL