# DEFENDANTS' EXHIBIT 220

# FILED UNDER SEAL