# DEFENDANTS' EXHIBIT 221

# FILED UNDER SEAL