# DEFENDANTS' EXHIBIT 222

# FILED UNDER SEAL