# DEFENDANTS' EXHIBIT 223

# FILED UNDER SEAL