# DEFENDANTS' EXHIBIT 224

# FILED UNDER SEAL