# DEFENDANTS' EXHIBIT 225

# FILED UNDER SEAL