# DEFENDANTS' EXHIBIT 226

# FILED UNDER SEAL