# DEFENDANTS' EXHIBIT 227

# FILED UNDER SEAL