# DEFENDANTS' EXHIBIT 228

# FILED UNDER SEAL