# DEFENDANTS' EXHIBIT 229

# FILED UNDER SEAL