# DEFENDANTS' EXHIBIT 230

# FILED UNDER SEAL