# DEFENDANTS' EXHIBIT 231

# FILED UNDER SEAL