# DEFENDANTS' EXHIBIT 232

# FILED UNDER SEAL