# DEFENDANTS' EXHIBIT 233

# FILED UNDER SEAL