# DEFENDANTS' EXHIBIT 234

# FILED UNDER SEAL