# DEFENDANTS' EXHIBIT 235

# FILED UNDER SEAL