# DEFENDANTS' EXHIBIT 236

# FILED UNDER SEAL