# DEFENDANTS' EXHIBIT 237

# FILED UNDER SEAL