# DEFENDANTS' EXHIBIT 238

# FILED UNDER SEAL