# DEFENDANTS' EXHIBIT 239

# FILED UNDER SEAL