# DEFENDANTS' EXHIBIT 240

# FILED UNDER SEAL