# DEFENDANTS' EXHIBIT 241

# FILED UNDER SEAL