# DEFENDANTS' EXHIBIT 242

# FILED UNDER SEAL