# DEFENDANTS' EXHIBIT 243

# FILED UNDER SEAL