# DEFENDANTS' EXHIBIT 244

# FILED UNDER SEAL