# DEFENDANTS' EXHIBIT 245

# FILED UNDER SEAL