# DEFENDANTS' EXHIBIT 246

# FILED UNDER SEAL