# DEFENDANTS' EXHIBIT 247

# FILED UNDER SEAL