# DEFENDANTS' EXHIBIT 248

# FILED UNDER SEAL