# DEFENDANTS' EXHIBIT 249

# FILED UNDER SEAL