# DEFENDANTS' EXHIBIT 250

# FILED UNDER SEAL