# DEFENDANTS' EXHIBIT 251

# FILED UNDER SEAL