# DEFENDANTS' EXHIBIT 252

# FILED UNDER SEAL