# DEFENDANTS' EXHIBIT 254

# FILED UNDER SEAL