# DEFENDANTS' EXHIBIT 255

# FILED UNDER SEAL