# DEFENDANTS' EXHIBIT 256

# FILED UNDER SEAL