# DEFENDANTS' EXHIBIT 257

# FILED UNDER SEAL