# DEFENDANTS' EXHIBIT 258

# FILED UNDER SEAL