# DEFENDANTS' EXHIBIT 259

# FILED UNDER SEAL