# DEFENDANTS' EXHIBIT 260

# FILED UNDER SEAL