# DEFENDANTS' EXHIBIT 261

# FILED UNDER SEAL