# DEFENDANTS' EXHIBIT 262

# FILED UNDER SEAL