# DEFENDANTS' EXHIBIT 263

# FILED UNDER SEAL