# DEFENDANTS' EXHIBIT 264

# FILED UNDER SEAL