# DEFENDANTS' EXHIBIT 265

# FILED UNDER SEAL