# DEFENDANTS' EXHIBIT 266

# FILED UNDER SEAL