# DEFENDANTS' EXHIBIT 267

# FILED UNDER SEAL