# DEFENDANTS' EXHIBIT 268

# FILED UNDER SEAL