# DEFENDANTS' EXHIBIT 269

# FILED UNDER SEAL