# DEFENDANTS' EXHIBIT 270

# FILED UNDER SEAL