# DEFENDANTS' EXHIBIT 271

# FILED UNDER SEAL