# DEFENDANTS' EXHIBIT 272

# FILED UNDER SEAL