# DEFENDANTS' EXHIBIT 273

# FILED UNDER SEAL