# DEFENDANTS' EXHIBIT 274

# FILED UNDER SEAL