# DEFENDANTS' EXHIBIT 275

# FILED UNDER SEAL