# DEFENDANTS' EXHIBIT 276

# FILED UNDER SEAL