# DEFENDANTS' EXHIBIT 277

# FILED UNDER SEAL