# DEFENDANTS' EXHIBIT 278

# FILED UNDER SEAL