# DEFENDANTS' EXHIBIT 279

# FILED UNDER SEAL