# DEFENDANTS' EXHIBIT 280

# FILED UNDER SEAL