# DEFENDANTS' EXHIBIT 281

# FILED UNDER SEAL