# DEFENDANTS' EXHIBIT 282

# FILED UNDER SEAL