# DEFENDANTS' EXHIBIT 283

# FILED UNDER SEAL