# DEFENDANTS' EXHIBIT 284

# FILED UNDER SEAL