# DEFENDANTS' EXHIBIT 285

# FILED UNDER SEAL