# DEFENDANTS' EXHIBIT 286

# FILED UNDER SEAL