# DEFENDANTS' EXHIBIT 287

# FILED UNDER SEAL