# DEFENDANTS' EXHIBIT 288

# FILED UNDER SEAL