# DEFENDANTS' EXHIBIT 289

# FILED UNDER SEAL