# DEFENDANTS' EXHIBIT 290

# FILED UNDER SEAL