# DEFENDANTS' EXHIBIT 291

# FILED UNDER SEAL