# DEFENDANTS' EXHIBIT 292

# FILED UNDER SEAL