# DEFENDANTS' EXHIBIT 293

# FILED UNDER SEAL