# DEFENDANTS' EXHIBIT 294

# FILED UNDER SEAL