# DEFENDANTS' EXHIBIT 295

# FILED UNDER SEAL