# DEFENDANTS' EXHIBIT 296

# FILED UNDER SEAL