# DEFENDANTS' EXHIBIT 297

# FILED UNDER SEAL