# DEFENDANTS' EXHIBIT 298

# FILED UNDER SEAL