# DEFENDANTS' EXHIBIT 299

# FILED UNDER SEAL