# DEFENDANTS' EXHIBIT 300

# FILED UNDER SEAL