# DEFENDANTS' EXHIBIT 301

# FILED UNDER SEAL