# DEFENDANTS' EXHIBIT 302

# FILED UNDER SEAL