# DEFENDANTS' EXHIBIT 303

# FILED UNDER SEAL