# DEFENDANTS' EXHIBIT 305

# FILED UNDER SEAL