# DEFENDANTS' EXHIBIT 306

# FILED UNDER SEAL