# DEFENDANTS' EXHIBIT 307

# FILED UNDER SEAL