# DEFENDANTS' EXHIBIT 308

# FILED UNDER SEAL