# DEFENDANTS' EXHIBIT 309

# FILED UNDER SEAL