# DEFENDANTS' EXHIBIT 310

# FILED UNDER SEAL