# DEFENDANTS' EXHIBIT 311

# FILED UNDER SEAL