# DEFENDANTS' EXHIBIT 312

# FILED UNDER SEAL