# DEFENDANTS' EXHIBIT 313

# FILED UNDER SEAL