# DEFENDANTS' EXHIBIT 314

# FILED UNDER SEAL