# DEFENDANTS' EXHIBIT 315

# FILED UNDER SEAL