# DEFENDANTS' EXHIBIT 316

# FILED UNDER SEAL