# DEFENDANTS' EXHIBIT 319

# FILED UNDER SEAL