# DEFENDANTS' EXHIBIT 320

# FILED UNDER SEAL