# DEFENDANTS' EXHIBIT 321

# FILED UNDER SEAL