# DEFENDANTS' EXHIBIT 322

# FILED UNDER SEAL