# DEFENDANTS' EXHIBIT 323

# FILED UNDER SEAL