# DEFENDANTS' EXHIBIT 324

# FILED UNDER SEAL