# DEFENDANTS' EXHIBIT 325

# FILED UNDER SEAL