# DEFENDANTS' EXHIBIT 326

# FILED UNDER SEAL