# DEFENDANTS' EXHIBIT 327

# FILED UNDER SEAL