# DEFENDANTS' EXHIBIT 328

# FILED UNDER SEAL