# DEFENDANTS' EXHIBIT 329

# FILED UNDER SEAL