# DEFENDANTS' EXHIBIT 330

# FILED UNDER SEAL