# DEFENDANTS' EXHIBIT 335

# Contact

www.linkedin.com/in/michael-searles-465a1611 (LinkedIn)

## Top Skills

Fixed Income
Investment Banking
Capital Markets

# Michael Searles

Distressed Debt Analyst
Charlotte, North Carolina, United States

## Experience

**Barings**
Managing Director - Global Special Situations
April 2018 - Present (5 years 1 month)
Charlotte, North Carolina Area

**Octagon Credit Investors**
4 years 1 month

Principal
January 2016 - April 2018 (2 years 4 months)
Greater New York City Area

Associate
April 2014 - December 2015 (1 year 9 months)
Greater New York City Area

**Credit Suisse**
Associate
2013 - 2014 (1 year)

**Credit Suisse**
Analyst
2009 - 2012 (3 years)

———

Page 1 of 1

Exhibit SEARLES 002