# DEFENDANTS' EXHIBIT 353

# FILED UNDER SEAL