# DEFENDANTS' EXHIBIT 356

# FILED UNDER SEAL