# DEFENDANTS' EXHIBIT 357

# FILED UNDER SEAL