# DEFENDANTS' EXHIBIT 358

# FILED UNDER SEAL