# DEFENDANTS' EXHIBIT 359

# FILED UNDER SEAL