# DEFENDANTS' EXHIBIT 360

# FILED UNDER SEAL