# DEFENDANTS' EXHIBIT 361

# FILED UNDER SEAL