# DEFENDANTS' EXHIBIT 362

# FILED UNDER SEAL