# DEFENDANTS' EXHIBIT 363

# FILED UNDER SEAL