# DEFENDANTS' EXHIBIT 364

# FILED UNDER SEAL