# DEFENDANTS' EXHIBIT 365

# FILED UNDER SEAL