# DEFENDANTS' EXHIBIT 366

# FILED UNDER SEAL