# DEFENDANTS' EXHIBIT 367

# FILED UNDER SEAL