# DEFENDANTS' EXHIBIT 368

# FILED UNDER SEAL