# DEFENDANTS' EXHIBIT 369

# FILED UNDER SEAL