# DEFENDANTS' EXHIBIT 370

# FILED UNDER SEAL