# DEFENDANTS' EXHIBIT 371

# FILED UNDER SEAL