# DEFENDANTS' EXHIBIT 372

# FILED UNDER SEAL