# DEFENDANTS' EXHIBIT 373

# FILED UNDER SEAL