# DEFENDANTS' EXHIBIT 374

# FILED UNDER SEAL