# DEFENDANTS' EXHIBIT 375

# FILED UNDER SEAL