# DEFENDANTS' EXHIBIT 376

# FILED UNDER SEAL