# DEFENDANTS' EXHIBIT 377

# FILED UNDER SEAL