# DEFENDANTS' EXHIBIT 378

# FILED UNDER SEAL