# DEFENDANTS' EXHIBIT 379

# FILED UNDER SEAL