# DEFENDANTS' EXHIBIT 380

# FILED UNDER SEAL