# DEFENDANTS' EXHIBIT 381

# FILED UNDER SEAL