# DEFENDANTS' EXHIBIT 382

# FILED UNDER SEAL