# DEFENDANTS' EXHIBIT 383

# FILED UNDER SEAL