# DEFENDANTS' EXHIBIT 384

# FILED UNDER SEAL