# DEFENDANTS' EXHIBIT 385

# FILED UNDER SEAL