# DEFENDANTS' EXHIBIT 386

# FILED UNDER SEAL