# DEFENDANTS' EXHIBIT 387

# FILED UNDER SEAL