# DEFENDANTS' EXHIBIT 388

# FILED UNDER SEAL