# DEFENDANTS' EXHIBIT 389

# FILED UNDER SEAL