# DEFENDANTS' EXHIBIT 390

# FILED UNDER SEAL