# DEFENDANTS' EXHIBIT 391

# FILED UNDER SEAL