# DEFENDANTS' EXHIBIT 392

# FILED UNDER SEAL