# DEFENDANTS' EXHIBIT 393

# FILED UNDER SEAL