# DEFENDANTS' EXHIBIT 394

# FILED UNDER SEAL