# DEFENDANTS' EXHIBIT 395

# FILED UNDER SEAL