# DEFENDANTS' EXHIBIT 396

# FILED UNDER SEAL