# DEFENDANTS' EXHIBIT 397

# FILED UNDER SEAL