# DEFENDANTS' EXHIBIT 398

# FILED UNDER SEAL