# DEFENDANTS' EXHIBIT 399

# FILED UNDER SEAL