# DEFENDANTS' EXHIBIT 400

# FILED UNDER SEAL