# DEFENDANTS' EXHIBIT 401

# FILED UNDER SEAL