# DEFENDANTS' EXHIBIT 402

# FILED UNDER SEAL