# DEFENDANTS' EXHIBIT 403

# FILED UNDER SEAL