# DEFENDANTS' EXHIBIT 404

# FILED UNDER SEAL