# DEFENDANTS' EXHIBIT 405

# FILED UNDER SEAL