# DEFENDANTS' EXHIBIT 406

# FILED UNDER SEAL