# DEFENDANTS' EXHIBIT 407

# FILED UNDER SEAL