# DEFENDANTS' EXHIBIT 408

# FILED UNDER SEAL