# DEFENDANTS' EXHIBIT 409

# FILED UNDER SEAL