# DEFENDANTS' EXHIBIT 410

# FILED UNDER SEAL