# DEFENDANTS' EXHIBIT 411

# FILED UNDER SEAL