
# DEFENDANTS' EXHIBIT 412

# FILED UNDER SEAL