# DEFENDANTS' EXHIBIT 413

# FILED UNDER SEAL