# DEFENDANTS' EXHIBIT 414

# FILED UNDER SEAL