# DEFENDANTS' EXHIBIT 415

# FILED UNDER SEAL