# DEFENDANTS' EXHIBIT 416

# FILED UNDER SEAL