# DEFENDANTS' EXHIBIT 417

# FILED UNDER SEAL