# DEFENDANTS' EXHIBIT 418

# FILED UNDER SEAL