# DEFENDANTS' EXHIBIT 419

# FILED UNDER SEAL