# DEFENDANTS' EXHIBIT 420

# FILED UNDER SEAL