# DEFENDANTS' EXHIBIT 421

# FILED UNDER SEAL