# DEFENDANTS' EXHIBIT 422

# FILED UNDER SEAL