# DEFENDANTS' EXHIBIT 423

# FILED UNDER SEAL