# DEFENDANTS' EXHIBIT 424

# FILED UNDER SEAL