# DEFENDANTS' EXHIBIT 425

# FILED UNDER SEAL