# DEFENDANTS' EXHIBIT 426

# FILED UNDER SEAL