# DEFENDANTS' EXHIBIT 427

# FILED UNDER SEAL