# DEFENDANTS' EXHIBIT 428

# FILED UNDER SEAL