# DEFENDANTS' EXHIBIT 429

# FILED UNDER SEAL