# DEFENDANTS' EXHIBIT 432

# FILED UNDER SEAL