# DEFENDANTS' EXHIBIT 433

# FILED UNDER SEAL