# DEFENDANTS' EXHIBIT 434

# FILED UNDER SEAL