# DEFENDANTS' EXHIBIT 435

# FILED UNDER SEAL