# DEFENDANTS' EXHIBIT 436

# FILED UNDER SEAL