# DEFENDANTS' EXHIBIT 437

# FILED UNDER SEAL