# DEFENDANTS' EXHIBIT 438

# FILED UNDER SEAL