# DEFENDANTS' EXHIBIT 439

# FILED UNDER SEAL