# DEFENDANTS' EXHIBIT 440

# FILED UNDER SEAL