# DEFENDANTS' EXHIBIT 441

# FILED UNDER SEAL