# DEFENDANTS' EXHIBIT 442

# FILED UNDER SEAL