United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 11, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90020 |
| SERTA SIMMONS BEDDING, LLC, et al., | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| SERTA SIMMONS BEDDING LLC et al., | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-9001 |
| | § | |
| AG CENTRE STREET PARTNERSHIP L.P., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER
(Docket No. 221)

The Court has considered the Plaintiffs' Emergency Motion to Exclude the Testimony of Sarah Ward. As part of its consideration, the Court has carefully reviewed Ms. Ward's May 3, 2023, Expert Declaration and accompanying curriculum vitae that are attached as Exhibit B to the Motion. The Court has also reviewed the transcript of the summary judgment hearing on March 28, 2023.

The admission of expert testimony is governed by FED. R. EVID. 702. The rule provides that:

> a witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify thereto in the form of an opinion or otherwise, if: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case.

FED. R. EVID. 702; *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

No genuine dispute exists that Ms. Ward is an accomplished attorney within her chosen specialty. In her declaration, Ms. Ward states that the purpose of her engagement is to "render opinions regarding the origin, purpose, and market understanding of certain provisions of the First Lien Term Loan Agreement . . ." Exhibit B to Docket No. 221. The actual substance of Ms. Ward's declaration, however, is an attack on the Court's prior summary judgment ruling and

amounts to little more than an inappropriate motion to reconsider. Experts should be experts, not advocates. When the lines are crossed, any assistance that an expert might provide to the Court is vitiated. Likewise, Ms. Ward has not identified any special skill that allows her to peer inside the minds of the defendants under the specific circumstances of this case. It is notable that Ms. Ward's declaration makes no mention of the defendants' relevant acts in this case—acts and motivations that are best left to the adversarial process and not speculation.

Ms. Ward's participation in the trial of this case will serve no legitimate purpose and will not assist the Court in its endeavor to find the truth. Accordingly, it is

**ORDERED THAT**:

1. The motion to exclude the expert testimony of Sarah Ward is granted.

**SIGNED: May 11, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

Serta Simmons Bedding LLC et al.,
    Plaintiff
AG Centre Street Partnership et al.,
    Defendant

Adv. Proc. No. 23-09001-drj

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 11
Date Rcvd: May 11, 2023     Form ID: pdf002     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael S Shuster, Holwell Shuster & Goldberg LLP, 425 Lexington Avenue, 14th Floor, New York, NY 10017-3903 |
| intp | + | Epiq Corporate Restructuring, LLC, 777 Third Ave, 12th Floor, NEW YORK, NY 10017-1302 |
| intp | + | Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2759 |
| dft | + | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | + | LCM Lenders, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000 Houston, TX 77002-3018 |
| cr | + | c/o Bruce J. Ruzinsk PTL Lender Group, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3pd | | ABR Reinsurance Ltd. |
| dft | | AG Centre Street Partnership et al. |
| dft | | AG Centre Street Partnership, L.P. |
| 3pp | | AG Centre Street Partnership, L.P. |
| 3pp | | AG Centre Street Partnership, L.P. |
| dft | | AG Credit Solutions Non-ECI Master Fund, L.P. |
| 3pp | | AG Credit Solutions Non-ECI Master Fund, L.P. |
| 3pp | | AG Credit Solutions Non-ECI Master Fund, L.P. |
| dft | | AG SF Master (L), L.P. |
| 3pp | | AG SF Master (L), L.P. |
| 3pp | | AG SF Master (L), L.P. |
| dft | | AG Super Fund Master, L.P. |
| 3pp | | AG Super Fund Master, L.P. |
| 3pp | | AG Super Fund Master, L.P. |
| 3pd | | AGF Floating Rate Income Fund |
| intp | | Ad Hoc Group of First Lien Lenders |
| 3pd | | Annisa CLO, Ltd. |
| 3pd | | Arrowood Indemnity |
| 3pd | | Arrowood Indemnity as Administrator of the Pension |
| dft | | Ascribe III Investments, LLC |
| 3pp | | Ascribe III Investments, LLC |
| 3pp | | Ascribe III Investments, LLC |
| 3pd | | BA/Cscredit 1 LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 11 |
| Date Rcvd: May 11, 2023 | Form ID: pdf002 | Total Noticed: 12 |

| | |
|---|---|
| 3pd | BOC Pension Investment Fund |
| 3pd | BSG Fund Management B.V. |
| 3pd | Babson CLO Ltd. 2014-1 |
| 3pd | Baloise Senior Secured Loan Fund |
| 3pd | Barings BDC Senior Funding I, LLC |
| 3pd | Barings BDC, Inc. |
| 3pd | Barings CLO Ltd. 2013-I |
| 3pd | Barings CLO Ltd. 2015-I |
| 3pd | Barings CLO Ltd. 2015-II |
| 3pd | Barings CLO Ltd. 2016-I |
| 3pd | Barings CLO Ltd. 2016-II |
| 3pd | Barings CLO Ltd. 2017-I |
| 3pd | Barings CLO Ltd. 2018-I |
| 3pd | Barings CLO Ltd. 2018-III |
| 3pd | Barings CLO Ltd. 2018-IV |
| 3pd | Barings CLO Ltd. 2018-IV |
| 3pd | Barings CLO Ltd. 2019-II |
| 3pd | Barings Global Credit Income Opportunities Fund |
| 3pd | Barings Global Floating Rate Fund, a Series of Bar |
| 3pd | Barings Global High Yield Credit Strategies Limite |
| 3pd | Barings Global Loan Limited |
| 3pd | Barings Global Loan and High Yield Bond Limited |
| 3pd | Barings Global Multi-Credit Strategy 1 Limited |
| 3pd | Barings Global Multi-Credit Strategy 2 Limited |
| 3pd | Barings Global Multi-Credit Strategy 3 Limited |
| 3pd | Barings Global Multi-Credit Strategy 4 Limited |
| 3pd | Barings Global Special Situations Credit 3 S.A.R.L |
| cd | Barings LLC |
| cd | Barings LLC |
| cd | Barings LLC |
| 3pd | Barings Segregated Loans 3 S.A R.L. |
| 3pd | Barings U.S Loan Limited |
| cr | Barings, LLC |
| 3pd | BayCity Alternative Investment Funds SICAV-SIF - B |
| 3pd | BayCity Senior Loan Master Fund Ltd. |
| 3pd | Bayvk R2-Fonds Segment Bayvk R2 Barings |
| 3pd | Bentham Strategic Loan Fund |
| 3pd | Bentham Syndicated Loan Fund |
| 3pd | Betony CLO 2, Ltd. |
| 3pd | BlackRock Credit Strategies Income Fund of BlackRo |
| 3pd | BlackRock Debt Strategies Fund, Inc. |
| 3pd | BlackRock Floating Rate Income Portfolio of BlackR |
| 3pd | BlackRock Floating Rate Income Strategies Fund, In |
| 3pd | BlackRock Floating Rate Income Trust |
| 3pd | BlackRock Global Investment Series: Income Strateg |
| 3pd | BlackRock Limited Duration Income Trust |
| 3pd | BlackRock Multi-Asset Income Portfolio of BlackRoc |
| 3pd | BlackRock Senior Floating Rate Portfolio |
| 3pd | Blue Shield of California |
| cd | Boston Management and Research |
| cd | Boston Management and Research |
| 3pd | Bowery Funding ULC |
| 3pd | Brighthouse Funds Trust I - Brighthouse/Eaton Vanc |
| 3pd | California State Teachers Retirement System |
| 3pd | California Street CLO IX Limited Partnership |
| 3pd | California Street CLO XII, Ltd. |
| 3pd | Calvert Management Series - Calvert Floating-Rate |
| 3pd | Carbone CLO, Ltd. |
| intp | Citadel LLC |
| dft | Columbia Cent CLO 21 Limited |
| 3pp | Columbia Cent CLO 21 Limited |
| 3pp | Columbia Cent CLO 21 Limited |
| dft | Columbia Cent CLO 27 Limited |

District/off: 0541-4                               User: ADIuser                                  Page 3 of 11
Date Rcvd: May 11, 2023                            Form ID: pdf002                                Total Noticed: 12

| | |
|---|---|
| 3pp | Columbia Cent CLO 27 Limited |
| 3pp | Columbia Cent CLO 27 Limited |
| dft | Columbia Floating Rate Income Fund, a series of Co |
| 3pp | Columbia Floating Rate Income Fund, a series of Co |
| dft | Columbia Strategic Income Fund, a series of Columb |
| 3pp | Columbia Strategic Income Fund, a series of Columb |
| 3pp | Columbia Strategic Income Fund, a series of Columb |
| 3pd | Commonwealth of Pennsylvania Treasury Department |
| dft | Contrarian Capital Fund I, L.P. |
| 3pp | Contrarian Capital Fund I, L.P. |
| 3pp | Contrarian Capital Fund I, L.P. |
| dft | Contrarian Centre Street Partnership, L.P. |
| 3pp | Contrarian Centre Street Partnership, L.P. |
| 3pp | Contrarian Centre Street Partnership, L.P. |
| dft | Contrarian Distressed Debt Fund, L.P. |
| 3pp | Contrarian Distressed Debt Fund, L.P. |
| 3pp | Contrarian Distressed Debt Fund, L.P. |
| 3pd | Copperhill Loan Fund I, LLC |
| pla | Credit Suisse Asset Management, LLC |
| cd | Credit Suisse Asset Management, LLC |
| cd | Credit Suisse Asset Management, LLC |
| 3pd | Credit Suisse Floating Rate High Income Fund |
| 3pd | Credit Suisse Floating Rate Trust |
| 3pd | Credit Suisse Nova (Lux) |
| 3pd | Credit Suisse Strategic Income Fund |
| 3pd | Crown Managed Accounts SPC - Crown/BA 2 SP |
| 3pd | DaVinci Reinsurance Ltd. |
| 3pd | Diversified Credit Portfolio Ltd. |
| 3pd | Dollar Senior Loan Fund, Ltd. |
| 3pd | Dollar Senior Loan Master Fund II, Ltd. |
| 3pd | Dryden 30 Senior Loan Fund |
| 3pd | Dryden 33 Senior Loan Fund |
| 3pd | Dryden 36 Senior Loan Fund |
| 3pd | Dryden 37 Senior Loan Fund |
| 3pd | Dryden 38 Senior Loan Fund |
| 3pd | Dryden 40 Senior Loan Fund |
| 3pd | Dryden 41 Senior Loan Fund |
| 3pd | Dryden 42 Senior Loan Fund |
| 3pd | Dryden 43 Senior Loan Fund |
| 3pd | Dryden 45 Senior Loan Fund |
| 3pd | Dryden 47 Senior Loan Fund |
| 3pd | Dryden 49 Senior Loan Fund |
| 3pd | Dryden 50 Senior Loan Fund |
| 3pd | Dryden 53 CLO, Ltd. |
| 3pd | Dryden 54 Senior Loan Fund |
| 3pd | Dryden 55 CLO, Ltd. |
| 3pd | Dryden 57 CLO, Ltd. |
| 3pd | Dryden 58 CLO, Ltd. |
| 3pd | Dryden 60 CLO, Ltd. |
| 3pd | Dryden 61 CLO, Ltd. |
| 3pd | Dryden 64 CLO, Ltd. |
| 3pd | Dryden 65 CLO, Ltd. |
| 3pd | Dryden 70 CLO, Ltd. |
| 3pd | Dryden 75 CLO, Ltd. |
| 3pd | Dryden XXV Senior Loan Fund |
| 3pd | Dryden XXVI Senior Loan Fund |
| 3pd | Dryden XXVIII Senior Loan Fund |
| 3pd | Eaton Vance CLO 2013-1 Ltd |
| 3pd | Eaton Vance CLO 2014-1R Ltd |
| 3pd | Eaton Vance CLO 2015-1 Ltd |
| 3pd | Eaton Vance CLO 2018-1 Ltd |
| 3pd | Eaton Vance CLO 2019-1 Ltd |
| 3pd | Eaton Vance Floating Rate Portfolio |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 11 |
| Date Rcvd: May 11, 2023 | Form ID: pdf002 | Total Noticed: 12 |

| | |
|---|---|
| 3pd | Eaton Vance Floating-Rate 2022 Target Term Trust |
| 3pd | Eaton Vance Floating-Rate Income Plus Fund |
| 3pd | Eaton Vance Floating-Rate Income Trust |
| 3pd | Eaton Vance Institutional Senior Loan Fund |
| 3pd | Eaton Vance Institutional Senior Loan Plus Fund |
| 3pd | Eaton Vance International (Cayman Islands) Floatin |
| 3pd | Eaton Vance Limited Duration Income Fund |
| 3pd | Eaton Vance Loan Holding Limited |
| cd | Eaton Vance Management |
| cd | Eaton Vance Management |
| 3pd | Eaton Vance Senior Floating-Rate Trust |
| 3pd | Eaton Vance Senior Income Trust |
| 3pd | Eaton Vance Short Duration Diversified Income Fund |
| 3pd | Eaton Vance VT Floating Rate Income Fund |
| 3pd | Elevation CLO 2013-1, Ltd. |
| 3pd | Elevation CLO 2014-2, Ltd. |
| 3pd | Elevation CLO 2015-4, Ltd. |
| 3pd | Elevation CLO 2016-5, Ltd. |
| 3pd | Elevation CLO 2017-6, Ltd. |
| 3pd | Elevation CLO 2017-7, Ltd. |
| 3pd | Elevation CLO 2017-8 Ltd. |
| 3pd | Elevation CLO 2018-10, Ltd. |
| 3pd | Elevation CLO 2018-9, Ltd. |
| 3pd | Erie Indemnity Company |
| 3pd | Erie Insurance Exchange |
| 3pd | First Eagle Bank Loan Select Master Fund |
| 3pd | First Eagle Senior Loan Fund (FSLF) |
| 3pd | Fixed Income Opportunities Nero, LLC |
| 3pd | G.A.S. (Cayman) Limited |
| dft | Gamut Capital SSB, LLC |
| 3pp | Gamut Capital SSB, LLC |
| 3pp | Gamut Capital SSB, LLC |
| 3pd | HarbourView CLO VII-R, Ltd. |
| 3pd | Inflation Protection Fund-I Series |
| 3pd | Invesco BL Fund, Ltd. |
| 3pd | Invesco Dynamic Credit Opportunities Fund |
| 3pd | Invesco Floating Rate Fund |
| 3pd | Invesco Floating Rate Income Fund |
| 3pd | Invesco Gemini US Loan Fund LLC |
| 3pd | Invesco Oppenheimer Fundamental Alternatives Fund |
| 3pd | Invesco Oppenheimer Master Loan Fund |
| 3pd | Invesco Oppenheimer Senior Floating Rate Fund |
| 3pd | Invesco Oppenheimer Senior Floating Rate Plus Fund |
| 3pd | Invesco SSL Fund LLC |
| 3pd | Invesco Senior Income Trust |
| 3pd | Invesco Senior Loan Fund |
| cd | Invesco Senior Secured Management, Inc. |
| cd | Invesco Senior Secured Management, Inc. |
| intp | Invesco Senior Secured Management, Inc. and Credit |
| 3pd | Invesco Zodiac Funds - Invesco US Senior Loan ESG |
| 3pd | Invesco Zodiac Funds - Invesco US Senior Loan Fund |
| 3pd | JPMBI re BlackRock BankLoan Fund |
| 3pd | Jocassee Partners LLC |
| 3pd | KP Fixed Income Fund |
| 3pd | KVK CLO 2013-1 Ltd. |
| 3pd | KVK CLO 2016-1 Ltd. |
| 3pd | KVK CLO 2018-1 Ltd. |
| 3pd | Kaiser Permanente Group Trust |
| 3pd | Kapitalforeningen Investin Pro, US Leveraged Loans |
| 3pd | MP CLO III Ltd. |
| 3pd | MP CLO IV Ltd. |
| 3pd | MP CLO VII Ltd. |
| 3pd | MP CLO VIII Ltd. |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 11 |
| Date Rcvd: May 11, 2023 | Form ID: pdf002 | Total Noticed: 12 |

| | |
|---|---|
| 3pd | MPLF Funding Ltd. |
| 3pd | MPSFR Financing 1 Ltd. |
| 3pd | Madison Flintholm Senior Loan Fund I DAC |
| 3pd | Madison Park Funding X, Ltd. |
| 3pd | Madison Park Funding XI, Ltd. |
| 3pd | Madison Park Funding XII, Ltd. |
| 3pd | Madison Park Funding XIII, Ltd. |
| 3pd | Madison Park Funding XIV, Ltd. |
| 3pd | Madison Park Funding XIX, Ltd. |
| 3pd | Madison Park Funding XL, Ltd. |
| 3pd | Madison Park Funding XLI, Ltd. |
| 3pd | Madison Park Funding XLII, Ltd. |
| 3pd | Madison Park Funding XLIII, Ltd. |
| 3pd | Madison Park Funding XLIV, Ltd. |
| 3pd | Madison Park Funding XV, Ltd. |
| 3pd | Madison Park Funding XVI, Ltd. |
| 3pd | Madison Park Funding XVII, Ltd. |
| 3pd | Madison Park Funding XVIII, Ltd. |
| 3pd | Madison Park Funding XX, Ltd. |
| 3pd | Madison Park Funding XXI, Ltd. |
| 3pd | Madison Park Funding XXII, Ltd. |
| 3pd | Madison Park Funding XXIII, Ltd. |
| 3pd | Madison Park Funding XXIV, Ltd. |
| 3pd | Madison Park Funding XXIX, Ltd. |
| 3pd | Madison Park Funding XXV, Ltd. |
| 3pd | Madison Park Funding XXVI, Ltd. |
| 3pd | Madison Park Funding XXVII, Ltd. |
| 3pd | Madison Park Funding XXVIII, Ltd. |
| 3pd | Madison Park Funding XXX, Ltd. |
| 3pd | Madison Park Funding XXXI, Ltd. |
| 3pd | Madison Park Funding XXXII, Ltd. |
| 3pd | Madison Park Funding XXXIV, Ltd. |
| 3pd | Madison Park Funding XXXV, Ltd. |
| 3pd | Madison Park Funding XXXVII, Ltd. |
| 3pd | Magnetite VII, Limited |
| 3pd | Magnetite VIII, Limited |
| 3pd | Magnetite XC, Limited |
| 3pd | Magnetite XII, Limited |
| 3pd | Magnetite XIV-R, Limited |
| 3pd | Magnetite XIX, Limited |
| 3pd | Magnetite XV, Limited |
| 3pd | Magnetite XVI, Limited |
| 3pd | Magnetite XVII, Limited |
| 3pd | Magnetite XVIII, Limited |
| 3pd | Magnetite XX, Limited |
| 3pd | Marathon CLO IX Ltd. |
| 3pd | Marathon CLO V Ltd. |
| 3pd | Marathon CLO VII Ltd. |
| 3pd | Marathon CLO VIII Ltd. |
| 3pd | Marathon CLO X Ltd. |
| 3pd | Marathon CLO XI Ltd. |
| 3pd | Marble Point CLO X Ltd. |
| 3pd | Marble Point CLO XI Ltd. |
| 3pd | Marble Point CLO XII Ltd. |
| 3pd | Maryland State Retirement and Pension System |
| 3pd | Menard, Inc. |
| 3pd | Milos CLO, Ltd. |
| 3pd | Municipal Employees Annuity & Benefit Fund of Chic |
| 3pd | NC Garnet Fund, LP |
| 3pd | Newark BSL CLO 1, Ltd. |
| 3pd | Newark BSL CLO 2, Ltd. |
| dft | North Star Debt Holdings, L.P. |
| 3pp | North Star Debt Holdings, L.P. |

District/off: 0541-4 — User: ADIuser — Page 6 of 11
Date Rcvd: May 11, 2023 — Form ID: pdf002 — Total Noticed: 12

| | |
|---|---|
| 3pp | North Star Debt Holdings, L.P. |
| 3pd | Nuveen Diversified Dividend and Income Fund |
| 3pd | Nuveen Floating Rate Income Fund |
| 3pd | Nuveen Floating Rate Income Opportunity Fund |
| 3pd | Nuveen Senior Income Fund |
| 3pd | Nuveen Short Duration Credit Opportunities Fund |
| 3pd | Nuveen Symphony Floating Rate Income Fund |
| 3pd | Oaktree Opportunities Fund X Holdings (Delaware) L |
| 3pd | Oaktree Opportunities Fund Xb Holdings (Delaware), |
| 3pd | Oaktree Opps X Holdco Ltd. |
| 3pd | One Eleven Funding I, Ltd. |
| 3pd | One Eleven Funding II, Ltd. |
| 3pd | PK-SSL Investment Fund Limited Partnership |
| 3pd | Peaks CLO 3, Ltd. |
| 3pd | Pensiondanmark Pensionforsikringsaktieselskab |
| 3pd | Phillips 66 Retirement Plan Trust |
| 3pd | Principal Diversified Real Asset CIT |
| 3pd | Principal Funds, Inc - Diversified Real Asset Fund |
| 3pd | Recette CLO, Ltd. |
| 3pd | Renaissance Investment Holdings Ltd. |
| dft | Represented Third-Party Defendants |
| 3pd | Riserva CLO, Ltd. |
| intp | Ropes & Gray LLP |
| 3pd | Russell Absolute Return Fixed Income Fund |
| 3pd | Russell Floating Rate Fund |
| 3pd | Russell Global Unconstrained Bond Pool |
| 3pd | Russell Multi-Asset Core Plus Fund |
| 3pd | Russell Unconstrained Total Return Fund |
| 3pd | SCOF-2 Ltd. |
| 3pd | Senior Debt Portfolio |
| 3pd | Sentry Insurance Company |
| 3pd | Serengeti (Loan Fund), a Series Trust of the Multi |
| pla | Serta Simmons Bedding LLC et al. |
| cd | Serta Simmons Bedding, LLC |
| cd | Serta Simmons Bedding, LLC |
| dft | Shackleton 2013-III CLO, Ltd. |
| 3pp | Shackleton 2013-III CLO, Ltd. |
| 3pp | Shackleton 2013-III CLO, Ltd. |
| dft | Shackleton 2013-IV-R CLO, Ltd. |
| 3pp | Shackleton 2013-IV-R CLO, Ltd. |
| 3pp | Shackleton 2013-IV-R CLO, Ltd. |
| dft | Shackleton 2014-V-R CLO, Ltd. |
| 3pp | Shackleton 2014-V-R CLO, Ltd. |
| 3pp | Shackleton 2014-V-R CLO, Ltd. |
| 3pp | Shackleton 2015-VII-R CLO, Ltd. |
| 3pp | Shackleton 2015-VII-R CLO, Ltd. |
| dft | Shackleton 2015-VII-R CLO, Ltd. |
| 3pp | Shackleton 2017-XI CLO, Ltd. |
| 3pp | Shackleton 2017-XI CLO, Ltd. |
| dft | Shackleton 2017-XI CLO, Ltd. |
| dft | Silver Oak Capital, L.L.C. |
| 3pp | Silver Oak Capital, L.L.C. |
| 3pp | Silver Oak Capital, L.L.C. |
| 3pd | Staniford Street CLO Ltd. |
| 3pd | State of New Mexico State Investment Council |
| 3pd | Stichting Pensioenfonds Hoogovens |
| 3pd | Symphony CLO XIV, Ltd. |
| 3pd | Symphony CLO XIX Ltd. |
| 3pd | Symphony CLO XV, Ltd. |
| 3pd | Symphony CLO XVI, Ltd. |
| 3pd | Symphony CLO XVII, Ltd. |
| 3pd | Symphony CLO XX Ltd. |
| 3pd | Symphony Floating Rate Senior Loan Fund |

| District/off: 0541-4 | User: ADIuser | Page 7 of 11 |
| --- | --- | --- |
| Date Rcvd: May 11, 2023 | Form ID: pdf002 | Total Noticed: 12 |

| | | |
| --- | --- | --- |
| 3pd | | TAO Fund, LLC |
| 3pd | | TCI-Symphony 2016-1 Ltd. |
| 3pd | | TCI-Symphony 2017-1 Ltd. |
| 3pd | | Telstra Superannuation Scheme |
| 3pd | | The City of New York Group Trust |
| 3pd | | The Eaton Corporation Master Retirement Trust |
| 3pd | | Third Party Defendants |
| 3pd | | Upland CLO, Ltd. |
| 3pd | | Venture 28A CLO, Limited |
| 3pd | | Venture 31 CLO, Limited |
| 3pd | | Venture 32 CLO, Limited |
| 3pd | | Venture 33 CLO, Limited |
| 3pd | | Venture 35 CLO, Limited |
| 3pd | | Venture XII CLO, Limited |
| 3pd | | Venture XIII CLO, Limited |
| 3pd | | Venture XIV CLO, Limited |
| 3pd | | Venture XIX CLO, Limited |
| 3pd | | Venture XV CLO, Limited |
| 3pd | | Venture XVI CLO, Limited |
| 3pd | | Venture XVII CLO Limited |
| 3pd | | Venture XVIII CLO, Limited |
| 3pd | | Venture XX CLO, Limited |
| 3pd | | Venture XXI CLO, Limited |
| 3pd | | Venture XXII CLO, Limited |
| 3pd | | Venture XXIII CLO, Limited |
| 3pd | | Venture XXIV CLO, Limited |
| 3pd | | Venture XXIX CLO, Limited |
| 3pd | | Venture XXV CLO, Limited |
| 3pd | | Venture XXVII CLO, Limited |
| 3pd | | Venture XXVIII CLO, Limited |
| 3pd | | Venture XXX CLO, Limited |
| 3pd | | Wespath Funds Trust |
| 3pd | | Wind River 2012-1 CLO Ltd. |
| 3pd | | Wind River 2013-1 CLO Ltd. |
| 3pd | | Wind River 2013-2 CLO Ltd. |
| 3pd | | Wind River 2014-1 CLO Ltd. |
| 3pd | | Wind River 2014-2 CLO Ltd. |
| 3pd | | Wind River 2014-3 CLO Ltd. |
| 3pd | | Wind River 2014-3K CLO Ltd. |
| 3pd | | Wind River 2015-1 CLO Ltd. |
| 3pd | | Wind River 2015-2 CLO Ltd. |
| 3pd | | Wind River 2016-1 CLO Ltd. |
| 3pd | | Wind River 2016-2 CLO Ltd. |
| 3pd | | Wind River 2017-1 CLO Ltd. |
| 3pd | | Wind River 2017-4 CLO Ltd. |
| 3pd | | Wind River 2018-3 CLO Ltd. |
| 3pd | | Wind River 2019-3 CLO Ltd. |
| 3pd | | Wind River Fund LLC |
| 3pd | | Woodbine Funding ULC |
| 3pp | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| 3pp | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| dft | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| 3pp | | Z Capital Credit Partners CO 2019-1 Ltd. |
| 3pp | | Z Capital Credit Partners CO 2019-1 Ltd. |
| dft | | Z Capital Credit Partners CO 2019-1 Ltd. |
| cc | *+ | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 11 |
| Date Rcvd: May 11, 2023 | Form ID: pdf002 | Total Noticed: 12 |

TOTAL: 393 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alison B. Miller | on behalf of Creditor LCM Lenders amiller@hsgllp.com |
| Brian Taylor Goldman | on behalf of Creditor LCM Lenders bgoldman@hsgllp.com  managingclerk@hsgllp.com |
| Bruce J Ruzinsky | on behalf of Counter-Defendant Boston Management and Research bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Creditor Barings  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Creditor c/o Bruce J. Ruzinsk PTL Lender Group bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Counter-Defendant Eaton Vance Management bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of 3rd Pty Defendant Eaton Vance Loan Holding Limited bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Interested Party Invesco Senior Secured Management  Inc. and Credit Suisse Asset Management, LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Plaintiff Credit Suisse Asset Management  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Defendant Represented Third-Party Defendants bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Counter-Defendant Barings LLC bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Eric R Wilson | on behalf of Interested Party Kelley Drye & Warren LLP KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Gabriel Adam Morgan | on behalf of Plaintiff Serta Simmons Bedding LLC et al. gabriel.morgan@weil.com gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander.Welch@weil.com |
| Gregg M Galardi | on behalf of Interested Party Ropes & Gray LLP Gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com |
| Henry Hutten | |

District/off: 0541-4                           User: ADIuser                                Page 9 of 11
Date Rcvd: May 11, 2023                     Form ID: pdf002                              Total Noticed: 12

|  |  |
|---|---|
| | on behalf of Creditor Barings  LLC henry.hutten@freshfields.com |
| John F Higgins, IV | on behalf of Defendant AG Super Fund Master  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Z Capital Credit Partners CO 2019-1 Ltd. jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Silver Oak Capital  L.L.C. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2015-VII-R CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Columbia Floating Rate Income Fund  a series of Columbia Funds Series Trust II jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Z Capital Credit Partners CLO 2018-1 Ltd. jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant AG Credit Solutions Non-ECI Master Fund  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Interested Party Ad Hoc Group of First Lien Lenders jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2014-V-R CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant AG Centre Street Partnership  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2013-III CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Ascribe III Investments  LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant North Star Debt Holdings  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2013-IV-R CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Columbia Cent CLO 27 Limited jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Contrarian Centre Street Partnership  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Contrarian Distressed Debt Fund  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2017-XI CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Columbia Strategic Income Fund  a series of Columbia Funds Series Trust I jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Contrarian Capital Fund I  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 11 |
| Date Rcvd: May 11, 2023 | Form ID: pdf002 | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Defendant Columbia Cent CLO 21 Limited jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Gamut Capital SSB LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant AG SF Master (L) L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John James Sparacino | on behalf of Defendant LCM XXIII LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Creditor LCM Lenders jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM 27 LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM XXIV LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Defendant LCM XXV Ltd. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Defendant LCM 26 LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Defendant LCM XXII LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Defendant LCM 28 LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM 28 LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM XXIII LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Defendant LCM XXIV LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM XXV Ltd. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM XXII LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Defendant LCM 27 LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM 26 LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| Kristen L Perry | on behalf of Interested Party Citadel LLC kristen.perry@faegredrinker.com  kelly.olson@faegredrinker.com |
| Madlyn Gleich Primoff | on behalf of Creditor Barings LLC madlyn.primoff@freshfields.com, 6188914420@filings.docketbird.com |
| Neil Lieberman | on behalf of Creditor LCM Lenders nlieberman@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | on behalf of Creditor LCM Lenders pwoods@hsgllp.com  managingclerk@hsgllp.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 11 |
| Date Rcvd: May 11, 2023 | Form ID: pdf002 | Total Noticed: 12 |

Priyanka Timblo
    on behalf of Creditor LCM Lenders ptimblo@hsgllp.com

S. Margie Venus
    on behalf of Creditor LCM Lenders mvenus@mckoolsmith.com  managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

Samuel Dawson Adkisson
    on behalf of Counter-Defendant Invesco Senior Secured Management  Inc. sadkisson@gibsondunn.com

Samuel Dawson Adkisson
    on behalf of Creditor Barings  LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson
    on behalf of Plaintiff Credit Suisse Asset Management  LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson
    on behalf of Counter-Defendant Barings LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson
    on behalf of Counter-Defendant Credit Suisse Asset Management  LLC sadkisson@gibsondunn.com

Victoria Nicole Argeroplos
    on behalf of Interested Party Invesco Senior Secured Management  Inc. and Credit Suisse Asset Management, LLC vargeroplos@jw.com,
    msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Vincent Levy
    on behalf of Creditor LCM Lenders vlevy@hsgllp.com  managingclerk@hsgllp.com

TOTAL: 66