# DEFENDANTS' EXHIBIT 1

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 2

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 3

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 4

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 5

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 6

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 7

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 8

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 9

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 10

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 11

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 12

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 13

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 14

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 15

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 16

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 17

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 18

# FILED UNDER SEAL

# DEFENDANTS'
# EXHIBIT 19

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 20

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 21

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 22

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 23

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 24

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 25

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 26

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 27

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 28

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 29

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 30

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 31

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 32

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 33

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 34

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 35

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 36

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 37

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 38

# FILED UNDER SEAL

# DEFENDANTS'
# EXHIBIT 39

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 40

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 41

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 42

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 43

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 44

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 45

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 46

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 47

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 48

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 49

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 50

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 51

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 52

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 53

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 54

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 55

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 56

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 57

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 58

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 59

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 60

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 61

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 62

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 63

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 64

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 65

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 66

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 67

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 68

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 69

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 70

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 71

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 72

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 73

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 74

# FILED UNDER SEAL

DEFENDANTS'
EXHIBIT 75

FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 76

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 77

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 78

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 79

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 80

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 81

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 82

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 83

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 84

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 85

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 86

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 87

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 88

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 89

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 90

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 91

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 92

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 93

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 94

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 95

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 96

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 97

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 98

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 99

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 100

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 101

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 102

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 103

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 104

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 105

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 106

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 107

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 108

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 109

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 110

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 111

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 112

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 113

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 114

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 115

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 116

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 117

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 118

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 119

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 120

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 121

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 122

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 123

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 124

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 125

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 126

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 127

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 128

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 129

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 130

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 131

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 132

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 133

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 134

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 135

# FILED UNDER SEAL

DEFENDANTS'
EXHIBIT 136

FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 137

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 138

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 139

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 140

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 141

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 142

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 143

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 144

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 145

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 146

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 147

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 148

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 149

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 150

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 151

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 152

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 153

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 154

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 155

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 156

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 157

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 158

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 159

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 160

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 161

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 162

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 163

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 164

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 165

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 166

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 167

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 168

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 169

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 170

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 171

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 172

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 173

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 174

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 175

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 176

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 177

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 178

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 179

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 180

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 181

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 182

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 183

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 184

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 185

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 186

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 187

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 188

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 189

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 190

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 191

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 192

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 193

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 194

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 195

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 196

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 197

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 198

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 199

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 200

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 201

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 202

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 203

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 204

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 205

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 206

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 207

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 208

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 209

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 210

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 211

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 212

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 213

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 214

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 215

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 216

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 217

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 218

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 219

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 220

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 221

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 222

# FILED UNDER SEAL

# DEFENDANTS'
# EXHIBIT 223

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 224

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 225

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 226

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 227

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 228

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 229

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 230

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 231

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 232

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 233

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 234

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 235

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 236

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 237

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 238

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 239

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 240

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 241

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 242

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 243

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 244

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 245

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 246

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 247

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 248

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 249

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 250

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 251

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 252

# FILED UNDER SEAL