# DEFENDANTS' EXHIBIT 254

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 255

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 256

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 257

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 258

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 259

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 260

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 261

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 262

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 263

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 264

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 265

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 266

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 267

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 268

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 269

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 270

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 271

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 272

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 273

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 274

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 275

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 276

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 277

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 278

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 279

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 280

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 281

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 282

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 283

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 284

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 285

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 286

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 287

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 288

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 289

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 290

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 291

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 292

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 293

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 294

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 295

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 296

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 297

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 298

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 299

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 300

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 301

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 302

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 303

# FILED UNDER SEAL