# DEFENDANTS' EXHIBIT 304
# Part 2 of 5

**Exchanging Existing Lender**

Eaton Vance Floating-Rate 2022 Target Term Trust

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Bolthof
Title: Vice President

Signature Page to Super-Priority Term Loan Agreement

Exchanging Existing Lender

Eaton Vance Senior Floating-Rate Trust

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

**Exchanging Existing Lender**

Eaton Vance Floating-Rate Income Trust

By: Eaton Vance Management as Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

Exchanging Existing Lender

Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio

By: Eaton Vance Management as Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

**Exchanging Existing Lender**

Eaton Vance Senior Income Trust

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

Exchanging Existing Lender

Eaton Vance Short Duration Diversified Income Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

Signature Page to Super-Priority Term Loan Agreement

**Exchanging Existing Lender**

Eaton Vance Institutional Senior Loan Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

**Exchanging Existing Lender**

**Eaton Vance Institutional Senior Loan Plus Fund**

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

**Exchanging Existing Lender**

Eaton Vance Limited Duration Income Fund

By: Eaton Vance Management as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

**Exchanging Existing Lender**

**Eaton Vance Floating Rate Portfolio**

By: Boston Management & Research as
Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

Signature Page to Super-Priority Term Loan Agreement

**Exchanging Existing Lender**

Senior Debt Portfolio

By: Boston Management & Research as Investment Advisor

By: _____/s/ Michael B. Botthof_____
Name: Michael B. Botthof
Title: Vice President

**Exchanging Existing Lender**

Eaton Vance VT Floating-Rate Income Fund

By: Eaton Vance Management as Investment Advisor

By: _____
Name: Michael B. Botthof
Title: Vice President

**EXCHANGING EXISTING LENDERS**

**BENTHAM SYNDICATED LOAN FUND**
By: Credit Suisse Asset Management, LLC, as agent (sub-advisor) for Challenger Investment Services Limited, the Responsible Entity for Bentham Syndicated Loan Fund

**BENTHAM HIGH YIELD FUND**
By: Credit Suisse Asset Management, LLC , as Agent (Sub Advisor) for Challenger Investment Services Limited, the Responsible Entity for Bentham High Yield Fund

**DaVinci Reinsurance Ltd.**
By: Credit Suisse Asset Management, LLC, as investment manager for DaVinci Reinsurance Holdings, Ltd , the owner of DaVinci Reinsurance Ltd

**Renaissance Investment Holdings Ltd.**
**CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM**
**DOLLAR SENIOR LOAN FUND, LTD.**
**DOLLAR SENIOR LOAN MASTER FUND II, LTD.**
**BA/CSCREDIT 1 LLC**
**CREDIT SUISSE FLOATING RATE TRUST**
**PK-SSL INVESTMENT FUND LIMITED PARTNERSHIP**
**COPPERHILL LOAN FUND I, LLC**
**THE EATON CORPORATION MASTER RETIREMENT TRUST**
**ERIE INDEMNITY COMPANY**
**MADISON FLINTHOLM SENIOR LOAN FUND I DAC**
**PHILLIPS 66 RETIREMENT PLAN TRUST**
**WIND RIVER FUND LLC**
**BLUE SHIELD OF CALIFORNIA**
By: Credit Suisse Asset Management, LLC, as investment manager

**ERIE INSURANCE EXCHANGE**
By: Credit Suisse Asset Management, LLC, as investment manager for Erie Indemnity Company, as Attorney-In-Fact for Erie Insurance Exchange

**THE CITY OF NEW YORK GROUP TRUST**
By: Credit Suisse Asset Management, LLC, as its manager

**Maryland State Retirement and Pension System**
By: Credit Suisse Asset Management, LLC as manager

**CREDIT SUISSE FLOATING RATE HIGH INCOME FUND**
**CREDIT SUISSE STRATEGIC INCOME FUND**
**COMMONWEALTH OF PENNSYLVANIA TREASURY DEPARTMENT**
By: Credit Suisse Asset Management, LLC, as investment advisor

**STATE OF NEW MEXICO STATE INVESTMENT COUNCIL**
By authority delegated to the New Mexico State Investment Office
By: Credit Suisse Asset Management, LLC, as its manager

**CREDIT SUISSE NOVA (LUX)**
By: Credit Suisse Asset Management, LLC or Credit Suisse Asset Management Limited, each as Co-Investment Adviser to Credit Suisse Fund Management S A , management company for Credit Suisse Nova (Lux)

**BENTHAM STRATEGIC LOAN FUND**
By: Credit Suisse Asset Management, LLC, as Sub Advisor for Bentham Asset Management Pty Ltd , the agent and investment manager to Fidante Partners Limited, the trustee for Bentham Strategic Loan Fund

**KP FIXED INCOME FUND**
By: Credit Suisse Asset Management, LLC, as Sub-Adviser for Callan Associates Inc , the Adviser for The KP Funds, the Trust for KP Fixed Income Fund

**TELSTRA SUPERANNUATION SCHEME**
By: Credit Suisse Asset Management, LLC, as sub advisor to Bentham Asset Management Pty Ltd  in its capacity as agent of and investment manager for Telstra Super Pty Ltd  in its capacity as trustee of Telstra Superannuation Scheme

**WESPATH FUNDS TRUST**
By: Credit Suisse Asset Management, LLC, the investment adviser for UMC Benefit Board Inc , the trustee for Wespath Funds Trust

**INFLATION PROTECTION FUND - I SERIES, a series of Wespath Funds Trust**
By Credit Suisse Asset Management, LLC as Adviser for Wespath Institutional Investments LLC, as trustee of the I Series funds of Wespath Funds Trust

**MADISON PARK FUNDING X, LTD.**
**MADISON PARK FUNDING XI, LTD.**
**MADISON PARK FUNDING XII, LTD.**
**MADISON PARK FUNDING XIII, LTD.**
**MADISON PARK FUNDING XIV, LTD.**
**MADISON PARK FUNDING XV, LTD.**
**MADISON PARK FUNDING XVI, LTD.**
**MADISON PARK FUNDING XVII, LTD.**
**MADISON PARK FUNDING XX, LTD.**
**MADISON PARK FUNDING XXI, LTD.**
**MADISON PARK FUNDING XXII, LTD.**
**MADISON PARK FUNDING XL, LTD.**
**MADISON PARK FUNDING XLI, LTD.**
**MADISON PARK FUNDING XLII, LTD.**
**MADISON PARK FUNDING XLIII, LTD.**
**MADISON PARK FUNDING XLIV, LTD.**
**ONE ELEVEN FUNDING I, LTD.**
**ONE ELEVEN FUNDING II, LTD.**
**MADISON PARK FUNDING XXVIII, LTD.**
**MADISON PARK FUNDING XXX, LTD.**
**MADISON PARK FUNDING XXXI, LTD.**
**MADISON PARK FUNDING XXXII, LTD.**
**MADISON PARK FUNDING XXXVII, LTD.**
**MADISON PARK FUNDING XXXIV, LTD.**
By: Credit Suisse Asset Management, LLC, as portfolio manager

**MADISON PARK FUNDING XVIII, LTD.**
**MADISON PARK FUNDING XIX, LTD.**
**MADISON PARK FUNDING XXIII, LTD.**
**MADISON PARK FUNDING XXIV, LTD.**
**MADISON PARK FUNDING XXV, LTD.**
**MADISON PARK FUNDING XXVI, LTD.**
**MADISON PARK FUNDING XXIX, LTD.**
By: Credit Suisse Asset Management, LLC, as collateral manager

**MADISON PARK FUNDING XXVII, LTD.**
**MADISON PARK FUNDING XXXV, LTD.**
By: Credit Suisse Asset Management, LLC, as asset manager

**CREDIT SUISSE HIGH YIELD BOND FUND**
**CREDIT SUISSE ASSET MANAGEMENT INCOME FUND, INC.**
By: Credit Suisse Asset Management, LLC, as investment advisor

By: /s/ David Mechlin

Name: David Mechlin
Title: Managing Director

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

BARINGS GLOBAL LOAN LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

BARINGS GLOBAL SPECIAL SITUATION
CREDIT 3 S.À R.L., as Lender
acting by its attorney BARINGS LLC

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

BARINGS GLOBAL HIGH YIELD CREDIT
STRATEGIES LIMITED, as Lender
By: Barings LLC as Investment Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

BARINGS U.S. LOAN LIMITED, as Lender
By: Barings LLC as Investment Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

CITY OF NEW YORK GROUP TRUST, as Lender
By: Barings LLC as Investment Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

## EXCHANGING EXISTING LENDERS

BARINGS GLOBAL SHORT DURATION HIGH
YIELD FUND, as Lender
By: Barings LLC as Investment Manager

By: _____/s/ Michael Searles_____
Name: Michael Searles
Title: Director

The foregoing is executed on behalf of Barings Global Short Duration High Yield Fund, organized under an Agreement and Declaration of Trust dated May 19, 2011, as amended from time to time. The obligations of such Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees, shareholders, officers, employees or agents of such Trust, but only the Trust's property and assets shall be bound.

BARINGS CLO LTD. 2018-III, as Lender
By: Barings LLC as Collateral Manager

By: _____/s/ Michael Searles_____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2017-I, as Lender
By: Barings LLC as Collateral Manager

By: _____/s/ Michael Searles_____
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2019-II, as Lender
By: Barings LLC as Collateral Manager

By: _____/s/ Michael Searles_____
Name: Michael Searles
Title: Director

BALOISE SENIOR SECURED LOAN FUND I, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____/s/ Michael Searles_____
Name: Michael Searles
Title: Director

**EXCHANGING EXISTING LENDERS**

BARINGS CLO LTD. 2016-I, as Lender
By: Barings LLC as Collateral Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2015-I, as Lender
By: Barings LLC as Collateral Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH on behalf and on account of BAYVK R2-FONDS Segment BAYVK R2 BARINGS, as Lender
acting by its attorney BARINGS LLC

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2016-II, as Lender
By: Barings LLC as Collateral Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

CROWN MANAGED ACCOUNTS SPC ACTING FOR AND ON BEHALF OF CROWN/BA 2 SP, as Lender
acting by its attorney, Barings (U.K.) Limited
acting by its attorney, Barings LLC

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

BARINGS CLO LTD. 2018-I, as Lender
By: Barings LLC as Collateral Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

BABSON CLO LTD. 2014-I, as Lender
By: Barings LLC as Collateral Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

BARINGS CLO LTD. 2015-II, as Lender
By: Barings LLC as Collateral Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

G.A.S. (Cayman) Limited acting solely in its capacity as Trustee of Serengeti (Loan Fund), a series trust of the Multi Strategy Umbrella Fund Cayman, as Lender
By: Barings LLC as Investment Manager and Attorney-in-fact

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

The foregoing is executed on behalf of the Serengeti (Loan Fund), organized under a Supplemental Trust Deed, dated as of September 21, 2017, as amended from time to time. The obligations of such Trust are not personally binding upon, nor shall resort be had to the property of the Trustee. The total liability of the Trustee shall be limited to the amount of the trust property.

BARINGS GLOBAL MULTI-CREDIT STRATEGY 4 LIMITED, as Lender
By: Barings LLC as Investment Manager

By: /s/ Michael Searles
Name: Michael Searles
Title: Director

Signature Page to Super-Priority Term Loan Agreement