# DEFENDANTS'
# EXHIBIT 304
# Part 3 of 5

**EXCHANGING EXISTING LENDERS**

BARINGS CLO LTD. 2018-IV, as Lender
By: Barings LLC as Collateral Manager

By: _____

  Name: Michael Searles
  Title: Director

BARINGS BDC SENIOR FUNDING I, LLC, as
Lender
By: Barings LLC as Investment Manager

By: _____

  Name: Jonathan Bock
  Title: Managing Director

BARINGS CLO LTD. 2013-I, as Lender
By: Barings LLC as Collateral Manager

By: _____

  Name: Michael Searles
  Title: Director

BARINGS GLOBAL MULTI-CREDIT STRATEGY 3
LIMITED, as Lender
By: Barings LLC as Investment Manager

By: _____

  Name: Michael Searles
  Title: Director

BARINGS GLOBAL MULTI-CREDIT STRATEGY 2
LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____

  Name: Michael Searles
  Title: Director

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

BARINGS GLOBAL FLOATING RATE FUND, as Lender
By: Barings LLC as Investment Manager

By: _____

Name: Michael Searles
Title: Director

The foregoing is executed on behalf of Barings Global Floating Rate Fund, a series of Barings Funds Trust, organized under an Agreement and Declaration of Trust dated May 3, 2013, as amended from time to time. The obligations of such series Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees, shareholders, officers, employees or agents of such Trust, or any other series of the Trust but only the property and assets of the relevant series Trust shall be bound.

BARINGS SEGREGATED LOANS 3 S.À R.L, as Lender
ACTING BY ITS ATTORNEY BARINGS LLC

By: _____

Name: Michael Searles
Title: Director

BARINGS BDC, INC. as Lender
By: Barings LLC as Investment Manager

By: _____

Name: Jonathan Bock
Title: Managing Director

BARINGS GLOBAL LOAN AND HIGH YIELD BOND LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____

Name: Michael Searles
Title: Director

## EXCHANGING EXISTING LENDERS

BEL-AIR LOAN FUND LLC, as
Lender
By: Barings LLC as Investment Adviser

By: _____

     Name: Michael Searles
     Title: Director

BARINGS GLOBAL CREDIT INCOME
OPPORTUNITIES FUND, a series of Barings Funds
Trust, as Lender
By: Barings LLC as Investment Manager

By: _____

     Name: Michael Searles
     Title: Director

The foregoing is executed on behalf of Barings Global Credit Income Opportunities Fund, a series of Barings Funds Trust, organized under an Agreement and Declaration of Trust dated May 3, 2013, as amended from time to time. The obligations of such series Trust are not personally binding upon, nor shall resort be had to the property of, any of the Trustees, shareholders, officers, employees or agents of such Trust, or any other series of the Trust but only the property and assets of the relevant series Trust shall be bound.

ARROWOOD INDEMNITY COMPANY, as Lender
By: Barings LLC as Investment Adviser

By: _____

     Name: Michael Searles
     Title: Director

BARINGS GLOBAL MULTI-CREDIT STRATEGY 1
LIMITED, as Lender
By: Barings LLC as Sub-Investment Manager

By: _____

     Name: Michael Searles
     Title: Director

Jocassee Partners LLC, as Lender

By: _____

     Name: Jonathan Bock
     Title: Managing Director

**EXCHANGING EXISTING LENDERS**

ARROWOOD INDEMNITY COMPANY AS
ADMINISTRATOR OF THE PENSION PLAN OF
ARROWOOD INDEMNITY COMPANY, as Lender
By: Barings LLC as Investment Adviser

By: _____
      Name: Michael Searles
      Title: Director


AUSTRALIANSUPER PTY LTD. AS TRUSTEE FOR
AUSTRALIANSUPER, as Lender
By: Barings LLC as Investment Adviser

By: _____
      Name: Michael Searles
      Title: Director

**EXCHANGING EXISTING LENDERS**

First Eagle Bank Loan Select Master Fund,
a Class of The First Eagle Bank Loan Select Series Trust I, as Lender
By First Eagle Alternative Credit SLS, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

BSG Fund Management B.V. on behalf of the
Stichting Blue Sky Active Fixed Income US Leveraged Loan Fund, as Lender
By First Eagle Alternative Credit SLS, LLC, as Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

KVK CLO 2013-1 Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Successor Collateral Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

KVK CLO 2016-1 Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Successor Collateral Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

KVK CLO 2018-1 Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Successor Collateral Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Russell Investments Institutional Funds, LLC
Absolute Return Fixed Income Fund, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

**EXCHANGING EXISTING LENDERS**

Russell Investments Ireland Limited on behalf of the Russell Floating
Rate Fund, a subfund of Russell Investments Qualifying Investor Alternative Funds plc, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Russell Investments Global Unconstrained Bond Pool, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Russell Investments Institutional Funds LLC Multi-Asset Core Plus Fund, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Russell Investment Company Unconstrained Total Return Fund, as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Stichting Pensioenfonds Hoogovens, as Lender
by First Eagle Alternative Credit, LLC, its Asset Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2014-3K CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

**EXCHANGING EXISTING LENDERS**

Wind River 2012-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2013-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Collateral Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2013-2 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2014-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2014-2 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2014-3 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, as Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

**EXCHANGING EXISTING LENDERS**

Wind River 2015-1 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2015-2 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, its Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2016-1 CLO Ltd., as Lender
By First Eagle Alternative Credit SLS, LLC, its Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2016-2 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, its Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2017-1 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, its Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

Wind River 2017-4 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager

By_____
    Name: James R. Fellows
    Title:  CIO/Managing Director/Co-Head

**EXCHANGING EXISTING LENDERS**

Wind River 2018-3 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Collateral Manager



By_____
    Name: James R. Fellows
    Title:   CIO/Managing Director/Co-Head

Wind River 2019-3 CLO Ltd., as Lender
By First Eagle Alternative Credit, LLC, as Investment Manager



By_____
    Name: James R. Fellows
    Title:   CIO/Managing Director/Co-Head

First Eagle Senior Loan Fund, as Lender
By First Eagle Alternative Credit, LLC, as Adviser



By_____
    Name: James R. Fellows
    Title:   CIO/Managing Director/Co-Head

Staniford Street CLO, LTD., as Lender

By_____
    Name: Seth Frink
    Title:   Director

**EXCHANGING EXISTING LENDERS**

**ANNISA CLO, LTD.**

By: Invesco RR Fund L.P. as Collateral
Manager
By: Invesco RR Associates LLC, as general
partner
By: Invesco Senior Secured Management, Inc.
as sole member

Name:
Title:

Philip Yarrow
Authorized Signatory

**BETONY CLO 2, LTD.**

By: Invesco RR Fund L.P. as Collateral
Manager
By: Invesco RR Associates LLC, as general
partner
By: Invesco Senior Secured Management, Inc.
as sole member

Name:
Title:

Philip Yarrow
Authorized Signatory

**BOC PENSION INVESTMENT FUND**

By: Invesco Senior Secured Management, Inc.
as Attorney in Fact

Name:
Title:

Philip Yarrow
Authorized Signatory

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

**CARBONE CLO, LTD.**

By: Invesco RR Fund L.P. as Collateral Manager
By: Invesco RR Associates LLC, as general partner
By: Invesco Senior Secured Management, Inc. as sole member

Name:
Title: *Philip Yarrow*
*Authorized Signatory*

**DIVERSIFIED CREDIT PORTFOLIO LTD.**

By: Invesco Senior Secured Management, Inc. as Investment Adviser

Name:
Title: *Philip Yarrow*
*Authorized Signatory*

**HARBOURVIEW CLO VII-R, LTD.**

By: HarbourView Asset Management Corporation, as Collateral Manager

Name:
Title: *Philip Yarrow*
*Authorized Signatory*

**INVESCO BL FUND, LTD.**

By: Invesco Senior Secured Management, Inc. as Sub-advisor

Name:
Title: *Philip Yarrow*
*Authorized Signatory*

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

**INVESCO DYNAMIC CREDIT OPPORTUNITIES FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser
      Name:
      Title:
                  Philip Yarrow
                 Authorized Signatory

**INVESCO FLOATING RATE FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser
      Name:
      Title:
                  Philip Yarrow
                 Authorized Signatory

**INVESCO FLOATING RATE INCOME FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser
      Name:
      Title:
                  Philip Yarrow
                 Authorized Signatory

**INVESCO GEMINI US LOAN FUND**

By: Invesco Senior Secured Management, Inc
as Investment Advisor
      Name:
      Title:
                  Philip Yarrow
                 Authorized Signatory

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

**INVESCO OPPENHEIMER MASTER LOAN FUND**

By: By: Invesco Advisers, Inc., as Investment Adviser

    Name:
    Title: Philip Yarrow
            Authorized Signatory

**INVESCO OPPENHEIMER SENIOR FLOATING RATE FUND**

By: Invesco Senior Secured Management, Inc., as sub-adviser

    Name:
    Title: Philip Yarrow
            Authorized Signatory

**INVESCO OPPENHEIMER SENIOR FLOATING RATE PLUS FUND**

By: Invesco Senior Secured Management, Inc., as sub-adviser

    Name:
    Title: Philip Yarrow
            Authorized Signatory

**INVESCO SENIOR INCOME TRUST**

By: Invesco Senior Secured Management, Inc. as Sub-Adviser

    Name:
    Title: Philip Yarrow
            Authorized Signatory

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

**INVESCO SENIOR LOAN FUND**

By: Invesco Senior Secured Management, Inc.
as Sub-Adviser

     Name:
     Title:        Philip Yarrow
                  Authorized Signatory

**INVESCO SSL FUND LLC**

By: Invesco Senior Secured Management, Inc.
as Collateral Manager

     Name:
     Title:        Philip Yarrow
                  Authorized Signatory

**INVESCO ZODIAC FUNDS - INVESCO US
SENIOR LOAN ESG FUND**

By: Invesco Senior Secured Management, Inc.
as Investment Manager

     Name:
     Title:        Philip Yarrow
                  Authorized Signatory

**INVESCO ZODIAC FUNDS - INVESCO US
SENIOR LOAN FUND**

By: Invesco Senior Secured Management, Inc.
as Investment Manager

     Name:
     Title:        Philip Yarrow
                  Authorized Signatory

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

**KAISER PERMANENTE GROUP TRUST**

By: Invesco Senior Secured Management, Inc.
as Investment Manager

Name:
Title:
Philip Yarrow
Authorized Signatory

**KAPITALFORENINGEN INVESTIN PRO, US LEVERAGED LOANS I**

By: Invesco Senior Secured Management, Inc.
as Investment Manager

Name:
Title:
Philip Yarrow
Authorized Signatory

**MILOS CLO, LTD.**

By: Invesco RR Fund L.P. as Collateral Manager
By: Invesco RR Associates LLC, as general partner
By: Invesco Senior Secured Management, Inc. as sole member

Name:
Title:
Philip Yarrow
Authorized Signatory

**RECETTE CLO, LTD.**

By: Invesco Senior Secured Management, Inc.
as Collateral Manager

Name:
Title:
Philip Yarrow
Authorized Signatory

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDERS**

**RISERVA CLO LTD.**

By: Invesco RR Fund L.P. as Collateral Manager
By: Invesco RR Associates LLC, as general partner
By: Invesco Senior Secured Management, Inc. as sole member

Name:
Title:
Philip Yarrow
Authorized Signatory

**SENTRY INSURANCE A MUTUAL COMPANY**

By: Invesco Senior Secured Management, Inc. as Sub-Advisor

Name:
Title:
Philip Yarrow
Authorized Signatory

**THE CITY OF NEW YORK GROUP TRUST**

By: Invesco Senior Secured Management, Inc. as Investment Adviser

Name:
Title:
Philip Yarrow
Authorized Signatory

**UPLAND CLO, LTD.**

By: Invesco Senior Secured Management, Inc. as Collateral Manager

Name:
Title:
Philip Yarrow
Authorized Signatory

Signature Page to Super-Priority Term Loan Agreement

**EXCHANGING EXISTING LENDER**

INVESCO OPPENHEIMER FUNDAMENTAL
ALTERNATIVES FUND
By: Invesco Senior Secured Management, Inc. as Sub-
Advisor, as Lender

By: _____

Name: Philip Yarrow
Title: Authorized Signatory

**EXCHANGING EXISTING LENDER**

**Oaktree Opportunities Fund Xb Holdings (Delaware), L.P.**, as Lender

By:  Oaktree Fund GP, LLC
Its:  General Partner

By:  Oaktree Fund GP I, L.P.
Its:  Managing Member

By: _____
Name:  Allen Li
Title:  Authorized Signatory

By: _____
Name:  Kaj Vazales
Title:  Authorized Signatory

## EXCHANGING EXISTING LENDER

**Oaktree Opps X Holdco Ltd.**, as Lender

By:  Oaktree Capital Management, L.P.
Its:  Director

By: _____
Name:  Allen Li
Title:   Vice President

By: _____
Name:  Kaj Vazales
Title:   Managing Director

**EXCHANGING EXISTING LENDER**

**Oaktree Opportunities Fund X Holdings (Delaware), L.P.**, as Lender

By:  Oaktree Fund GP, LLC
Its:  General Partner

By:  Oaktree Fund GP I, L.P.
Its:  Managing Member

By: _____
Name:  Allen Li
Title:   Authorized Signatory

By: _____
Name:  Kaj Vazales
Title:   Authorized Signatory

## EXCHANGING EXISTING LENDERS

*Dryden XXV Senior Loan Fund*
*Dryden XXVI Senior Loan Fund*
*Dryden XXVIII Senior Loan Fund*
*Dryden 30 Senior Loan Fund*
*Dryden 33 Senior Loan Fund*
*Dryden 36 Senior Loan Fund*
*Dryden 37 Senior Loan Fund*
*Dryden 38 Senior Loan Fund*
*Dryden 40 Senior Loan Fund*
*Dryden 41 Senior Loan Fund*
*Dryden 42 Senior Loan Fund*
*Dryden 43 Senior Loan Fund*
*Dryden 45 Senior Loan Fund*
*Dryden 47 Senior Loan Fund*
*Dryden 49 Senior Loan Fund*
*Dryden 50 Senior Loan Fund*
*Dryden 53 CLO, Ltd.*
*Dryden 54 Senior Loan Fund*
*Dryden 55 CLO, Ltd.*
*Dryden 57 CLO, Ltd.*
*Dryden 58 CLO, Ltd.*
*Dryden 60 CLO, Ltd.*
*Dryden 61 CLO, Ltd.*
*Dryden 64 CLO, Ltd.*
*Dryden 65 CLO, Ltd.*
*Dryden 70 CLO, Ltd.*
*Dryden 75 CLO, Ltd.*
*Newark BSL CLO 1, Ltd.*
*Newark BSL CLO 2, Ltd.*, as Lender

By: _____

Name: Parag Pandya
Title:   Vice President

**EXCHANGING EXISTING LENDER**

**Venture 28A CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XII CLO, Limited** , as Lender
BY: its investment advisor
MJX Venture Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XIII CLO, Limited**, as Lender
By: its Investment Advisor
 MJX Venture Management LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XIV CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management LLC

By: _____
   Name: Frederick Taylor
   Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XIX CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC

By: _____
   Name: Frederick Taylor
   Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XV CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC

By: _____

    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XVI CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC

By: _____

    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XVIII CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management II LLC

By: _____
     Name: Frederick Taylor
     Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XX CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXI CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management LLC

By: _____

  Name: Frederick Taylor
  Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXIII CLO, Limited** , as Lender
By: its investment advisor MJX Asset Management
LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXIV CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC

By: _____

    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXVIII CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXX CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC


By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture 31 CLO, Limited** , as Lender
By:  its investment advisor
MJX Venture Management III LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture 32 CLO, Limited** , as Lender
By: its investment advisor
MJX Asset Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture 33 CLO, Limited** , as Lender
By: its investment advisor
 MJX Asset Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture 35 CLO, Limited** , as Lender
By: its investment advisor
 MJX Asset Management LLC

By: _____
   Name: Frederick Taylor
   Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XVII CLO Limited** , as Lender
BY: its investment advisor, MJX Asset
Management, LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXII CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management II LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXIX CLO, Limited** , as Lender
By: its investment advisor
 MJX Venture Management II LLC

By: _____

   Name: Frederick Taylor
   Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXVI CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**Venture XXVII CLO, Limited** , as Lender
By: its investment advisor
MJX Venture Management II LLC

By: _____
    Name: Frederick Taylor
    Title: Managing Director

**EXCHANGING EXISTING LENDER**

**VENTURE XXV CLO, LIMITED** , as Lender
By its Investment Advisor, MJX Asset
Management LLC

By:
    Name: Frederick Taylor
    Title: Managing Director

**EXISTING EXCHANGING LENDERS**

**BlackRock Floating Rate Income Trust,** as Lender
By: BlackRock Advisors, LLC, its Investment Advisor



By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Multi-Asset Income Portfolio of BlackRock Funds II,** as Lender
By: BlackRock Advisors, LLC, in its capacity as Investment Adviser



By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Senior Floating Rate Portfolio,** as Lender
By: BlackRock Investment Management, LLC, its Investment Advisor



By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Global Investment Series: Income Strategies Portfolio**
By: BlackRock Financial Management, Inc., its Sub-Advisor**,** as Lender

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**EXISTING EXCHANGING LENDERS**

**Fixed Income Opportunities Nero, LLC,** as Lender
By: BlackRock Financial Management Inc., Its Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


**BlackRock Floating Rate Income Portfolio of BlackRock Funds V,** as Lender
By: BlackRock Advisors, LLC, its Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**ABR Reinsurance LTD. ,** as Lender
By: BlackRock Financial Management, Inc., its Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory


**BlackRock Limited Duration Income Trust,** as Lender
By: BlackRock Advisors, LLC, its Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**EXISTING EXCHANGING LENDERS**

**JPMBI re BlackRock BankLoan
Fund,** as Lender
By: BlackRock Financial Management
Inc., as Sub-Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Credit Strategies Income
Fund of BlackRock Funds V,** as Lender
BlackRock Advisors, LLC, its Adviser

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**NC GARNET FUND, L.P. ,** as Lender
By: NC Garnet Fund (GenPar), LLC, its
general partner AND By: BlackRock
Financial Management, Inc.
its manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**BlackRock Floating Rate Income
Strategies Fund, Inc. ,** as Lender
By: BlackRock Advisors, LLC, its
Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**EXISTING EXCHANGING LENDERS**

**BlackRock Debt Strategies Fund, Inc. ,**
as Lender
By: BlackRock Advisors, LLC, its
Investment Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XII, LTD,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XVI, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite VII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**EXISTING EXCHANGING LENDERS**

**Magnetite XIX, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XVIII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XV, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite VIII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**EXISTING EXCHANGING LENDERS**

**Magnetite XVI-R, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XVII, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**Magnetite XX, Limited,** as Lender
By: BlackRock Financial Management,
Inc., as Investment Manager

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**JPMBI re BlackRock BankLoan
Fund,** as Lender
By: BlackRock Financial Management
Inc., as Sub-Advisor

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

**EXCHANGING EXISTING LENDER**

Nuveen Diversified Dividend and Income Fund,
as Lender

By: _____
    Name: James Kim
    Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Nuveen Floating Rate Income Fund,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Nuveen Floating Rate Income Opportunity Fund,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Principal Funds, Inc. - Diversified Real Asset Fund,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Nuveen Senior Income Fund,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Symphony CLO XX Ltd.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Symphony CLO XVIII, LTD.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Nuveen Short Duration Credit Opportunities Fund,
as Lender

By: _____
    Name: James Kim
    Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Symphony CLO XIX Ltd,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Nuveen Symphony Floating Rate Income Fund, as Lender

By: _____

Name: James Kim

Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

BayCity Alternative Investment Funds SICAV-SIF -
BayCity US Senior Loan Fund,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Pensiondanmark Pensionsforsikringsaktieselskab,
as Lender

By: _____

Name: James Kim
Title: Co-Head of Investments, Head of Research

**EXCHANGING EXISTING LENDER**

Menard, Inc.,
as Lender

By: _____
Name: James Kim
Title: Co-Head of Investments, Head of Research