# DEFENDANTS' EXHIBIT 305

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 306

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 307

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 308

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 309

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 310

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 311

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 312

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 313

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 314

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 315

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 316

# FILED UNDER SEAL