# DEFENDANTS' EXHIBIT 319

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 320

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 321

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 322

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 323

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 324

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 325

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 326

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 327

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 328

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 329

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 330

# FILED UNDER SEAL