# DEFENDANTS' EXHIBIT 351

**REORG**®

2023-05-03 19:52:01

## Serta Simmons Bedding
## Serta Debtors Generate $9.8M in March, End Month With $175.7M Cash

Mon 04/24/2023 15:10 PM

*Relevant Documents:*
Monthly Operating Report
Link to Excel Download on Data Page

The Serta Simmons debtors reported cash flow of $9.8 million for the month of March, resulting in an ending cash balance of $175.7 million. The debtors report receipts of $143.6 million and disbursements of $138.9 million for the period. Additionally, the debtors report $5.1 million of net intercompany and third-party receipts.

The debtors report a DIP financing balance of $12.5 million as of March 31, up from $10 million on Feb. 28. The debtors reported balance sheet cash of $175.8 million as of Feb. 28.

For the March period, the debtors report revenue of $134.8 million. Cost of goods sold for the period was $80.5 million, resulting in gross profit of $54.3 million. Reorg calculates EBITDA of approximately $300,000 for the period. The debtors' income statement is below:

### Income Statement
$ in millions

| | 1/23/23 - 2/28/23 | 3/1/23 - 3/31/23 |
|---|---|---|
| Revenue | 157.2 | 134.8 |
| COGS | (101.5) | (80.5) |
| Gross Profit | 55.7 | 54.3 |
| Selling, general and administrative expenses | 53.9 | 49.0 |
| Other (income) / expense | 1.4 | 5.0 |
| Depreciation and amortization | 8.9 | 6.7 |
| Interest (income) / expense | 1.4 | 1.4 |
| Taxes | 0.0 | 0.0 |
| Reorganization expense | 12.4 | (29.8) |
| Total Expenses | 78.0 | 32.3 |
| Net Income | (22.3) | 22.0 |
| EBITDA | 0.4 | 0.3 |


Exhibit
LINKER 0010

This publication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to the recipient in connection with a subscription to one or more Reorg products. Recipient's use of the Reorg platform is subject to Reorg's Terms of Use or the user agreement pursuant to which the recipient has access to the platform (the "Applicable Terms"). The recipient of this publication may not redistribute or republish any portion of the information contained herein other than with Reorg's express written consent or in accordance with the Applicable Terms. The information in this publication is for general informational purposes only and should not be construed as legal, investment, accounting or other professional advice on any subject matter or as a substitute for such advice. The recipient of this publication must comply with all applicable laws, including laws regarding the purchase and sale of securities. Reorg obtains information from a wide variety of sources, which it believes to be reliable, but Reorg does not make any representation, warranty, or certification as to the materiality or public availability of the information in this publication or that such information is accurate, complete, comprehensive or fit for a particular purpose. Recipients must make their own decisions

about investment strategies or securities mentioned in this publication. Reorg and its officers, directors, partners and employees expressly disclaim all liability relating to or arising from actions taken or not taken based on any or all of the information contained in this publication. © 2023 Reorg. All rights reserved. Reorg® is a registered trademark of Reorg Research, Inc.

© Copyright 2012 - 2023