# DEFENDANTS' EXHIBIT 352

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SERTA SIMMONS BEDDING, LLC, et al.,<br><br>         Debtors, | Chapter 11<br><br>Case No. 23-90020 (DRJ)<br>(Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, et al.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>        v.<br><br>AG CENTRE STREET PARTNERSHIP L.P., et al.,<br><br>    Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs,<br><br>        v.<br><br>AGF FLOATING RATE INCOME FUND, et al.,<br><br>    Third-Party Defendants. | Adversary Proc. No. 23-09001 (DRJ) |

**FIRST LIEN LENDER DEFENDANTS'
NOTICE OF DEPOSITION OF ANDREW SVEEN**

**TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:**

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure, defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG Super Fund Master, L.P., AG SF Master (L), L.P., Silver Oak Capital, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Distressed Debt Fund, L.P., Contrarian Centre Street Partnership, L.P., Gamut Capital SSB, LLC, Z Capital Credit Partners CLO 2018-1 Ltd., Z

Exhibit Sveen 0003

Capital Credit Partners CLO 2019-1 Ltd., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., North Star Debt Holdings, L.P., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, a series of Columbia Funds Series Trust II, and Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I (collectively, the "First Lien Lender Defendants"), by their attorneys, will take the deposition upon oral examination of Andrew Sveen in the above-titled action at the offices of Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166, commencing May 5, 2023, at 8:30 a.m., and continuing from day to day thereafter until completed.

The deposition will be recorded by stenographic means and by videotape before a notary public or other officer authorized to administer oaths. You are invited to attend and cross-examine.

Dated:   New York, New York
         April 26, 2023

                                        **FRIEDMAN KAPLAN SEILER**
                                        **ADELMAN & ROBBINS LLP**

                                        *s/ Blair R. Albom*
                                        Lawrence S. Robbins*
                                        Eric Seiler*
                                        Anne E. Beaumont*
                                        Jamuna D. Kelley*
                                        Elizabeth Bierut*
                                        Blair R. Albom*
                                        7 Times Square
                                        New York, NY 11036-6516
                                        (212) 833-1100
                                        lrobbins@fklaw.com
                                        eseiler@fklaw.com
                                        abeaumont@fklaw.com
                                        jkelley@fklaw.com
                                        ebierut@fklaw.com
                                        balbom@fklaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
kziman@paulweiss.com
bhermann@paulweiss.com
lclayton@paulweiss.com
aehrlich@paulweiss.com
mcolarossi@paulweiss.com

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6000
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*admitted pro hac vice*

*Attorneys for the First Lien Lender Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I caused to be served true and correct copies of the foregoing Notice of Deposition to Andrew Sveen via electronic mail upon:

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel: (713) 546-5040
Email: Gabriel.Morgan@weil.com
Stephanie.Morrison@weil.com

David J. Lender*
Luna Barrington*
Richard Gage*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Email: david.lender@weil.com
luna.barrington@weil.com
richard.gage@weil.com

*Attorneys for Debtor and Plaintiff Serta Simmons Bedding, LLC*

GIBSON, DUNN & CRUTCHER LLP
Gregg J. Costa (24028160)
811 Main Street, Suite 3000
Houston, TX 77002
Tel: (346) 718-6600
Email: gcosta@gibsondunn.com

Orin Snyder*
Jennifer L. Conn*
Amanda M. Aycock*
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Email: osnyder@gibsondunn.com
jconn@gibsondunn.com
aaycock@gibsondunn.com

JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Bruce Ruzinksy (17469425)
Victoria N. Argerplos (24105799)
Gabriela M. Barake (24099794)
Tel: (713) 752-4200
Email: bruzinsky@jw.com
vargeroplos@jw.com
gbarake@jw.com

*Attorneys for Plaintiffs Invesco Senior Secured Management, Inc. Credit Suisse Asset Management, LLC, Eaton Vance Management, Boston Management and Research, and Barings LLC*

4

MCKOOL SMITH P.C.
John J. Sparacino
S. Margie Venus
600 Travis Street
Suite 7000
Houston, TX  77002
Tel: (713) 485-7306
Email:  jsparacino@mckoolsmith.com
       mvenus@mckoolsmith.com

HOLWELL SHUSTER & GOLDBERG LLP
Michael Shuster*
Neil R. Lieberman*
Brian T. Goldman*
Vincent Levy*
425 Lexington Avenue
New York, New York 10017
Tel: (646) 837-5168
Email:  mshuster@hsgllp.com
       nlieberman@hsgllp.com
       bgoldman@hsgllp.com
       vlevy@hsgllp.com

*Attorneys for Defendants LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., and LCM 28 LTD*

Dated:  New York, New York
      April 26, 2023

                            FRIEDMAN KAPLAN SEILER
                              ADELMAN & ROBBINS LLP

                            s/ *Blair R. Albom*
                            Lawrence S. Robbins*
                            Eric Seiler*
                            Anne E. Beaumont*
                            Jamuna D. Kelley*
                            Elizabeth Bierut*
                            Blair R. Albom*
                            7 Times Square
                            New York, NY  10036-6516
                            212-833-1100 (Phone)

5

lrobbins@fklaw.com
eseiler@fklaw.com
abeaumont@fklaw.com
jkelley@fklaw.com
ebierut@fklaw.com
balbom@fklaw.com

*admitted pro hac vice*