# DEFENDANTS'
# EXHIBIT 356

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 357

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 358

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 359

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 360

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 361

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 362

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 363

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 364

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 365

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 366

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 367

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 368

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 369

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 370

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 371

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 372

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 373

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 374

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 375

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 376

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 377

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 378

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 379

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 380

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 381

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 382

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 383

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 384

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 385

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 386

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 387

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 388

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 389

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 390

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 391

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 392

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 393

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 394

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 395

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 396

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 397

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 398

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 399

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 400

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 401

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 402

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 403

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 404

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 405

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 406

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 407

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 408

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 409

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 410

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 411

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 412

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 413

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 414

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 415

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 416

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 417

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 418

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 419

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 420

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 421

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 422

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 423

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 424

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 425

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 426

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 427

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 428

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 429

# FILED UNDER SEAL