# DEFENDANTS' EXHIBIT 432

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 433

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 434

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 435

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 436

# FILED UNDER SEAL

# DEFENDANTS'
# EXHIBIT 437

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 438

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 439

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 440

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 441

# FILED UNDER SEAL

# DEFENDANTS' EXHIBIT 442

# FILED UNDER SEAL