# DEFENDANTS' EXHIBIT 456

# Murray Energy Corporation Announces Completion of Refinancing Transactions to Extend Maturities, Reduce Indebtedness and Lower Cash Interest Payments



NEWS PROVIDED BY
**Murray Energy Corporation →**
Jul 02, 2018, 16:30 ET

ST. CLAIRSVILLE, Ohio, July 2, 2018 /PRNewswire/ -- Murray Energy Corporation ("Murray Energy") announced today it has completed its previously announced refinancing transaction (the "Transactions") that beneficially impacts Murray Energy's balance sheet and extends upcoming debt maturities.

The Transactions were consummated pursuant to the terms of a Transaction Support Agreement dated as of June 4, 2018 (the "TSA") with certain holders (the "Supporting Noteholders") of its 11.25% Senior Secured Notes due 2021 (the "Existing 11.25% Notes") and lenders (the "Supporting Lenders" and, together with the Supporting Noteholders, the "Supporting Parties") of term loans (the "Existing Term Loans") under Murray Energy's Credit Agreement and Guaranty Agreement (as amended, the "Credit Agreement") dated as of April 16, 2015 and consisted of: 1.) a private exchange in which the Supporting Noteholders exchanged approximately 71% of the Existing 11.25% Notes for new 12.00% Senior Secured Notes due 2024 (the "New Notes"), at an exchange rate of $740 in aggregate principal amount

of New Notes for each $1,000 in aggregate principal amount of Existing 11.25% Notes exchanged; 2.) amendments to the indenture governing the Existing 11.25% Notes to, among other things, permit the Transactions; 3.) an exchange with lenders under the Credit Agreement, including the Supporting Lenders, of more than 97% of Existing Term Loans by outstanding principal amount for new term loans (the "New Term Loans") governed by a new Superpriority Credit Agreement; and 4.) certain amendments to the terms of the Credit Agreement and the Collateral Trust Agreement governing the existing indebtedness.

Murray Energy issued $495.4 million of the New Notes, which bear interest at a rate of 9% per annum in cash and 3% per annum in payment-in-kind and are secured by a lien on the collateral that secures the Existing 11.25% Notes that ranks senior to the lien securing the Existing 11.25% Notes.  The liens securing the New Notes rank junior to the liens securing the New Term Loans and the Existing Term Loans.

The New Term Loans mature in 2022 and are secured by a lien on the collateral securing the Existing Term Loans that ranks senior to the liens securing the Existing Term Loans, the New Notes and Existing 11.25% Notes.

Murray Energy also entered into a new amended and restated ABL Credit Agreement providing for $135,000,000 in revolving loan commitments and $90,000,000 in "last-out" term loan commitments, each maturing in 2021.

Further, obligations under the New Notes and the New Term Loans are guaranteed by Murray Kentucky Energy, Inc. and its subsidiaries, and Murray South America, Inc., in addition to Murray Energy's subsidiaries that guarantee its obligations under the Existing 11.25% Notes and Existing Term Loans. The obligations under the New Notes and the New Term Loans are secured by, together with the liens described above, a pledge of 100% of the stock of Murray South America, Inc. and Murray Kentucky Energy, Inc., liens on assets of Murray Kentucky Energy, Inc. and its subsidiaries, certain of Murray Energy's indirect equity interests in entities with operations in Colombia and Murray Energy's indirect equity interests in Javelin Global Commodities Holdings LLP ("Javelin").  Javelin is a leading marketing and trading firm of thermal coal and other commodities, and remains the primary marketer of Murray Energy's

coal in the global export marketplace.  Javelin has been recognized as a major force in commodity markets and is expected to ship approximately 65 million tons of coal in 2018, from Murray Energy and other coal producers.

Further inquiries should be directed to media@coalsource.com.

SOURCE Murray Energy Corporation

Related Links

http://www.murrayenergycorp.com