# DEFENDANTS' EXHIBIT 462

### TriMark

# New Coverage: TriMark Recapitalization Executed on Non-Pro-Rata Basis With Majority 1L Term Lenders Including Oaktree, Says Transaction 'Authorized' Under Credit Facilities; Minority 1L Term Lenders Evaluate Options Including Litigation

Thu 09/17/2020 14:30 PM

Share this article:

An ad hoc group of minority lenders to Centerbridge Partners-owned TriMark's $560 million L+350 basis points first lien term loan due August 2024 is evaluating its options, including litigation, to challenge a non-pro-rata recapitalization executed with a group of majority first lien term lenders including Oaktree Capital it was excluded from participating in, according to sources. The group is working with King & Spalding as legal advisor, the sources said.

*Continue reading for the [Americas Core Credit by Reorg](#) team's coverage of TriMark, and [request a trial](#) to access our coverage of thousands of other distressed and performing credits.*

TriMark, a Mansfield, Mass.-based distributor of foodservice equipment and supplies to restaurants, on Wednesday publicly announced the closing of the recapitalization, which will "increase the Company's liquidity and financial strength and support the Company's investment in working capital to meet improving demand as customers recover from the pandemic."

The transaction amends certain existing loan documents to permit a $120 million new-money superpriority "first out" term loan that ranks ahead of the existing first lien term loan and a $307 million superpriority "second out" term loan that ranks ahead of the existing first lien term loan. Proceeds from the second-out tranche will be used to purchase $307 million of the existing first lien term loan at par.

The first lien term loan was quoted today at 50/70, according to a trading desk. The capital structure includes a $250 million ABL due April 2024 and a $235 million L+350 bps second lien term loan due 2025, the sources said. The second lien term loan was quoted today at 1/10, according to the trading desk.

TriMark is working with Kirkland & Ellis as legal advisor, the sources said.

Centerbridge acquired TriMark from Warburg Pincus in 2017.

"TriMark has consummated a comprehensive recapitalization transaction with support from a majority of our first lien term lenders. The recapitalization transaction, **which is authorized under the terms of the company's credit facilities**, meaningfully improves TriMark's liquidity and the ability to weather the pandemic and return to pre-pandemic performance levels," a TriMark spokesperson said in an emailed statement to Reorg (emphasis added).

Centerbridge, Oaktree Capital and King & Spalding did not immediately respond to requests for comment. A representative for Kirkland & Ellis declined to comment.

--Harvard Zhang

*Disclosure: Funds associated with Warburg Pincus hold a majority interest in the parent company of Reorg Research Inc.*

Share this article:

This article is an example of the content you may receive if you subscribe to a product of Reorg Research, Inc. or one of its affiliates (collectively, "Reorg"). The information contained herein should not be construed as legal, investment, accounting or other professional services advice on any subject. Reorg, its affiliates, officers, directors, partners and employees expressly disclaim all liability in respect to actions taken or not taken based on any or all the contents of this publication. Copyright © 2023 Reorg Research, Inc. All rights reserved.

Previous Story    Next Story

## Interested in a Reorg subscription for your business?

Request A Trial

### Products

- Americas Core Credit
- Americas Covenants
- Americas Middle Market
- Americas Municipals
- Asia Core Credit
- Credit Cloud
- EMEA Core Credit
- EMEA Covenants
- EMEA Middle Market
- Fundamentals
- FinDox
- ESGx
- ESMA
- First Day

### Solutions

- Reorg Solutions
- Investment Management
- Investment Banks
- Law Firms
- Professional Services
- Corporates
- Packaged Solutions

### Company

- About Us
- Contact Us
- Join Us
- Our Commitment
- Partnerships
- Press & Awards

### Resources

- Events & Webinars
- Intelligence
- Podcasts
- Reorg Blog
- Reorg on the Record
- Training
- Videos

### Data

- Advisors Data
- BDC Data
- Collateralized Loan Obligation (CLO)
- DIP Financing Data
- First Day Data
- Key Employee Incentive Plan (KEIP) Data
- Legal Billing Rates Data
- Market Maker HY Bond Data
- Representative Loan Terms
- Restructuring Data
- Reorg's Restructuring Risk Index Data
- Unsecured Creditors Data

© 2023 Reorg
Reorg is a registered trademark of Reorg Research, Inc.

Submit A Tip
Terms & Conditions - Reorg
Terms & Conditions – API Services
Privacy Policy

Sign up for Reorg on the Record