# DEFENDANTS' EXHIBIT 463



# TriMark USA Enters Into Agreement with Lenders on Liquidity Enhancing Transaction

*Transaction Provides $120 million in New Capital to Increase Financial Strength and Support Improving Customer Demand*

**Mansfield, MA** – September 15, 2020 – TriMark USA, LLC the country's largest provider of design services, equipment, and supplies to the foodservice industry, today announced the closing of a recapitalization transaction with support from a majority of its First Lien Term Loan Holders. The financing provides for $120 million in new capital to increase the Company's liquidity and financial strength and support the Company's investment in working capital to meet improving demand as customers recover from the pandemic.

"The agreement with our lenders announced today will enhance our financial position during the market recovery," said TriMark CEO Marie Ffolkes. "The transaction will deliver value to our stakeholders and provide the Company with increased financial flexibility as we continue to navigate evolving and volatile market conditions as a result of the pandemic, implement our ongoing business initiatives, and offer our customers the leading service they have come to expect from TriMark. We are appreciative of our lenders for their support and confidence in our long-term success."

The transaction amends certain existing loan documents to permit the following:
New Money Tranche: $120mm of newly funded super-priority "first out" debt ranking ahead of the Existing First Lien Term Loans.
Second Out Tranche: $307 million of super priority "second out" debt ranking ahead of the Existing First Lien Term Loans the proceeds of which will be used to purchase $307 million of Existing First Lien Term Loans at par.

**About TriMark USA**

TriMark USA is the country's largest provider of design services, equipment, and supplies to the foodservice industry. We proudly serve our customers by providing design services, commercial equipment, and foodservice supplies across a wide range of industries and business sectors. Headquartered in Massachusetts, we have locations across the country which offer foodservice operators an unparalleled level of service by combining our unique design capabilities and our expert market knowledge with the purchasing strength, delivery, installation and after sales service capabilities of a national company. Our employees are focused on creating customized solutions for our customers to ensure they achieve their culinary goals.
For more information, please visit: www.trimarkusa.com.





Case 23-09001   Document 257-76   Filed in TXSB on 05/14/23   Page 3 of 3 News | TriMark USA

About Us   Careers   Catalogs   Contact Us / FAQs   Divisions   Services

California Privacy Notice
Code of Business Ethics and Conduct
Privacy Policy
Supplier Code of Conduct
Terms of Design
Terms of Purchase
Terms of Sale
Terms of Use
Trademarks

    

TriMark USA, LLC    9 Hampshire Street    Mansfield, MA 02048    P:888.662.6935

Copyright © 2023 TriMark. All Rights Reserved.