# DEFENDANTS' EXHIBIT 466

# FILED UNDER SEAL