# DEFENDANTS' EXHIBIT 467

# FILED UNDER SEAL