# DEFENDANTS' EXHIBIT 468

# FILED UNDER SEAL