# DEFENDANTS' EXHIBIT 469

# FILED UNDER SEAL