# DEFENDANTS' EXHIBIT 470

# FILED UNDER SEAL