# DEFENDANTS' EXHIBIT 471

# FILED UNDER SEAL