# DEFENDANTS' EXHIBIT 472

# FILED UNDER SEAL