# DEFENDANTS' EXHIBIT 473

# FILED UNDER SEAL