# DEFENDANTS' EXHIBIT 474

# FILED UNDER SEAL