# DEFENDANTS' EXHIBIT 475

# FILED UNDER SEAL