# DEFENDANTS' EXHIBIT 476

# FILED UNDER SEAL