# DEFENDANTS' EXHIBIT 477

# FILED UNDER SEAL