# DEFENDANTS' EXHIBIT 478

# FILED UNDER SEAL