UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-09001 (DRJ) |
|---|---|---|---|
| SERTA SIMMONS BEDDING, LLC, et al. | | | |
| *versus* | | | |
| AG CENTRE STREET PARTNERSHIP L.P., et al. | | | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Joseph Serino, Jr.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  26034<br>212.906.1717<br>New York, 2407492 |
|---|---|

Seeks to appear as the attorney for this party:

| UBS AG, Stamford Branch | |
|---|---|
| Dated: May 16, 2023 | Signed: /s/ Joseph Serino, Jr. _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:          Signed: _____<br>                          Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                            United States Bankruptcy Judge