IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § | Case No. 23-90020 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| ------------------------------------------------------- | § | |
| | § | |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § | Adversary Proc. No. 23-09001 (DRJ) |
| | § | |
| Plaintiffs and Counterclaim Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*, | § | |
| | § | |
| Defendants and Counterclaim Plaintiffs, | § | |
| v. | § | |
| | § | |
| AGF FLOATING RATE INCOME FUND, *et al.*, | § | |
| | § | |
| Third Party Defendants. | § | |
| ------------------------------------------------------- | § | |

NOTICE OF FILING PROPOSED
ORDER SETTING SETTLEMENT CONFERENCE

**PLEASE TAKE NOTICE** that on May 14, 2023, Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

possession (collectively, the "**Debtors**") filed the *Modified First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* (Docket No. 874) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented from time to time, the "**Plan**").  A hearing to consider confirmation of the Plan was held May 15 through May 18, 2023 and is scheduled to continue on **May 25, 2023 at 2:00 p.m. (Central Time).**

**PLEASE TAKE FURTHER NOTICE** that, for the reasons set forth on the record at the hearing on May 18, 2023, the Debtors hereby file the proposed *Order Setting Settlement Conference*, attached hereto as **Exhibit A**.

Dated:  May 19, 2023
           Houston, Texas

Respectfully submitted,

  /s/ Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel:  (713) 546-5040
Fax: (713) 224-9511
Email:  Gabriel.Morgan@weil.com
            Stephanie.Morrison@weil.com

-and-

Ray C. Schrock (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:   (212) 310-8000
Fax:  (212) 310-8007
Email: Ray.Schrock@weil.com
            Alexander.Welch@weil.com

*Attorneys for Debtors and Debtors-in-Possession*

**Certificate of Service**

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                                                                */s/ Gabriel A. Morgan*
                                                                                                Gabriel A. Morgan