**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** | § | **Case No. 23-90020 (DRJ)** |
| *et al.,* | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |
| ---------------------------------------------------------- | § | |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** | § | **Adversary Proc. No. 23-09001 (DRJ)** |
| *et al.,* | § | |
| | § | |
| **Plaintiffs and Counterclaim Defendant,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AG CENTRE STREET PARTNERSHIP** | § | |
| **L.P.,** *et al.,* | § | |
| | § | |
| **Defendants and Counterclaim Plaintiffs,** | § | |
| **v.** | § | |
| | § | |
| **AGF FLOATING RATE INCOME FUND,** | § | |
| *et al.,* | § | |
| | § | |
| **Third Party Defendants.** | § | |
| ---------------------------------------------------------- | § | |

## EXHIBITS ADMITTED BY STIPULATION OF THE PARTIES

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

It is hereby stipulated by and agreed between the parties in this adversary proceeding (together, the "**Parties**"), through their respective counsel:

    1.    The Parties stipulate to the admissibility of the following documents not previously admitted into evidence and request that they be admitted into evidence:

| Debtors Ex. No. | Description | Offered | Admitted | Dkt. No. |
|---|---|---|---|---|
| 6 | First Lien Term Loan Agreement [ECF 1-1], dated 11/8/2016 | x | x | 853-6 |
| 8 | Angelo Gordon - Serta Simmons ("SSB") Recap, dated 1/1/2020 [AG_SSBADVERSARY_00000645-711 - *Confidential*] – **FILED UNDER SEAL** | x | x | 861-3 |
| 9 | Email from A. Midha to B. Fraser et al re Serta - Transaction and attaching Serta - Transaction vShare 01.25.2020.pdf, dated 1/25/2020 [AG_SSBADVERSARY_00003576-3582 - *Confidential*] – **FILED UNDER SEAL** | x | x | 861-4 |
| 10 | Debtwirte, Serta Simmons engages financial advisor, as loans go lower, dated 3/25/2020 | x | x | 861-10 |
| 11 | Angelo Gordon - Serta Simmons ("SSB") Recap, dated 3/1/2020 [AG_SSBADVERSARY_00001859-1925 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-5 |
| 12 | Email from A. Kaplan to B. Fraser re IC Tomorrow and attaching Angelo Gordon - Serta Simmons ("SSB") Recap, dated 3/1/2020 [AG_SSBADVERSARY_00001951-2019 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-6 |
| 13 | Meeting invite from S. Thomashow attaching Angelo Gordon - Serta Simmons ("SSB") Recap, dated 3/1/2020 [AG_SSBADVERSARY_00002020-2096 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-7 |

| 14 | Email from B. Fraser to J. O'Meara re SSB Slides and attaching Angelo Gordon Serta - January 2020 Proposed Transaction Document, dated 3/2/2020 [AG_SSBADVERSARY_00000994-997 - *Confidential*] – **FILED UNDER SEAL** | x | x | 861-8 |
|---|---|---|---|---|
| 15 | Email from D. Cheon to T. Kwon attaching Serta Simmons Investment Memo (Nov 2019) vFF.pdf, dated 3/2/2020 [APO_SSBADVERSARY_00002960-3071 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-9 |
| 17 | Email from R. Mollett to K. Prince et al re Proposed Transaction and attaching SSB - Proposed Transaction - External (3.3.2020), dated 3/4/2020 [SSB_ADVERSARY00092287 – 91 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-11 |
| 22 | Email from D. Cheon to T. Kwon regarding Serta 1L., dated 3/12/2020 [APO_SSBADVERSARY-00001378-1382 – *Highly Confidential – Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-16 |
| 23 | Email from P. Yarrow regarding Serta Simmons bedding, LLC - November 2016: Monitoring (Formatted_ and attaching Monitoring (Formatted).PDF", dated 3/12/2020 [SSB_ADVERSARY00152547-59 - *Confidential*] – **FILED UNDER SEAL** | x | x | 861-17 |
| 24 | Email from T. Kwon to A. Jhawar regarding Serta 1L., dated 3/13/2020 [APO_SSBADVERSARY-00001425-30 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-18 |
| 26 | Email from G. Song to L. Medley et al re Executive Committee Approval Form - Serta TL, dated 3/16/2020 [APO_SSBADVERSARY_00000001-004 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-20 |

| | | | | |
|---|---|---|---|---|
| 27 | Email from CHAT-fs-5E70B67F19300068 to JZITO6 <JZIT06@Bloomberg.net et al re IB: 2 Users, 31 Messages, 5 Hours 58 Minutes, dated 3/17/2020 [AG_SSBADVERSARY-00003974-76 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-21 |
| 28 | Email from L. Sharpe to J. Vanek et al re Serta, dated 3/17/2020 [APO_SSBADVERSARY-00000768-70 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-22 |
| 32 | Email from T. Kwon to L. Sharpe et al re Serta, dated 3/24/2020 [APO_SSBADVERSARY-00000802-04 - *Confidential*] – **FILED UNDER SEAL** | x | x | 861-26 |
| 33 | Email from M. Kreger to P. Yarrow re Serta, dated 3/24/2020 [SSB_ADVERSARY00156726-28 – Confidential] – FILED UNDER SEAL | x | x | 861-27 |
| 34 | Email from M. Hanigan to M. Kreger re SSB, dated 3/25/2020 [GAM_SSBADVERSARY-00001074-75 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-28 |
| 35 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 3/25/2020 [SSB_ADVERSARY00089057- 89146 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-29 |
| 38 | Email from J. Baird to R. Mollett re Exclusive: (DW) Serta Simmons engages financial advisor, lenders select counsel – Update, dated 3/26/2020 [AG_SSBADVERSARY-00004072-75 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-32 |
| 39 | Email from M. Kreger to J. Zaken re Serta, dated 3/26/2020 [GAM_SSBADVERSARY-00000074 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-33 |

| 40 | Email from S. Baskind to T. Ewald, P. Yarrow, and 'NY- HYLoans Analysts' regarding Serta Simmons Bedding, LLC - November 2016: Deal Events - Alerts., dated 3/26/2020 [SSB_ADVERSARY00156733-36 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-34 |
|---|---|---|---|---|
| 42 | Email from T. Kwon to D. Sambur et al re Quick Serta Update, dated 3/27/2020 [APO_SSBADVERSARY-00001530 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-36 |
| 43 | Email from D. Sambur to T. Kwon re Quick Serta Update, dated 3/27/2020 [APO_SSBADVERSARY-00001533-34 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-37 |
| 44 | Meeting invite from D. Cajigas to A. Midha et al re Serta Discussion, dated 3/27/2020 [GAM_SSBADVERSARY-00000006-07 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-38 |
| 45 | Email from R. Mollett to J. Baumgarten re Performing credit, dated 3/29/2020 [AG_SSBADVERSARY-00004078-81 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-39 |
| 46 | Email from T. Kwon attaching Angelo Gordon - Proposed Transaction, dated 3/30/2020 [APO_SSBADVERSARY_00000071-75 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-40 |
| 47 | Email from T. Kwon to Z. Barratt re Serta, dated 3/30/2020 [APO_SSBADVERSARY-00001535 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-41 |
| 48 | Email from T. Kwon to A. Jhawar re Tempur Sealy draws $200 million from its credit facility; today's liquidity roundup, dated 3/30/2020 [APO_SSBADVERSARY-00001536-37 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-42 |

| | | | | |
|---|---|---|---|---|
| 53 | Email from D. Sambur to T. Kwon et al re Serta Leakage Analysis, dated 4/1/2020 [APO_SSBADVERSARY-00001541 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 861-47 |
| 55 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 4/3/2022 [SSB_ADVERSARY00088988-89012 – *Confidential*] – **FILED UNDER SEAL** | x | x | 861-49 |
| 56 | April 7, 2020 Letter from Gibson Dunn to Serta, dated 4/7/2020 [SSB_ADVERSARY00109685-700 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862 |
| 58 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 4/7/2020 [SSB_ADVERSARY00088959-87 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-2 |
| 60 | Email from R. Mollett to R. Mollett re CSF Notes, dated 4/8/2020 [AG_SSBADVERSARY-00004886-4927 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-4 |
| 61 | Email from J. Abramson to D. Sambur et al re Serta, dated 4/9/2020 [PJT_SSBADVERSARY-00002886 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-5 |
| 64 | Email from A. Abramson to R. Mollett re Serta – Update, dated 4/12/2020 [AG_SSBADVERSARY-00004100-02 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-8 |
| 65 | Email from D. Sambur to T. Kwon re Serta - Update and attaching Structure Overview vFinal. pdf, Returns Sensitivity Analysis vFinal .pdf; Project Sercial Diligence Request List (4. 12.2020).pdf, dated 4/12/2020 [APO_SSBADVERSARY-00001543-57 - *Confidential/Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-9 |

| 66 | Email from T. Kwon to D. Sambur re: Serta - Update., dated 4/12/2020 [APO_SSBADVERSARY-00001558-59 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-10 |
|----|----|----|----|----|
| 67 | Email from M. Kreger to M. Hanigan re Serta – Update, dated 4/12/2020 [GAM_SSBADVERSARY-00000080-81 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-11 |
| 68 | Email from R. Mollett to G. Walls et al re Co-investments dated 4/13/2020 [AG_SSBADVERSARY-00004103 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-12 |
| 69 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 4/14/2020 [SSB_ADVERSARY00088931-45 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-13 |
| 70 | Email from R. Dwyer to L. Sharpe re Assignment for review Serta Simmons 4176670, dated 4/16/2020 [APO_SSBADVERSARY-00000883-84 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-14 |
| 71 | Email from T. Kwon to R. Dwyer et al re ** PLEASE EXECUTE '" Comments Added to Timeline, Trade 4176670, Serta Simmons Bedding (11/16) 1st Lien (Barclays Bank PL to APOLLO GLOBAL MA) 3/12/2020 (CP Message: 18), dated 4/16/2020 [APO_SSBADVERSARY-00000888-90 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-15 |
| 72 | Email from R. Dwyer to T. Kwon re ** PLEASE EXECUTE '" Comments Added to Timeline, Trade 4176670, Serta Simmons Bedding (11/16) 1st Lien (Barclays Bank PL to APOLLO GLOBAL MA) 3/12/2020 (CP Message: 18), dated 4/16/2020 [APO_SSBADVERSARY-00001292 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-16 |

| 73 | Email from E. Eugene to D. Cajigas et al re Serta – Update, dated 4/17/2020 [GAM_SSBADVERSARY-00002433-34 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-17 |
|----|----|----|----|----|
| 74 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 4/17/2020 [SSB_ADVERSARY00088909-30 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-18 |
| 77 | Email from A. Augusiak to B. Banks et al re Serta and attaching 2020.04.18 Lender Presentation Materials.pdf, dated 4/18/2020 [SSB_ADVERSARY00125223-55 - *Confidential*] – **FILED UNDER SEAL** | x | x | 862-21 |
| 78 | Email from J. Abramson (PJT) to D. Sambur (Apollo) re Serta Simmons Bedding, dated 4/20/2020 [APO_SSBADVERSARY_00000666-72 - *Confidential*] – **FILED UNDER SEAL** | x | x | 862-22 |
| 81 | Email from L. Sharpe to T. Kwon et al re Serta, dated 4/22/2020 [APO_SSBADVERSARY-00000920-21 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-25 |
| 84 | Email from T. Kwon to D. Sambur et al re Serta, dated 4/24/2020 [APO_SSBADVERSARY-00000948-50 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-28 |
| 85 | Email from R. Dwyer to L. Sharpe re Serta, dated 4/24/2020 [APO_SSBADVERSARY-00000965-67 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 862-29 |
| 86 | Email from A. Midha to D. Sambur et al re Serta – Latest, dated 4/24/2020 [PJT_SSBADVERSARY-00000210-11 - *Confidential*] – **FILED UNDER SEAL** | x | x | 862-30 |
| 88 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 4/24/2020 [SSB_ADVERSARY00088857-88908 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-32 |

| | | | | |
|---|---|---|---|---|
| 92 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 4/28/2020 [SSB_ADVERSARY00088815-56 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-36 |
| 93 | Email from S. Kleinman to T. Kwon re: Serta update, dated 4/29/2020 [APO_SSBADVERSARY-00001618-19 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-37 |
| 94 | Email from D. Sambur to S. Kleinman et al re Serta – Latest, dated 4/29/2020 [APO_SSBADVERSARY-00005071-74 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-38 |
| 96 | Email from A. Kaplan to B. Fraser re Update IC and attaching Angelo Gordon - Serta Simmons ("SSB") Recap, dated 4/30/2020 [AG_SSBADVERSARY_00000726-809 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-40 |
| 97 | Email from L. Sharpe to T. Kwon et al re Serta, dated 4/30/2020 [APO_SSBADVERSARY-00000987-88 - *Confidential*] – **FILED UNDER SEAL** | x | x | 862-41 |
| 98 | Email from T. Kwon to D. Sambur regarding Serta., dated 4/30/2020 [APO_SSBADVERSARY-00001626-27 - *Confidential*] – **FILED UNDER SEAL** | x | x | 862-42 |
| 99 | Email from T. Kwon to D. Sambur regarding Serta - Term Sheet - Discussion., dated 4/30/2020 [APO_SSBADVERSARY-00001633-34 - *Confidential*] – **FILED UNDER SEAL** | x | x | 862-43 |
| 100 | Appointment Email from A. Midha to B. Fraser, T. Kwon copying M. Manin and others regarding Serta - Term Sheet - Discussion, dated 4/30/2020 [GAM_SSBADVERSARY-00000016-17 - *Confidential*] – **FILED UNDER SEAL** | x | x | 862-44 |
| 102 | Email from T. Kwon to R. Dwyer re Serta and attaching 3.20 Serta Simmons 4176670.pdf, dated 5/1/2020 [APO_SSBADVERSARY-00000989-99 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-46 |

| 103 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 5/1/2020 [SSB_ADVERSARY00088797-88814 – *Confidential*] – **FILED UNDER SEAL** | x | x | 862-47 |
|-----|---|---|---|---|
| 107 | Email from D. Sambur to J. Harris re Apollo Private Equity IC Materials (5/4/2020) attaching Serta Simmons IC Update 05 04 2020 vF.pdf, dated 5/3/2020 [APO_SSBADVERSARY_00003911-30 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863 |
| 108 | Email from D. Cajigas to R. Shah et al re Serta - Indicative Financing Proposal and attaching 13758342_8_Serta - Term Sheet - Term Loan (Unrestricted Subsidiary).pdf; 13757751_9_Serta - Term Sheet – Term Loan (Non-Guarantor).DOCX; 13757751_9_Serta - Term Sheet - Term Loan (Non-Guarantor).pdf; 13758342_8_Serta - Term Sheet - Term Loan (Unrestricted Subsidiary).DOCX; Project Sercial - Proposal to Company vShare.pdf, dated 5/4/2020 [SSB_ADVERSARY00133004-20 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-1 |
| 110 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 5/5/2020 [SSB_ADVERSARY00088766-96 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-3 |
| 114 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 5/8/2020 [SSB_ADVERSARY00088744-65 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-7 |
| 115 | Email from S. Greenberg to K. Chopra re Mattresses, dated 5/8/2020 [SSB_ADVERSARY00113780-82 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-8 |
| 117 | Email from B. Banks to W. Evarts et al re Serta, dated 5/9/2020 [PJT_SSBADVERSARY-00000361-64 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-10 |

| | | | | |
|---|---|---|---|---|
| 119 | Email from J. Vanek and T. Kwon, dated 5/11/2020 [APO_SSBADVERSARY-00005209 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-12 |
| 124 | Email from D. Cheon to T. Kwon re 5/13 Partners Meeting - Brief Serta Update, dated 5/12/2020 [APO_SSBADVERSARY_00003931-32 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-17 |
| 125 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 5/12/2020 [SSB_ADVERSARY00088676-88743 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-18 |
| 126 | Email from D. Sambur (Apollo) to J. Zaken (Gamut) re: Serta dated 5/13/2020 [APO_SSBADVERSARY-00005173-77 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 863-19 |
| 130 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 5/14/2020 [SSB_ADVERSARY00088608-75 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-23 |
| 133 | Email from D. Meiering to L. Farano and others  re Serta, dated 6/6/2020 [SSB_ADVERSARY00146502-03 - *Confidential*] – **FILED UNDER SEAL** | x | x | 863-26 |
| 136 | Email from L. Farano to D. Meiering re: Serta let's get restricted, dated 5/18/2020 [SSB_ADVERSARY00458556-58 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 863-29 |
| 137 | Email from McDermott to S. Greenberg et al re Serta, dated 5/19/2020 [EatonVance_ADVERSARY00000157-160 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-30 |
| 140 | Email from D. Sambur to T. Kwon re [SSB] Term Sheet Response, dated 5/20/2020 [APO_SSBADVERSARY_00003075-76 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-33 |

| | | | | |
|---|---|---|---|---|
| 141 | Email from D. Sambur to T. Kwon re Term Sheet Response, dated 5/20/2020 [APO_SSBADVERSARY_00003217-18 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-34 |
| 142 | Email from M. Searles to T. Murphy re: Simba \| Barings Term Sheetand attaching document titled "Simba - Term Sheet (Barings_Weil)", dated 5/20/2020 [SSB_ADVERSARY00456483-89 – *Confidential*] – **FILED UNDER SEAL** | x | x | 863-35 |
| 146 | Email from M. Searles to A. Welch and others Re: : Simba \| Barings Term Sheet and attaching Project Simba Term Sheet, dated 5/22/2020 - *Confidential*] – **FILED UNDER SEAL** | x | x | 863-39 |
| 156 | Email from P. Daniello to M. Kinahan re Serta - Seems like best of bad situation, dated 5/26/2020 [SSB_ADVERSARY00147824 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 863-49 |
| 157 | Email from P. Yarrow to J. Rotondo re Serta Simmons Bedding, LLC - Centerview Straw-Man Proposal for Ad-Hoc Group, dated 5/26/2020 [SSB_ADVERSARY00156813-17 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 864 |
| 161 | Email from T. Murphy to M. Searles re Simba and attaching, "DRAFT_Simba Summary.v8.pdf, dated 5/27/2020 [SSB_ADVERSARY00456504-07 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-4 |
| 162 | Email from D. Cheon to L. Heller, T. Kwon regarding [Serta] Proposed Blowout Materials and attaching, "Serta Simmons Summary of Restructuring Proposal (2020 05 28) v1.pdf", dated 5/28/2020 [APO_SSBADVERSARY-00005257-67 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-5 |

| 166 | Email from P. Daniello to T. Kwon re Serta, dated 5/28/2020 [SSB_ADVERSARY00147128-29 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-9 |
|---|---|---|---|---|
| 170 | Email from R. Shah to K. Chopra RE: Simba \| Gibson Term Sheet \| Subject to Express Confidentiality Agreement & FRE 408, dated 5/29/2020 [SSB_ADVERSARY00118252-55 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-13 |
| 171 | Email from V. Bonhamgregory to M. Searles A. Welch, D. Mihalick and others regarding Simba \| Barings Term Sheet \| Subject to Express Confidentiality Agreement & FRE 408 and attaching, "Simba - Term Sheet (Barings)-v10.doc; Redline - Simba - Term Sheet (Barings)-v7 and Simba - Term Sheet (Barings)-v10.pdf", dated 5/29/2020 [SSB_ADVERSARY00271111-19 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-14 |
| 173 | Email from A. Dhal to V. Bonhamgregory et al re Simba I Angelo Term Sheet I Subject to Express Confidentiality Agreement & FRE 408 and attaching Serta - Term Sheet - Term Loan (Non-Guarantor) (against Weil 5-28).pdf; Serta – Term Sheet - Term Loan (Non-Guarantor) (PW Draft 5-30-20).docx; Serta - Term Sheet - Term Loan (Unrestricted Subsidiary) (against Weil 5-28).pdf; Serta - Term Sheet – Term Loan (Unrestricted Subsidiary) (PW Draft 5-30-20).docx, dated 5/30/2020 [SSB_ADVERSARY00271127-52 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-16 |

| 174 | Email from R. Brady to N. Leichtling et al re ACWP and attaching 05.31.2020_Serta Simmons_Investment Committee_Transaction Update.pdf, dated 5/31/2020 [GAM_SSBADVERSARY-00002697-2718 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 864-17 |
| 175 | Email from P. Yarrow to NY0HYLoans Analysts re Serta Simmons Bedding, LLC - 1Q20 Financial Update -REC: HOLD, dated 5/31/2020 [SSB_ADVERSARY00152671-75 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-18 |
| 179 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 6/2/2020 [SSB_ADVERSARY00088454-80 – *Confidential*] – **FILED UNDER SEAL** | x | x | 864-22 |
| 182 | Email from L. Heller to T. Kwon et al re Serta and attaching Comparison of Key Economic Terms 6.3.20 v2.pdf, dated 6/3/2020 [APO_SSBADVERSARY-00005372-77 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 864-25 |
| 183 | Email from D. Sambur (Apollo) to T. Kwon (Apollo) re: Serta, dated 6/3/2020 [APO_SSBADVERSARY-00005378-82 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 864-26 |
| 189 | Email from K. Egan to P. Yarrow, J. Rotondo, D. Lukkes and others regarding Serta Simmons | Company Counterproposal, dated 6/3/2020 [SSB_ADVERSARY00154077-82 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-32 |
| 196 | Email from T. McDonnell to E. Lloyd re: Special Situations IC & New Money UW Opportunity – Restricted, dated 6/4/2020 [SSB_ADVERSARY00456375-94 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-39 |

| | | | | |
|---|---|---|---|---|
| 197 | Email from D. Meiering to T. Flannery, L. Farano and others re FW: Illustrative Ipco alternative, dated 6/4/2020 [SSB_ADVERSARY00458588-89 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 864-40 |
| 198 | Email from J. Zaken to R. Mollett et al re Special Situations: Serta Simmons considering IP transfer opposed by first-lien lenders, dated 6/5/2020 [AG_SSBADVERSARY-00004327-29 – *Confidential*] – **FILED UNDER SEAL** | x | x | 864-41 |
| 199 | Email from J. Zaken to A. Alimansky and others re: Special Situations: Serta Simmons considering IP transfer opposed by first-lien lenders, dated 6/5/2020 [GAM_SSBADVERSARY-00000143-47 - *Confidential*] – **FILED UNDER SEAL** | x | x | 864-42 |
| 200 | Email from J. Zaken to M. Kreger et al re Special Situations: Serta Simmons considering IP transfer opposed by first-lien lenders, dated 6/5/2020 [GAM_SSBADVERSARY-00000148-50 – *Confidential*] – **FILED UNDER SEAL** | x | x | 864-43 |
| 201 | Email from J. Zaken to M. Kreger et al re Special Situations: Serta Simmons considering IP transfer opposed by first-lien lenders, dated 6/5/2020 [GAM_SSBADVERSARY-00000151-53 – *Confidential*] – **FILED UNDER SEAL** | x | x | 864-44 |
| 209 | Email from J. Stewart to M. Searles re: Project Simba Update, dated 6/5/2020 [SSB_ADVERSARY00456145 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-2 |
| 211 | Email from J. Baird to D. Sambur et al re [Serta] Group Call, dated 6/6/2020 [PJT_SSBADVERSARY-00001177-82 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-4 |
| 212 | Email from D. Sambur to W. Evarts et al re Group Call, dated 6/6/2020 [PJT_SSBADVERSARY-00001183-88 - *Confidential*] – **FILED UNDER SEAL** | x | X | 865-5 |

| | | | | |
|---|---|---|---|---|
| 216 | Email from M. Kreger to P. Yarrow re Serta, dated 6/6/2020 [SSB_ADVERSARY00153495-97 – *Confidential*] – **FILED UNDER SEAL** | x | x | 865-9 |
| 227 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated [SSB_ADVERSARY00088397-419 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-19 |
| 232 | Email from P. Yarrow to *NY HYLoans Analysts et al re Serta Situation Summary, dated 6/9/2020 [SSB_ADVERSARY00154087-90 - *Confidential/Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 865-24 |
| 237 | Email from A. Patel to GBL-Debtwire Fwd <GBL_DEBTWIRE_FWD@Invesco.com> regarding FW: Debtwire Alert: (DW) Serta Simmons balance sheet deal aims to put IPCo box to bed, dated 6/10/2020 [SSB_ADVERSARY00153565-68 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-29 |
| 241 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 6/12/2020 SSB_ADVERSARY00088364-96 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-32 |
| 244 | Final Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 6/16/2020 [SSB_ADVERSARY00088347-63 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-35 |
| 245 | Email from P. Daniello to C. McDermott re: Kings of Controversial Debt Trades Cry Foul When on Other Side, dated 6/16/2020 [SSB_ADVERSARY00156017-019 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-36 |
| 248 | Email from P. Yarrow to R. Sanderson re Serta / Z Capital, dated 6/20/2020 [SSB_ADVERSARY00157024-26 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-39 |

| 250 | Amendment No. 1 to First Lien Term Loan Agreement [ECF 1-2], dated 6/22/2020 | x | x | |
| 251 | Open Market Purchase And Cashless Exchange Agreement, dated 6/22/2020 [SSB_ADVERSARY00001587-1909 - *Confidential*] – **FILED UNDER SEAL** | x | x | |
| 253 | Email from P. Yarrow to S. Johnson re: Serta Simmons Bedding, LLC - Positive ruling from Judge should allow us to close our deal in the next 48 hours, dated 6/22/2020 [SSB_ADVERSARY00152827-33 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-43 |
| 254 | First Lien Intercreditor Agreement [SJ Ex. 9], dated 6/22/2020 [SSB_ADVERSARY00157224-55 - *Confidential*] – **FILED UNDER SEAL** | x | x | |
| 260 | Email from L. Heller to T. Kwon copying D. Cheon regarding Serta and attaching, "July 2020 Updatev11.pptx,", dated 6/27/2020 [APO_SSBADVERSARY_00000081-107 - *Confidential*] – **FILED UNDER SEAL** | x | x | 865-49 |
| 261 | Apollo Serta Simmons July 2020 Update, dated 7/5/2020 [APO_SSBADVERSARY_00004160-206 – *Confidential and Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 889-2 |
| 264 | Email from M. Zicari to D. Sambur re Not just saying this, dated 11/24/2020 [APO_SSBADVERSARY_00000325 - *Confidential*] – **FILED UNDER SEAL** | x | x | 866-2 |
| 266 | Email from B. Fraser to US Distressed Team [usdistressedteam@angelogordon.com] attaching Angelo Gordon - Serta Simmons ("SSB") Recap, dated 2/1/2021 [AG_SSBADVERSARY_00000506-615 - *Confidential*] – **FILED UNDER SEAL** | x | x | 866-3 |

| | | | | |
|---|---|---|---|---|
| 268 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 9/23/2022 [SSB_ADVERSARY00473532-34 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-4 |
| 269 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 9/29/2022 [SSB_ADVERSARY00473535-37 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-5 |
| 270 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 10/21/2022 [SSB_ADVERSARY00473538-40 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-6 |
| 271 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 10/28/2002 [SSB_ADVERSARY00473541-43 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-7 |
| 272 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 11/1/2022 [SSB_ADVERSARY00473544-46 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-8 |
| 273 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 11/4/2022 [SSB_ADVERSARY00473547-50 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-9 |
| 274 | Unanimous Written Consent of The Board of Managers of Dawn Intermediate, LLC, dated 3/11/2020 - *Confidential* – **FILED UNDER SEAL** | x | x | 866-10 |
| 275 | Project Simba - Finance Committee Discussion Materials, dated 11/15/2022 [SSB_ADVERSARY00473551-619 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-11 |

| | | | | |
|---|---|---|---|---|
| 276 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 11/15/2022 [SSB_ADVERSARY00473620-23 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-12 |
| 277 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 11/18/2022 [SSB_ADVERSARY00473624-26 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-13 |
| 278 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 12/2/2022 [SSB_ADVERSARY00473685-87 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-14 |
| 279 | Project Simba - Board Discussion Materials, dated 12/2/2022 [SSB_CONF_00005228-56 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-15 |
| 280 | Project Simba - Finance Committee Discussion Materials, dated 12/9/2022 [SSB_ADVERSARY00473627-84 – *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-16 |
| 282 | Project Simba - Finance Committee Discussion Materials, dated 12/21/2022 [SSB_ADVERSARY00473688-754 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-18 |
| 283 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 12/21/2022 [SSB_ADVERSARY00473755-58 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-19 |
| 284 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 12/28/2022 [SSB_ADVERSARY00473759-62 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-20 |

| | | | | |
|---|---|---|---|---|
| 285 | Project Simba - Board Discussion Materials, dated 1/2/2023 [SSB_CONF_00005327-406 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-21 |
| 286 | Project Simba - Finance Committee Discussion Materials, dated 1/6/2023 [SSB_ADVERSARY00473763-850 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-22 |
| 287 | Project Simba - Board Discussion Materials, dated 1/10/2023 [SSB_CONF_00005407-49 – *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-23 |
| 288 | Project Simba - Finance Committee Discussion Materials, dated 1/13/2023 [SSB_ADVERSARY00473851-939 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-24 |
| 289 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 1/13/2023 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-25 |
| 290 | Project Simba - Board Discussion Materials, dated 1/17/2023 [SSB_CONF_00005450-5535 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-26 |
| 291 | Project Simba - Finance Committee Discussion Materials, dated 1/20/2023 [SSB_ADVERSARY00473944-4077 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-27 |
| 292 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 1/20/2023 [SSB_ADVERSARY00474143-46 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-28 |
| 293 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 1/23/2023 - *Highly Confidential - Attorneys' Eyes Only* – **FILED UNDER SEAL** | x | x | 866-29 |

| 294 | Project Simba - Finance Committee Discussion Materials, dated 1/23/2023 [SSB_ADVERSARY00474078-4142 – *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-30 |
|-----|---|---|---|---|
| 295 | Draft Minutes of The Finance Committee of The Board of Managers of Dawn Intermediate, LLC, dated 1/23/2023 [SSB_ADVERSARY00474147-58 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-31 |
| 297 | Project Simba - Board Discussion Materials, dated 1/23/2023 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-33 |
| 298 | Draft Minutes of The Meeting of The Board of Managers of Dawn Intermediate, LLC, dated 1/23/2023 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-34 |
| 299 | Draft Minutes of The Meeting of The Board of Managers of Dawn Intermediate, LLC **(UNREDACTED)** | x | x | 866-35 |
| 300 | Draft Minutes of The Meeting of The Board of Managers of Dawn Intermediate, LLC, dated 1/23/2023 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 858-49 |
| 301 | Objections and Responses of Defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., AG Super Fund Master, L.P., And Silver Oak Capital, L.L.C. to Plaintiffs' Joint First Set of Requests for Admission to Certain Defendants, dated 3/13/2023 | x | x | 859 |
| 302 | Objections and Responses of Defendant Gamut Capital SSB, LLC. to Plaintiffs' Joint First Set of Requests for Admission to Certain Defendants, dated 3/13/2023 | x | x | 859-1 |
| 303 | Declaration of Theodore Kwon, dated 3/16/2023 - *Confidential* – **FILED UNDER SEAL** | x | x | 866-36 |

| | | | | |
|---|---|---|---|---|
| 304 | Declaration of Ryan Mollett, dated 3/16/2023 *Confidential* – **FILED UNDER SEAL** | x | x | 866-37 |
| 305 | Declaration of Michael Hanigan, dated 3/16/2023 - *Confidential* – **FILED UNDER SEAL** | x | x | 866-38 |
| 312 | Angelo Gordon trade register, dated 4/19/2023 [AG_SSBADVERSARY-00005100 - Highly Confidential - Attorneys' Eyes Only] – **FILED UNDER SEAL** | x | x | 866-39 |
| 316 | Responses And Objections of Defendant Angelo Gordon To Plaintiffs' Joint Second Set of Interrogatories, dated 5/6/2023 | x | x | 859-14 |
| 317 | Responses And Objections of Defendant Angelo Gordon To Plaintiffs' Joint Second Requests for Admission, dated 5/6/2023 | x | x | 859-15 |
| 318 | Responses And Objections of Defendant Gamut To Plaintiffs' Joint Second Requests for Admission, dated 5/7/2023 | x | x | 859-16 |
| 319 | Responses And Objections of Defendant North Star To Plaintiffs' Joint Second Requests for Admission, dated 5/8/2023 | x | x | 859-17 |
| 320 | Responses And Objections of Defendant North Star To Plaintiffs' Joint Second Interrogatories, dated 5/8/2023 | x | x | 859-18 |
| 321 | Responses And Objections of LCM Defendants To Plaintiffs' Joint Second Requests for Admission, dated 5/8/2023 | x | x | 859-19 |
| 322 | Angelo Gordon Investment Philosophy | x | x | 859-20 |
| 323 | S&P pricing Data (SPGI0000001) – *Confidential* – **FILED UNDER SEAL** | x | x | 866-40 |
| 344 | Email from D. Sambur to J. Abramson and T. Kwon re "Serta – Update", dated 4/12/2020 – [APO_SSBADVERSARY-00005038-55 - *Highly Confidential – AEO*] – **FILED UNDER SEAL** | x | x | 866-44 |

| | | | | |
|---|---|---|---|---|
| 345 | Email from L. Heller to T. Kown re "Serta J.Crew Case Study" and attaching powerpoint presentation, dated 5/11/2020 [APO_SSBADVERSARY-00001671-75 *Highly Confidential – AEO*] – **FILED UNDER SEAL** | x | x | 866-45 |
| 346 | Email from T. Kwon to J. Rose re "Serta Simmons" and attaching term sheets, dated 6/8/2020 [APO_SSBADVERSARY-0001726-81 - *Highly Confidential – AEO*] – **FILED UNDER SEAL** | x | x | 866-46 |
| 352 | Email from T. Kwon to M. Michelini re: Serta and attaching Serta Layering Summary [APO_SSBADVERSARY_00003410-11 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-48 |
| 353 | Email from T. Kwon to Apollo Partners re: Serta Simmons Update attaching Serta Simmons Situation Update Presentation [APO_SSBADVERSARY-00005436–5453 - *Highly Confidential - Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 866-49 |
| 359 | Credit Agreement Among Enterprise Intermediate Holdings Inc., Envision Healthcare Corporation, Amsurg Holdco, LLC, Amsurg Holdco, LLC, Amsurg, LLC and Alter Domus (US) LLC [AG_SSBADVERSARY-00006022 – 6714 – *Highly Confidential – Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 889-5 |
| 360 | Amended Responses and Objections of Defendant North Star to Plaintiffs' Joint Second Set of Requests for Admission, dated 5/14/2023 | x | x | 887-4 |
| 361 | Credit Agreement Among MLN TopCo Ltd., MLN UK HoldCo Limited, MLN US TopCo Inc., MLN US HoldCo LLC and Credit Suisse Loan Funding LLC, BMO Capital Markets Corp., and TD Securities (USA) LLC – **FILED UNDER SEAL** | x | x | 933 |

| 364 | Mitel Loan Purchase Agreement [APO_SSBADVERSARY-00007020] – **FILED UNDER SEAL** | x | x | 933-2 |
|---|---|---|---|---|
| 365 | Mitel Omnibus Intercreditor [APO_SSBADVERSARY-00007027] – **FILED UNDER SEAL** | x | x | 933-3 |
| 366 | Amendment No. 3 to Mitel Credit Agreement [APO_SSBADVERSARY-00007086] – **FILED UNDER SEAL** | x | x | 933-4 |
| 367 | Amendment No. 2 to Mitel Credit Agreement [APO_SSBADVERSARY-00007120] – **FILED UNDER SEAL** | x | x | 933-5 |
| 368 | Mitel PTL Credit Agreement [APO_SSBADVERSARY-00007155] – **FILED UNDER SEAL** | x | x | 933-6 |
| 369 | Mitel Second Lien Credit Agreement [APO_SSBADVERSARY-00007465] – **FILED UNDER SEAL** | x | x | 933-7 |
| 370 | Mitel Third Lien Credit Agreement [APO_SSBADVERSARY-00007748] – **FILED UNDER SEAL** | x | x | 933-8 |

| | | | | |
|---|---|---|---|---|
| 371 | Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) of Defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., AG Super Fund Master, L.P., And Silver Oak Capital, L.L.C., dated May 4, 2023 | x | x | 932-3 |
| 372 | Transcript of Deposition of Jacob Gladstone as Federal Rule of Civil Procedure 30(b)(6) corporate designee for Defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., AG Super Fund Master, L.P., And Silver Oak Capital, L.L.C., dated May 8, 2023 | x | x | 941 |
| 373 | Transcript of Deposition of Michael Hanigan as Federal Rule of Civil Procedure 30(b)(6) corporate designee for Defendant Gamut Capital SSB, LLC, dated May 10, 2023 | x | x | 941-1 |
| 374 | Transcript of Deposition of Theodore Kwon Gladstone as Federal Rule of Civil Procedure 30(b)(6) corporate designee for Defendant North Star Debt Holdings, L.P., dated May 9, 2023 | x | x | 941-2 |
| 375 | Credit Agreement among Enterprise Intermediate Holdings, Inc., Enterprise Merger Sub Inc., Envision Healthcare Corporation, and Credit Suisse AG, Cayman Islands Branch dated as of October 11, 2018 [AG_SSBADVERSARY-00005461 – *Highly Confidential – Attorneys' Eyes Only*] – **FILED UNDER SEAL** | x | x | 960 |

| Defendants' Ex. No. | Description | Offered | Admitted | Dkt. No. |
|---|---|---|---|---|
| 20 | Email from Sally Erickson to Paul Overmyer et al. re Borrowing Base Question / Board Deck with attachment image001.jpg | x | x | 248-21 |
| 25 | Email from Davis Meiering to Stephen Preefer et al. re CSAM / Gugg Follow Up - Serta | x | x | 248-26 |
| 26 | Email from Ankit Dalal to Brent Banks et al. re let me know when you can talk | x | x | 248-27 |
| 34 | Email from Kristen McGuffy to Harvey L. Tepner et al. re Simba Finance Committee Materials with attachments Letter to B Canipe + K McGuffey [4.7.20].pdf; image002.gif; image003.jpg | x | x | 248-35 |
| 36 | Email from Ken Prince to Roopesh Shah re plan of attack | x | x | 248-37 |
| 37 | Email from Roopesh Shah to Ken Prince re plan of attack | x | x | 248-38 |
| 38 | Email from Ken Prince to Roopesh Shah re plan of attack | x | x | 248-39 |
| 41 | Email from Roopesh Shah to Brent Banks et al. re 2020.04.10 FC Materials_v4 | x | x | 248-42 |
| 55 | Email from Adam Augusiak to Joan Hilson et al. re Bi-Weekly Finance Committee Call with attachment 2020.04.18 Lender Presentation Materials.pdf | x | x | 248-56 |
| 62 | Letter from Scott J. Greenberg to Ray C. Schrock | x | x | 248-62 |
| 86 | Email from Kanak Nagee to Jeff Case et al. re AIC / EVR: Recap Discussion with attachment Project [Swift]_Recap Partner Outreach_vF.pdf | x | x | 248-86 |
| 90 | Email from Roopesh Shah to Adam Augusiak et al. re Simba Fincom Materials | x | x | 248-90 |
| 92 | Email from Brent Banks to Ken Prince et al. re RE: [no subject] with attachment 2020.05.09 IPCo Structure Chart.pdf | x | x | 248-92 |
| 97 | Email from Ken Prince to Roopesh Shah et al. re Project Simba - AIC / EVR / Weil Catch-Up | x | x | 248-97 |
| 103 | Email from Roopesh Shah to Brent Banks et al. re Blowout Extension | x | x | 250-3 |

| 104 | Email from Roopesh Shah to Jamie Baird re Serta | x | x | 250-4 |
| 105 | Email from Roopesh Shah to Ken Prince re: [EXTERNAL] Future De-leveraging Ability | x | x | 250-5 |
| 108 | Presentation Deck re Serta Simmons Illustrative Transaction Alternatives May 2020 | x | x | 250-8 |
| 121 | Email from Ankit Dalal to Mark Briskman et al. re FW: Re: Simba Angelo Term Sheet Subject to Express Confidentiality Agreement & FRE 408 | x | x | 250-21; 250-22 |
| 125 | Email from Roopesh Shah to Ken Prince re Simba Barings Term Sheet Subject to Express Confidentiality Agreement & FRE 408 | x | x | 250-26 |
| 131 | Presentation Deck re Serta Simmons Illustrative Transaction Alternatives May 2020 | x | x | 250-32 |
| 138 | Email from Adam Augusiak to Roopesh Shah et al. re [HOLD] Project Simba - Catch-up [Advent / EVR] | x | x | 250-40 |
| 142 | Presentation Deck re Serta Simmons Illustrative Transaction Alternatives June 2020 | x | x | 250-44 |
| 144 | Email from Alexander Welch to Kristen McGuffey et al. re Simba FC Materials with attachment FC_Discussion Materials (2020.05.pdf | x | x | 250-46 |
| 145 | Email from Brent Banks to Adam Augusiak et al. re FW: Re: Project Simba Legal Discussion | x | x | 250-47 |
| 159 | Email from Roopesh Shah to Ken Prince re serta | x | x | 250-62 |
| 165 | Letter from Scott J. Greenberg to UBS re Serta Simmons Bedding, LLC - Secured Lender Group | x | x | 250-71 |
| 176 | Email from Ken Prince to Roopesh Shah re Simba Gibson Term Sheet Subject to Express Confidentiality Agreement & FRE 408 | x | x | 250-83 |
| 190 | Email from Ken Prince to Roopesh Shah re serta | x | x | 250-97 |
| 191 | Email from Ken Prince to Roopesh Shah re serta | x | x | 250-98 |

| | | | | |
|---|---|---|---|---|
| 194 | Email from Adam Augusiak to Brent Banks et al. re ABL with attachment Deal Summary_UBS_2020.06.08.pdf | x | x | 250-103 |
| 203 | Email from Patrick Daniello to Roopesh Shah et al. re Serta | x | x | 252-3 |
| 205 | Email from Karn Chopra to Roopesh Shah re Serta--Support and Standstill Agreement | x | x | 252-5 |
| 215 | Email from Kristen McGuffey to Brent Banks et al. re FW: Questions re: Transaction Support Agreement with attachments image001.gif; image003.jpg | x | x | 252-17 |
| 217 | Email from Roopesh Shah to Michael Searles re Serta | x | x | 252-19 |
| 223 | Email from Roopesh Shah to Brent Banks et al re: Timeline_v2020.06.09 with attachments | x | x | 252-25 |
| 235 | Email from Brent Banks to Roopesh Shah et al. re FW: 2nd voicemail message-Message from DIEFFENBACHER D (+13128043569) | x | x | 252-37 |
| 236 | Email from Davis Meiering to Meric Topbas et al. re Question: New Serta Loan for CLOs | x | x | 252-38 |
| 238 | Email from Ken Prince to Roopesh Shah re FW: serta | x | x | 252-40 |
| 239 | Email from Ken Prince to Roopesh Shah re FW: serta | x | x | 252-41 |
| 240 | Email from Roopesh Shah to Ken Prince re FW: serta | x | x | 252-42 |
| 241 | Email from Randy Raisman to Ken Prince re Serta | x | x | 252-43 |
| 244 | Email from Dave Dieffenbacher to Karn Chopra re: Serta Screw Job with attachment disclaim.txt | x | x | 252-46 |
| 251 | Email from Jeff Case to Kristen McGuffey et al. re Apollo Lawsuit | x | x | 252-53 |
| 259 | Email from Alex Li to Ken Prince re Venor with attachment 2020.06.15 Summary of Lender Holdings.xlsx | x | x | 252-60 |
| 260 | 2020.06.15 Summary of Lender Holdings.xlsx (native file) | x | x | 252-61 |
| 261 | Email from Karn Chopra to Frank Longobardi et al. re Privileged and Confidential | x | x | 252-62 |

| | | | | |
|---|---|---|---|---|
| 266 | Email from Alex Li to Roopesh Shah re: [DRAFT] FC Materials - Lender Related Slides with attachments FC Materials_2020.06.19.pdf; Untitled Attachment | x | x | 252-67 |
| 271 | Email from Roopesh Shah to Scott Greenberg re Fwd: [Please Confirm] Barings SSB Closing Detail | x | x | 252-72 |
| 272 | Email from Ankit Dalal to Roopesh Shah et al. re FW: Assignment - Monarch for your review with attachments image001.png; ATT00001.htm; State Of Connecticut. pdf; ATT00002.htm | x | x | 252-73 |
| 274 | Email from Kristen McGuffey to Brent Banks et al. re FW: [External] FW: Serta Simmons with attachments image003.png; image001.gif | x | x | 252-75 |
| 280 | Supplement to IP Security Agreement (ABL) [Executed] | x | x | 252-100 |
| 281 | Supplement to IP Security Agreement (2L) [Executed] | x | x | 252-101 |
| 282 | Supplement to IP Security Agreement (1L) [Executed] | x | x | 252-102 |
| 283 | Intellectual Property Security Agreement [Executed] | x | x | 252-103 |
| 284 | Pledge and Security Agreement [Executed] | x | x | 252-104 |
| 285 | SL Master Assignment Agreement [Executed] | x | x | 252-105 |
| 286 | FL Master Assignment Agreement [Executed] | x | x | 252-106 |
| 287 | Master Consent [Executed] | x | x | 252-107 |
| 288 | Side Letter [Executed] | x | x | 252-108 |
| 289 | Guaranty Agreement [Executed] | x | x | 252-109 |
| 290 | GS Second Lien Indemnity Agreement [Executed] | x | x | 252-110 |
| 291 | UBS First Lien Indemnity Agreement [Executed] | x | x | 252-111 |
| 292 | Officer's Certificate re Intercreditor Joinder (ABL) [Executed] | x | x | 252-112 |
| 293 | Intercreditor Joinder (ABL) [Executed] | x | x | 252-113 |

| 294 | Super Priority Term loan Agreement Schedules [Executed] | x | x | 252-114 |
|-----|---------------------------------------------------------|---|---|---------|
| 295 | Officer's Certificate re Intercreditor Joinder (1L-2L) [Executed] | x | x | 252-115 |
| 296 | Intercreditor Joinder (1L-2L) [Executed] | x | x | 252-116 |
| 297 | Intercreditor Agreement [Executed] | x | x | 252-117 |
| 298 | Closing Date Officer's Certificate [Executed] | x | xx | 252-118 |
| 299 | Perfection Certificate [Executed] | x | x | 252-119 |
| 301 | Written Consent [Executed] | x | x | 254-1 |
| 302 | Amendment No. 1 to Second Lien Credit Agreement [Executed] | x | x | 254-2; 254-3; 254-4; 254-5; 254-6; 254-7 |
| 303 | Joint Secretary's Certificate [Executed] | x | x | 254-8; 254-9; 254-10; 254-11; 254-12; 254-13 |
| 304 | Super-Priority Term Loan Agreement [Dkt. 2-2 Exh. B in Case 23-03007] | x | x | 256-4; 256-5; 256-6; 256-7; 256-8 |
| 305 | Super-Priority Term Loan Agreement | x | x | 254-14; 254-15; 254-16; 254-17; 254-18; 254-19; 254-20; 254-21; 254-22; 254-23; 254-24; 254-25; 254-26 |

| 324 | Email from Ken Prince to Ray Schrock et al. re Update from Bloomberg with attachments image001.jpg; image002.gif | x | x | 254-45 |
|---|---|---|---|---|
| 330 | Presentation Deck re Project Simba: Finance Committee Discussion Materials | x | x | 254-54 |
| 358 | Email from K. McGuffey to B. Canipe re: Serta IR Contact - Apollo dated March 25, 2020 | x | x | 254-59 |
| 425 | Email from K. Prince to C. Baker et al. re Money Stuff: Mattress Company Stiffs Some Lenders | x | x | 254-130 |

Dated:  May 19, 2023

Respectfully submitted,

/s/ Gabriel A. Morgan

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, TX 77003
Tel: (713) 546-5040
Fax: (713) 224-9511
Email: Gabriel.Morgan@weil.com
        Stephanie.Morrison@weil.com

WEIL, GOTSHAL & MANGES LLP
David J. Lender (admitted *pro hac vice*)
Ray C. Schrock (admitted *pro hoc vice*)
Luna Barringotn (admitted *pro hac vice*)
Alexander D. Welch (admitted *pro hac vice*)
Richard Gage (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007
Email: david.lender@weil.com
        ray.schrock@weil.com
        luna.barrington@weil.com
        alexander.welch@weil.com
        richard.gage@weil.com

/s/ Gregg Costa

GIBSON, DUNN & CRUTCHER LLP
Gregg Costa (24028160)
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
Email: gcosta@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Scott J. Greenberg (admitted *pro hac vice*)
Jason Goldstein (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
Akiva Shapiro (admitted *pro hac vice*)
Amanda M. Aycock (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166 Tel:  (212) 351-4000
Fax: (212) 351-4035
Email: sgreenberg@gibsondunn.com
          jgoldstein@gibsondunn.com
          clwilson@gibsondunn.com
          ashapiro@gibsondunn.com
          aaycock@gibsondunn.com

*Counsel for Invesco Senior Secured*
*Management, Inc., Boston Management and*
*Research, Credit Suisse Asset Management,*
*LLC, Eaton Vance Management, and Barings*
*LLC*

*/s/ Eric Seiler*

FRIEDMAN KAPLAN SEILER ADELMAN &
ROBBINS LLP
Lawrence S. Robbins*
Eric Seiler*
Anne E. Beaumont*
Jamuna D. Kelley*
Blair R. Alborn*
7 Times Square
New York, NY 11036-6516
(212) 833-1100
lrobbins@fklaw.com
eseiler@fklaw.com
abeaumont@fklaw.com
jkelley@fklaw.com
balbom@fklaw.com

*Attorneys for the Ad Hoc Group of Non-PTL*
*Lenders*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
Robert J. O'Loughlin*
Sarah J. Prostko*
Jackson Yates*
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
kziman@paulweiss.com
bhermann@paulweiss.com
lclayton@paulweiss.com
aehrlich@paulweiss.com
mcolarossi@paulweiss.com
roloughlin@paulweiss.com
sprostko@paulweiss.com
jyates@paulweiss.com

*Attorneys for the Ad Hoc Group of Non-PTL
Lenders*

 *\*admitted pro hac vice*

PORTER HEDGES LLP
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX 77002
(713) 226-6000
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Attorneys for the Ad Hoc Group of Non-PTL
Lenders*

*/s/ John J. Sparacino*

MCKOOL SMITH, PC
John J. Sparacino (SBN 18873700)
S. Margie Venus (SBN 20545900)
Regan S. Jones (SBN 24110060)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com
mvenus@mckoolsmith.com
rjones@mckoolsmith.com

HOLWELL SHUSTER & GOLDBERG LLP
Michael Shuster (admitted *pro hac vice*)
Vincent Levy (admitted *pro hac vice*)
Neil R. Lieberman (admitted *pro hac vice*)
Priyanka Timblo (admitted *pro hac vice*)
Brian T. Goldman (admitted *pro hac vice*)
Patrick J. Woods (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
mshuster@hsgllp.com
vlevy@hsgllp.com
nlieberman@hsgllp.com
amiller@hsgllp.com
bgoldman@hsgllp.com
pwoods@hsgllp.com

*Counsel for the LCM Defendants*

## <u>Certificate of Service</u>

I hereby certify that, on May 19, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

      */s/ Gabriel A. Morgan*
Gabriel A. Morgan