United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT            SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-09001 (DRJ) |
|---|---|---|---|

| SERTA SIMMONS BEDDING, LLC, et al. |
|---|
| *versus* |
| AG CENTRE STREET PARTNERSHIP L.P., et al. |

This lawyer, who is admitted to the State Bar of ___New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Joseph Serino, Jr.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  26034<br>212.906.1717<br>New York, 2407492 |
|---|---|

Seeks to appear as the attorney for this party:

| UBS AG, Stamford Branch |
|---|
| Dated: May 16, 2023 — Signed: /s/ Joseph Serino, Jr. |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: ___   Signed: ___
Deputy Clerk

Order (Docket No. 267)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed: May 22, 2023

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**