IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § § § | Case No. 23-90020 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |
| ———————————————————— | § § | |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § § § | Adversary Proc. No. 23-09001 (DRJ) |
| Plaintiffs and Counterclaim Defendant, v. | § § § § | |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*, | § § § | |
| Defendants and Counterclaim Plaintiffs, v. | § § § § | |
| AGF FLOATING RATE INCOME FUND, *et al.*, | § § § § | |
| Third Party Defendants. | § § | |
| ———————————————————— | § | |

## NOTICE OF FILING OF FINAL POST-TRIAL JUDGMENT

**PLEASE TAKE NOTICE THAT**, on May 23, 2023, Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Second Amended Joint Chapter 11 Plan of Serta Simmons*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

*Bedding, LLC and Its Affiliated Debtors* (Docket No. 977) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented from time to time, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE THAT**, on May 23, 2023, the Debtors also filed the *Debtors' and Plaintiffs' Proposed Findings of Fact and Conclusions of Law for Adversary Proceeding No. 23-09001 and In Support Of the Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* (Adv. Proc. No. 23-09001, Docket No. 302).

**PLEASE TAKE FURTHER NOTICE THAT**, on May 15, 2023 through May 18, 2023 and on May 25, 2023, the Court held a hearing to consider confirmation of the Plan and adjudication of the remaining unresolved claims, counterclaims, and cross-claims in Adversary Proceeding No. 23-09001.

**PLEASE TAKE FURTHER NOTICE THAT**, on June 6, 2023, the Court entered the *Memorandum Opinion* (Docket No. 1045) (the "**Memorandum Opinion**"), which directed the Debtors to submit a proposed form of judgment consistent with the Memorandum Opinion.

**PLEASE TAKE FURTHER NOTICE THAT**, contemporaneously herewith, the Debtors filed the *Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors*.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file the proposed *Final Post-Trial Judgment* attached hereto as **Exhibit 1**.

Dated: June 9, 2023
       Houston, Texas

                              */s/ Gabriel A. Morgan*
                              WEIL, GOTSHAL & MANGES LLP
                              Gabriel A. Morgan (24125891)
                              Stephanie N. Morrison (24126930)
                              700 Louisiana Street, Suite 1700
                              Houston, Texas 77002
                              Telephone:  (713) 546-5000
                              Facsimile:  (713) 224-9511
                              Email:   Gabriel.Morgan@weil.com
                                         Stephanie.Morrison@weil.com

                              -and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
David J. Lender (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
Luna Barrington (admitted *pro hac vice*)
Richard D. Gage (admitted *pro hac vice*)
Taylor B. Dougherty (admitted *pro hac vice*)
Joseph R. Rausch (admitted *pro hac vice*)
Nicholas J. Reade  (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007
Email: Ray.Schrock@weil.com
        David.Lender@weil.com
        Alexander.Welch@weil.com
        Luna.Barrington@weil.com
        Richard.Gage@weil.com
        Taylor.Dougherty@weil.com
        Joseph.Rausch@weil.com
        Nick.Reade@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 9, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                                   */s/ Gabriel A. Morgan*
                                                                   Gabriel A. Morgan