United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 14, 2023
Nathan Ochsner, Clerk



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.,* | § | **Case No. 23-90020 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| ------------------------------------------------- | § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.,* | § | **Adversary Proc. No. 23-09001 (DRJ)** |
| Plaintiffs and Counterclaim Defendant, v. | § | |
| **AG CENTRE STREET PARTNERSHIP L.P.,** *et al.,* | § | |
| Defendants and Counterclaim Plaintiffs, v. | § | |
| **AGF FLOATING RATE INCOME FUND,** *et al.,* | § | |
| Third Party Defendants. | § | |

## FINAL JUDGMENT

Based upon this Court's Memorandum Opinion, ECF No. 324 (the "**Opinion**"), the

findings of fact and conclusions of law contained therein, and the evidence presented at the

confirmation hearing and adversary proceeding trial held before this Court on May 15, 16, 17, and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

18, 2023 (the "**Trial**"), and due and proper notice of the Trial having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the evidence adduced at Trial and the post-trial briefing and underlying evidence in support thereof; and this Court having determined that the legal and factual bases set forth at Trial and the post-trial briefing have established an entitlement to relief and after due deliberation and sufficient cause appearing therefor,

      **IT IS HEREBY ORDERED THAT**

      1.      For the reasons stated in the Opinion and the evidence adduced at Trial, Serta Simmons Bedding, LLC (the "**Company**") and the Adversary Plaintiffs'[2] (collectively, the "**Plaintiffs**") claim for declaratory judgment that the 2020 Transaction was permitted under the 2016 Credit Agreement and that the Plaintiffs did not violate the covenant of good faith and fair dealing by entering into the 2020 Transaction (the "**Claim**") is **GRANTED**; the Excluded Lenders' counterclaims and third-party claims for declaratory judgment, breach of the 2016 Credit Agreement, and breach of the implied covenant of good faith and fair dealing under the 2016 Credit Agreement (the "**Excluded Lenders' Counterclaims**") are **DENIED**; the LCM Defendants' counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing (the "**LCM Counterclaims**," collectively with the Excluded Lenders' Counterclaims, the "**Counterclaims**") are **DENIED**.

      2.      All other requested relief is denied.

                                                          2.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Opinion.

3.     The Court finds that a substantial controversy exists between the parties and hereby exercises its discretion under the Declaratory Judgment Act to issue final judgment in Plaintiffs' favor on the Claim and the Counterclaims.

4.     The Court finds that Plaintiffs did not breach the implied covenant of good faith and fair dealing in the 2016 Credit Agreement by entering into the 2020 Transaction for the reasons set forth in the Opinion and the findings of fact and conclusions of law set forth therein and, in support thereof, further finds that:

a.   The Company negotiated with over 70% of its existing lenders (the "**Lenders**") in addition to third parties before the Company—through its independent finance committee (the "**Independent Finance Committee**")—selected and entered into the 2020 Transaction; and the Company was not required under the 2016 Credit Agreement to solicit bids or obtain consent from each of its Lenders before entering into the 2020 Transaction, *see* ECF No. 273, May 15 Tr. (PM) at 22:3–20, 29:21–30:11, *Shah*; ECF No. 285, May 18 Tr. (AM) at 90:25–94-5, *Kwon*;

b.   The 2020 Transaction provided the Company with $200 million in new money, greater discount capture, and less interest expense than the Objecting Lenders' proposal, and was in the best interest of the Company, *see* ECF No. 277, May 16 Tr. (PM) at 36:1–38:9, *Tepner*; Case No. 23-90020, ECF No. 864-45, Debtors' Exhibit No. 202 at 12;

c.   The decision to limit the size of the participating lender group was also not a violation of the implied covenant of good faith and fair dealing—the 2016 Credit Agreement included no requirement that the 2020 Transaction be open to any particular number of lenders, and the evidence at Trial established that the PTL Lenders had economic reasons to propose a limited participating lender group in order to defend against the competing proposals they understood that other lenders were making to the Debtors. *See* ECF No. 277, May 16 Tr. (PM) at 181:18–182:4, *Chopra*. Including more lenders in the participating lender group would have decreased the value of the debt the PTL Lenders received in exchange for the repurchase of their existing debt, and would have resulted in the participating lenders being unwilling to offer as much of a discount to the Company with respect to the debt repurchases. *See* ECF No. 277, May 16 Tr. (PM) at 177:13–179:7, *Chopra*;

d. Plaintiffs were permitted under the 2016 Credit Agreement to enter into the amendments to effectuate the 2020 Transaction because the amendments only required the consent of the Required Lenders, which the PTL Lenders constituted, at the time of the amendments, *see* ECF No. 277, May 16 (PM) Tr. at 95:23–96:5, 140:4–13, *Tepner*, and nothing in the 2016 Credit Agreement prohibited the Required Lenders from selling their loans after amending the agreement; and

e. The Independent Finance Committee exercised its business judgment in allowing certain additional lenders to participate in the 2020 Transaction following its announcement, *see* ECF No. 273, May 15 Tr. (PM) at 57:2–59:20, *Shah*; ECF No. 277, May 16 Tr. (PM) at 39:1–40:20, *Tepner*.

**Signed:  June 14, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

Serta Simmons Bedding LLC et al.,
Plaintiff

Adv. Proc. No. 23-09001-drj

AG Centre Street Partnership et al.,
Defendant

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 21 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: pdf111 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Epiq Corporate Restructuring, LLC, 777 Third Ave, 12th Floor, NEW YORK, NY 10017-1302 |
| intp | + | Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2759 |
| dft | + | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000 Houston, TX 77002-3018 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 14 2023 20:38:00 | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | | Email/Text: jsparacino@mckoolsmith.com | Jun 14 2023 20:38:00 | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | | Email/Text: jsparacino@mckoolsmith.com | Jun 14 2023 20:38:00 | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | | Email/Text: jsparacino@mckoolsmith.com | Jun 14 2023 20:38:00 | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | | Email/Text: jsparacino@mckoolsmith.com | Jun 14 2023 20:38:00 | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | | Email/Text: jsparacino@mckoolsmith.com | Jun 14 2023 20:38:00 | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | | Email/Text: jsparacino@mckoolsmith.com | Jun 14 2023 20:38:00 | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | | ABR Reinsurance Ltd. |
| dft | | AG Centre Street Partnership et al. |
| dft | | AG Centre Street Partnership, L.P. |

| | |
|---|---|
| 3pp | AG Centre Street Partnership, L.P. |
| 3pp | AG Centre Street Partnership, L.P. |
| dft | AG Credit Solutions Non-ECI Master Fund, L.P. |
| 3pp | AG Credit Solutions Non-ECI Master Fund, L.P. |
| 3pp | AG Credit Solutions Non-ECI Master Fund, L.P. |
| dft | AG SF Master (L), L.P. |
| 3pp | AG SF Master (L), L.P. |
| 3pp | AG SF Master (L), L.P. |
| dft | AG Super Fund Master, L.P. |
| 3pp | AG Super Fund Master, L.P. |
| 3pp | AG Super Fund Master, L.P. |
| cd | AGF Floating Rate Income Fund |
| intp | Ad Hoc Group of First Lien Lenders |
| cd | Annisa CLO, Ltd. |
| cd | Arrowood Indemnity |
| cd | Arrowood Indemnity as Administrator of the Pension |
| dft | Ascribe III Investments, LLC |
| 3pp | Ascribe III Investments, LLC |
| 3pp | Ascribe III Investments, LLC |
| cd | BA/Cscredit 1 LLC |
| cd | BOC Pension Investment Fund |
| cd | BSG Fund Management B.V. |
| cd | Babson CLO Ltd. 2014-1 |
| cd | Baloise Senior Secured Loan Fund |
| cd | Barings BDC Senior Funding I, LLC |
| 3pd | Barings BDC, Inc. |
| 3pd | Barings CLO Ltd. 2013-I |
| 3pd | Barings CLO Ltd. 2015-I |
| 3pd | Barings CLO Ltd. 2015-II |
| 3pd | Barings CLO Ltd. 2016-I |
| 3pd | Barings CLO Ltd. 2016-II |
| 3pd | Barings CLO Ltd. 2017-I |
| 3pd | Barings CLO Ltd. 2018-I |
| 3pd | Barings CLO Ltd. 2018-III |
| 3pd | Barings CLO Ltd. 2018-IV |
| 3pd | Barings CLO Ltd. 2018-IV |
| 3pd | Barings CLO Ltd. 2019-II |
| 3pd | Barings Global Credit Income Opportunities Fund |
| 3pd | Barings Global Floating Rate Fund, a Series of Bar |
| 3pd | Barings Global High Yield Credit Strategies Limite |
| 3pd | Barings Global Loan Limited |
| 3pd | Barings Global Loan and High Yield Bond Limited |
| 3pd | Barings Global Multi-Credit Strategy 1 Limited |
| 3pd | Barings Global Multi-Credit Strategy 2 Limited |
| 3pd | Barings Global Multi-Credit Strategy 3 Limited |
| 3pd | Barings Global Multi-Credit Strategy 4 Limited |
| 3pd | Barings Global Special Situations Credit 3 S.A.R.L |
| cd | Barings LLC |
| cd | Barings LLC |
| cd | Barings LLC |
| 3pd | Barings Segregated Loans 3 S.A R.L. |
| 3pd | Barings U.S Loan Limited |
| 3pd | BayCity Alternative Investment Funds SICAV-SIF - B |
| 3pd | BayCity Senior Loan Master Fund Ltd. |
| 3pd | Bayvk R2-Fonds Segment Bayvk R2 Barings |
| 3pd | Bentham Strategic Loan Fund |
| 3pd | Bentham Syndicated Loan Fund |
| 3pd | Betony CLO 2, Ltd. |
| 3pd | BlackRock Credit Strategies Income Fund of BlackRo |
| 3pd | BlackRock Debt Strategies Fund, Inc. |
| 3pd | BlackRock Floating Rate Income Portfolio of BlackR |
| 3pd | BlackRock Floating Rate Income Strategies Fund, In |
| 3pd | BlackRock Floating Rate Income Trust |

| | |
|---|---|
| 3pd | BlackRock Global Investment Series: Income Strateg |
| 3pd | BlackRock Limited Duration Income Trust |
| 3pd | BlackRock Multi-Asset Income Portfolio of BlackRoc |
| 3pd | BlackRock Senior Floating Rate Portfolio |
| 3pd | Blue Shield of California |
| cd | Boston Management and Research |
| cd | Boston Management and Research |
| 3pd | Bowery Funding ULC |
| 3pd | Brighthouse Funds Trust I - Brighthouse/Eaton Vanc |
| 3pd | California State Teachers Retirement System |
| 3pd | California Street CLO IX Limited Partnership |
| 3pd | California Street CLO XII, Ltd. |
| 3pd | Calvert Management Series - Calvert Floating-Rate |
| 3pd | Carbone CLO, Ltd. |
| intp | Citadel LLC |
| dft | Columbia Cent CLO 21 Limited |
| 3pp | Columbia Cent CLO 21 Limited |
| 3pp | Columbia Cent CLO 21 Limited |
| dft | Columbia Cent CLO 27 Limited |
| 3pp | Columbia Cent CLO 27 Limited |
| 3pp | Columbia Cent CLO 27 Limited |
| dft | Columbia Floating Rate Income Fund, a series of Co |
| 3pp | Columbia Floating Rate Income Fund, a series of Co |
| dft | Columbia Strategic Income Fund, a series of Columb |
| 3pp | Columbia Strategic Income Fund, a series of Columb |
| 3pp | Columbia Strategic Income Fund, a series of Columb |
| 3pd | Commonwealth of Pennsylvania Treasury Department |
| dft | Contrarian Capital Fund I, L.P. |
| 3pp | Contrarian Capital Fund I, L.P. |
| 3pp | Contrarian Capital Fund I, L.P. |
| dft | Contrarian Centre Street Partnership, L.P. |
| 3pp | Contrarian Centre Street Partnership, L.P. |
| 3pp | Contrarian Centre Street Partnership, L.P. |
| dft | Contrarian Distressed Debt Fund, L.P. |
| 3pp | Contrarian Distressed Debt Fund, L.P. |
| 3pp | Contrarian Distressed Debt Fund, L.P. |
| 3pd | Copperhill Loan Fund I, LLC |
| pla | Credit Suisse Asset Management, LLC |
| cd | Credit Suisse Asset Management, LLC |
| cd | Credit Suisse Asset Management, LLC |
| 3pd | Credit Suisse Floating Rate High Income Fund |
| 3pd | Credit Suisse Floating Rate Trust |
| 3pd | Credit Suisse Nova (Lux) |
| 3pd | Credit Suisse Strategic Income Fund |
| 3pd | Crown Managed Accounts SPC - Crown/BA 2 SP |
| 3pd | DaVinci Reinsurance Ltd. |
| 3pd | Diversified Credit Portfolio Ltd. |
| 3pd | Dollar Senior Loan Fund, Ltd. |
| 3pd | Dollar Senior Loan Master Fund II, Ltd. |
| 3pd | Dryden 30 Senior Loan Fund |
| 3pd | Dryden 33 Senior Loan Fund |
| 3pd | Dryden 36 Senior Loan Fund |
| 3pd | Dryden 37 Senior Loan Fund |
| 3pd | Dryden 38 Senior Loan Fund |
| 3pd | Dryden 40 Senior Loan Fund |
| 3pd | Dryden 41 Senior Loan Fund |
| 3pd | Dryden 42 Senior Loan Fund |
| 3pd | Dryden 43 Senior Loan Fund |
| 3pd | Dryden 45 Senior Loan Fund |
| 3pd | Dryden 47 Senior Loan Fund |
| 3pd | Dryden 49 Senior Loan Fund |
| 3pd | Dryden 50 Senior Loan Fund |
| 3pd | Dryden 53 CLO, Ltd. |

District/off: 0541-4
Date Rcvd: Jun 14, 2023

User: ADIuser
Form ID: pdf111

Page 4 of 21
Total Noticed: 9

| | |
|---|---|
| 3pd | Dryden 54 Senior Loan Fund |
| 3pd | Dryden 55 CLO, Ltd. |
| 3pd | Dryden 57 CLO, Ltd. |
| 3pd | Dryden 58 CLO, Ltd. |
| 3pd | Dryden 60 CLO, Ltd. |
| 3pd | Dryden 61 CLO, Ltd. |
| 3pd | Dryden 64 CLO, Ltd. |
| 3pd | Dryden 65 CLO, Ltd. |
| 3pd | Dryden 70 CLO, Ltd. |
| 3pd | Dryden 75 CLO, Ltd. |
| 3pd | Dryden XXV Senior Loan Fund |
| 3pd | Dryden XXVI Senior Loan Fund |
| 3pd | Dryden XXVIII Senior Loan Fund |
| 3pd | Eaton Vance CLO 2013-1 Ltd |
| 3pd | Eaton Vance CLO 2014-1R Ltd |
| 3pd | Eaton Vance CLO 2015-1 Ltd |
| 3pd | Eaton Vance CLO 2018-1 Ltd |
| 3pd | Eaton Vance CLO 2019-1 Ltd |
| 3pd | Eaton Vance Floating Rate Portfolio |
| 3pd | Eaton Vance Floating-Rate 2022 Target Term Trust |
| 3pd | Eaton Vance Floating-Rate Income Plus Fund |
| 3pd | Eaton Vance Floating-Rate Income Trust |
| 3pd | Eaton Vance Institutional Senior Loan Fund |
| 3pd | Eaton Vance Institutional Senior Loan Plus Fund |
| 3pd | Eaton Vance International (Cayman Islands) Floatin |
| 3pd | Eaton Vance Limited Duration Income Fund |
| 3pd | Eaton Vance Loan Holding Limited |
| cd | Eaton Vance Management |
| cd | Eaton Vance Management |
| 3pd | Eaton Vance Senior Floating-Rate Trust |
| 3pd | Eaton Vance Senior Income Trust |
| 3pd | Eaton Vance Short Duration Diversified Income Fund |
| 3pd | Eaton Vance VT Floating Rate Income Fund |
| 3pd | Elevation CLO 2013-1, Ltd. |
| 3pd | Elevation CLO 2014-2, Ltd. |
| 3pd | Elevation CLO 2015-4, Ltd. |
| 3pd | Elevation CLO 2016-5, Ltd. |
| 3pd | Elevation CLO 2017-6, Ltd. |
| 3pd | Elevation CLO 2017-7, Ltd. |
| 3pd | Elevation CLO 2017-8 Ltd. |
| 3pd | Elevation CLO 2018-10, Ltd. |
| 3pd | Elevation CLO 2018-9, Ltd. |
| 3pd | Erie Indemnity Company |
| 3pd | Erie Insurance Exchange |
| 3pd | First Eagle Bank Loan Select Master Fund |
| 3pd | First Eagle Senior Loan Fund (FSLF) |
| 3pd | Fixed Income Opportunities Nero, LLC |
| 3pd | G.A.S. (Cayman) Limited |
| dft | Gamut Capital SSB, LLC |
| 3pp | Gamut Capital SSB, LLC |
| 3pp | Gamut Capital SSB, LLC |
| 3pd | HarbourView CLO VII-R, Ltd. |
| 3pd | Inflation Protection Fund-I Series |
| 3pd | Invesco BL Fund, Ltd. |
| 3pd | Invesco Dynamic Credit Opportunities Fund |
| 3pd | Invesco Floating Rate Fund |
| 3pd | Invesco Floating Rate Income Fund |
| 3pd | Invesco Gemini US Loan Fund LLC |
| 3pd | Invesco Oppenheimer Fundamental Alternatives Fund |
| 3pd | Invesco Oppenheimer Master Loan Fund |
| 3pd | Invesco Oppenheimer Senior Floating Rate Fund |
| 3pd | Invesco Oppenheimer Senior Floating Rate Plus Fund |
| 3pd | Invesco SSL Fund LLC |

| | |
|---|---|
| 3pd | Invesco Senior Income Trust |
| 3pd | Invesco Senior Loan Fund |
| cd | Invesco Senior Secured Management, Inc. |
| cd | Invesco Senior Secured Management, Inc. |
| intp | Invesco Senior Secured Management, Inc. and Credit |
| 3pd | Invesco Zodiac Funds - Invesco US Senior Loan ESG |
| 3pd | Invesco Zodiac Funds - Invesco US Senior Loan Fund |
| 3pd | JPMBI re BlackRock BankLoan Fund |
| 3pd | Jocassee Partners LLC |
| 3pd | KP Fixed Income Fund |
| 3pd | KVK CLO 2013-1 Ltd. |
| 3pd | KVK CLO 2016-1 Ltd. |
| 3pd | KVK CLO 2018-1 Ltd. |
| 3pd | Kaiser Permanente Group Trust |
| 3pd | Kapitalforeningen Investin Pro, US Leveraged Loans |
| 3pd | MP CLO III Ltd. |
| 3pd | MP CLO IV Ltd. |
| 3pd | MP CLO VII Ltd. |
| 3pd | MP CLO VIII Ltd. |
| 3pd | MPLF Funding Ltd. |
| 3pd | MPSFR Financing 1 Ltd. |
| 3pd | Madison Flintholm Senior Loan Fund I DAC |
| 3pd | Madison Park Funding X, Ltd. |
| 3pd | Madison Park Funding XI, Ltd. |
| 3pd | Madison Park Funding XII, Ltd. |
| 3pd | Madison Park Funding XIII, Ltd. |
| 3pd | Madison Park Funding XIV, Ltd. |
| 3pd | Madison Park Funding XIX, Ltd. |
| 3pd | Madison Park Funding XL, Ltd. |
| 3pd | Madison Park Funding XLI, Ltd. |
| 3pd | Madison Park Funding XLII, Ltd. |
| 3pd | Madison Park Funding XLIII, Ltd. |
| 3pd | Madison Park Funding XLIV, Ltd. |
| 3pd | Madison Park Funding XV, Ltd. |
| 3pd | Madison Park Funding XVI, Ltd. |
| 3pd | Madison Park Funding XVII, Ltd. |
| 3pd | Madison Park Funding XVIII, Ltd. |
| 3pd | Madison Park Funding XX, Ltd. |
| 3pd | Madison Park Funding XXI, Ltd. |
| 3pd | Madison Park Funding XXII, Ltd. |
| 3pd | Madison Park Funding XXIII, Ltd. |
| 3pd | Madison Park Funding XXIV, Ltd. |
| 3pd | Madison Park Funding XXIX, Ltd. |
| 3pd | Madison Park Funding XXV, Ltd. |
| 3pd | Madison Park Funding XXVI, Ltd. |
| 3pd | Madison Park Funding XXVII, Ltd. |
| 3pd | Madison Park Funding XXVIII, Ltd. |
| 3pd | Madison Park Funding XXX, Ltd. |
| 3pd | Madison Park Funding XXXI, Ltd. |
| 3pd | Madison Park Funding XXXII, Ltd. |
| 3pd | Madison Park Funding XXXIV, Ltd. |
| 3pd | Madison Park Funding XXXV, Ltd. |
| 3pd | Madison Park Funding XXXVII, Ltd. |
| 3pd | Magnetite VII, Limited |
| 3pd | Magnetite VIII, Limited |
| 3pd | Magnetite XC, Limited |
| 3pd | Magnetite XII, Limited |
| 3pd | Magnetite XIV-R, Limited |
| 3pd | Magnetite XIX, Limited |
| 3pd | Magnetite XV, Limited |
| 3pd | Magnetite XVI, Limited |
| 3pd | Magnetite XVII, Limited |
| 3pd | Magnetite XVIII, Limited |

| | |
|---|---|
| 3pd | Magnetite XX, Limited |
| 3pd | Marathon CLO IX Ltd. |
| 3pd | Marathon CLO V Ltd. |
| 3pd | Marathon CLO VII Ltd. |
| 3pd | Marathon CLO VIII Ltd. |
| 3pd | Marathon CLO X Ltd. |
| 3pd | Marathon CLO XI Ltd. |
| 3pd | Marble Point CLO X Ltd. |
| 3pd | Marble Point CLO XI Ltd. |
| 3pd | Marble Point CLO XII Ltd. |
| 3pd | Maryland State Retirement and Pension System |
| 3pd | Menard, Inc. |
| 3pd | Milos CLO, Ltd. |
| 3pd | Municipal Employees Annuity & Benefit Fund of Chic |
| 3pd | NC Garnet Fund, LP |
| 3pd | Newark BSL CLO 1, Ltd. |
| 3pd | Newark BSL CLO 2, Ltd. |
| dft | North Star Debt Holdings, L.P. |
| 3pp | North Star Debt Holdings, L.P. |
| 3pp | North Star Debt Holdings, L.P. |
| 3pd | Nuveen Diversified Dividend and Income Fund |
| 3pd | Nuveen Floating Rate Income Fund |
| 3pd | Nuveen Floating Rate Income Opportunity Fund |
| 3pd | Nuveen Senior Income Fund |
| 3pd | Nuveen Short Duration Credit Opportunities Fund |
| 3pd | Nuveen Symphony Floating Rate Income Fund |
| 3pd | Oaktree Opportunities Fund X Holdings (Delaware) L |
| 3pd | Oaktree Opportunities Fund Xb Holdings (Delaware), |
| 3pd | Oaktree Opps X Holdco Ltd. |
| 3pd | One Eleven Funding I, Ltd. |
| 3pd | One Eleven Funding II, Ltd. |
| 3pd | PK-SSL Investment Fund Limited Partnership |
| 3pd | Peaks CLO 3, Ltd. |
| 3pd | Pensiondanmark Pensionforsikringsaktieselskab |
| 3pd | Phillips 66 Retirement Plan Trust |
| 3pd | Principal Diversified Real Asset CIT |
| 3pd | Principal Funds, Inc - Diversified Real Asset Fund |
| 3pd | Recette CLO, Ltd. |
| 3pd | Renaissance Investment Holdings Ltd. |
| dft | Represented Third-Party Defendants |
| 3pd | Riserva CLO, Ltd. |
| intp | Ropes & Gray LLP |
| 3pd | Russell Absolute Return Fixed Income Fund |
| 3pd | Russell Floating Rate Fund |
| 3pd | Russell Global Unconstrained Bond Pool |
| 3pd | Russell Multi-Asset Core Plus Fund |
| 3pd | Russell Unconstrained Total Return Fund |
| 3pd | SCOF-2 Ltd. |
| 3pd | Senior Debt Portfolio |
| 3pd | Sentry Insurance Company |
| 3pd | Serengeti (Loan Fund), a Series Trust of the Multi |
| pla | Serta Simmons Bedding LLC et al. |
| cd | Serta Simmons Bedding, LLC |
| cd | Serta Simmons Bedding, LLC |
| dft | Shackleton 2013-III CLO, Ltd. |
| 3pp | Shackleton 2013-III CLO, Ltd. |
| 3pp | Shackleton 2013-III CLO, Ltd. |
| dft | Shackleton 2013-IV-R CLO, Ltd. |
| 3pp | Shackleton 2013-IV-R CLO, Ltd. |
| 3pp | Shackleton 2013-IV-R CLO, Ltd. |
| 3pp | Shackleton 2014-V-R CLO, Ltd. |
| 3pp | Shackleton 2014-V-R CLO, Ltd. |
| dft | Shackleton 2014-V-R CLO, Ltd. |

District/off: 0541-4

Date Rcvd: Jun 14, 2023

User: ADIuser

Form ID: pdf111

Page 7 of 21

Total Noticed: 9

| | |
|---|---|
| 3pp | Shackleton 2015-VII-R CLO, Ltd. |
| 3pp | Shackleton 2015-VII-R CLO, Ltd. |
| dft | Shackleton 2015-VII-R CLO, Ltd. |
| 3pp | Shackleton 2017-XI CLO, Ltd. |
| 3pp | Shackleton 2017-XI CLO, Ltd. |
| dft | Shackleton 2017-XI CLO, Ltd. |
| dft | Silver Oak Capital, L.L.C. |
| 3pp | Silver Oak Capital, L.L.C. |
| 3pp | Silver Oak Capital, L.L.C. |
| 3pd | Staniford Street CLO Ltd. |
| 3pd | State of New Mexico State Investment Council |
| 3pd | Stichting Pensioenfonds Hoogovens |
| 3pd | Symphony CLO XIV, Ltd. |
| 3pd | Symphony CLO XIX Ltd. |
| 3pd | Symphony CLO XV, Ltd. |
| 3pd | Symphony CLO XVI, Ltd. |
| 3pd | Symphony CLO XVII, Ltd. |
| 3pd | Symphony CLO XX Ltd. |
| 3pd | Symphony Floating Rate Senior Loan Fund |
| 3pd | TAO Fund, LLC |
| 3pd | TCI-Symphony 2016-1 Ltd. |
| 3pd | TCI-Symphony 2017-1 Ltd. |
| 3pd | Telstra Superannuation Scheme |
| 3pd | The City of New York Group Trust |
| 3pd | The Eaton Corporation Master Retirement Trust |
| 3pd | Third Party Defendants |
| 3pd | Upland CLO, Ltd. |
| 3pd | Venture 28A CLO, Limited |
| 3pd | Venture 31 CLO, Limited |
| 3pd | Venture 32 CLO, Limited |
| 3pd | Venture 33 CLO, Limited |
| 3pd | Venture 35 CLO, Limited |
| 3pd | Venture XII CLO, Limited |
| 3pd | Venture XIII CLO, Limited |
| 3pd | Venture XIV CLO, Limited |
| 3pd | Venture XIX CLO, Limited |
| 3pd | Venture XV CLO, Limited |
| 3pd | Venture XVI CLO, Limited |
| 3pd | Venture XVII CLO Limited |
| 3pd | Venture XVIII CLO, Limited |
| 3pd | Venture XX CLO, Limited |
| 3pd | Venture XXI CLO, Limited |
| 3pd | Venture XXII CLO, Limited |
| 3pd | Venture XXIII CLO, Limited |
| 3pd | Venture XXIV CLO, Limited |
| 3pd | Venture XXIX CLO, Limited |
| 3pd | Venture XXV CLO, Limited |
| 3pd | Venture XXVII CLO, Limited |
| 3pd | Venture XXVIII CLO, Limited |
| 3pd | Venture XXX CLO, Limited |
| 3pd | Wespath Funds Trust |
| 3pd | Wind River 2012-1 CLO Ltd. |
| 3pd | Wind River 2013-1 CLO Ltd. |
| 3pd | Wind River 2013-2 CLO Ltd. |
| 3pd | Wind River 2014-1 CLO Ltd. |
| 3pd | Wind River 2014-2 CLO Ltd. |
| 3pd | Wind River 2014-3 CLO Ltd. |
| 3pd | Wind River 2014-3K CLO Ltd. |
| 3pd | Wind River 2015-1 CLO Ltd. |
| 3pd | Wind River 2015-2 CLO Ltd. |
| 3pd | Wind River 2016-1 CLO Ltd. |
| 3pd | Wind River 2016-2 CLO Ltd. |
| 3pd | Wind River 2017-1 CLO Ltd. |

District/off: 0541-4 | User: ADIuser | Page 8 of 21
Date Rcvd: Jun 14, 2023 | Form ID: pdf111 | Total Noticed: 9

| | | |
|---|---|---|
| 3pd | | Wind River 2017-4 CLO Ltd. |
| 3pd | | Wind River 2018-3 CLO Ltd. |
| 3pd | | Wind River 2019-3 CLO Ltd. |
| 3pd | | Wind River Fund LLC |
| 3pd | | Woodbine Funding ULC |
| 3pp | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| 3pp | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| dft | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| 3pp | | Z Capital Credit Partners CO 2019-1 Ltd. |
| 3pp | | Z Capital Credit Partners CO 2019-1 Ltd. |
| dft | | Z Capital Credit Partners CO 2019-1 Ltd. |
| cc | *+ | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |

TOTAL: 392 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam B Nach | on behalf of Creditor Shippers Preferred Express  Inc. adam.nach@lane-nach.com, sheila.rochin@lane-nach.com;paul.hilkert@lane-nach.com;aimee.bourassa@lane-nach.com |
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Alison B. Miller | on behalf of Creditor LCM XXII LTD. amiller@hsgllp.com |
| Alison B. Miller | on behalf of Creditor LCM XXV Ltd. amiller@hsgllp.com |
| Alison B. Miller | on behalf of Creditor LCM XVIII Limited Partnership amiller@hsgllp.com |
| Alison B. Miller | on behalf of Creditor LCM XVI Limited Partnership amiller@hsgllp.com |
| Alison B. Miller | on behalf of Creditor LCM Lenders amiller@hsgllp.com |
| Alison B. Miller | on behalf of Creditor LCM XVII Limited Partnership amiller@hsgllp.com |
| Alison B. Miller | on behalf of Creditor LCM XX Limited Partnership amiller@hsgllp.com |

Alison B. Miller
on behalf of Creditor LCM 28 LTD. amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM XIX Limited Partnership amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM 26 LTD. amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LXM XXV LTD. amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM XIII Limited Partnership amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM 27 LTD. amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM XIV Limited Partnership amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM XXI Limited Partnership amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM XXIV LTD. amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM XXIII LTD. amiller@hsgllp.com

Alison B. Miller
on behalf of Creditor LCM XV Limited Partnership amiller@hsgllp.com

Amy E Vulpio
on behalf of Creditor Google LLC vulpioa@whiteandwilliams.com

Anabel King
on behalf of Interested Party Ruth Humphries aking@w-klaw.com  sdianiska@w-klaw.com;lbulnes@w-klaw.com

Anabel King
on behalf of Interested Party Alan Humphries aking@w-klaw.com  sdianiska@w-klaw.com;lbulnes@w-klaw.com

Anthony J. Barbieri
on behalf of Creditor LIT Gateway Portfolio abarbieri@kesslercollins.com

Anthony J. Barbieri
on behalf of Creditor Fallbrook Pines Phase I  LLC abarbieri@kesslercollins.com

Autumn D Highsmith
on behalf of Interested Party Texas Comptroller of Public Accounts  Unclaimed Property Division autumn.highsmith@oag.texas.gov

Benjamin F. Barrett, Jr
on behalf of Creditor Sally A Erickson ben@benbarrettlaw.com

Benjamin W. Loveland
on behalf of Interested Party Wilmington Savings Fund Society  FSB Benjamin.loveland@wilmerhale.com, lauren.lifland@wilmerhale.com;Yolande.Thompson@wilmerhale.com

Brian Taylor Goldman
on behalf of Creditor LCM XIII Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM 26 LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XXV Ltd. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM 27 LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XXII LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XIV Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XVII Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XX Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XXI Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XVI Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LXM XXV LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XVIII Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM Lenders bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XXIII LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XIX Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XV Limited Partnership bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM XXIV LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
on behalf of Creditor LCM 28 LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Bruce J Ruzinsky
on behalf of 3rd Pty Defendant Eaton Vance Loan Holding Limited bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Interested Party Invesco Senior Secured Management  Inc. and Credit Suisse Asset Management, LLC
bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Plaintiff Credit Suisse Asset Management  LLC bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Creditor Barings  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Counter-Defendant Eaton Vance Management bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Counter-Defendant Boston Management and Research bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Creditor PTL Lenders bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Creditor c/o Bruce J. Ruzinsk PTL Lender Group bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Defendant Represented Third-Party Defendants bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Counter-Defendant Barings LLC bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Creditor Ad Hoc Priority Lender Group bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Cameron Thierry
cameron.thierry@gmail.com

Chante Westmoreland
on behalf of Interested Party HP Assembly I  LLC cwestmoreland@sheppardmullin.com, 1142443420@filings.docketbird.com

Charles Koster
on behalf of Interested Party Mattress Firm  Inc. ckoster@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com

Christian Dibblee
on behalf of Creditor Ad Hoc Priority Lender Group cdibblee@gibsondunn.com

Christopher Dylla

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cdylla@oag.texas.gov,
Sherri.Simpson@oag.texas.gov

Christopher C Simpson

on behalf of Interested Party Ad Hoc Equity Group csimpson@omlaw.com  pnieto@omlaw.com

Craig I Kelley

on behalf of Creditor Stephanie Finz bankruptcy@kelleylawoffice.com  Kristina@kelleylawoffice.com

Daniel P Callahan

on behalf of Creditor Fallbrook Pines Phase I  LLC dpc@kesslercollins.com, gld@kesslercollins.com

Daniel P Callahan

on behalf of Creditor LIT Gateway Portfolio dpc@kesslercollins.com  gld@kesslercollins.com

Donald K Ludman

on behalf of Creditor SAP America  Inc. dludman@brownconnery.com

Elias M Medina

on behalf of Creditor Ratzon Realty (Interstate Park Logistics Center Florida) Limited Partnership emedina@velaw.com

Eric R Wilson

on behalf of Interested Party Kelley Drye & Warren LLP
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Florence Bonaccorso-Saenz

on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Gabriel Adam Morgan

on behalf of Debtor Dawn Intermediate  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor SSB Manufacturing Company gabriel.morgan@weil.com
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor Serta International Holdco  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor Tuft & Needle  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor Serta Simmons Bedding  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor National Bedding Company L.L.C. gabriel.morgan@weil.com
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor SSB Retail  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor SSB Logistics  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor Dreamwell  Ltd. gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor The Simmons Manufacturing Co.  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan

on behalf of Debtor World of Sleep Outlets  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander
.Welch@weil.com

Gabriel Adam Morgan      on behalf of Debtor SSB Hospitality  LLC gabriel.morgan@weil.com, gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander.Welch@weil.com

Gabriel Adam Morgan      on behalf of Debtor Tomorrow Sleep LLC gabriel.morgan@weil.com gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander.Welch@weil.com

Gabriel Adam Morgan      on behalf of Plaintiff Serta Simmons Bedding LLC et al. gabriel.morgan@weil.com gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander.Welch@weil.com

Gabriel Adam Morgan      on behalf of Debtor Simmons Bedding Company  LLC gabriel.morgan@weil.com, gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander.Welch@weil.com

Gregg M Galardi      on behalf of Interested Party Ropes & Gray LLP Gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregg M Galardi      on behalf of Interested Party Advent International Corporation  on behalf of itself and funds managed by it Gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

H Joseph Acosta      on behalf of Interested Party Delta Enterprise Corporation and Children's Products LLC acosta.joseph@dorsey.com

Hamid R Rafatjoo      on behalf of Creditor Tolleson Logistics TIC Owner I LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hector Duran, Jr      on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Henry Hutten      on behalf of Creditor Barings  LLC henry.hutten@freshfields.com

Howard C Rubin      on behalf of Creditor LIT Gateway Portfolio hrubin@kesslercollins.com  gld@kesslercollins.com

Howard C Rubin      on behalf of Debtor SSB Manufacturing Company hrubin@kesslercollins.com  gld@kesslercollins.com

Howard C Rubin      on behalf of Creditor Fallbrook Pines Phase I  LLC hrubin@kesslercollins.com, gld@kesslercollins.com

Irve J. Goldman      on behalf of Creditor State of Connecticut Department of Economic Community and Development igoldman@pullcom.com

Jana Smith Whitworth      on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Janel Marie Glynn      on behalf of Creditor Karen Mancuso janel@theburgesslawgroup.com  angie@theburgesslawgroup.com

Jarrod B. Martin      on behalf of Creditor Cornelius McCormick jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin      on behalf of Creditor MM McCormick jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jarrod B. Martin      on behalf of Creditor Lashan McCormick jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jeff Grotke, I      on behalf of CRAIG LAW OFFICE OF JEFF SUNOSKIE jeffgrotke2000@yahoo.com

Jeff Grotke, I      on behalf of RANDY SUNOSKIE jeffgrotke2000@yahoo.com

Jeff Grotke, I      on behalf of Wendy Kershaw jeffgrotke2000@yahoo.com

Jeff Grotke, I      on behalf of RICHARD SUNOSKIE jeffgrotke2000@yahoo.com

Jeff Grotke, I      on behalf of DEBRA CAMPBELL jeffgrotke2000@yahoo.com

Jeffrey Philipp Prostok
    on behalf of Creditor Cisco Systems Capital Corporation jprostok@forsheyprostok.com
    calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com

Jeffrey Philipp Prostok
    on behalf of Creditor Salesforce  Inc. jprostok@forsheyprostok.com,
    calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com

John F Higgins, IV
    on behalf of Defendant AG Super Fund Master  L.P. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Silver Oak Capital  L.L.C. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Z Capital Credit Partners CLO 2018-1 Ltd. jhiggins@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant AG Credit Solutions Non-ECI Master Fund  L.P. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant AG Centre Street Partnership  L.P. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Ascribe III Investments  LLC jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Contrarian Distressed Debt Fund  L.P. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Columbia Cent CLO 21 Limited jhiggins@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Z Capital Credit Partners CO 2019-1 Ltd. jhiggins@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Interested Party Ad Hoc Group of First Lien Lenders jhiggins@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Shackleton 2013-IV-R CLO  Ltd. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Gamut Capital SSB  LLC jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant AG SF Master (L)  L.P. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Shackleton 2013-III CLO  Ltd. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Columbia Cent CLO 27 Limited jhiggins@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Shackleton 2017-XI CLO  Ltd. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Contrarian Capital Fund I  L.P. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Shackleton 2015-VII-R CLO  Ltd. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Columbia Floating Rate Income Fund  a series of Columbia Funds Series Trust II
    jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Defendant Shackleton 2014-V-R CLO  Ltd. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Defendant North Star Debt Holdings  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Defendant Contrarian Centre Street Partnership  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Defendant Columbia Strategic Income Fund  a series of Columbia Funds Series Trust I jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John James Sparacino
on behalf of Defendant LCM XXIII LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM XXI Limited Partnership jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM 26 LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM XXII LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Counter-Claimant LCM 27 LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Defendant LCM 26 LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Defendant LCM 28 LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM 27 LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Counter-Claimant LCM XXII LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Defendant LCM 27 LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM XIV Limited Partnership jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM Lenders jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM XVIII Limited Partnership jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Defendant LCM XXV Ltd. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM XIX Limited Partnership jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor LCM XXV Ltd. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Counter-Claimant LCM XXIII LTD. jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM XXIV LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Defendant LCM XXIV LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Counter-Claimant LCM XXV Ltd. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM 28 LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LXM XXV LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM XVII Limited Partnership jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM XV Limited Partnership jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM XVI Limited Partnership jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Counter-Claimant LCM XXIV LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM XXIII LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Defendant LCM XXII LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Counter-Claimant LCM 28 LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM XIII Limited Partnership jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Creditor LCM XX Limited Partnership jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
       on behalf of Counter-Claimant LCM 26 LTD. jsparacino@mckoolsmith.com
       john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Kendrick Turner
       on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Machir Stull
       on behalf of Creditor Ad Hoc Priority Lender Group mstull@jw.com
       kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John P Dillman
       on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

John P Dillman
       on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

John P Dillman
       on behalf of Creditor Dallas County houston_bankruptcy@lgbs.com

Jonathan D'Andrea
       on behalf of Creditor Risk International Benefits Advisors  LLC jdandrea@brouse.com

Joseph G Epstein
       on behalf of Creditor RLIF Riviera Beach SPE  LLC joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph R. Serino, Jr.

on behalf of Witness UBS AG  Stamford Branch jserino@kirkland.com, kenymanagingclerk@kirkland.com

Julia Francos Montgomery

on behalf of Creditor SAP America  Inc. jmontgomery@brownconnery.com

Kerry L Haliburton

on behalf of Creditor KKGF  LLC d/b/a United Textiles and Components haliburton@namanhowell.com,
karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Klaus Peter Muthig, I

on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kristen L Perry

on behalf of Creditor c/o Citadel Limited Citadel Equity Fund Ltd. kristen.perry@faegredrinker.com
kelly.olson@faegredrinker.com

Kristen L Perry

on behalf of Interested Party Citadel LLC kristen.perry@faegredrinker.com  kelly.olson@faegredrinker.com

Kristofer R McDonald

on behalf of Creditor Shippers Preferred Express  Inc. kristofer.mcdonald@lane-nach.com, sheila.rochin@lane-nach.com

Kurt S. Brack

on behalf of Creditor Hermes Landscaping  Inc. kbrack@brlawkc.com

Kurt S. Brack

on behalf of Creditor Hermes Landscapting  Inc kbrack@brlawkc.com

Kyle S. Hirsch

on behalf of Creditor XTRA Lease LLC kyle.hirsch@bclplaw.com
laremus@bclplaw.com;carussell@bclplaw.com;REC_KM_ECF_PHX@bryancave.com

Lawrence Edward Parres

on behalf of Creditor Leggett & Platt  Incorporated lparres@lewisrice.com

Lawrence Edward Parres

on behalf of Creditor Elite Comfort Solutions  LLC lparres@lewisrice.com

Lawrence Edward Parres

on behalf of Creditor Hanes Companies  Inc. lparres@lewisrice.com

Leanne O'Donnell

on behalf of Creditor Safety National Casualty Corporation leanne.odonnell@huschblackwell.com
christine.deacon@huschblackwell.com

Madlyn Gleich Primoff

on behalf of Creditor Barings  LLC madlyn.primoff@freshfields.com, 6188914420@filings.docketbird.com

Maribeth Thomas

on behalf of Creditor Steelworkers Pension Trust MTHOMAS@tuckerlaw.com

Mark Alan Platt

on behalf of Creditor Premier Trailers  LLC d/b/a Premier Trailer Leasing mplatt@fbtlaw.com,
dwilliams@fbtlaw.com;mluna@fbtlaw.com

Mark H Ralston

on behalf of Creditor Dormae Products  Inc. mralston@fishmanjackson.com,
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark H Ralston

on behalf of Creditor Palu Bedding Co.  Inc. mralston@fishmanjackson.com,
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark H Ralston

on behalf of Creditor Salt Lake Mattress & Mfg. Co. mralston@fishmanjackson.com
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark H Ralston

on behalf of Creditor Serta Restokraft Mattress Company Inc. mralston@fishmanjackson.com
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark H Ralston

on behalf of Creditor AW Industries  Inc. mralston@fishmanjackson.com,
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Meaghan Nowell

on behalf of Interested Party Six Continents Hotels  Inc. meaghan.nowell@alston.com

Megan F. Clontz

on behalf of Creditor Joshua Brooks mclontz@spencerfane.com  lvargas@spencerfane.com

Michael Fishel

on behalf of Creditor Continuum Marketing Services LLC mfishel@kslaw.com  michael-fishel-2874@ecf.pacerpro.com

Michael Galen
on behalf of Interested Party Delta Enterprise Corporation and Children's Products LLC galen.michael@dorsey.com

Michael Kevin Riordan
on behalf of Creditor Cornelius McCormick michael.riordan@chamberlainlaw.com
rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Michael Kevin Riordan
on behalf of Creditor MM McCormick michael.riordan@chamberlainlaw.com
rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Michael Kevin Riordan
on behalf of Creditor Lashan McCormick michael.riordan@chamberlainlaw.com
rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Michelle E Shriro
on behalf of Creditor IIT Inland Empire Logistics Center LP mshriro@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

Neil Lieberman
on behalf of Creditor LCM XXV Ltd. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM Lenders nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XIX Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM 26 LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XXIV LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XIII Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XIV Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM 27 LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XVI Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XX Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XVIII Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XVII Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XXIII LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XXI Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LXM XXV LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XXII LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM XV Limited Partnership nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
on behalf of Creditor LCM 28 LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil J Gregorio
on behalf of Creditor Steelworkers Pension Trust ngregorio@tuckerlaw.com

Nicholas Allen
on behalf of Creditor National Labor Relations Board - Region 4 nicholas.allen@nlrb.gov

Patrick J. Woods
on behalf of Creditor LCM XIX Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods

| | |
|---|---|
| | on behalf of Creditor LCM XVI Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XXII LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM 27 LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XXIV LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XV Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XVII Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LXM XXV LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XXV Ltd. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM 26 LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM 28 LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM Lenders pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XXIII LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XXI Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XIV Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XVIII Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XIII Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick J. Woods | |
| | on behalf of Creditor LCM XX Limited Partnership pwoods@hsgllp.com  managingclerk@hsgllp.com |
| Patrick Michael Flynn | |
| | on behalf of Attorney United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union pat@pmfpc.com, sandra@pmfpc.com |
| Philip M. Guffy | |
| | on behalf of Creditor Life Insurance Company of North America pguffy@huntonak.com |
| Priyanka Timblo | |
| | on behalf of Creditor LCM Lenders ptimblo@hsgllp.com |
| Robert L. Cook | |
| | on behalf of Creditor New York State Department of Taxation and Finance Robert.Cook@tax.ny.gov |
| Ronald E Gold | |
| | on behalf of Creditor WPG Legacy  LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com |
| S. Margie Venus | |
| | on behalf of Creditor LCM XXV Ltd. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com |
| S. Margie Venus | |
| | on behalf of Creditor LCM XIV Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com |
| S. Margie Venus | |
| | on behalf of Creditor LCM XXI Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com |
| S. Margie Venus | |
| | on behalf of Creditor LCM XVI Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com |
| S. Margie Venus | |

on behalf of Creditor LCM XV Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM 26 LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XX Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM 28 LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XIII Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XXII LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XVII Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XXIII LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM Lenders mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XIX Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XXIV LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM 27 LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus

on behalf of Creditor LCM XVIII Limited Partnership mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

Sabrina L Streusand

on behalf of Creditor NTT DATA Americas  Inc. streusand@slollp.com, apina@slollp.com

Samuel Dawson Adkisson

on behalf of Creditor Barings  LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson

on behalf of Counter-Defendant Barings LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson

on behalf of Counter-Defendant Invesco Senior Secured Management  Inc. sadkisson@gibsondunn.com

Samuel Dawson Adkisson

on behalf of Plaintiff Credit Suisse Asset Management  LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson

on behalf of Counter-Defendant Credit Suisse Asset Management  LLC sadkisson@gibsondunn.com

Scott E Blakeley

on behalf of Creditor Resolute Forest Products seb@blakeleyllp.com

Sean B Davis

on behalf of Interested Party Eclipse Business Capital LLC sbdavis@winstead.com  mmingo@winstead.com

Sean Thomas Wilson

on behalf of Creditor Committee Official Committee Of Unsecured Creditors KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sharon Grysman

on behalf of Creditor Ad Hoc Priority Lender Group sgrysman@gibsondunn.com

Shawn M Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Steffen R Sowell

on behalf of Interested Party Eclipse Business Capital LLC ssowell@winstead.com  dgalindo@winstead.com

Stephen R. Butler
                            on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Steven A Ginther
                            on behalf of Creditor Missouri Department of Revenue sdtxecf@dor.mo.gov

Steven W Soule
                            on behalf of Creditor Kodiak Transportation  LLC ssoule@hallestill.com, smccormick@hallestill.com

T. Josh Judd
                            on behalf of Creditor Hanes Companies  Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
                            on behalf of Creditor Leggett & Platt  Incorporated jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
                            on behalf of Creditor Elite Comfort Solutions  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tara L Grundemeier
                            on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier
                            on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                            on behalf of Creditor Dallas County houston_bankruptcy@lgbs.com

Trey A Monsour
                            on behalf of Creditor Microsoft Corporation tmonsour@foxrothschild.com
                            rsolomon@foxrothschild.com;msteen@foxrothschild.com

US Trustee
                            USTPRegion07.HU.ECF@USDOJ.GOV

Victoria Nicole Argeroplos
                            on behalf of Interested Party Invesco Senior Secured Management  Inc. and Credit Suisse Asset Management, LLC
                            vargeroplos@jw.com,
                            msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
                            on behalf of Creditor Ad Hoc Priority Lender Group vargeroplos@jw.com
                            msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Vincent Levy
                            on behalf of Creditor LCM XIV Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XIII Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XXIII LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM 28 LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XIX Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XVII Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM 26 LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM 27 LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XXII LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XVI Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XV Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM XXV Ltd. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
                            on behalf of Creditor LCM Lenders vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy

on behalf of Creditor LCM XVIII Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy

on behalf of Creditor LCM XX Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy

on behalf of Creditor LXM XXV LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy

on behalf of Creditor LCM XXIV LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy

on behalf of Creditor LCM XXI Limited Partnership vlevy@hsgllp.com  managingclerk@hsgllp.com

Weldon Leslie Moore, III

on behalf of Creditor Salt River Project wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Symmetry Energy Solutions  LLC wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor The Connecticut Light & Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Yankee Gas Services Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor AEP Energy  Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Georgia Power Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Florida Power & Light Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Wendy Brewer

on behalf of Creditor Louisville Bedding Company wbrewer@fmdlegal.com

William Edward Callahan, Jr

on behalf of Creditor Carpenter Company callahan@gentrylocke.com

William Edward Callahan, Jr

on behalf of Creditor KKGF  LLC d/b/a United Textiles and Components callahan@gentrylocke.com

TOTAL: 312