# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SERTA SIMMONS BEDDING, LLC, *et al.* | § | Case No. 23-90020 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, and BARINGS LLC, | § § § § § § § | Adversary Proc. No. 23-09001 (DRJ) |
| *Plaintiffs and Counterclaim-Defendants,* | § § | |
| - against – | § § | |
| AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD., | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants and Counterclaim-Plaintiffs.* | § § | |

1

**JOINT NOTICE OF APPEAL**

**Part 1: Identity of the Appellants**

1. Names of the appellants:

   LCM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd., LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd., and LCM 28 Ltd.

2. Position of appellants in the adversary proceeding that is the subject of this appeal:

   Defendants and Counterclaim-Plaintiffs.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Final Judgment [Dkt. 328 in Case No. 23-09001; Dkt. 1070 in Case No. 23-90020]. A copy is attached as Exhibit A.

2. State the date on which the judgment, order, or decree was entered:

   June 14, 2023

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| | |
|---|---|
| 1. LCM Appellants | **HOLWELL SHUSTER & GOLDBERG LLP**<br>Michael Shuster (admitted *pro hac vice*)<br>Vincent Levy (admitted *pro hac vice*)<br>Neil R. Lieberman (admitted *pro hac vice*)<br>Priyanka Timblo (admitted *pro hac vice*)<br>Brian T. Goldman (admitted *pro hac vice*)<br>Patrick J. Woods (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Email: mshuster@hsgllp.com<br>       vlevy@hsgllp.com<br>       nlieberman@hsgllp.com<br>       ptimblo@hsgllp.com<br>       bgoldman@hsgllp.com<br>       pwoods@hsgllp.com<br><br>-and-<br><br>**MCKOOL SMITH, PC**<br>John J. Sparacino (SBN 18873700)<br>S. Margie Venus (SBN 20545900) |

|  |  |
|---|---|
|  | Regan S. Jones (SBN 24110060)<br>600 Travis Street, Suite 7000<br>Houston, Texas 77002<br>Telephone: (713) 485-7300<br>Facsimile (713) 485-7344<br>Email: jsparacino@mckoolsmith.com<br>            mvenus@mckoolsmith.com<br>            rjones@mckoolsmith.com |
| 2.  Appellee: Serta Simmons Bedding, LLC | **WEIL, GOTSHAL & MANGES LLP**<br>Ray C. Schrock (admitted *pro hac vice*)<br>David J. Lender (admitted *pro hac vice*)<br>Alexander W. Welch (admitted *pro hac vice*)<br>Luna N. Barrington (admitted *pro hac vice*)<br>Richard D. Gage (admitted *pro hac vice*)<br>Taylor B. Dougherty (admitted *pro hac vice*)<br>Joseph R. Rausch (admitted *pro hac vice*)<br>Michael P. Goodyear (admitted *pro hac vice*)<br>Nicholas J. Reade (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel:    (212) 310-8000<br>Fax:    (212) 310-8007<br>Email: Ray.Schrock@weil.com<br>           David.Lender@weil.com<br>           Alexander.Welch@weil.com<br>           Luna.Barrington@weil.com<br>           Richard.Gage@weil.com<br>           Taylor.Dougherty@weil.com<br>           Joseph.Rausch@weil.com<br>           Michael.Goodyear@weil.com<br>           Nick.Reade@weil.com<br><br>-and-<br><br>Gabriel A. Morgan<br>Stephanie N. Morrison<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>Tel:  (713) 546-5040<br>Fax: (713) 224-9511<br>Email:  Gabriel.Morgan@weil.com<br>            Stephanie.Morrison@weil.com |

3. Appellees:

    Barings LLC

    Boston Management and Research

    Credit Suisse Asset Management, LLC

    Eaton Vance Management

    Invesco Senior Secured Management, Inc.

**GIBSON, DUNN & CRUTCHER LLP**
Gregg Costa (24028160)
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
Email: gcosta@gibsondunn.com

-and-

Orin Snyder (admitted *pro hac vice*)
Amanda M. Aycock (admitted *pro hac vice*)
C. Lee Wilson (admitted hac vice)
Akiva Shapiro (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035
Email: osnyder@gibsondunn.com
        aaycock@gibsondunn.com
        clwilson@gibsondunn.com
        ashapiro@gibsondunn.com

-and-

Helgi C. Walker (admitted *pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, DC 20036
Tel:   (202) 955-8500
Fax:   (202) 467-0539
Email: hwalker@gibsondunn.com

-and-

**JACKSON WALKER LLP**
Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel:  713-752-4200
Fax:  713-308-4184
Email: bruzinsky@jw.com

<div style="display: flex;">
<div>

4. Other Interested Parties (Defendants and counterclaim/third-party plaintiffs (the "Excluded Lenders")):

AG Centre Street Partnership, L.P.

AG Credit Solutions Non-ECI Master Fund, L.P.

AG SF Master (L), L.P.

AG Super Fund Master, L.P.

Silver Oak Capital, L.L.C.

Ascribe III Investments, LLC

Columbia Cent CLO 21 Limited

Columbia Cent CLO 27 Limited

Columbia Floating Rate Income Fund, a series of Columbia Funds Series Trust II

Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I

Contrarian Capital Fund I, L.P.

Contrarian Centre Street Partnership, L.P.

Contrarian Distressed Debt Fund, L.P.

Gamut Capital SSB, LLC

North Star Debt Holdings, L.P.

Shackleton 2013-III CLO, Ltd.

Shackleton 2013-IV-R CLO, Ltd.

Shackleton 2014-V-R CLO, Ltd.

Shackleton 2015-VII-R CLO, Ltd.

Shackleton 2017-XI CLO, Ltd.

Z Capital Credit Partners CLO 2018-1 Ltd.

Z Capital Credit Partners CO 2019-1 Ltd.

</div>
<div>

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Lawrence S. Robbins (admitted *pro hac vice*)
Eric Seiler (admitted *pro hac vice*)
Anne E. Beaumont (admitted *pro hac vice*)
Elizabeth Bierut (admitted *pro hac vice*)
Jamuna D. Kelley (admitted *pro hac vice*)
Blair R. Albom (admitted *pro hac vice*)
7 Times Square
New York, NY 10036-6516
(212) 833-1100
Email: lrobbins@fklaw.com
   eseiler@fklaw.com
   abeaumont@fklaw.com
   jkelley@fklaw.com
   balbom@fklaw.com

*Attorneys for the Excluded Lenders*

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Lewis R. Clayton (admitted *pro hac vice*)
Andrew J. Ehrlich (admitted *pro hac vice*)
Michael J. Colarossi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: kziman@paulweiss.com
   bhermann@paulweiss.com
   lclayton@paulweiss.com
   aehrlich@paulweiss.com
   mcolarossi@paulweiss.com

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

-and-

</div>
</div>

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6000
Email: jhiggins@porterhedges.com
       sjohnson@porterhedges.com
       myoung-john@porterhedges.com

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

| | |
|---|---|
| Dated: June 20, 2023<br>New York, NY | Respectfully submitted,<br><br>**HOLWELL SHUSTER & GOLDBERG LLP**<br><br>*/s/ Neil Lieberman*<br>Michael Shuster (admitted *pro hac vice*)<br>Vincent Levy (admitted *pro hac vice*)<br>Neil R. Lieberman (admitted *pro hac vice*)<br>Priyanka Timblo (admitted *pro hac vice*)<br>Brian T. Goldman (admitted *pro hac vice*)<br>Patrick J. Woods (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>mshuster@hsgllp.com<br>vlevy@hsgllp.com<br>nlieberman@hsgllp.com<br>ptimblo@hsgllp.com<br>bgoldman@hsgllp.com<br>pwoods@hsgllp.com<br><br>– and –<br><br>**MCKOOL SMITH, PC**<br>John J. Sparacino (SBN 18873700)<br>S. Margie Venus (SBN 20545900)<br>Regan S. Jones (SBN 24110060)<br>600 Travis Street, Suite 7000<br>Houston, Texas 77002<br>Telephone: (713) 485-7300<br>Facsimile (713) 485-7344<br>jsparacino@mckoolsmith.com<br>mvenus@mckoolsmith.com<br>rjones@mckoolsmith.com<br><br>***Counsel for the LCM Appellants*** |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Appeal was served by electronic delivery on all persons and entities receiving ECF notice on June 20, 2023.

*/s/ Neil Lieberman*
Neil R. Lieberman