**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>SERTA SIMMONS BEDDING, LLC, et al.,<br><br>Debtors, | Chapter 11<br><br>Case No. 23-90020 (DRJ)<br>(Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, et al.,<br><br>Plaintiffs and Counterclaim Defendant,<br><br>v.<br><br>AG CENTRE STREET PARTNERSHIP L.P., et al.,<br><br>Defendants and Counterclaim Plaintiffs,<br><br>v.<br><br>AGF FLOATING RATE INCOME FUND, et al.,<br><br>Additional Counterclaim Defendants. | Adversary Proc. No. 23-09001 (DRJ) |

## JOINT NOTICE OF APPEAL

**Part 1: Identity of the Appellants**

1. Names of the appellants: AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG Super Fund Master, L.P., AG SF Master (L), L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, a series of Columbia Funds Series Trust II, Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, Contrarian Capital Fund I, L.P., Contrarian Distressed Debt Fund, L.P., Contrarian Centre Street Partnership, L.P., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd. (collectively, the "Excluded Lenders").

2. Position of appellants in the adversary proceeding that is the subject of this appeal: Defendants and Counterclaim Plaintiffs.

1

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   - Final Judgment, Case No. 23-09001 (DRJ) ECF No. 328, to the extent it grants Plaintiffs' claim for declaratory judgment that the 2020 Transaction was permitted under the 2016 Credit Agreement and denies the Excluded Lenders' counterclaims for declaratory judgment and breach of the 2016 Credit Agreement.

   - Final Judgment, Case No. 23-90020 (DRJ) ECF No. 1070, to the extent it grants Plaintiffs' claim for declaratory judgment that the 2020 Transaction was permitted under the 2016 Credit Agreement and denies the Excluded Lenders' counterclaims for declaratory judgment and breach of the 2016 Credit Agreement.

2. State the date on which the judgment, order, or decree was entered: June 14, 2023

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Excluded Lenders Appellants

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Lawrence S. Robbins*
Eric Seiler*
Anne E. Beaumont*
Elizabeth Bierut*
Jamuna D. Kelley*
Blair R. Albom*
7 Times Square
New York, NY 11036-6516
(212) 833-1100
lrobbins@fklaw.com
eseiler@fklaw.com
abeaumont@fklaw.com
ebierut@fklaw.com
jkelley@fklaw.com
balbom@fklaw.com

*Attorneys for the Excluded Lenders*

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman*

2

Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
Robert J. O'Loughlin*
Sarah J. Prostko*
Jackson Yates*
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
kziman@paulweiss.com
bhermann@paulweiss.com
lclayton@paulweiss.com
aehrlich@paulweiss.com
mcolarossi@paulweiss.com
roloughlin@paulweiss.com
sprostko@paulweiss.com
jyates@paulweiss.com

*Attorneys for the Excluded
Lenders with respect to Plaintiffs'
Claims and Counterclaims Only*

-and-

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX 77002
(713) 226-6000
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Attorneys for the Excluded
Lenders with respect to Plaintiffs'
Claims and Counterclaims Only*


*\*admitted pro hac vice*

2.  Appellees:                              **WEIL, GOTSHAL & MANGES LLP**
                                            Ray C. Schrock (admitted *pro hac vice*)

Serta Simmons Bedding, LLC

David J. Lender (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
Luna N. Barrington (admitted *pro hac vice*)
Richard D. Gage (admitted *pro hac vice*)
Taylor B. Dougherty (admitted *pro hac vice*)
Joseph R. Rausch (admitted *pro hac vice*)
Michael P. Goodyear (admitted *pro hac vice*)
Nicholas J. Reade (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:    (212) 310-8000
Fax:    (212) 310-8007
Email: Ray.Schrock@weil.com
      David.Lender@weil.com
      Alexander.Welch@weil.com
      Luna.Barrington@weil.com
      Richard.Gage@weil.com
      Taylor.Dougherty@weil.com
      Joseph.Rausch@weil.com
      Michael.Goodyear@weil.com
      Nick.Reade@weil.com

-and-

Gabriel A. Morgan
Stephanie N. Morrison
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel:  (713) 546-5040
Fax: (713) 224-9511
Email:  Gabriel.Morgan@weil.com
      Stephanie.Morrison@weil.com

Appellees:

Barings LLC

Boston Management and Research

Credit Suisse Asset Management, LLC

Eaton Vance Management

**GIBSON, DUNN & CRUTCHER LLP**
Gregg Costa (24028160)
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
Email: gcosta@gibsondunn.com

Invesco Senior Secured Management, Inc.

Eaton Vance CLO 2013-1 LTD

Eaton Vance CLO 2014-1R, Ltd

Eaton Vance CLO 2015-1, Ltd

Eaton Vance CLO 2018-1, Ltd

Eaton Vance CLO 2019-1, Ltd

Eaton Vance Floating Rate Income Trust

Eaton Vance Floating Rate Portfolio

Eaton Vance Institutional Senior Loan Plus Fund

Eaton Vance Limited Duration Income Fund

Eaton Vance Senior Floating-Rate Trust

Eaton Vance Senior Income Trust

Eaton Vance Short Duration Diversified Income Fund

Eaton Vance VT Floating Rate Income Fund

Senior Debt Portfolio

Calvert Management Series - Calvert Floating-Rate Advantage Fund

AGF Floating Rate Income Fund

Bentham Strategic Loan Fund

Bentham Syndicated Loan Fund

CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM

Copperhill Loan Fund I, LLC

Credit Suisse Floating Rate High Income Fund

Credit Suisse Floating Rate Trust

CREDIT SUISSE NOVA (LUX)

Credit Suisse Strategic Income Fund

DaVinci Reinsurance Ltd

DOLLAR SENIOR LOAN FUND, LTD.

DOLLAR SENIOR LOAN MASTER FUND II, LTD.

ERIE INDEMNITY COMPANY

-and-

Orin Snyder (admitted pro hac vice)
Amanda M. Aycock (admitted pro hac vice)
C. Lee Wilson (admitted hac vice)
Akiva Shapiro (admitted pro hac vice)
200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Fax:    (212) 351-4035
Email: osnyder@gibsondunn.com
        aaycock@gibsondunn.com
        clwilson@gibsondunn.com
        ashapiro@gibsondunn.com

-and-

Helgi C. Walker (admitted pro hac vice)
1050 Connecticut Avenue N.W.
Washington, DC 20036
Tel:    (202) 955-8500
Fax:    (202) 467-0539
Email: hwalker@gibsondunn.com

-and-

**JACKSON WALKER LLP**
Bruce J Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010
713-752-4200
713-308-4184 (fax)
Email: bruzinsky@jw.com

ERIE INSURANCE EXCHANGE

Inflation Protection Fund-I Series

MADISON FLINTHOLM SENIOR LOAN
FUND I DAC

MADISON PARK FUNDING X, LTD.

MADISON PARK FUNDING XI, LTD.

Madison Park Funding XII, Ltd.

Madison Park Funding XIII, Ltd.

MADISON PARK FUNDING XIV, LTD.

MADISON PARK FUNDING XIX, LTD.

MADISON PARK FUNDING XL LTD

MADISON PARK FUNDING XLI, LTD

MADISON PARK FUNDING XLII, LTD.

Madison Park Funding XLIII, Ltd.

Madison Park Funding XLIV, Ltd.

Madison Park Funding XV, Ltd.

MADISON PARK FUNDING XVI, LTD.

MADISON PARK FUNDING XVII, LTD.

MADISON PARK FUNDING XVIII, LTD.

MADISON PARK FUNDING XX, LTD.

MADISON PARK FUNDING XXI, LTD.

MADISON PARK FUNDING XXII, LTD.

MADISON PARK FUNDING XXIII, LTD.

MADISON PARK FUNDING XXIV, LTD.

Madison Park Funding XXIX, Ltd.

MADISON PARK FUNDING XXV LTD

MADISON PARK FUNDING XXVI, LTD.

Madison Park Funding XXVII, Ltd.

MADISON PARK FUNDING XXVIII LTD

Madison Park Funding XXX, Ltd.

Madison Park Funding XXXI, Ltd.

Madison Park Funding XXXII, Ltd.

Madison Park Funding XXXIV, Ltd.

Madison Park Funding XXXV, Ltd.

Madison Park Funding XXXVII, Ltd.

Maryland State Retirement And Pension System

PHILLIPS 66 RETIREMENT PLAN TRUST

PK-SSL Investment Fund Limited Partnership

Renaissance Investment Holdings Ltd

Telstra Superannuation Scheme

Wespath Funds Trust

Wind River Fund LLC

Arrowood Indemnity Company and Arrowood Indemnity Company, As Administrator Of The Pension Plan Of Arrowood Indemnity

Babson CLO LTD. 2014-I

Barings BDC Senior Funding I, LLC

Barings BDC, Inc.

BARINGS CLO LTD. 2013-I

BARINGS CLO LTD. 2015-I

BARINGS CLO LTD. 2015-II

Barings CLO Ltd. 2016-I

BARINGS CLO LTD. 2016-II

Barings CLO Ltd. 2017-I

Barings CLO Ltd. 2018-I

Barings CLO Ltd. 2018-III

Barings CLO Ltd. 2018-IV

Barings CLO Ltd. 2019-II

BARINGS GLOBAL HIGH YIELD CREDIT STRATEGIES LIMITED

Barings Global Loan and High Yield Bond Limited

BARINGS GLOBAL LOAN LIMITED

BARINGS GLOBAL MULTI-CREDIT STRATEGY 3 LIMITED

BARINGS GLOBAL MULTI-CREDIT
STRATEGY 4 LIMITED

BARINGS GLOBAL SPECIAL
SITUATIONS CREDIT 3 S.A R.L.

Barings Segregated Loans 3 S.a.r.l

Barings U.S. Loan Limited

CROWN MANAGED ACCOUNTS SPC-
CROWN/BA 2 SP

Jocassee Partners LLC

Serengeti (Loan Fund), a series trust of the
Multi Strategy Umbrella Fund Cayman

First Eagle Bank Loan Select Master Fund

KVK CLO 2013-1, Ltd.

KVK CLO 2016-1 Ltd.

Stichting Pensioenfonds Hoogovens

Wind River 2012-1 CLO Ltd.

Wind River 2013-1 CLO Ltd.

Wind River 2013-2 CLO Ltd.

Wind River 2014-1 CLO Ltd.

Wind River 2014-2 CLO Ltd.

Wind River 2014-3 CLO Ltd.

Wind River 2014-3K CLO Ltd.

Wind River 2015-1 CLO Ltd.

Wind River 2015-2 CLO Ltd.

Wind River 2016-1 CLO Ltd.

Wind River 2016-2 CLO Ltd.

Wind River 2017-1 CLO Ltd.

Wind River 2017-4 CLO Ltd.

Wind River 2018-3 CLO Ltd.

Wind River 2019-3 CLO Ltd.

Staniford Street CLO Ltd.

Russell Floating Rate Fund

Annisa CLO, Ltd.

Betony CLO 2, LTD.

Carbone CLO, Ltd

DIVERSIFIED CREDIT PORTFOLIO LTD

HarbourView CLO VII-R, Ltd.

INVESCO BL FUND, LTD.

INVESCO DYNAMIC CREDIT
OPPORTUNITIES FUND

Invesco Floating Rate Fund

INVESCO FLOATING RATE INCOME
FUND

Invesco Gemini US Loan Fund LLC

Invesco Oppenheimer Fundamental
Alternatives Fund

Invesco Oppenheimer Master Loan Fund

Invesco Oppenheimer Senior Floating Rate
Fund

INVESCO SENIOR INCOME TRUST

INVESCO SENIOR LOAN FUND

INVESCO ZODIAC FUNDS - INVESCO US
SENIOR LOAN ESG FUND

INVESCO ZODIAC FUNDS - INVESCO US
SENIOR LOAN FUND

Milos CLO, Ltd.

Recette CLO Ltd.

Riserva CLO Ltd.

SENTRY INSURANCE COMPANY

Upland CLO, Ltd.

Oaktree Opportunities Fund X Holdings
(Delaware), L.P.

Oaktree Opportunities Fund Xb Holdings
(Delaware), L.P.

Oaktree Opps X Holdco Ltd.

Dryden 49 Senior Loan Fund

Dryden 50 Senior Loan Fund

Dryden 55 CLO, Ltd.

Dryden 58 CLO, Ltd.

Dryden 60 CLO, Ltd.

Dryden 64 CLO, Ltd.

Dryden 75 CLO, Ltd.

Newark BSL CLO 1, Ltd.

Newark BSL CLO 2, Ltd.

Dryden 30 Senior Loan Fund

Dryden 33 Senior Loan Fund

Dryden 36 Senior Loan Fund

Dryden 37 Senior Loan Fund

Dryden 38 Senior Loan Fund

Dryden 40 Senior Loan Fund

Dryden 41 Senior Loan Fund

Dryden 42 Senior Loan Fund

Dryden 43 Senior Loan Fund

Dryden 45 Senior Loan Fund

Dryden 47 Senior Loan Fund

Dryden 53 CLO, Ltd.

Dryden 54 Senior Loan Fund

Dryden 57 CLO, Ltd.

Dryden 61 CLO, Ltd.

Dryden 65 CLO, Ltd.

Dryden 70 CLO, Ltd.

Dryden XXV Senior Loan Fund

Dryden XXVI Senior Loan Fund

Dryden XXVIII Senior Loan Fund

Venture XIX CLO, Limited

Venture 28A CLO, Limited

Venture 31 CLO, Limited

Venture 32 CLO, Limited

Venture 33 CLO, Limited

Venture 35 CLO, Limited

Venture XIII CLO, Limited

Venture XIV CLO, Limited

Venture XV CLO, Limited

Venture XVII CLO, Limited

Venture XVIII CLO, Limited

Venture XXI CLO, Limited

Venture XXII CLO, Limited

Venture XXIII CLO, Limited

Venture XXIV CLO, Limited

Venture XXIX CLO, Limited

Venture XXV CLO, Limited

Venture XXVII CLO, Limited

Venture XXVIII CLO, Limited

Venture XXX CLO, Limited

ABR Reinsurance LTD

BlackRock Credit Strategies Income Fund of BlackRock Funds V

BLACKROCK DEBT STRATEGIES FUND, INC.

BlackRock Floating Rate Income Portfolio of BlackRock Funds V

Blackrock Floating Rate Income Strategies Fund, Inc

BLACKROCK FLOATING RATE INCOME TRUST

BlackRock Multi-Asset Income Portfolio of BlackRock Funds II

Blackrock Global Investment Series: Income Strategies Portfolio

BLACKROCK LIMITED DURATION INCOME TRUST

BLACKROCK SENIOR FLOATING RATE PORTFOLIO

FIXED INCOME OPPORTUNITIES NERO, LLC

JPMBI Re Blackrock Bankloan Fund

MAGNETITE VII, LIMITED

MAGNETITE VIII, LIMITED

Magnetite XII, Limited

MAGNETITE XIV-R, LIMITED

Magnetite XIX, Limited

MAGNETITE XV, LIMITED

MAGNETITE XVI, LIMITED

MAGNETITE XVII, LIMITED

MAGNETITE XVIII, LIMITED

Magnetite XX, Limited

NC GARNET FUND, L.P.

BAYCITY ALTERNATIVE INVESTMENT
FUNDS SICAV-SIF - BAYCITY US
SENIOR LOAN FUND

BAYCITY SENIOR LOAN MASTER FUND
LTD.

CALIFORNIA STREET CLO IX LIMITED
PARTNERSHIP

California Street CLO XII, Ltd.

MENARD, INC

MUNICIPAL EMPLOYEES' ANNUITY
AND BENEFIT FUND OF CHICAGO

Nuveen Diversified Dividend And Income
Fund

NUVEEN FLOATING RATE INCOME
FUND

NUVEEN FLOATING RATE INCOME
OPPORTUNITY FUND

NUVEEN SENIOR INCOME FUND

Nuveen Short Duration Credit Opportunities
Fund

Nuveen Symphony Floating Rate Income
Fund

PENSIONDANMARK
PENSIONSFORSIKRINGSAKTIESELSKAB

PRINCIPAL DIVERSIFIED REAL ASSET
CIT

PRINCIPAL FUNDS, INC. - DIVERSIFIED
REAL ASSET FUND

SCOF-2 LTD.

Symphony CLO XIV, Ltd.

Symphony CLO XIX, Ltd.

Symphony CLO XV, Ltd.

SYMPHONY CLO XVI, LTD.

SYMPHONY CLO XVII, LTD.

Symphony CLO XX, Ltd.

Symphony Floating Rate Senior Loan Fund

TCI-SYMPHONY CLO 2016-1 LTD.

TCI-SYMPHONY CLO 2017-1 LTD.

TAO Fund, LLC

ELEVATION CLO 2013-1, LTD.

ELEVATION CLO 2014-2, LTD.

ELEVATION CLO 2016-5, LTD.

ELEVATION CLO 2017-6, LTD.

ELEVATION CLO 2017-7 LTD

ELEVATION CLO 2017-8, LTD

ELEVATION CLO 2018-9 LTD

Elevation CLO 2018-10, Ltd.

Peaks CLO 3, Ltd.

MP CLO VII, LTD.

MP CLO III, LTD.

MP CLO IV, LTD.

MP CLO VIII, LTD.

MARBLE POINT CLO X LTD

MARBLE POINT CLO XI LTD

MARBLE POINT CLO XII LTD

Marathon CLO IX Ltd.

Marathon CLO V Ltd.

Marathon CLO VII Ltd.

Marathon CLO VIII Ltd.

Marathon CLO X Ltd.

Marathon CLO XI Ltd.

KP Fixed Income Fund

ONE ELEVEN FUNDING I LTD

One Eleven Funding II, Ltd

First Eagle Senior Loan Fund (FSLF)

KVK CLO 2018-1 Ltd.

Venture XII CLO, Limited

Venture XVI CLO, Limited

Venture XX CLO, Limited

ELEVATION CLO 2015-4, LTD

Eaton Vance Floating-Rate 2022 Target Term Trust

Eaton Vance Floating-Rate Income Plus Fund

Invesco Oppenheimer Senior Floating Rate Plus Fund

3.  Other Interested Parties:

LCM XXII LTD.

LCM XXIII LTD.

LCM XXIV Ltd.

LCM XXV LTD.

LCM 26 LTD.

LCM 27 LTD.

LCM 28 LTD.

**HOLWELL SHUSTER & GOLDBERG LLP**
Michael Shuster (admitted *pro hac vice*)
Vincent Levy (admitted *pro hac vice*)
Neil R. Lieberman (admitted *pro hac vice*)
Alison B. Miller (admitted *pro hac vice*)
Brian T. Goldman (admitted *pro hac vice*)
Patrick J. Woods (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Email: mshuster@hsgllp.com
        vlevy@hsgllp.com
        nlieberman@hsgllp.com
        amiller@hsgllp.com
        bgoldman@hsgllp.com
        pwoods@hsgllp.com

-and-

**MCKOOL SMITH, PC**
John J. Sparacino (SBN 18873700)
S. Margie Venus (SBN 20545900)
Regan S. Jones (SBN 24110060)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
Email: jsparacino@mckoolsmith.com
         mvenus@mckoolsmith.com
         rjones@mckoolsmith.com

Dated: June 21, 2023                Respectfully submitted,
        Houston, Texas

                                      **PORTER HEDGES LLP**

                                      */s/ John F. Higgins*
                                      John F. Higgins (TX 09597500)
                                      M. Shane Johnson (TX 24083263)
                                      Megan N. Young-John (TX 24088700)
                                      1000 Main Street, 36th Floor
                                      Houston, TX 77002
                                      (713) 226-6000
                                      jhiggins@porterhedges.com
                                      sjohnson@porterhedges.com
                                      myoung-john@porterhedges.com

                                      *Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

                                      -and-

                                      Kenneth S. Ziman*
                                      Brian S. Hermann*
                                      Lewis R. Clayton*
                                      Andrew J. Ehrlich*
                                      Michael J. Colarossi*
                                      Robert J. O'Loughlin*
                                      Sarah J. Prostko*
                                      Jackson Yates*
                                      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                      1285 Avenue of the Americas New York, NY 10019
                                      (212) 373-3000
                                      kziman@paulweiss.com
                                      bhermann@paulweiss.com
                                      lclayton@paulweiss.com
                                      aehrlich@paulweiss.com
                                      mcolarossi@paulweiss.com
                                      roloughlin@paulweiss.com
                                      sprostko@paulweiss.com
                                      jyates@paulweiss.com

                                      *Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

                                      -and -

Lawrence S. Robbins*
Eric Seiler*
Anne E. Beaumont*
Elizabeth Bierut*
Jamuna D. Kelley*
Blair R. Albom*
**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
7 Times Square
New York, NY 11036-6516
(212) 833-1100
lrobbins@fklaw.com
eseiler@fklaw.com
abeaumont@fklaw.com
ebierut@fklaw.com
jkelley@fklaw.com
balbom@fklaw.com

*Attorneys for the Excluded Lenders*

*\*admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing Notice of Appeal and Statement of Election was served by electronic delivery on all persons and entities receiving ECF notice on June 21, 2023.

*/s/ M. Shane Johnson*
M. Shane Johnson
