UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Serta Simmons Bedding LLC, et al | § | Civil Action No. 4:23cv2292 |
|     Debtor | § | |
| | § | Bankruptcy Case No. 23adv9001 |
| LCM Appellants | § | |
|     Appellant | § | |

## Notice of Filing of an Appeal

1. A notice of appeal to the district court was filed before the bankruptcy court on June 20, 2023

2. This appeal has been assigned to United States District Judge Andrew S. Hanen.

3. The appeal has been docketed as 4:23cv2292.

4. Motions affecting this appeal, or the judgment or order from which this appeal is taken must be filed in accordance with Fed. R. Bankr. P. 8006, 8007, 8008 and 8009(e).

5. Within 14 days after the notice of appeal was filed, the appellant must file a designation of the record. *See* Fed. R. Bankr. P. 8009. Within 14 days after being served with the appellant's designation, appellees may file additional designations.

6. Designations of the record must be filed with the bankruptcy court. Do not file copies of designated items that are already on file with the bankruptcy court. Parties must electronically file copies of admitted trial exhibits they designate for inclusion in the record.

Date June 22, 2023

                                                               Nathan Ochsner, Clerk of Court
                                                               <u>R. Smith</u>
                                                               Deputy Clerk

United States Bankruptcy Court
Southern District of Texas

Serta Simmons Bedding LLC et al.,
    Plaintiff

AG Centre Street Partnership et al.,
    Defendant

Adv. Proc. No. 23-09001-drj

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 13
Date Rcvd: Jun 22, 2023      Form ID: pdf007      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael S Shuster, Holwell Shuster & Goldberg LLP, 425 Lexington Avenue, 14th Floor, New York, NY 10017-3903 |
| intp | + | Epiq Corporate Restructuring, LLC, 777 Third Ave, 12th Floor, NEW YORK, NY 10017-1302 |
| intp | + | Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2759 |
| dft | + | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | + | LCM Lenders, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000 Houston, TX 77002-3018 |
| cr | + | c/o Bruce J. Ruzinsk PTL Lender Group, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM Lenders, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| dft | + | Email/Text: jsparacino@mckoolsmith.com | Jun 22 2023 20:25:00 | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |

TOTAL: 8

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | | ABR Reinsurance Ltd. |
| dft | | AG Centre Street Partnership et al. |
| dft | | AG Centre Street Partnership, L.P. |
| 3pp | | AG Centre Street Partnership, L.P. |
| 3pp | | AG Centre Street Partnership, L.P. |
| dft | | AG Credit Solutions Non-ECI Master Fund, L.P. |
| 3pp | | AG Credit Solutions Non-ECI Master Fund, L.P. |
| 3pp | | AG Credit Solutions Non-ECI Master Fund, L.P. |
| dft | | AG SF Master (L), L.P. |
| 3pp | | AG SF Master (L), L.P. |
| 3pp | | AG SF Master (L), L.P. |
| dft | | AG Super Fund Master, L.P. |
| 3pp | | AG Super Fund Master, L.P. |
| 3pp | | AG Super Fund Master, L.P. |
| cd | | AGF Floating Rate Income Fund |
| intp | | Ad Hoc Group of First Lien Lenders |
| cd | | Annisa CLO, Ltd. |
| cd | | Arrowood Indemnity |
| cd | | Arrowood Indemnity as Administrator of the Pension |
| dft | | Ascribe III Investments, LLC |
| 3pp | | Ascribe III Investments, LLC |
| 3pp | | Ascribe III Investments, LLC |
| cd | | BA/Cscredit 1 LLC |
| cd | | BOC Pension Investment Fund |
| cd | | BSG Fund Management B.V. |
| cd | | Babson CLO Ltd. 2014-1 |
| cd | | Baloise Senior Secured Loan Fund |
| cd | | Barings BDC Senior Funding I, LLC |
| 3pd | | Barings BDC, Inc. |
| 3pd | | Barings CLO Ltd. 2013-I |
| 3pd | | Barings CLO Ltd. 2015-I |
| 3pd | | Barings CLO Ltd. 2015-II |
| 3pd | | Barings CLO Ltd. 2016-I |
| 3pd | | Barings CLO Ltd. 2016-II |
| 3pd | | Barings CLO Ltd. 2017-I |
| 3pd | | Barings CLO Ltd. 2018-I |
| 3pd | | Barings CLO Ltd. 2018-III |
| 3pd | | Barings CLO Ltd. 2018-IV |
| 3pd | | Barings CLO Ltd. 2018-IV |
| 3pd | | Barings CLO Ltd. 2019-II |
| 3pd | | Barings Global Credit Income Opportunities Fund |
| 3pd | | Barings Global Floating Rate Fund, a Series of Bar |
| 3pd | | Barings Global High Yield Credit Strategies Limite |
| 3pd | | Barings Global Loan Limited |
| 3pd | | Barings Global Loan and High Yield Bond Limited |
| 3pd | | Barings Global Multi-Credit Strategy 1 Limited |
| 3pd | | Barings Global Multi-Credit Strategy 2 Limited |
| 3pd | | Barings Global Multi-Credit Strategy 3 Limited |
| 3pd | | Barings Global Multi-Credit Strategy 4 Limited |
| 3pd | | Barings Global Special Situations Credit 3 S.A.R.L |
| cd | | Barings LLC |
| cd | | Barings LLC |
| cd | | Barings LLC |
| 3pd | | Barings Segregated Loans 3 S.A R.L. |
| 3pd | | Barings U.S Loan Limited |
| cr | | Barings, LLC |
| 3pd | | BayCity Alternative Investment Funds SICAV-SIF - B |
| 3pd | | BayCity Senior Loan Master Fund Ltd. |
| 3pd | | Bayvk R2-Fonds Segment Bayvk R2 Barings |
| 3pd | | Bentham Strategic Loan Fund |

Case 23-09001   Document 334   Filed in TXSB on 06/24/23   Page 4 of 14

| District/off: 0541-4 | User: ADIuser | Page 3 of 13 |
| --- | --- | --- |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

| | |
| --- | --- |
| 3pd | Bentham Syndicated Loan Fund |
| 3pd | Betony CLO 2, Ltd. |
| 3pd | BlackRock Credit Strategies Income Fund of BlackRo |
| 3pd | BlackRock Debt Strategies Fund, Inc. |
| 3pd | BlackRock Floating Rate Income Portfolio of BlackR |
| 3pd | BlackRock Floating Rate Income Strategies Fund, In |
| 3pd | BlackRock Floating Rate Income Trust |
| 3pd | BlackRock Global Investment Series: Income Strateg |
| 3pd | BlackRock Limited Duration Income Trust |
| 3pd | BlackRock Multi-Asset Income Portfolio of BlackRoc |
| 3pd | BlackRock Senior Floating Rate Portfolio |
| 3pd | Blue Shield of California |
| cd | Boston Management and Research |
| cd | Boston Management and Research |
| 3pd | Bowery Funding ULC |
| 3pd | Brighthouse Funds Trust I - Brighthouse/Eaton Vanc |
| 3pd | California State Teachers Retirement System |
| 3pd | California Street CLO IX Limited Partnership |
| 3pd | California Street CLO XII, Ltd. |
| 3pd | Calvert Management Series - Calvert Floating-Rate |
| 3pd | Carbone CLO, Ltd. |
| intp | Citadel LLC |
| dft | Columbia Cent CLO 21 Limited |
| 3pp | Columbia Cent CLO 21 Limited |
| 3pp | Columbia Cent CLO 21 Limited |
| dft | Columbia Cent CLO 27 Limited |
| 3pp | Columbia Cent CLO 27 Limited |
| 3pp | Columbia Cent CLO 27 Limited |
| dft | Columbia Floating Rate Income Fund, a series of Co |
| 3pp | Columbia Floating Rate Income Fund, a series of Co |
| dft | Columbia Strategic Income Fund, a series of Columb |
| 3pp | Columbia Strategic Income Fund, a series of Columb |
| 3pp | Columbia Strategic Income Fund, a series of Columb |
| 3pd | Commonwealth of Pennsylvania Treasury Department |
| dft | Contrarian Capital Fund I, L.P. |
| 3pp | Contrarian Capital Fund I, L.P. |
| 3pp | Contrarian Capital Fund I, L.P. |
| dft | Contrarian Centre Street Partnership, L.P. |
| 3pp | Contrarian Centre Street Partnership, L.P. |
| 3pp | Contrarian Centre Street Partnership, L.P. |
| dft | Contrarian Distressed Debt Fund, L.P. |
| 3pp | Contrarian Distressed Debt Fund, L.P. |
| 3pp | Contrarian Distressed Debt Fund, L.P. |
| 3pd | Copperhill Loan Fund I, LLC |
| pla | Credit Suisse Asset Management, LLC |
| cd | Credit Suisse Asset Management, LLC |
| cd | Credit Suisse Asset Management, LLC |
| 3pd | Credit Suisse Floating Rate High Income Fund |
| 3pd | Credit Suisse Floating Rate Trust |
| 3pd | Credit Suisse Nova (Lux) |
| 3pd | Credit Suisse Strategic Income Fund |
| 3pd | Crown Managed Accounts SPC - Crown/BA 2 SP |
| 3pd | DaVinci Reinsurance Ltd. |
| 3pd | Diversified Credit Portfolio Ltd. |
| 3pd | Dollar Senior Loan Fund, Ltd. |
| 3pd | Dollar Senior Loan Master Fund II, Ltd. |
| 3pd | Dryden 30 Senior Loan Fund |
| 3pd | Dryden 33 Senior Loan Fund |
| 3pd | Dryden 36 Senior Loan Fund |
| 3pd | Dryden 37 Senior Loan Fund |
| 3pd | Dryden 38 Senior Loan Fund |
| 3pd | Dryden 40 Senior Loan Fund |
| 3pd | Dryden 41 Senior Loan Fund |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

| | |
|---|---|
| 3pd | Dryden 42 Senior Loan Fund |
| 3pd | Dryden 43 Senior Loan Fund |
| 3pd | Dryden 45 Senior Loan Fund |
| 3pd | Dryden 47 Senior Loan Fund |
| 3pd | Dryden 49 Senior Loan Fund |
| 3pd | Dryden 50 Senior Loan Fund |
| 3pd | Dryden 53 CLO, Ltd. |
| 3pd | Dryden 54 Senior Loan Fund |
| 3pd | Dryden 55 CLO, Ltd. |
| 3pd | Dryden 57 CLO, Ltd. |
| 3pd | Dryden 58 CLO, Ltd. |
| 3pd | Dryden 60 CLO, Ltd. |
| 3pd | Dryden 61 CLO, Ltd. |
| 3pd | Dryden 64 CLO, Ltd. |
| 3pd | Dryden 65 CLO, Ltd. |
| 3pd | Dryden 70 CLO, Ltd. |
| 3pd | Dryden 75 CLO, Ltd. |
| 3pd | Dryden XXV Senior Loan Fund |
| 3pd | Dryden XXVI Senior Loan Fund |
| 3pd | Dryden XXVIII Senior Loan Fund |
| 3pd | Eaton Vance CLO 2013-1 Ltd |
| 3pd | Eaton Vance CLO 2014-1R Ltd |
| 3pd | Eaton Vance CLO 2015-1 Ltd |
| 3pd | Eaton Vance CLO 2018-1 Ltd |
| 3pd | Eaton Vance CLO 2019-1 Ltd |
| 3pd | Eaton Vance Floating Rate Portfolio |
| 3pd | Eaton Vance Floating-Rate 2022 Target Term Trust |
| 3pd | Eaton Vance Floating-Rate Income Plus Fund |
| 3pd | Eaton Vance Floating-Rate Income Trust |
| 3pd | Eaton Vance Institutional Senior Loan Fund |
| 3pd | Eaton Vance Institutional Senior Loan Plus Fund |
| 3pd | Eaton Vance International (Cayman Islands) Floatin |
| 3pd | Eaton Vance Limited Duration Income Fund |
| 3pd | Eaton Vance Loan Holding Limited |
| cd | Eaton Vance Management |
| cd | Eaton Vance Management |
| 3pd | Eaton Vance Senior Floating-Rate Trust |
| 3pd | Eaton Vance Senior Income Trust |
| 3pd | Eaton Vance Short Duration Diversified Income Fund |
| 3pd | Eaton Vance VT Floating Rate Income Fund |
| 3pd | Elevation CLO 2013-1, Ltd. |
| 3pd | Elevation CLO 2014-2, Ltd. |
| 3pd | Elevation CLO 2015-4, Ltd. |
| 3pd | Elevation CLO 2016-5, Ltd. |
| 3pd | Elevation CLO 2017-6, Ltd. |
| 3pd | Elevation CLO 2017-7, Ltd. |
| 3pd | Elevation CLO 2017-8 Ltd. |
| 3pd | Elevation CLO 2018-10, Ltd. |
| 3pd | Elevation CLO 2018-9, Ltd. |
| 3pd | Erie Indemnity Company |
| 3pd | Erie Insurance Exchange |
| 3pd | First Eagle Bank Loan Select Master Fund |
| 3pd | First Eagle Senior Loan Fund (FSLF) |
| 3pd | Fixed Income Opportunities Nero, LLC |
| 3pd | G.A.S. (Cayman) Limited |
| dft | Gamut Capital SSB, LLC |
| 3pp | Gamut Capital SSB, LLC |
| 3pp | Gamut Capital SSB, LLC |
| 3pd | HarbourView CLO VII-R, Ltd. |
| 3pd | Inflation Protection Fund-I Series |
| 3pd | Invesco BL Fund, Ltd. |
| 3pd | Invesco Dynamic Credit Opportunities Fund |
| 3pd | Invesco Floating Rate Fund |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

| | |
|---|---|
| 3pd | Invesco Floating Rate Income Fund |
| 3pd | Invesco Gemini US Loan Fund LLC |
| 3pd | Invesco Oppenheimer Fundamental Alternatives Fund |
| 3pd | Invesco Oppenheimer Master Loan Fund |
| 3pd | Invesco Oppenheimer Senior Floating Rate Fund |
| 3pd | Invesco Oppenheimer Senior Floating Rate Plus Fund |
| 3pd | Invesco SSL Fund LLC |
| 3pd | Invesco Senior Income Trust |
| 3pd | Invesco Senior Loan Fund |
| cd | Invesco Senior Secured Management, Inc. |
| cd | Invesco Senior Secured Management, Inc. |
| intp | Invesco Senior Secured Management, Inc. and Credit |
| 3pd | Invesco Zodiac Funds - Invesco US Senior Loan ESG |
| 3pd | Invesco Zodiac Funds - Invesco US Senior Loan Fund |
| 3pd | JPMBI re BlackRock BankLoan Fund |
| 3pd | Jocassee Partners LLC |
| 3pd | KP Fixed Income Fund |
| 3pd | KVK CLO 2013-1 Ltd. |
| 3pd | KVK CLO 2016-1 Ltd. |
| 3pd | KVK CLO 2018-1 Ltd. |
| 3pd | Kaiser Permanente Group Trust |
| 3pd | Kapitalforeningen Investin Pro, US Leveraged Loans |
| 3pd | MP CLO III Ltd. |
| 3pd | MP CLO IV Ltd. |
| 3pd | MP CLO VII Ltd. |
| 3pd | MP CLO VIII Ltd. |
| 3pd | MPLF Funding Ltd. |
| 3pd | MPSFR Financing 1 Ltd. |
| 3pd | Madison Flintholm Senior Loan Fund I DAC |
| 3pd | Madison Park Funding X, Ltd. |
| 3pd | Madison Park Funding XI, Ltd. |
| 3pd | Madison Park Funding XII, Ltd. |
| 3pd | Madison Park Funding XIII, Ltd. |
| 3pd | Madison Park Funding XIV, Ltd. |
| 3pd | Madison Park Funding XIX, Ltd. |
| 3pd | Madison Park Funding XL, Ltd. |
| 3pd | Madison Park Funding XLI, Ltd. |
| 3pd | Madison Park Funding XLII, Ltd. |
| 3pd | Madison Park Funding XLIII, Ltd. |
| 3pd | Madison Park Funding XLIV, Ltd. |
| 3pd | Madison Park Funding XV, Ltd. |
| 3pd | Madison Park Funding XVI, Ltd. |
| 3pd | Madison Park Funding XVII, Ltd. |
| 3pd | Madison Park Funding XVIII, Ltd. |
| 3pd | Madison Park Funding XX, Ltd. |
| 3pd | Madison Park Funding XXI, Ltd. |
| 3pd | Madison Park Funding XXII, Ltd. |
| 3pd | Madison Park Funding XXIII, Ltd. |
| 3pd | Madison Park Funding XXIV, Ltd. |
| 3pd | Madison Park Funding XXIX, Ltd. |
| 3pd | Madison Park Funding XXV, Ltd. |
| 3pd | Madison Park Funding XXVI, Ltd. |
| 3pd | Madison Park Funding XXVII, Ltd. |
| 3pd | Madison Park Funding XXVIII, Ltd. |
| 3pd | Madison Park Funding XXX, Ltd. |
| 3pd | Madison Park Funding XXXI, Ltd. |
| 3pd | Madison Park Funding XXXII, Ltd. |
| 3pd | Madison Park Funding XXXIV, Ltd. |
| 3pd | Madison Park Funding XXXV, Ltd. |
| 3pd | Madison Park Funding XXXVII, Ltd. |
| 3pd | Magnetite VII, Limited |
| 3pd | Magnetite VIII, Limited |
| 3pd | Magnetite XC, Limited |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

| | |
|---|---|
| 3pd | Magnetite XII, Limited |
| 3pd | Magnetite XIV-R, Limited |
| 3pd | Magnetite XIX, Limited |
| 3pd | Magnetite XV, Limited |
| 3pd | Magnetite XVI, Limited |
| 3pd | Magnetite XVII, Limited |
| 3pd | Magnetite XVIII, Limited |
| 3pd | Magnetite XX, Limited |
| 3pd | Marathon CLO IX Ltd. |
| 3pd | Marathon CLO V Ltd. |
| 3pd | Marathon CLO VII Ltd. |
| 3pd | Marathon CLO VIII Ltd. |
| 3pd | Marathon CLO X Ltd. |
| 3pd | Marathon CLO XI Ltd. |
| 3pd | Marble Point CLO X Ltd. |
| 3pd | Marble Point CLO XI Ltd. |
| 3pd | Marble Point CLO XII Ltd. |
| 3pd | Maryland State Retirement and Pension System |
| 3pd | Menard, Inc. |
| 3pd | Milos CLO, Ltd. |
| 3pd | Municipal Employees Annuity & Benefit Fund of Chic |
| 3pd | NC Garnet Fund, LP |
| 3pd | Newark BSL CLO 1, Ltd. |
| 3pd | Newark BSL CLO 2, Ltd. |
| dft | North Star Debt Holdings, L.P. |
| 3pp | North Star Debt Holdings, L.P. |
| 3pp | North Star Debt Holdings, L.P. |
| 3pd | Nuveen Diversified Dividend and Income Fund |
| 3pd | Nuveen Floating Rate Income Fund |
| 3pd | Nuveen Floating Rate Income Opportunity Fund |
| 3pd | Nuveen Senior Income Fund |
| 3pd | Nuveen Short Duration Credit Opportunities Fund |
| 3pd | Nuveen Symphony Floating Rate Income Fund |
| 3pd | Oaktree Opportunities Fund X Holdings (Delaware) L |
| 3pd | Oaktree Opportunities Fund Xb Holdings (Delaware), |
| 3pd | Oaktree Opps X Holdco Ltd. |
| 3pd | One Eleven Funding I, Ltd. |
| 3pd | One Eleven Funding II, Ltd. |
| 3pd | PK-SSL Investment Fund Limited Partnership |
| 3pd | Peaks CLO 3, Ltd. |
| 3pd | Pensiondanmark Pensionforsikringsaktieselskab |
| 3pd | Phillips 66 Retirement Plan Trust |
| 3pd | Principal Diversified Real Asset CIT |
| 3pd | Principal Funds, Inc - Diversified Real Asset Fund |
| 3pd | Recette CLO, Ltd. |
| 3pd | Renaissance Investment Holdings Ltd. |
| dft | Represented Third-Party Defendants |
| 3pd | Riserva CLO, Ltd. |
| intp | Ropes & Gray LLP |
| 3pd | Russell Absolute Return Fixed Income Fund |
| 3pd | Russell Floating Rate Fund |
| 3pd | Russell Global Unconstrained Bond Pool |
| 3pd | Russell Multi-Asset Core Plus Fund |
| 3pd | Russell Unconstrained Total Return Fund |
| 3pd | SCOF-2 Ltd. |
| 3pd | Senior Debt Portfolio |
| 3pd | Sentry Insurance Company |
| 3pd | Serengeti (Loan Fund), a Series Trust of the Multi |
| pla | Serta Simmons Bedding LLC et al. |
| cd | Serta Simmons Bedding, LLC |
| cd | Serta Simmons Bedding, LLC |
| dft | Shackleton 2013-III CLO, Ltd. |
| 3pp | Shackleton 2013-III CLO, Ltd. |

District/off: 0541-4 User: ADIuser Page 7 of 13
Date Rcvd: Jun 22, 2023 Form ID: pdf007 Total Noticed: 12

| | |
|---|---|
| 3pp | Shackleton 2013-III CLO, Ltd. |
| dft | Shackleton 2013-IV-R CLO, Ltd. |
| 3pp | Shackleton 2013-IV-R CLO, Ltd. |
| 3pp | Shackleton 2013-IV-R CLO, Ltd. |
| dft | Shackleton 2014-V-R CLO, Ltd. |
| 3pp | Shackleton 2014-V-R CLO, Ltd. |
| 3pp | Shackleton 2014-V-R CLO, Ltd. |
| 3pp | Shackleton 2015-VII-R CLO, Ltd. |
| 3pp | Shackleton 2015-VII-R CLO, Ltd. |
| dft | Shackleton 2015-VII-R CLO, Ltd. |
| 3pp | Shackleton 2017-XI CLO, Ltd. |
| 3pp | Shackleton 2017-XI CLO, Ltd. |
| dft | Shackleton 2017-XI CLO, Ltd. |
| dft | Silver Oak Capital, L.L.C. |
| 3pp | Silver Oak Capital, L.L.C. |
| 3pp | Silver Oak Capital, L.L.C. |
| 3pd | Staniford Street CLO Ltd. |
| 3pd | State of New Mexico State Investment Council |
| 3pd | Stichting Pensioenfonds Hoogovens |
| 3pd | Symphony CLO XIV, Ltd. |
| 3pd | Symphony CLO XIX Ltd. |
| 3pd | Symphony CLO XV, Ltd. |
| 3pd | Symphony CLO XVI, Ltd. |
| 3pd | Symphony CLO XVII, Ltd. |
| 3pd | Symphony CLO XX Ltd. |
| 3pd | Symphony Floating Rate Senior Loan Fund |
| 3pd | TAO Fund, LLC |
| 3pd | TCI-Symphony 2016-1 Ltd. |
| 3pd | TCI-Symphony 2017-1 Ltd. |
| 3pd | Telstra Superannuation Scheme |
| 3pd | The City of New York Group Trust |
| 3pd | The Eaton Corporation Master Retirement Trust |
| 3pd | Third Party Defendants |
| wit | UBS AG, Stamford Branch |
| 3pd | Upland CLO, Ltd. |
| 3pd | Venture 28A CLO, Limited |
| 3pd | Venture 31 CLO, Limited |
| 3pd | Venture 32 CLO, Limited |
| 3pd | Venture 33 CLO, Limited |
| 3pd | Venture 35 CLO, Limited |
| 3pd | Venture XII CLO, Limited |
| 3pd | Venture XIII CLO, Limited |
| 3pd | Venture XIV CLO, Limited |
| 3pd | Venture XIX CLO, Limited |
| 3pd | Venture XV CLO, Limited |
| 3pd | Venture XVI CLO, Limited |
| 3pd | Venture XVII CLO Limited |
| 3pd | Venture XVIII CLO, Limited |
| 3pd | Venture XX CLO, Limited |
| 3pd | Venture XXI CLO, Limited |
| 3pd | Venture XXII CLO, Limited |
| 3pd | Venture XXIII CLO, Limited |
| 3pd | Venture XXIV CLO, Limited |
| 3pd | Venture XXIX CLO, Limited |
| 3pd | Venture XXV CLO, Limited |
| 3pd | Venture XXVII CLO, Limited |
| 3pd | Venture XXVIII CLO, Limited |
| 3pd | Venture XXX CLO, Limited |
| 3pd | Wespath Funds Trust |
| 3pd | Wind River 2012-1 CLO Ltd. |
| 3pd | Wind River 2013-1 CLO Ltd. |
| 3pd | Wind River 2013-2 CLO Ltd. |
| 3pd | Wind River 2014-1 CLO Ltd. |

| District/off: 0541-4 | User: ADIuser | Page 8 of 13 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

| | | |
|---|---|---|
| 3pd | | Wind River 2014-2 CLO Ltd. |
| 3pd | | Wind River 2014-3 CLO Ltd. |
| 3pd | | Wind River 2014-3K CLO Ltd. |
| 3pd | | Wind River 2015-1 CLO Ltd. |
| 3pd | | Wind River 2015-2 CLO Ltd. |
| 3pd | | Wind River 2016-1 CLO Ltd. |
| 3pd | | Wind River 2016-2 CLO Ltd. |
| 3pd | | Wind River 2017-1 CLO Ltd. |
| 3pd | | Wind River 2017-4 CLO Ltd. |
| 3pd | | Wind River 2018-3 CLO Ltd. |
| 3pd | | Wind River 2019-3 CLO Ltd. |
| 3pd | | Wind River Fund LLC |
| 3pd | | Woodbine Funding ULC |
| 3pp | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| 3pp | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| dft | | Z Capital Credit Partners CLO 2018-1 Ltd. |
| 3pp | | Z Capital Credit Partners CO 2019-1 Ltd. |
| 3pp | | Z Capital Credit Partners CO 2019-1 Ltd. |
| dft | | Z Capital Credit Partners CO 2019-1 Ltd. |
| cc | *+ | LCM 26 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM 27 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM 28 LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXIII LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXIV LTD., c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cc | *+ | LCM XXV Ltd., c/o John J. Sparacino, McKool Smith PC, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |

TOTAL: 394 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023               Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alison B. Miller | on behalf of Creditor LCM Lenders amiller@hsgllp.com |
| Brian Taylor Goldman | on behalf of Defendant LCM 28 LTD. bgoldman@hsgllp.com   managingclerk@hsgllp.com |
| Brian Taylor Goldman | on behalf of Defendant LCM 27 LTD. bgoldman@hsgllp.com   managingclerk@hsgllp.com |
| Brian Taylor Goldman | on behalf of Defendant LCM XXIII LTD. bgoldman@hsgllp.com   managingclerk@hsgllp.com |
| Brian Taylor Goldman | on behalf of Defendant LCM XXIV LTD. bgoldman@hsgllp.com   managingclerk@hsgllp.com |
| Brian Taylor Goldman | on behalf of Defendant LCM XXV Ltd. bgoldman@hsgllp.com   managingclerk@hsgllp.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 9 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

Brian Taylor Goldman
    on behalf of Defendant LCM XXII LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
    on behalf of Defendant LCM 26 LTD. bgoldman@hsgllp.com  managingclerk@hsgllp.com

Brian Taylor Goldman
    on behalf of Creditor LCM Lenders bgoldman@hsgllp.com  managingclerk@hsgllp.com

Bruce J Ruzinsky
    on behalf of Counter-Defendant Boston Management and Research bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Creditor Barings  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Creditor c/o Bruce J. Ruzinsk PTL Lender Group bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Counter-Defendant Eaton Vance Management bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of 3rd Pty Defendant Eaton Vance Loan Holding Limited bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Interested Party Invesco Senior Secured Management  Inc. and Credit Suisse Asset Management, LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Plaintiff Credit Suisse Asset Management  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Defendant Represented Third-Party Defendants bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Counter-Defendant Barings LLC bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Eric R Wilson
    on behalf of Interested Party Kelley Drye & Warren LLP KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Gabriel Adam Morgan
    on behalf of Plaintiff Serta Simmons Bedding LLC et al. gabriel.morgan@weil.com gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com;Alexander.Welch@weil.com

Gregg M Galardi
    on behalf of Interested Party Ropes & Gray LLP Gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Henry Hutten
    on behalf of Creditor Barings  LLC henry.hutten@freshfields.com

John F Higgins, IV
    on behalf of Defendant AG Super Fund Master  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Z Capital Credit Partners CO 2019-1 Ltd. jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Silver Oak Capital  L.L.C. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Shackleton 2015-VII-R CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Columbia Floating Rate Income Fund  a series of Columbia Funds Series Trust II jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Defendant Z Capital Credit Partners CLO 2018-1 Ltd. jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Interested Party Ad Hoc Group of First Lien Lenders jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant AG Credit Solutions Non-ECI Master Fund  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2014-V-R CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant AG Centre Street Partnership  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2013-III CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Ascribe III Investments  LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant North Star Debt Holdings  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2013-IV-R CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Columbia Cent CLO 27 Limited jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Contrarian Centre Street Partnership  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Contrarian Distressed Debt Fund  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Shackleton 2017-XI CLO  Ltd. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Columbia Strategic Income Fund  a series of Columbia Funds Series Trust I jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Contrarian Capital Fund I  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Columbia Cent CLO 21 Limited jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant Gamut Capital SSB  LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant AG SF Master (L)  L.P. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John James Sparacino | on behalf of Defendant LCM XXIII LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Creditor LCM Lenders jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM 27 LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| John James Sparacino | on behalf of Counter-Claimant LCM XXIV LTD. jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

John James Sparacino
    on behalf of Defendant LCM XXV Ltd. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Defendant LCM 26 LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Defendant LCM XXII LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Defendant LCM 28 LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Counter-Claimant LCM 28 LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Counter-Claimant LCM XXIII LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Defendant LCM XXIV LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Counter-Claimant LCM XXV Ltd. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Counter-Claimant LCM XXII LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Defendant LCM 27 LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
    on behalf of Counter-Claimant LCM 26 LTD. jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

Joseph R. Serino, Jr.
    on behalf of Witness UBS AG  Stamford Branch jserino@kirkland.com, kenymanagingclerk@kirkland.com

Kristen L Perry
    on behalf of Interested Party Citadel LLC kristen.perry@faegredrinker.com  kelly.olson@faegredrinker.com

Madlyn Gleich Primoff
    on behalf of Creditor Barings  LLC madlyn.primoff@freshfields.com, 6188914420@filings.docketbird.com

Neil Lieberman
    on behalf of Defendant LCM XXII LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
    on behalf of Defendant LCM 27 LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
    on behalf of Defendant LCM XXV Ltd. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
    on behalf of Defendant LCM XXIII LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
    on behalf of Defendant LCM 26 LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
    on behalf of Creditor LCM Lenders nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
    on behalf of Defendant LCM 28 LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Neil Lieberman
    on behalf of Defendant LCM XXIV LTD. nlieberman@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods
    on behalf of Defendant LCM 28 LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods
    on behalf of Defendant LCM XXIV LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 12 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

Patrick J. Woods
    on behalf of Defendant LCM XXIII LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods
    on behalf of Defendant LCM 27 LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods
    on behalf of Creditor LCM Lenders pwoods@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods
    on behalf of Defendant LCM XXII LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods
    on behalf of Defendant LCM XXV Ltd. pwoods@hsgllp.com  managingclerk@hsgllp.com

Patrick J. Woods
    on behalf of Defendant LCM 26 LTD. pwoods@hsgllp.com  managingclerk@hsgllp.com

Priyanka Timblo
    on behalf of Defendant LCM XXIII LTD. ptimblo@hsgllp.com

Priyanka Timblo
    on behalf of Defendant LCM XXV Ltd. ptimblo@hsgllp.com

Priyanka Timblo
    on behalf of Defendant LCM 26 LTD. ptimblo@hsgllp.com

Priyanka Timblo
    on behalf of Defendant LCM XXII LTD. ptimblo@hsgllp.com

Priyanka Timblo
    on behalf of Defendant LCM 28 LTD. ptimblo@hsgllp.com

Priyanka Timblo
    on behalf of Defendant LCM 27 LTD. ptimblo@hsgllp.com

Priyanka Timblo
    on behalf of Creditor LCM Lenders ptimblo@hsgllp.com

Priyanka Timblo
    on behalf of Defendant LCM XXIV LTD. ptimblo@hsgllp.com

S. Margie Venus
    on behalf of Defendant LCM XXV Ltd. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus
    on behalf of Creditor LCM Lenders mvenus@mckoolsmith.com  managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus
    on behalf of Defendant LCM XXIII LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus
    on behalf of Defendant LCM XXIV LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus
    on behalf of Defendant LCM 28 LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus
    on behalf of Defendant LCM 26 LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus
    on behalf of Defendant LCM 27 LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

S. Margie Venus
    on behalf of Defendant LCM XXII LTD. mvenus@mckoolsmith.com managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

Samuel Dawson Adkisson
    on behalf of Counter-Defendant Invesco Senior Secured Management  Inc. sadkisson@gibsondunn.com

Samuel Dawson Adkisson
    on behalf of Creditor Barings  LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson
    on behalf of Plaintiff Credit Suisse Asset Management  LLC sadkisson@gibsondunn.com

Samuel Dawson Adkisson

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 13 of 13 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf007 | Total Noticed: 12 |

Samuel Dawson Adkisson
    on behalf of Counter-Defendant Barings LLC sadkisson@gibsondunn.com

    on behalf of Counter-Defendant Credit Suisse Asset Management  LLC sadkisson@gibsondunn.com

Victoria Nicole Argeroplos
    on behalf of Interested Party Invesco Senior Secured Management  Inc. and Credit Suisse Asset Management, LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Vincent Levy
    on behalf of Creditor LCM Lenders vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
    on behalf of Defendant LCM 28 LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
    on behalf of Defendant LCM 27 LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
    on behalf of Defendant LCM XXII LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
    on behalf of Defendant LCM XXIV LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
    on behalf of Defendant LCM XXIII LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
    on behalf of Defendant LCM 26 LTD. vlevy@hsgllp.com  managingclerk@hsgllp.com

Vincent Levy
    on behalf of Defendant LCM XXV Ltd. vlevy@hsgllp.com  managingclerk@hsgllp.com

TOTAL: 109