IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, et al., | Case No. 23-90020 (DRJ) |
| Debtors. | (Jointly Administered) |
| SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, AND BARINGS LLC, | |
| Plaintiffs and Counterclaim Defendant, | Adversary Proc. No. 23-09001 (DRJ) |
| v. | |
| AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD., | |
| Defendants and Counterclaim Plaintiffs, | |

1

|  |  |
|---|---|
| v. | : |
|  | : |
| AGF FLOATING RATE INCOME FUND, BRIGHTHOUSE FUNDS TRUST I - BRIGHTHOUSE/EATON VANCE FLOATING RATE PORTFOLIO, CALVERT MANAGEMENT SERIES - CALVERT FLOATING-RATE ADVANTAGE FUND, EATON VANCE CLO 2013-1 LTD., EATON VANCE CLO 2014-1R LTD., EATON VANCE CLO 2015-1 LTD., EATON VANCE CLO 2018-1 LTD., EATON VANCE CLO 2019-1 LTD., EATON VANCE LOAN HOLDING LIMITED, EATON VANCE FLOATING-RATE INCOME PLUS FUND, EATON VANCE FLOATING-RATE 2022 TARGET TERM TRUST, EATON VANCE SENIOR FLOATING-RATE TRUST, EATON VANCE FLOATING-RATE INCOME TRUST, EATON VANCE INTERNATIONAL (CAYMAN ISLANDS) FLOATING-RATE INCOME PORTFOLIO, EATON VANCE SENIOR INCOME TRUST, EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND, EATON VANCE INSTITUTIONAL SENIOR LOAN FUND, EATON VANCE INSTITUTIONAL SENIOR LOAN PLUS FUND, EATON VANCE LIMITED DURATION INCOME FUND, EATON VANCE FLOATING RATE PORTFOLIO, SENIOR DEBT PORTFOLIO, EATON VANCE VT FLOATING RATE INCOME FUND, BENTHAM SYNDICATED LOAN FUND, DAVINCI REINSURANCE LTD., RENAISSANCE INVESTMENT HOLDINGS LTD., CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, DOLLAR SENIOR LOAN FUND, LTD., DOLLAR SENIOR LOAN MASTER FUND II, LTD., BA/CSCREDIT 1 LLC, PK-SSL INVESTMENT FUND LIMITED PARTNERSHIP, COPPERHILL LOAN FUND I, LLC, THE EATON CORPORATION MASTER RETIREMENT TRUST, ERIE INDEMNITY COMPANY, MADISON FLINTHOLM SENIOR LOAN FUND I DAC, PHILLIPS 66 RETIREMENT PLAN TRUST, WIND RIVER FUND LLC, BLUE SHIELD OF CALIFORNIA, ERIE INSURANCE EXCHANGE, THE CITY OF NEW YORK GROUP TRUST, MARYLAND STATE RETIREMENT AND PENSION SYSTEM, CREDIT SUISSE FLOATING RATE TRUST, CREDIT SUISSE FLOATING RATE HIGH INCOME FUND, CREDIT SUISSE STRATEGIC INCOME FUND, COMMONWEALTH OF PENNSYLVANIA TREASURY DEPARTMENT, STATE OF NEW MEXICO STATE INVESTMENT COUNCIL, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

2

CREDIT SUISSE NOVA (LUX), KP FIXED INCOME :
FUND, BENTHAM STRATEGIC LOAN FUND, :
TELSTRA SUPERANNUATION SCHEME, WESPATH :
FUNDS TRUST, INFLATION PROTECTION FUND-I :
SERIES, MADISON PARK FUNDING X, LTD., :
MADISON PARK FUNDING XI, LTD., MADISON :
PARK FUNDING XII, LTD., MADISON PARK :
FUNDING XIII, LTD., MADISON PARK FUNDING :
XIV, LTD., MADISON PARK FUNDING XV, LTD., :
MADISON PARK FUNDING XVI, LTD., MADISON :
PARK FUNDING XVII, LTD., MADISON PARK :
FUNDING XVIII, LTD., MADISON PARK FUNDING :
XIX, LTD., MADISON PARK FUNDING XX, LTD., :
MADISON PARK FUNDING XXI, LTD., MADISON :
PARK FUNDING XXII, LTD., MADISON PARK :
FUNDING XXIII, LTD., MADISON PARK FUNDING :
XXIV, LTD., MADISON PARK FUNDING XXV, LTD., :
MADISON PARK FUNDING XXVI, LTD., MADISON :
PARK FUNDING XXVII, LTD., MADISON PARK :
FUNDING XXVIII, LTD., MADISON PARK FUNDING :
XXIX, LTD., MADISON PARK FUNDING XXX, LTD., :
MADISON PARK FUNDING XXXI, LTD., MADISON :
PARK FUNDING XXXII, LTD., MADISON PARK :
FUNDING XXXIV, LTD., MADISON PARK FUNDING :
XXXV, LTD., MADISON PARK FUNDING XXXVII, :
LTD., MADISON PARK FUNDING XL, LTD., :
MADISON PARK FUNDING XLI, LTD., MADISON :
PARK FUNDING XLII, LTD., MADISON PARK :
FUNDING XLIII, LTD., MADISON PARK FUNDING :
XLIV, LTD., ONE ELEVEN FUNDING I, LTD., ONE :
ELEVEN FUNDING II, LTD., BARINGS GLOBAL :
LOAN LIMITED, BARINGS GLOBAL SPECIAL :
SITUATIONS CREDIT 3 S.A.R.L., BARINGS GLOBAL :
HIGH YIELD CREDIT STRATEGIES LIMITED, :
BARINGS U.S. LOAN LIMITED, BARINGS CLO LTD. :
2018-III, BARINGS CLO LTD. 2017-I, BARINGS CLO :
LTD. 2019-II, BARINGS CLO LTD. 2016-I, BARINGS :
CLO LTD. 2015-I, BARINGS CLO LTD. 2016-II, :
BARINGS CLO LTD. 2018-I, BARINGS CLO LTD. :
2015-II, BARINGS CLO LTD. 2013-I, BARINGS CLO :
LTD. 2018-IV, BALOISE SENIOR SECURED LOAN :
FUND, BAYVK R2-FONDS SEGMENT BAYVK R2 :
BARINGS, CROWN MANAGED ACCOUNTS SPC - :
CROWN/BA 2 SP, BABSON CLO LTD. 2014-I, G.A.S. :
(CAYMAN) LIMITED, SERENGETI (LOAN FUND), A :
SERIES TRUST OF THE MULTI STRATEGY :
UMBRELLA FUND CAYMAN, BARINGS GLOBAL :

3

MULTI-CREDIT STRATEGY 1 LIMITED, BARINGS GLOBAL MULTI-CREDIT STRATEGY 2 LIMITED, BARINGS GLOBAL MULTI-CREDIT STRATEGY 3 LIMITED, BARINGS GLOBAL MULTI-CREDIT STRATEGY 4 LIMITED, BARINGS BDC SENIOR FUNDING I, LLC, BARINGS GLOBAL FLOATING RATE FUND, A SERIES OF BARINGS FUND TRUST, BARINGS SEGREGATED LOANS 3 S.A R.L, BARINGS BDC, INC., BARINGS GLOBAL LOAN AND HIGH YIELD BOND LIMITED, BARINGS GLOBAL CREDIT INCOME OPPORTUNITIES FUND, ARROWOOD INDEMNITY COMPANY, ARROWOOD INDEMNITY AS ADMINISTRATOR OF THE PENSION PLAN OF ARROWOOD INDEMNITY, JOCASSEE PARTNERS LLC, FIRST EAGLE BANK LOAN SELECT MASTER FUND, FIRST EAGLE SENIOR LOAN FUND (FSLF), KVK CLO 2013-1 LTD., KVK CLO 2016-1 LTD., KVK CLO 2018-1 LTD., RUSSELL ABSOLUTE RETURN FIXED INCOME FUND, RUSSELL FLOATING RATE FUND, RUSSELL GLOBAL UNCONSTRAINED BOND POOL, RUSSELL MULTI-ASSET CORE PLUS FUND, RUSSELL UNCONSTRAINED TOTAL RETURN FUND, STANIFORD STREET CLO LTD., STICHTING PENSIOENFONDS HOOGOVENS, WIND RIVER 2012-1 CLO LTD., WIND RIVER 2013-1 CLO LTD., WIND RIVER 2013-2 CLO LTD., WIND RIVER 2014-1 CLO LTD., WIND RIVER 2014-2 CLO LTD., WIND RIVER 2014-3 CLO LTD., WIND RIVER 2014-3K CLO LTD., WIND RIVER 2015-1 CLO LTD., WIND RIVER 2015-2 CLO LTD., WIND RIVER 2016-1 CLO LTD., WIND RIVER 2016-2 CLO LTD., WIND RIVER 2017-1 CLO LTD., WIND RIVER 2017-4 CLO LTD., WIND RIVER 2018-3 CLO LTD., WIND RIVER 2019-3 CLO LTD., ANNISA CLO, LTD., BETONY CLO 2, LTD., BOC PENSION INVESTMENT FUND, CARBONE CLO, LTD., DIVERSIFIED CREDIT PORTFOLIO LTD., INVESCO BL FUND, LTD., INVESCO DYNAMIC CREDIT OPPORTUNITIES FUND, INVESCO FLOATING RATE FUND, INVESCO FLOATING RATE INCOME FUND, INVESCO GEMINI US LOAN FUND LLC, INVESCO OPPENHEIMER MASTER LOAN FUND, INVESCO OPPENHEIMER SENIOR FLOATING RATE FUND, INVESCO OPPENHEIMER SENIOR FLOATING RATE PLUS FUND, INVESCO SENIOR INCOME TRUST, INVESCO SENIOR LOAN FUND, INVESCO SSL FUND LLC, INVESCO ZODIAC FUNDS - INVESCO US SENIOR LOAN ESG FUND, INVESCO

4

| | |
|---|---|
| ZODIAC FUNDS - INVESCO US SENIOR LOAN FUND, KAISER PERMANENTE GROUP TRUST, KAPITALFORENINGEN INVESTIN PRO, US LEVERAGED LOANS I, MILOS CLO, LTD., RECETTE CLO, LTD., RISERVA CLO, LTD., SENTRY INSURANCE COMPANY, UPLAND CLO, LTD., HARBOURVIEW CLO VII-R, LTD., INVESCO OPPENHEIMER FUNDAMENTAL ALTERNATIVES FUND, OAKTREE OPPORTUNITIES FUND XB HOLDINGS (DELAWARE), LP, OAKTREE OPPS X HOLDCO LTD., OAKTREE OPPORTUNITIES FUND X HOLDINGS (DELAWARE) LP, DRYDEN XXV SENIOR LOAN FUND, DRYDEN XXVI SENIOR LOAN FUND, DRYDEN XXVIII SENIOR LOAN FUND, DRYDEN 30 SENIOR LOAN FUND, DRYDEN 33 SENIOR LOAN FUND, DRYDEN 36 SENIOR LOAN FUND, DRYDEN 37 SENIOR LOAN FUND, DRYDEN 38 SENIOR LOAN FUND, DRYDEN 40 SENIOR LOAN FUND, DRYDEN 41 SENIOR LOAN FUND, DRYDEN 42 SENIOR LOAN FUND, DRYDEN 43 SENIOR LOAN FUND, DRYDEN 45 SENIOR LOAN FUND, DRYDEN 47 SENIOR LOAN FUND, DRYDEN 49 SENIOR LOAN FUND, DRYDEN 50 SENIOR LOAN FUND, DRYDEN 54 SENIOR LOAN FUND, DRYDEN 53 CLO, LTD., DRYDEN 55 CLO, LTD., DRYDEN 57 CLO, LTD., DRYDEN 58 CLO, LTD., DRYDEN 60 CLO, LTD., DRYDEN 61 CLO, LTD., DRYDEN 64 CLO, LTD., DRYDEN 65 CLO, LTD., DRYDEN 70 CLO, LTD., DRYDEN 75 CLO, LTD., NEWARK BSL CLO 1, LTD., NEWARK BSL CLO 2, LTD., VENTURE XXV CLO, LIMITED, VENTURE 31 CLO, LIMITED, VENTURE 32 CLO, LIMITED, VENTURE 33 CLO, LIMITED, VENTURE 35 CLO, LIMITED, VENTURE XVII CLO LIMITED, VENTURE XXII CLO, LIMITED, VENTURE XXIX CLO, LIMITED, VENTURE XXVII CLO, LIMITED, VENTURE 28A CLO, LIMITED, VENTURE XII CLO, LIMITED, VENTURE XIII CLO, LIMITED, VENTURE XIV CLO, LIMITED, VENTURE XIX CLO, LIMITED, VENTURE XV CLO, LIMITED, VENTURE XVI CLO, LIMITED, VENTURE XVIII CLO, LIMITED, VENTURE XX CLO, LIMITED, VENTURE XXI CLO, LIMITED, VENTURE XXIII CLO, LIMITED, VENTURE XXIV CLO, LIMITED, VENTURE XXVIII CLO, LIMITED, VENTURE XXX CLO, LIMITED, BSG FUND MANAGEMENT B.V., FIXED INCOME OPPORTUNITIES NERO, LLC, BLACKROCK LIMITED DURATION INCOME TRUST, BLACKROCK | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

5

| | |
|---|---|
| GLOBAL INVESTMENT SERIES: INCOME STRATEGIES PORTFOLIO, BLACKROCK CREDIT STRATEGIES INCOME FUND OF BLACKROCK FUNDS V, BLACKROCK SENIOR FLOATING RATE PORTFOLIO, BLACKROCK FLOATING RATE INCOME STRATEGIES FUND, INC., BLACKROCK MULTI-ASSET INCOME PORTFOLIO OF BLACKROCK FUNDS II, BLACKROCK DEBT STRATEGIES FUND, INC., BLACKROCK FLOATING RATE INCOME TRUST, JPMBI RE BLACKROCK BANKLOAN FUND, BLACKROCK FLOATING RATE INCOME PORTFOLIO OF BLACKROCK FUNDS V, ABR REINSURANCE LTD., NC GARNET FUND, LP, MAGNETITE XC, LIMITED, MAGNETITE XV, LIMITED, MAGNETITE XIV-R, LIMITED, MAGNETITE XVI, LIMITED, MAGNETITE VIII, LIMITED, MAGNETITE XVIII, LIMITED, MAGNETITE XIX, LIMITED, MAGNETITE XX, LIMITED, MAGNETITE XVII, LIMITED, MAGNETITE VII, LIMITED, MAGNETITE XII, LIMITED, NUVEEN DIVERSIFIED DIVIDEND AND INCOME FUND, NUVEEN FLOATING RATE INCOME FUND, NUVEEN FLOATING RATE INCOME OPPORTUNITY FUND, NUVEEN SENIOR INCOME FUND, NUVEEN SHORT DURATION CREDIT OPPORTUNITIES FUND, NUVEEN SYMPHONY FLOATING RATE INCOME FUND, PRINCIPAL FUNDS, INC - DIVERSIFIED REAL ASSET FUND, SYMPHONY CLO XX LTD., SYMPHONY CLO XVII, LTD., SYMPHONY CLO XIX LTD., SYMPHONY CLO XVII, LTD., SYMPHONY CLO XV, LTD., SYMPHONY CLO XIV, LTD., SYMPHONY CLO XVI, LTD., TCI-SYMPHONY 2017-1 LTD., TCI-SYMPHONY 2016-1 LTD., SYMPHONY FLOATING RATE SENIOR LOAN FUND, SCOF-2 LTD., BAYCITY ALTERNATIVE INVESTMENT FUNDS SICAV-SIF - BAYCITY US SENIOR LOAN FUND, BAYCITY SENIOR LOAN MASTER FUND LTD., PENSIONDANMARK PENSIONFORSIKRINGSAKTIESELSKAB, MENARD, INC., MUNICIPAL EMPLOYEES ANNUITY & BENEFIT FUND OF CHICAGO, PRINCIPAL DIVERSIFIED REAL ASSET CIT, CALIFORNIA STREET CLO IX LIMITED PARTNERSHIP, CALIFORNIA STREET CLO XII, LTD., TAO FUND, LLC, MP CLO III LTD., MP CLO IV LTD., MP CLO VII LTD., MP CLO VIII LTD., MARBLE POINT CLO X LTD., MARBLE POINT CLO XI LTD., MARBLE POINT | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

| | |
|---|---|
| CLO XII LTD., MPLF FUNDING LTD., MPSFR FINANCING 1 LTD., MARATHON CLO V LTD., MARATHON CLO VII LTD., MARATHON CLO VIII LTD., MARATHON CLO IX LTD., MARATHON CLO X LTD., MARATHON CLO XI LTD., BOWERY FUNDING ULC, WOODBINE FUNDING ULC, ELEVATION CLO 2013-1, LTD., ELEVATION CLO 2014-2, LTD., ELEVATION CLO 2015-4, LTD., ELEVATION CLO 2016-5, LTD., ELEVATION CLO 2017-6, LTD., ELEVATION CLO 2017-7, LTD., ELEVATION CLO 2017-8 LTD., ELEVATION CLO 2018-9, LTD., ELEVATION CLO 2018-10, LTD., and PEAKS CLO 3, LTD., | : : : : : : : : : : : : : : |
| Counterclaim Defendants. | : : : |

## EXCLUDED LENDERS APPELLANTS' STATEMENT OF THE ISSUES AND DESIGNATION OF THE RECORD ON APPEAL

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG Super Fund Master, L.P., AG SF Master (L), L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, a series of Columbia Funds Series Trust II, Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, Contrarian Capital Fund I, L.P., Contrarian Distressed Debt Fund, L.P., Contrarian Centre Street Partnership, L.P., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd. (collectively, the "Excluded Lenders"), by and through their undersigned counsel, respectfully submit the following statement of issues to be presented on appeal and designation of items for inclusion in the record on appeal

in connection with the Excluded Lenders Appellants' appeal from the Order on the Adversary Proceeding issued on June 14, 2023. [Adversary Proceeding 328, Bankruptcy Docket 1070[1]].

## Statement of the Issues on Appeal

1. Did the Bankruptcy Court err in holding that the term "open market purchase" as used in the parties' credit agreement was unambiguous?

2. Assuming *arguendo* that the Bankruptcy Court correctly held that the phrase "open market purchase" is unambiguous, did the Bankruptcy Court err in holding that the Exchange Transaction that is the subject of the instant adversary proceeding constituted an open market purchase as defined by the parties' credit agreement?

## Designation of the Record on Appeal

The Excluded Lenders Appellants designate each of the docket sheets and the following documents from the proceedings indicated in each of the tables below for inclusion in the record on appeal. The following designations of pleadings and matters of record include all exhibits attached or referred to in the designated items.

> **SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, and BARINGS LLC,**
> v.
> **AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA**

---

[1] The Order on the Adversary Proceeding was entered on both the docket for the Adversary Proceeding and the main bankruptcy docket. For the sake of completion, the Excluded Lenders appeal from both orders.

**FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD., LCM 28 LTD., NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD.,**
Adversary Case No. 23-09001

| Docket Date | Docket No. | Description |
|---|---|---|
| 1/24/2023 | 1 | Adversary Complaint |
| 1/24/2023 | 15 | Notice of Scheduling Conference Scheduled for January 27, 2023 at 3:30 P.M. (Central Time) |
| 1/26/2023 | 18 | Status Report |
| 1/28/2023 | 19 | Courtroom Minutes from hearing held January 24, 2023 |
| 1/28/2023 | 20 | Notice of Continued Scheduling Conference on February 1, 2023 at 12:00 p.m. (Central Time) |
| 1/31/2023 | 21 | Transcript regarding Motion to Extend the Stay held on January 27, 2023 before Judge David R. Jones |
| 2/1/2023 | 25 | Notice of Filing of Official Transcript |
| 2/1/2023 | 26 | Notice of Filing of Further Revised Proposed Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with Such Hearings, and (III) Granting Related Relief |
| 2/1/2023 | 27 | [Ad Hoc Group of First Lien Lenders' Proposed] Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with Such Hearings, and (III) Granting Related Relief |
| 2/1/2023 | 28 | Notice of Filing Redline of the [Ad Hoc Group of First Lien Lenders' Proposed] Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with Such Hearings, and (III) Granting Related Relief |
| 2/1/2023 | 29 | Notice of Filing Redline of the [Ad Hoc Group of First Lien Lenders' Proposed] Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with Such Hearings, and (III) Granting Related Relief |
| 2/2/2023 | 32 | Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with Such Hearings, and (III) Granting Related Relief |

| | | |
|---|---|---|
| 2/14/2023 | 38 | Amended Adversary Complaint |
| 2/24/2023 | 67 | Stipulated Protective Order |
| 2/24/2023 | 68 | Answering Defendants' Answer to the Amended Adversary Complaint, Counterclaims and Third-Party Claims |
| 2/24/2023 | 69 | Serta Simmons Bedding, LLC's Motion for Summary Judgment |
| 2/24/2023 | 70 | Serta Simmons Bedding, LLC's Statement of Uncontroverted Facts in Support of Their Motion for Summary Judgment |
| 2/24/2023 | 71 | Motion for Entry of an Order Authorizing Serta Simmons Bedding, LLC to File Confidential Documents Under Seal |
| 2/24/2023 | 72 | Sealed Documents/Exhibits Nos. 1, 2, 3, 4, 5, 6, 8, 10, 25, 26, 27 filed Under Sealed in Connection with Serta Simmons Bedding, LLC's Statement of Uncontroverted Facts in Support of Their Motion for Summary Judgment |
| 2/24/2023 | 73 | Lenders Plaintiffs' Motion for Summary Judgment |
| 3/3/2023 | 74 | Stipulated Protective Order |
| 3/6/2023 | 76 | Stipulation between and Among the Debtors, the PTL Lenders, the DJ Adversary Proceeding Defendants, the Stay Adversary Defendants, and the Committee Governing Participation of the Committee in the Adversary Proceedings |
| 3/15/2023 | 77 | Lender Plaintiffs' Amended Motion for Summary Judgment |
| 3/16/2023 | 78 | Emergency Motion for Entry of an Order Authorizing the LCM Defendants to File Confidential Documents Under Seal |
| 3/16/2023 | 79 | SEALED LCM Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment |
| 3/16/2023 | 80 | Redacted LCM Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment |
| 3/16/2023 | 81 | Declaration of Neil Lieberman in Support of the LCM Defendants' Opposition to Summary Judgment with Exhibits #3, 6, 21, 22 |
| 3/16/2023 | 82 | Declaration of Neil Lieberman in Support of the LCM Defendants' Opposition to Summary Judgment with SEALED Exhibits |
| 3/16/2023 | 83 | Declaration of Farboud Tavangar in Support of the LCM Defendants' Opposition to Summary Judgment |
| 3/16/2023 | 84 | Declaration of Professor Vincent Buccola in Support of the LCM Defendants' Opposition to Summary Judgment |
| 3/16/2023 | 85 | Serta Simmons Bedding, LLC's Response to Answering Defendants' Counterclaims |
| 3/16/2023 | 87 | SEALED Excluded Lenders' Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment |
| 3/16/2023 | 89 | Expert Declaration of Sarah M. Ward |
| 3/16/2023 | 90 | Excluded Lenders' Counterstatement of Controverted Facts in Opposition to Plaintiffs' Motion for Partial Summary Judgment |

| | | |
|---|---|---|
| 3/17/2023 | 91 | Exhibits to the Excluded Lenders' Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment |
| 3/17/2023 | 92 | Declaration of Anne E. Beaumont |
| 3/17/2023 | 98 | SEALED Declaration of Michael Hanigan |
| 3/17/2023 | 99 | SEALED Declaration of Erik Kreutzer |
| 3/17/2023 | 100 | SEALED Declaration of Theodore Kwon |
| 3/17/2023 | 101 | SEALED Declaration of Ryan Mollett |
| 3/17/2023 | 102 | SEALED Declaration of Marti P. Murray |
| 3/17/2023 | 103 | SEALED Declaration of Daniel Ryan |
| 3/17/2023 | 104 | Motion for Entry of an Order Authorizing the Excluded Lenders to File Under Seal Portions of Their Memorandum of Law in Opposition to Plaintiffs' Motions for Partial Summary Judgment and Certain Exhibits Thereto |
| 3/17/2023 | 105 | Order Granting Motion for Entry of Order Authorizing the Excluded Lenders to File Under Seal Portions of Their Memorandum of Law in Opposition to Plaintiffs' Motions for Partial Summary Judgment and Certain Exhibits Thereto |
| 3/17/2023 | 106 | Order Authorizing LCM Defendants to File Confidential Documents Under Seal |
| 3/24/2023 | 110 | Serta Simmons Bedding, LLC's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment |
| 3/24/2023 | 111 | SEALED Serta Simmons Bedding, LLC's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment |
| 3/24/2023 | 112 | Serta Simmons Bedding, LLC's Response to the Drop Down Group Defendants' Additional Material Facts Included in the Counterstatement of Controverted Facts |
| 3/24/2023 | 113 | Motion for Entry of an Order Authorizing Serta Simmons Bedding, LLC to File Confidential Documents Under Seal |
| 3/24/2023 | 114 | Reply Memorandum in Further Support of Lenders Plaintiffs' Motion for Summary Judgment filed by Invesco Senior Secured Management, Inc., Boston Management and Research, Credit Suisse Asset Management, LLC, Easton Vance Management, and Barings, LLC |
| 3/27/2023 | 116 | Emergency Motion Challenging Assertion of Privilege |
| 3/27/2023 | 118 | Amended Agenda of Matters Set for Hearing on March 28, 2023 at 9:00 A.M. (Central Time) |
| 3/28/2023 | | Courtroom Minutes for hearing held on March 28, 2023 before Judge David R. Jones |
| 3/28/2023 | | Transcript Order Form (regarding hearing held 3/28/2023) |
| 3/28/2023 | 123 | PDF with audio file of hearing on 3/28/2023 |

| | | |
|---|---|---|
| 3/31/2023 | 133 | Transcript for Summary Judgment Hearing held on 3/28/2023 |
| 4/6/2023 | 141 | Order on Summary Judgment |
| 4/6/2023 | 142 | Order on Summary Judgment |
| 4/7/2023 | 144 | Joint Notice of Appeal (by LCM defendants) |
| 4/7/2023 | 145 | Joint Notice of Appeal (by Excluded Lender defendants) |
| 4/7/2023 | 146 | LCM Defendants' Answer to the Amended Adversary Complaint and Counterclaims |
| 4/7/2023 | 148 | Excluded Lenders' Answer to the Amended Adversary Complaint and Counterclaims |
| 4/21/2023 | 179 | Notice of Fed R. Bankr. P. 7007.1 Corporate Disclosure Statement of Boston Management and Research and Eaton Vance Management |
| 4/21/2023 | 180 | Serta Simmons Bedding, LLC's Response to Answering Defendants' Amended Counterclaims |
| 04/28/2023 | 191 | Answer to LCM *Defendants'* Counterclaim Filed by c/o Bruce J. Ruzinsk PTL Lender Group |
| 04/28/2023 | 192 | Serta Simmons Bedding, LLC's Response to LCM Defendants' Counterclaims. Filed by Serta Simmons Bedding LLC et al. |
| 05/01/2023 | 197 | Emergency Motion Plaintiffs' Emergency Motion to Compel Production from Defendants |
| 05/04/2023 | 205 | Excluded Lenders' Opposition to Plaintiffs' Emergency Motion to Compel Production from Defendants |
| 05/09/2023 | 221 | Plaintiffs' Emergency Motion to Exclude the Testimony of Sarah M. Ward |
| 05/11/2023 | 224 | Order Granting Plaintiffs' Emergency Motion to Exclude the Testimony of Sarah M. Ward |
| 05/11/2023 | 225 | Transcript RE: Motion Hearing (Via Zoom) held on May 4, 2023 before Judge David R. Jones |
| 05/11/2023 | 226 | Excluded Lenders' Memorandum of Law in Opposition to Plaintiffs' Emergency Motion to Exclude the Expert Testimony of Sarah M. Ward. |
| 05/14/2023 | 240 | Excluded Lenders' Pre-Trial Memorandum of Law |
| 05/14/2023 | 241 | SEALED Excluded Lenders' Pre-Trial Memorandum of Law |
| 05/14/2023 | 242 | SEALED Serta Simmons Bedding, LLC's Pre-Trial Memorandum of Law |
| 05/14/2023 | 244 | SEALED PTL Lenders' Pretrial Brief |
| 05/14/2023 | 245 | SEALED LCM Defendants' Pre-Trial Brief |
| 05/16/2023 | 263 | Transcript RE: Confirmation Day One - Morning Session |
| 05/18/2023 | 273 | Transcript RE: Confirmation Day One -- Afternoon Session |

| | | |
|---|---|---|
| 05/19/2023 | 277 | Transcript RE: Confirmation Day Two -- Afternoon Session |
| 05/20/2023 | 282 | Transcript RE: Confirmation Day Three - Morning Session (Via Zoom) |
| 05/20/2023 | 283 | Transcript RE: Confirmation Day Three - Afternoon Session (Via Zoom) |
| 05/21/2023 | 285 | Transcript RE: Confirmation Day Four - Morning Session (Via Zoom) |
| 05/21/2023 | 286 | Transcript RE: Confirmation Day Four - Afternoon Session (Via Zoom) |
| 05/23/2023 | 291 | LCM Defendants' Post-Trial Brief |
| 05/23/2023 | 292 | SEALED LCM Defendants' Post-Trial Brief |
| 05/23/2023 | 296 | Excluded Lenders' Proposed Findings of Fact and Conclusions of Law |
| 05/23/2023 | 297 | SEALED Excluded Lenders' Proposed Findings of Fact and Conclusions of Law |
| 05/23/2023 | 299 | Excluded Lenders' Post-Trial Brief |
| 05/23/2023 | 300 | SEALED Excluded Lenders' Post-Trial Brief |
| 05/23/2023 | 302 | Serta Simmons' Proposed Findings of Fact and Conclusions of Law |
| 05/30/2023 | 318 | Transcript RE: Confirmation Closing Arguments |
| 06/06/2023 | 324 | Memorandum Opinion |
| 06/09/2023 | 325 | Notice of Filing of Final Post-Trial Judgment |
| 06/14/2023 | 328 | Final Judgment |
| 06/20/2023 | 330 | LCM Defendants' Joint Notice of Appeal |
| 06/21/2023 | 331 | Excluded Lenders' Joint Notice of Appeal |

| In re Serta Simmons Bedding, LLC, et al., Case No. 23-90020 | | |
|---|---|---|
| Docket Date | Docket No. | Description |
| 06/06/2023 | 1045 | Memorandum Opinion |
| 06/07/2023 | 1050 | Citadel's Emergency Motion to Stay Order Confirming Debtors' Second Amended Joint Plan Pending Appeal |
| 06/09/2023 | 1055 | Filing of Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors |
| 06/09/2023 | 1056 | Serta Simmons' Final Post-Trial Judgment |

| | | |
|---|---|---|
| 06/14/2023 | 1070 | Final Judgment |
| 06/14/2023 | 1071 | Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and its Affiliated Debtors |
| 06/15/2023 | 1084 | Citadel's Motion to Extend Stay of Effective Date of Confirmation Order |
| 06/16/2023 | 1091 | Excluded Lenders' (I) Emergency Motion to Stay and (II) Joinder to Citadel Equity Fund Ltd's Motion to Extend Stay of Effective Date of Confirmation Order |
| 06/19/2023 | 1102 | Debtors' Opposition to Motion to Stay the Confirmation Order Pending Appeal |
| 06/20/2023 | 1103 | PTL Lenders' Memorandum of Law in Opposition to the Motions to Stay Confirmation Pending Appeal and Motion to Extend Stay of Effective Date of Confirmation Order |
| 06/20/2023 | 1104 | LCM Defendants' Joinder in Citadel's Motion to Stay |
| 06/20/2023 | 1107 | The Official Committee of Unsecured Creditors' Omnibus Objection and Joinder to the Debtors' Objection to the Emergency Motions of Citadel Equity Fund Ltd. And the Excluded Lenders for (I) A Stay Pending Appeal; and (II) Extension of the Stay of the Effective Date |
| 06/21/2023 | 1108 | Citadel's Reply in Support of its Emergency Motion to Stay Order Confirming Debtors' 2nd Amended Joint Chapter 11 Plan |
| 06/21/2023 | 1115 | Excluded Lenders' Joint Notice of Appeal |
| 06/21/2023 | 1124 | Order Denying (A) Objectors Stay Motions, (B) LCM Lenders Joinder in (I) Excluded Lenders Emergency Motion to Stay the Confirmation Order and (II) Citadel Equity Fund Ltd.s Motion to Extend Stay of Effective Date of Confirmation Order, and Joinders Thereto, Denying Motion to Extend Time, Denying Emergency Motion |
| 06/21/2023 | 1121 | Courtroom Minutes |
| 07/02/2023 | 1160 | Transcript RE: Motions Hearing held on June 21, 2023 |

**SERTA SIMMONS BEDDING, LLC, INVESCO SENIOR SECURED MANAGEMENT, INC., CREDIT SUISSE ASSET MANAGEMENT, LLC, BOSTON MANAGEMENT AND RESEARCH, EATON VANCE MANAGEMENT, and BARINGS LLC,**
v.
**AG CENTRE STREET PARTNERSHIP L.P., AG CREDIT SOLUTIONS NON-ECI MASTER FUND, L.P., AG SF MASTER (L), L.P., AG SUPER FUND MASTER, L.P., SILVER OAK CAPITAL, L.L.C., ASCRIBE III INVESTMENTS, LLC, COLUMBIA CENT CLO 21 LIMITED, COLUMBIA CENT CLO 27 LIMITED, COLUMBIA FLOATING RATE INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST II, COLUMBIA STRATEGIC INCOME FUND, A SERIES OF COLUMBIA FUNDS SERIES TRUST I, CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN CENTRE STREET PARTNERSHIP, L.P., CONTRARIAN DISTRESSED DEBT FUND, L.P., GAMUT CAPITAL SSB, LLC, NORTH STAR DEBT HOLDINGS, L.P., SHACKLETON 2013- III CLO, LTD., SHACKLETON 2013-IV-R CLO, LTD., SHACKLETON 2014-V-R CLO, LTD., SHACKLETON 2015-VII-R CLO, LTD., SHACKLETON 2017-XI CLO, LTD., Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD., AND Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD., LCM XIII L.P., LCM XIV L.P., LCM XV L.P., LCM XVI L.P., LCM XVII L.P., LCM XVIII L.P., LCM XIX L.P., LCM XX L.P., LCM XXI L.P., LCM XXII LTD., LCM XXIII LTD., LCM XXIV LTD., LCM XXV LTD., LCM 26 LTD., LCM 27 LTD. and LCM 28 LTD.,**
Adversary Case No. 23-03007

| Docket Date | Docket No. | Description |
|---|---|---|
| 1/24/2023 | 1 | Adversary Complaint |
| 1/24/2023 | 2 | Declaration of Harvey Tepner in Support of Debtors' Emergency Motion for an Order (I) Declaring the Automatic Stay Applies to Certain Non-Debtor Parties or Alternatively Extending the Automatic Stay to Certain Non-Debtor Parties and (II) Preliminary Enjoining Such Prepetition Action |
| 1/24/2023 | 3 | Debtors' Emergency Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Non-Debtor Parties or Alternatively Extending the Automatic Stay in Certain Non-Debtor Parties and (II) Preliminary Enjoining the Prepetition Action |
| 1/27/2023 | 32 | Courtroom Minutes for hearing held January 27, 2023 before Judge David R. Jones |
| 1/28/2023 | 35 | Notice of Continued Scheduling Conference on February 1, 2023 at 12:00 p.m. |
| 1/31/2023 | 49 | Transcript regarding Motion to Extend the Stay held on January 27, 2023 before Judge David R. Jones |

| | | |
|---|---|---|
| 1/31/2023 | 50 | LCM Lenders' Unopposed Emergency Motion to Intervene |
| 2/1/2023 | 53 | Order Granting LCM Lenders' Unopposed Emergency Motion to Intervene |
| 2/2/2023 | 66 | Order Temporarily Staying or Enjoining Certain Prepetition Actions |
| 2/2/2023 | 67 | Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection with Such Hearings, and (III) Granting Related Relief |
| 2/2/2023 | 68 | Transcript regarding Motion Hearing held on February 1, 2023 before Judge David R. Jones |
| 2/3/2023 | 69 | Notice of Filing of Official Transcript |
| 2/13/2023 | 77 | Fed. R. Bankr. P. 7001 Corporate Disclosure Statement of the LCM Lender Defendants |
| 2/15/2023 | 84 | PTL Lenders' Unopposed Emergency Motion to Intervene |
| 2/24/2023 | 97 | The Ad Hoc Group of First Lien Lenders' Objection to Debtors' Emergency Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Non-Debtor Parties or Alternatively Extending the Automatic Stay to Certain Non-Debtor Parties and (B) Preliminarily Enjoining the Prepetition Action |
| 2/24/2023 | 98 | LCM Lenders' (1) Objection to Debtors' Emergency Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Non-Debtor Parties or Alternatively Extending the Automatic Stay to Certain Non-Debtor Parties and (B) Preliminarily Enjoining the Prepetition Action, and (2) Joinder in Ad Hoc Group's Objection |
| 2/24/2023 | 99 | Declaration of Neil Lieberman Support of LCM Lenders' Objection to Debtors' Request for Injunctive Relief |
| 2/27/2023 | 100 | Order Granting PTL Lenders' Unopposed Emergency Motion to Intervene |
| 3/6/2023 | 103 | Stipulation Between and Among the Debtors, the PTL Lenders, the DJ Adversary Proceeding Defendants, the Stay Adversary Defendants, and the Committee Governing Participation of the Committee in the Adversary Proceedings |
| 3/6/2023 | 104 | Debtors' Omnibus Reply to Objections to Debtors' Emergency Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Non-Debtor Parties or Alternatively Extending the Automatic Stay to |

| | | |
|---|---|---|
| | | Certain Non-Debtor Parties and (II) Preliminarily Enjoining the Prepetition Action |
| 3/6/2023 | 105 | PTL Lender Intervenors' Reply in Further Support of Debtors' Emergency Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Non-Debtor Parties or Alternatively Extending the Automatic Stay to Certain Non-Debtor Parties and (II) Preliminarily Enjoining the Prepetition Action |
| 3/9/2023 | 107 | LCM Lenders' Witness and Exhibit List for Hearing on March 13, 2023 |
| 3/9/2023 | 108 | Debtors' Witness and Exhibit List for Hearing on March 13, 2023 |
| 3/9/2023 | 109 | PTL Lender Group's Witness and Exhibit List for Hearing on March 13, 2023 at 2:00 P.M. (Central Time) |
| 3/9/2023 | 110 | The Ad Hoc Group of First Lien Lenders' Witness and Exhibit List for Hearing on March 13, 2023 |
| 3/10/2023 | 111 | Agenda of Matters Set for Hearing on March 13, 2023 at 2:00 P.M. (Central Time) |
| 3/13/2023 | 115 | Courtroom Minutes for hearing held March 13, 2023 before Judge David R. Jones |
| 3/15/2023 | 118 | Transcript regarding Status Conference held on March 13, 2023 before Judge David R. Jones |
| 3/16/2023 | 119 | Notice of Filing of Official Transcript |
| 3/20/2023 | 124 | Order (I) Extending the Automatic Stay in Certain Non-Debtor Parties and (II) Enjoining the Prepetition Actions |

Dated: July 5, 2023
Houston, Texas

Respectfully submitted,

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX 77002
(713) 226-6000
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

-and -

Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
Robert J. O'Loughlin*
Sarah J. Prostko*
Jackson Yates*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas New York, NY 10019
(212) 373-3000
kziman@paulweiss.com
bhermann@paulweiss.com
lclayton@paulweiss.com
aehrlich@paulweiss.com
mcolarossi@paulweiss.com
roloughlin@paulweiss.com
sprostko@paulweiss.com
jyates@paulweiss.com

*Attorneys for the Excluded Lenders with respect to Plaintiffs' Claims and Counterclaims Only*

-and -

Lawrence S. Robbins*
Eric Seiler*
Anne E. Beaumont*
Elizabeth Bierut*
Jamuna D. Kelley*
Blair R. Albom*
**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
7 Times Square
New York, NY 11036-6516
(212) 833-1100
lrobbins@fklaw.com
eseiler@fklaw.com
abeaumont@fklaw.com
ebierut@fklaw.com
jkelley@fklaw.com
balbom@fklaw.com

*Attorneys for the Excluded Lenders*

*admitted pro hac vice

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by electronic delivery on all persons and entities receiving ECF notice in this adversary proceeding on July 5, 2023.

/s/ M. Shane Johnson
M. Shane Johnson