IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § | Case No. 23-90020 (DRJ) |
| Debtors.[1] | § § | (Jointly Administered) |
| ------------------------------------------------------------------- | § § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § | Adversary Proc. No. 23-09001 |
| Plaintiffs and Counterclaim Defendant, | § § § | |
| v. | § § | |
| **AG CENTRE STREET PARTNERSHIP L.P.,** *et al.*, | § § § § | |
| Defendants and Counterclaim Plaintiffs | § § § | |
| v. | § § | |
| **AGF FLOATING RATE INCOME FUND,** *et al.*, | § § § | |
| Additional Counterclaim Defendants. | § § § | |
| ------------------------------------------------------------------- | § | |

**STIPULATION AND ORDER OF DIRECT APPEAL TO THE FIFTH CIRCUIT**

It is hereby stipulated by and agreed between the parties in this adversary proceeding and bankruptcy proceeding, through their respective counsel:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); Serta Simmons Bedding Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); Serta Simmons Bedding Hospitality, LLC (2016); Serta Simmons Bedding Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); Serta Simmons Bedding Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

**WHEREAS,** there is currently pending before the U.S. Court of Appeals for the Fifth Circuit an appeal by AG Centre Street Partnership L.P., AG Credit Solutions Non ECI Master Fund, L.P., AG Super Fund Master, L.P., AG SF Master (L), L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, a series of Columbia Funds Series Trust II, Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, Contrarian Capital Fund I, L.P., Contrarian Distressed Debt Fund, L.P., Contrarian Centre Street Partnership, L.P., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017- XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd. (collectively, the "Non-PTL Lenders") and LCM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd., LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd., and LCM 28 Ltd. (collectively, "LCM") of the Order on Summary Judgment (ECF No. 141), which appeal is before the Fifth Circuit as No. 23-20181 (the "Summary Judgment Appeal").

**WHEREAS,** on June 6, 2023, following a joint trial on plan confirmation and Adversary Proceeding No. 23-9001, the Court entered its Memorandum Opinion regarding (i) Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan, as supplemented and amended; and (ii) adjudication of the claims, counterclaims, and cross-claims in Adversary Proceeding No. 23-9001 (ECF No. 1045).

**WHEREAS,** on June 14, 2023, the Court entered its Final Judgment in Adversary Proceeding No. 23-9001 (ECF No. 1070) (the "Final Judgment").

**WHEREAS**, on June 14, 2023, the Court entered its Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (ECF No. 1071) (the "Confirmation Order").

**WHEREAS**, Citadel, the Debtors, and the PTL Lenders agree that the Confirmation Order should be certified to the Fifth Circuit on direct appeal pursuant to 28 U.S.C § 158(d), where they will seek to have that appeal consolidated with the Summary Judgment Appeal currently pending before the Fifth Circuit.

**WHEREAS,** the Non-PTL Lenders, the LCM Lenders, the Debtors, and the PTL Lenders agree that the appeal of the Final Judgment, to the extent the parties are appealing such judgment, should be certified to the Fifth Circuit on direct appeal pursuant to 28 U.S.C § 158(d), where they will seek to have that appeal consolidated with the Summary Judgment Appeal currently pending before the Fifth Circuit.

**WHEREAS,** the Non-PTL Lenders and the LCM Lenders object to the Confirmation Order being (a) certified to the Fifth Circuit on direct appeal pursuant to 28 U.S.C § 158(d); and (b) consolidated with the Summary Judgment Appeal currently pending before the Fifth Circuit.

**WHEREAS,** the Debtors and PTL Lenders intend to file a motion asking this Court to certify the Confirmation Order for direct appeal pursuant to Federal Rule of Bankruptcy Procedure 8006 and 28 U.S.C. 158(d) (the "Motion").

**IT IS HEREBY ORDERED THAT**

1. The Court hereby **CERTIFIES** the Final Judgment to the U.S. Court of Appeals for the Fifth Circuit, pursuant to 28 U.S.C. § 158(d)(2)(A), because an immediate appeal from the judgment, order, or decree would materially advance the progress of this case or proceeding.

2. The Court sets the following briefing schedule for consideration of the Motion to certify the Confirmation Order to the U.S. Court of Appeals for the Fifth Circuit, pursuant to 28 U.S.C. § 158(d)(2)(A):

- Debtors and the PTL Lenders shall file a joint opening brief by **July 5, 2023**, accompanied by a proposed order;

- Citadel shall file any joinder or opening brief by **July 6, 2023**;

- The Non-PTL Lenders shall file any response brief by **July 11, 2023, at 5 p.m. CT**;

- The LCM Lenders shall file any joinder or response brief by **July 11, 2023, at 5 p.m. CT**; and

- Debtors, the PTL Lenders, and Citadel shall file any reply briefs by **July 13, 2023, at 5 p.m. CT.**

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2023
     Houston, Texas

     **DAVID R. JONES**
     **UNITED STATES BANKRUPTCY JUDGE**

*/s/ David J. Lender*
WEIL, GOTSHAL & MANGES LLP
David J. Lender*
Ray C. Schrock*
Luna N. Barrington*
Alexander W. Welch*
Richard D. Gage*
Taylor B. Dougherty*
Joseph R. Rausch*
Nicholas J. Reade*
767 Fifth Avenue
New York, NY 10153
Tel:    (212) 310-8000
Fax:    (212) 310-8007
Email: david.lender@weil.com
            ray.schrock@weil.com
            luna.barrington@weil.com
            alexander.welch@weil.com
            richard.gage@weil.com
            taylor.dougherty@weil.com
            joseph.rausch@weil.com
            nick.reade@weil.com

Gabriel A. Morgan
Stephanie N. Morrison
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel: (713) 546-5040
Fax: (713) 224-9511
Email:  Gabriel.Morgan@weil.com
             Stephanie.Morrison@weil.com

*Counsel for Debtors and Reorganized Debtors*

*/s/ Neil R. Lieberman*
HOLWELL SHUSTER & GOLDBERG LLP
Michael Shuster*
Neil R. Lieberman*
Brian T. Goldman*
Vincent Levy*
425 Lexington Avenue
New York, New York 10017
Tel: (646) 837-5168

*/s/ C. Lee Wilson*
GIBSON, DUNN & CRUTCHER LLP
Gregg J. Costa
811 Main Street, Suite 3000
Houston, TX 77002
Tel: (346) 718-6600
Fax: (346) 718-6620
Email: gcosta@gibsondunn.com


Orin Snyder*
C. Lee Wilson (*pro hac vice* forthcoming)
Amanda M. Aycock*
200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Fax:    (212) 351-4035
Email: osnyder@gibsondunn.com
            clwilson@gibsondunn.com
            aaycock@gibsondunn.com

*Counsel for Invesco Senior Secured Management, Inc., Boston Management and Research, Eaton Vance Management, Credit Suisse Asset Management, LLC, and Barings LLC and the Represented Additional Counterclaim Defendants*


*/s/ Andrew J. Ehrlich*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kenneth S. Ziman*
Brian S. Hermann*
Lewis R. Clayton*
Andrew J. Ehrlich*
Michael J. Colarossi*
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
kziman@paulweiss.com
bhermann@paulweiss.com
lclayton@paulweiss.com
aehrlich@paulweiss.com
mcolarossi@paulweiss.com

5

Email: mshuster@hsgllp.com
nlieberman@hsgllp.com
bgoldman@hsgllp.com
vlevy@hsgllp.com

MCKOOL SMITH, PC
John J. Sparacino (SBN 18873700)
S. Margie Venus (SBN 20545900)
Regan S. Jones (SBN 24110060)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
Email: jsparacino@mckoolsmith.com
mvenus@mckoQolsmith.com
rjones@mckoolsmith.com


*Attorneys for Defendants LCM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd.., LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd., and LCM 28 Ltd.*

*Attorneys for Defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., AG Super Fund Master, L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Income Fund, a series of Columbia Funds Series Trust II, Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, Contrarian Capital Fund I, L.P., Contrarian Centre Street Partnership, L.P., Contrarian Distressed Debt Fund, L.P., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd. with respect to Plaintiffs' Claims and Counterclaims Only*

FRIEDMAN KAPLAN SEILER
  ADELMAN & ROBBINS LLP
Lawrence S. Robbins*
Eric Seiler*
Anne E. Beaumont*
Jamuna D. Kelley*
Blair R. Albom*
7 Times Square
New York, NY 11036-6516
(212) 833-1100
lrobbins@fklaw.com
eseiler@fklaw.com
abeaumont@fklaw.com
jkelley@fklaw.com
balbom@fklaw.com

*Attorneys for Defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., AG Super Fund Master, L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Income Fund,*

6

*a series of Columbia Funds Series Trust II, Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, Contrarian Capital Fund I, L.P., Contrarian Centre Street Partnership, L.P., Contrarian Distressed Debt Fund, L.P., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd.*

PORTER HEDGES LLP
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6000
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Attorneys for Defendants AG Centre Street Partnership L.P., AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., AG Super Fund Master, L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Income Fund, a series of Columbia Funds Series Trust II, Columbia Strategic Income Fund, a series of Columbia Funds Series Trust I, Contrarian Capital Fund I, L.P., Contrarian Centre Street Partnership, L.P., Contrarian Distressed Debt Fund, L.P., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd. with respect to Plaintiffs' Claims and Counterclaims Only*

*/s/ Kristen L. Perry*
KRISTEN L. PERRY
Texas Bar No. 24090015
Southern District of Texas No. 3071708
kristen.perry@faegredrinker.com
FAEGRE DRINKER BIDDLE
    & REATH LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
(469) 357-2500
(469) 327-0860 (Facsimile)

James H. Millar
james.millar@faegredrinker.com
(admitted *pro hac vice*)
Laura E. Appleby
laura.appleby@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
(212) 248-3140
(212) 248-3141 (Facsimile)

**ATTORNEYS FOR
CITADEL EQUITY FUND LTD.**