UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Serta Simmons Bedding LLC et al | § | Civil Action No.  4:23cv2173 |
|     Debtor | § | |
| | § | Bankruptcy Case No.  4:23adv9001 |
| LCM XXII Ltd et al | § | |
|     Appellant | § | |

# Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 6/20/2023. The designation of the record was due on 7/4/2023. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

☐ The filing fee has not been paid.

☒ The record has not been designated.

☐ The record designated by the appellant includes transcripts that have not been ordered.

☐ The appellant has not arranged to pay for the transcripts designated.

Date: July 6, 2023

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk