UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: § | |
| Serta Simmons Bedding LLC et al § | Civil Action No. 4:23cv2173 |
|     Debtor § | |
| § | Bankruptcy Case No. 4:23adv9001 |
| AG Centre Steet Partnership L.P. et al § | |
|     Appellant § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 6/21/2023. The designation of the record was due on 7/5/2023. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☐ The filing fee has not been paid.

   ☒ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: July 6, 2023

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk